# EXHIBIT A

# RULES OF THE COUNCIL

## CHAPTER I
## MEETINGS OF THE COUNCIL

1.00. Stated, Special - The Council shall hold no less than two stated meetings a month, unless otherwise ordered, except during the months of July and August. Such meetings shall be called by the Speaker. The first meeting in each year shall be the Charter Meeting, and shall be held on the first Wednesday after the first Monday of January at noon.

The Council may adjourn to a day other than that of a stated meeting and notice thereof shall be given to each member and the public by the Legislative Document Unit at least 24 hours before the set time.

Notice of such adjournment shall be given to the news media and shall be posted in a public location at City Hall.

A list of all items to be considered as a General Order by the Council at the stated or special meeting, together with copies of all such items, including memoranda in support or in opposition, if any, except for those items acted on by a committee convened on the day of or preceding a meeting of the Council, in which case copies of such items shall be made available as soon as practicable, and a list of titles of all proposed local laws and resolutions to be introduced at such meeting, where practicable, shall be provided to each member at least 36 hours prior to the call of all meetings.

## CHAPTER II
## SPEAKER: AND OTHER OFFICERS

2.00. Speaker; other Officers -The Council shall elect from among its members a Speaker, and such other officers as it deems appropriate. During absences, the Speaker may designate, in writing, any member to perform the duties of the Speaker for that legislative day.

2.10. Agenda - The Speaker shall compile an agenda for each stated, charter and special meeting of the Council and shall provide each member with a copy thereof. The agenda shall include all vetoes, messages from the Mayor or other City, county and borough officials, departments and agencies, other petitions and communications, and reports of subcommittees, special and standing committees. All matters which have been considered by a committee and reported out favorably or with amendments shall be listed in a section devoted to General Orders. A list of introductions of local laws and resolutions submitted for consideration to the Council and referred to a committee at such meeting, where practicable, shall be annexed.

General Orders are those proposed local laws, resolutions or other items of unfinished business requiring no further action by the Council, except to vote thereon. In the event any matters on the General Order Calendar of a particular meeting are not acted upon, they shall be

continued on the agenda at the next meeting, and each succeeding meeting until final action is taken.

2.20. Council Chamber - The use of the Council Chamber, Council Committee Room and all other space used for the purpose of conducting Council business shall be within the jurisdiction of the Speaker, unless otherwise ordered by the Council.

2.30. Committee of the Whole - The Speaker may, at any time, convene the Committee of the Whole and shall provide each member and the public with notice of such meeting together with a schedule of those items to be considered as far in advance of such meeting as is practicable. When the Council convenes as a Committee of the Whole, the Speaker shall be chairperson of such Committee.

Notice of such meeting shall be given to the news media and shall be posted in a public location at City Hall.

2.40. Personnel and Fiscal Reports - The Speaker shall provide to each member an annual report detailing the names of all individuals receiving compensation for work performed for the Council, its members or any of its committees, the amount of such compensation, and a title and job description (including identification of the function or division of the Council to which the individual is assigned). Each report shall also set forth the amount of allowance in lieu of expenses received by each Committee chairperson.

The Speaker shall publish quarterly accountings of the Council's actual and planned expenditures, sufficiently detailed to indicate the positions and purposes which have been funded as well as the activities and categories of materials and supplies purchased. Such accountings shall be accompanied by a summary description specifying, at a minimum, the amounts devoted to the following functions and divisions of the Council: the finance division; the land use division; the infrastructure division; the human services division; the investigations and oversight division; the legal division; the Council press office; each committee; the Sergeant at Arms and other security functions; and the Speaker's staff, including all amounts paid to all consultants as well as the functions of such consultants.

2.50. Proposed Council Budget - The Speaker shall provide to members copies of the proposed budget of the Council for the following year as soon as practicable.

2.60. Council Members' Operating Expenses – The amounts allocated in the Council budget for the operation of individual members' offices shall be the same for each member. The Speaker may not reduce such amount for any member unless all members are subject to the same reduction. The Speaker may not supplement the amount available to any member through direct or indirect payment, provided that the Speaker may, with notice to all members, supplement the amount available to an individual Councilmember in cases of special need. It is the intent of the body that the total amount allocated for the operation of individual members' offices shall be reasonable in proportion to the amount allocated for central staff.

- 3 -

## CHAPTER III
## PRESIDING OFFICER

3.00. Who Presides – a. The Speaker shall be the presiding officer of the Council and may at his or her discretion designate an Acting President Pro Tempore who shall chair all stated, charter and special meetings. The Speaker shall call the Council to order and the Acting President Pro Tempore, except in the absence of a quorum, shall proceed to business in the manner prescribed by these Rules.

Only in the event the Speaker is no longer a member of the Council, the City Clerk shall act as the presiding officer for the Charter meeting of a new session. The City Clerk shall call the meeting to order, read into the record communications, including the certification of newly elected members from the Board of Elections, call the roll, seek nominations for Speaker and manage any debate thereon, close nominations, call for a vote on such nominations and announce the new Speaker. Once elected, the new Speaker shall become the presiding officer.

3.10. Order, Decorum - The presiding officer shall preserve order and decorum. In the event of disturbance or disorderly conduct in the Chamber, lobby or gallery, the presiding officer may cause the same to be cleared.

3.15. Prohibition on the Use of Mobile Telephones - The Council prohibits the use of all mobile telephones during the course of Stated Meetings. The presiding officer shall enforce this Rule by directing that all mobile telephones be silenced or placed on vibrate at the start of the Stated Meeting and that they not be in use on the floor until the conclusion of the meeting.

3.20. Call of Members to Order - Members, when called to order by the presiding officer, shall thereupon take their seats and the presiding officer's ruling that a member is out of order shall be subject only to the right of appeal.

3.30. Appeals - Any member may appeal to the Council from a ruling of the presiding officer and the member making the appeal may briefly state the reason for same, and the presiding officer may briefly explain such ruling. There shall be no debate or explanation of voting on the appeal and no other member shall participate in the discussion except for the Majority Leader and Minority Leader, or the designee of each. The presiding officer shall then ask the question, "Shall the decision of the presiding officer be sustained?", and if a majority of the members present vote in the affirmative, the decision of the presiding officer shall be sustained; otherwise the decision of the presiding officer shall be overruled.

## CHAPTER IV
## MAJORITY AND MINORITY LEADERS

4.00. Majority Leader - The Majority Leader shall be a member of the political party with the greatest number of members in the Council. During absences, the Majority Leader shall

- 4 -

designate, in writing, any member of the majority party to perform the duties of the Majority Leader for that legislative day.

4.10. Minority Leader - The Minority Leader shall be chosen by the members of the Council of the political party with the greatest number of members in the Council after the majority party. During absences, the Minority Leader shall designate, in writing, any member of such minority party to perform the duties of the Minority Leader for that legislative day. The Minority Leader may appoint such party officers as he or she deems appropriate.

## CHAPTER V
## CLERK AND STAFF - DUTIES

5.00. Minutes - The Legislative Document Unit shall prepare and cause to be printed minutes containing the proceedings of each meeting and accurate records of the members actually in attendance. All papers submitted shall constitute a part of the proceedings of each meeting.

5.10. Public Access - The Office of the Speaker shall keep accurate records of the meetings of the committees of the Council, including the members present, committee reports, a description of each matter considered, the memorandum of support and fiscal impact statement accompanying each proposed local law or resolution, the names of witnesses appearing before the committee and copies of their written testimony, when submitted. Such materials shall be open to public inspection free of charge and copying at reasonable fees at such times as is practicable. Proceedings and records of the Committee on Standards and Ethics shall be privileged and confidential.

Any person requesting copies of such materials shall set forth in writing a specific description of the material sought which shall be submitted to the Office of the Speaker. A complete transcript of each committee meeting shall be available for public inspection at the Office of the City Clerk, Clerk of the Council, free of charge within sixty days of such meeting. Copies of transcripts requested shall be provided to the public by the Clerk of the Council at a reasonable fee to cover the cost of copying and, if necessary, mailing.

5.20. Calendars; Contents - The Legislative Document Unit shall prepare and cause to be printed for the first stated meeting of each month a cumulative list of all proposed local laws, resolutions and other matters submitted for consideration to the Council and referred to a committee, which shall be known as the Calendar. The Calendar shall also include a list of all proposed local laws and resolutions sponsored by each Council Member, with a notation indicating whether such member is a prime sponsor of each such item. The Calendar shall be indexed by subject area and shall indicate the date of introduction and any committee action taken on proposed local laws and resolutions. The Calendar shall also include all local laws and resolutions passed by the Council during the current session. The Calendar shall be made available to the public as practicable.

5.30. Certification - The certificate of the Clerk of the Council shall be attached to every proposed local law or resolution to the effect that the same has been duly passed by a vote, as required by the provisions of the Charter of the City of New York. The Legislative Document Unit shall transmit the proposed local law or resolution to the Mayor.

5.40. Records - The Legislative Document Unit shall keep index records convenient for reference of all local laws, resolutions, communications, petitions and other matters introduced in or presented by the Council, together with a complete chronological record of all action taken thereon by the Council or any of its committees. Such records shall be made available to the public during regular business hours.

5.50. Rules and Charter - The Legislative Document Unit shall furnish to each member a copy of the Rules of the Council as prepared and printed under the direction and supervision of the Committee on Rules, Privileges and Elections and a copy of "Robert's Rules of Order, Newly Revised", and the City Charter.

5.60. Assignment of Sergeant-at-Arms - The Speaker shall assign to the Sergeant-at-Arms and Assistant Sergeant-at-Arms, their respective duties and stations except as otherwise provided in these Rules.

5.70. Sergeants-at-Arms; Absence of Quorum - If a number less than a quorum shall convene, the presiding officer may send the Sergeants-at-Arms for the absent members.

5.80. Sergeants-at-Arms; Duties - The Sergeants-at-Arms shall be in constant attendance at all sessions of the Council, and, under the direction of the presiding officer, shall aid in enforcing order on the floor, in the gallery, in the lobbies and in the rooms adjoining the Chamber, and also see that no person remains on the floor, unless entitled to the privileges of the same. They shall also place on the desks of the President and other members, before each meeting, the journals containing the Proceedings of the Council, the calendars and agendas provided for in these Rules, papers and the proposed local laws and resolutions.

5.90. Transmittal to Clerk - The Legislative Document Unit shall furnish to the Clerk of the Council copies of all agendas, calendars, adopted local laws and resolutions.

5.110. Legislative Tracking – The Office of the Speaker shall make available on the internet for use by the public a legislative tracking database containing the number, text and status of all proposed local laws and resolutions, committee reports and voting records of members as soon as practicable.

## CHAPTER VI
## PROPOSED LOCAL LAWS AND RESOLUTIONS

6.00. Preparation and Presentation of Papers - The word paper when used herein shall include all local laws, resolutions, petitions, communications from City, county and borough offices and reports which may be proposed to the Council for action. All papers other than committee reports shall be presented in writing and in quadruplicate, endorsed with the name of

- 6 -

the introducer or originator, and with the exception of committee reports, must be deposited with the Office of the Speaker before 1 p.m., at least three days, excluding Sundays, preceding the meeting day.

The style of local laws shall be "Be it enacted by the Council as follows." Every local law shall embrace only one subject. The title shall briefly refer to the subject matter.

Every other paper shall be endorsed with a short statement of its subject matter. All proposed local laws and resolutions are to be assigned a chronological introduction or resolution number and shall appear on the agenda in alphabetical order according to the name of the first-named prime sponsor, except that the Speaker's name shall appear first. If amended, the number of the proposed local law or resolution shall be followed by a designation beginning with the letter A.

6.10. Local Laws; How Prepared - A local law amending or repealing any existing law shall contain in brackets the part repealed and the new part to be inserted shall be underscored. When any such local law is printed in the Minutes, the part repealed shall be in brackets and the new part shall be in italics instead of being underscored. All local laws presented, whether new or of an amendatory nature, shall state specifically the section of the law to be added, amended or repealed. The latest draft of the proposed local law shall contain in the lower left corner the date and time of the most current version. Committee staff shall be responsible for transmitting such version to Members for consideration, and to post on the web site.

6.20. Sponsors - a. The first-named sponsors on all proposed local laws and resolutions shall be deemed to be the prime sponsors. In the event the Speaker of the Council is not a prime sponsor, the name of such member shall appear in the sequence in which such member requested to be added as a sponsor.

b. The first-named prime sponsor's approval shall not be necessary before the names of any co-prime sponsors may be added to proposed local laws or resolutions. However, approval shall be necessary where the first-named prime sponsor has so indicated. In either event, a member may add his or her name as a sponsor within 48 hours after the introduction of a proposed local law or resolution by making such request to the Legislative Document Unit.

c. Certain legislative matters, as designated by the Speaker, may be introduced under the sponsor name, "by the Committee on Rules, Privileges and Elections Committee". Legislative matters sponsored under such process shall continue to be assigned to the appropriate committee for its consideration.

6.30. Papers Referred to Committee; Change of Reference - Every proposed local law or resolution introduced shall, upon its introduction, be referred by the Speaker to a committee to consider and report thereon. The Speaker may also refer proposed local laws or resolutions to two committees for their joint consideration. When a matter is jointly referred, each committee shall vote separately on the matter and an affirmative vote of both committees shall be required in order to report such matter to the full Council. At any time prior to the first meeting of such committee to consider such proposed local law or resolution, such reference may be changed by

the Speaker. The prime sponsor may, at any time prior to the first meeting of such committee to consider such proposed local law or resolution, petition the Speaker to change the committee to which the matter has been referred.

6.40. Type of Enactment - a. All enactments shall be by local law or resolution.

b. The introduction of all proposed local laws shall be accompanied by a memorandum in support which shall include a brief explanation of the intent of the proposed local law.

6.50. Fiscal Impact Statements - No proposed local law or budget modification shall be voted on by a Council committee or the Council unless it is accompanied, on a separate form, by a fiscal impact statement prepared by the Finance Division of the Council. Any proposed local law or budget modification with a fiscal impact statement indicating a fiscal impact may be referred by the Speaker to the Committee on Finance following approval by the committee to which such matter was originally referred.

6.60. Legislative Drafting Services – The Speaker shall ensure that the Council central staff provides legislative drafting services to all members on an equitable and confidential basis. Confidentiality precludes Council central staff from refusing to provide legislative drafting services to any member on the basis that similar legislation is currently being drafted. Members shall submit all proposed local laws and resolutions and proposals for laws and resolutions to such unit prior to introduction; provided that any proposed local law or resolution submitted by any member to the Speaker's office in conformance with the rules of this chapter shall be deemed to have been approved by the legislative drafting unit. Central staff, to the extent practicable, shall respond to requests for legislation in the order in which they were received providing a draft of the proposal to the requesting Member within sixty days of the date of making such request.

## CHAPTER VII
## COMMITTEES

7.00. Appointment a. Prior to the establishment of the membership of any other committee, and after the selection of the Speaker, the Council shall elect the membership of the Committee on Rules, Privileges and Elections. All other committees and appointments thereto shall be recommended by the Committee on Rules, Privileges and Elections, approved by the Council and published in the Calendar. All standing committee chairpersons shall be elected by the Council as a whole. The standing committees of the Council shall bear the following titles and possess the following substantive matter jurisdictions:

**AGING** - Department for the Aging and all federal, state and municipal programs pertinent to senior citizens.

**CIVIL RIGHTS** – Human Rights Commission, Equal Employment Practices Commission, Equal Employment Opportunity

**CIVIL SERVICE AND LABOR** - Municipal Officers and Employees, Office of Labor Relations, Office of Collective Bargaining, Office of Labor Services, and Municipal Pension and Retirement Systems.

**CONSUMER AFFAIRS** - Department of Consumer Affairs, Business Integrity Commission.

**CONTRACTS** - Procurement Policy Board, review of City procurement policies and procedures, oversight over government contracts, Mayor's Office of Contracts, and collection agency contracts.

**CULTURAL AFFAIRS, LIBRARIES AND INTERNATIONAL INTERGROUP RELATIONS** - Department of Cultural Affairs, Libraries, Museums, Art Commission, New York City Commission for the United Nations, Consular Corps and International Business, Mayor's Office of Special Projects and Community Events, Mayor's Office of Film, Theatre and Broadcasting, and to encourage harmony among the citizens of New York City, to promote the image of New York City, and enhance the relationship of its citizens with the international community.

**ECONOMIC DEVELOPMENT** - Economic Development Corporation, Department of Small Business Services.

**EDUCATION** – Department of Education, School Construction Authority.

**ENVIRONMENTAL PROTECTION** - Department of Environmental Protection.

**FINANCE** - Executive Budget review and Budget modification, Banking Commission, Comptroller's Office, Department of Design and Construction, Department of Finance, Independent Budget Office and fiscal policy and revenue from any source.

**FIRE AND CRIMINAL JUSTICE SERVICES** - Fire/EMS (non health related issues), Legal Aid, Department of Probation, Correction.

**GENERAL WELFARE** - Human Resources Administration/ Department of Social Services, Administration for Children's Services, Department of Homeless Services, Office of Immigrant Affairs, and charitable institutions.

**GOVERNMENTAL OPERATIONS** - Municipal governmental structure and organization, Department of Citywide Administrative Services, Community Boards, Tax Commission, Board of Standards and Appeals, Campaign Finance Board, Board of Elections, Voter Assistance Commission, Commission on Public Information and Communication, Department of Records and Information Services, Financial Information Services Agency, and Law Department.

**HEALTH** - Department of Health and Mental Hygiene, Health and Hospitals Corporation and Office of the Chief Medical Examiner, EMS (health related issues).