UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIOLA PLUMMER
**Plaintiff**

-v-

CHRISTINE QUINN

**Defendant**

Case No. 07 CV 6154

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for PLAINTIFF _____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.   N A

Date: 6/29/07

Signature of Attorney

Attorney Bar Code: (RW 4751)

Form Rule7_1.pdf