Judge Pauley

07 CV 6154

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VIOLA PLUMMER ) | CIV. ACTION NO.07 CV |
| ) | ( ) |
| Plaintiff ) | |
| ) | |
| vs. ) | ORDER TO SHOW CAUSE |
| ) | FOR PRELIMINARY |
| CHRISTINE QUINN, Speaker of the ) | INJUNCTION AND TEMPOR- |
| City Council ) | ARY RESTRAINING ORDER |
| ) | |
| Defendant ) | |

Upon the affidavit of Viola Plummer, sworn to on the 29th day of June, 2007, and upon the copy of the complaint hereto annexed, it is

ORDERED, that the above named defendant [attend a conference re proposed order to] show cause before ~~a motion term of~~ this Court, at Room __11D__, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on __July__, __3__, 2007, at __11:45__ o'clock in the __fore__ noon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the defendant during the pendency of this action from suspending without pay or terminating the employment of the Plaintiff; and it is further

~~ORDERED that, sufficient reason having been shown therefor, pending the hearing of plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Cif. P., the defendant is hereby temporarily restrained and enjoined from holding back the pay check and other benefits of employment due the plaintiff and suspending the plaintiff from working; and it is further~~

~~ORDERED that~~ security in the amount of $_____ ~~be posted~~ ~~by the plaintiff prior to~~ _____, _____, 2007, at _____ o'clock ~~in the~~ _____ noon of that day; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or her counsel on or before **July 2, 2007 at 11:00AM**, ~~o'clock in the _____ noon, _____, _____, 2007~~, shall be deemed good and sufficient service thereof.

Any response to be served + filed by 10:00 AM, July 3, 2007 with courtesy copy hand delivered to chambers of J. Pauley.

DATED:    New York, New York

ISSUED:   **5:25   P.** M

RMB Part I

_____
Richard M. Berman
United States District Judge

All parties to appear before the Court on July 3, 2007 with all arguments prepared.

## **AFFIDAVIT**

COUNTY OF KINGS))
                          )) ss
JUNE 29, 2007     ))

     VIOLA PLUMMER, under penalty of perjury, states as follows:

     1. In September 2005, I was hired by City Councilmember Charles Barron to be his chief of staff.

     2. Since September 2005, I have been a competent, loyal and dedicated employee of Councilmember Charles Barron and have received favorable performance evaluations.

     3. On May 31, 2007, I attended a Stated Meeting of the City Council where a highly contentious vote was conducted on the right of the Bedford-Stuyvesant community to co-name 4 blocks after one of its heroes, Sonny Abubadika Carson.

     4. A few days after the meeting, I began reading news reports that Speaker Christine Quinn was exploring ways to fire me for remarks I allegedly made on May 30, 2007 outside of City Hall concerning City Councilmember Comrie.

     5. Indeed, on May 31st, Councilmember Comrie and I joked about certain events of the previous day. He never indicated that he felt threatened.

     6. Speaker Quinn has never approached me, or, on information and belief, Councilman Barron regarding these remarks or plans to discipline me.

     7. No meeting or hearing has been held where I would have the opportunity to affirm, deny, explain or challenge the remarks I allegedly made.

     8. Not until I received a letter of suspension at my home at approximately 5 p.m on June 28, 2007, had I been apprised that I was also being chastised for alleged "disruptive actions" taken during the Stated Meeting of May 30th.

9. During that May 30th meeting and at no time until the letter of June 28th, no one, including the Presiding Officer, Public Advocate Gotbaum, indicated that my behavior was disruptive.

10. Many newspaper accounts, proceeding from statements or "leaks," on information and belief, from the office of the Speaker, have savaged my reputation and held me up to ridicule.

                                                                          VIOLA PLUMMER

Sworn to before me this 29th day of
June, 2007

_____
NOTARY PUBLIC

                                ROGER S. WAREHAM
                          Notary Public, State of New York
                               No. 02WA5024853
                            Qualified in New York County
                        Commission Expires May 6, 20___