AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

VIOLA PLUMMER

**SUMMONS IN A CIVIL ACTION**

V.

CHRISTINE QUINN, Speaker of the City Council

CASE NUMBER: 07 CV 6154

Judge Pauley

TO: (Name and address of Defendant)

CHRISTINE QUINN, Speaker of the City Council
City Hall of the City of New York
New York, NY 10007

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

ROGER S. WAREHAM
394 Putnam Avenue
Brooklyn, NY 11216

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                     JUN 29 2007

CLERK                                                  DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾  DATE: July 2, 2007

NAME OF SERVER (PRINT): Roger S. Wareham    TITLE: Attorney

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Served papers on Noram Camp, Esq, office of General Counsel for N.Y. City Council. at 9:56 A.M. at 250 Broadway, NY. 10007

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7/2/07
Date

Signature of Server: Roger D Wareham

Address of Server: 394 Putnam Ave.
Bklyn, NY 11216

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.