USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
VIOLA PLUMMER,                                     :

                      Plaintiff,     :     07 Civ. 6154 (WHP)

           -against-                       :     SCHEDULING ORDER NO. 1

CHRISTINE QUINN, Speaker of the City               :
Council
                                                   :
                     Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

       Counsel to all parties in this civil action having appeared before the Court for a conference on the record on July 6, 2007, the following schedule is established on consent:

1. All discovery is to be completed by August 7, 2007;

2. The time period for responding to discovery requests in this action will be seven days;

3. The parties are to submit a joint pre-trial order in accord with this Court's Individual Practices by September 7, 2007;

4. The parties are to serve and file any motions in limine by September 7, 2007;

5. The parties are to submit proposed voir dire and a joint request to charge by September 17, 2007;

6. A final pre-trial conference will be held on September 20, 2007 at 10:30 a.m.;

7. Jury selection and trial will commence on September 24, 2007 at 9:45 a.m.

Dated:   July 6, 2007
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Roger S. Wareham, Esq.
394 Putnam Avenue
Brooklyn, NY 11216
*Counsel for Plaintiff*

James M. Lemonedes, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
Room 2-172
New York, NY 10007
*Counsel for Defendant*