USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
VIOLA PLUMMER,                              :

                Plaintiff,     :     07 Civ. 6154 (WHP)

        -against-                         :     SCHEDULING ORDER NO. 2

CHRISTINE QUINN, Speaker of the City       :
Council
                                               :
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        At the request of both parties, the trial date in this action is adjourned <u>sine die</u> and the following schedule is established:

1. Plaintiff is directed to provide a copy of any proposed Second Amended Complaint to Defendant by September 13, 2007;

2. The parties are directed to submit a joint letter by September 18, 2007 that (1) states whether Defendant consents to the filing of the Second Amended Complaint; and (2) describes the scope of discovery that each party anticipates requiring in the event Plaintiff's motion to amend is granted.

3. Counsel are directed to appear for a status conference on September 20, 2007 at 10:30 a.m.

Dated:    September 4, 2007
            New York, New York

                                    SO ORDERED:

                                    WILLIAM H. PAULEY III
                                    U.S.D.J.

*Counsel of Record:*

Roger S. Wareham, Esq.
394 Putnam Avenue
Brooklyn, NY 11216
*Counsel for Plaintiff*

James M. Lemonedes, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
Room 2-172
New York, NY 10007
*Counsel for Defendant*