```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/2/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
VIOLA PLUMMER,                            :

                Plaintiff,    :     07 Civ. 6154 (WHP)

        -against-                        :     SCHEDULING ORDER NO. 3

CHRISTINE QUINN, Speaker of the City       :
Council
                                               :
                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WILLIAM H. PAULEY III, District Judge:

        Counsel to the parties having appeared at a pre-trial conference on the record on September 20, 2007, the following revised schedule is established on consent:

1. Plaintiff is to file and serve a Second Amended Complaint by October 3, 2007;

2. Defendants are to file and serve an Answer to the Amended Complaint by October 10, 2007;

3. Defendants are to file any motion for summary judgment by October 30, 2007;

4. Plaintiffs are to file their opposition to the motion by November 13, 2007;

5. Plaintiffs are to file any reply on the motion by November 20, 2007;

6. Oral argument on the motion will be held on November 30, 2007 at 12:15 p.m.;

7. The parties are to submit a proposed joint pre-trial order in accord with this Court's Individual Practices by January 18, 2008;

8. A final pre-trial conference will be held on February 15, 2008 at 10:00 a.m.; and

9. Jury selection and trial will commence on February 25, 2007 at 9:45 a.m.

Dated:   October 1, 2007
         New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Roger S. Wareham, Esq.
394 Putnam Avenue
Brooklyn, NY 11216
*Counsel for Plaintiff*

James M. Lemonedes, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
Room 2-172
New York, NY 10007
*Counsel for Defendant*