# EXHIBIT 1

## RULES OF THE COUNCIL

### CHAPTER I
### MEETINGS OF THE COUNCIL

1.00. Stated, Special - The Council shall hold no less than two stated meetings a month, unless otherwise ordered, except during the months of July and August. Such meetings shall be called by the Speaker. The first meeting in each year shall be the Charter Meeting, and shall be held on the first Wednesday after the first Monday of January at noon.

The Council may adjourn to a day other than that of a stated meeting and notice thereof shall be given to each member and the public by the Legislative Document Unit at least 24 hours before the set time.

Notice of such adjournment shall be given to the news media and shall be posted in a public location at City Hall.

A list of all items to be considered as a General Order by the Council at the stated or special meeting, together with copies of all such items, including memoranda in support or in opposition, if any, except for those items acted on by a committee convened on the day of or preceding a meeting of the Council, in which case copies of such items shall be made available as soon as practicable, and a list of titles of all proposed local laws and resolutions to be introduced at such meeting, where practicable, shall be provided to each member at least 36 hours prior to the call of all meetings.

### CHAPTER II
### SPEAKER: AND OTHER OFFICERS

2.00. Speaker; other Officers -The Council shall elect from among its members a Speaker, and such other officers as it deems appropriate. During absences, the Speaker may designate, in writing, any member to perform the duties of the Speaker for that legislative day.

2.10. Agenda - The Speaker shall compile an agenda for each stated, charter and special meeting of the Council and shall provide each member with a copy thereof. The agenda shall include all vetoes, messages from the Mayor or other City, county and borough officials, departments and agencies, other petitions and communications, and reports of subcommittees, special and standing committees. All matters which have been considered by a committee and reported out favorably or with amendments shall be listed in a section devoted to General Orders. A list of introductions of local laws and resolutions submitted for consideration to the Council and referred to a committee at such meeting, where practicable, shall be annexed.

General Orders are those proposed local laws, resolutions or other items of unfinished business requiring no further action by the Council, except to vote thereon. In the event any matters on the General Order Calendar of a particular meeting are not acted upon, they shall be

# EXHIBIT 2



THE COUNCIL
OF
THE CITY OF NEW YORK
CITY HALL
NEW YORK, N.Y. 10007

CHARLES E. MEARA
CHIEF OF STAFF

Telephone
212-788-7210

Privileged and Confidential

June 28, 2007

Ms. Viola Plummer
189-14 117th Road
St. Albans, NY 11412

Re:  Notice of Suspension

Dear Ms. Plummer:

I am writing to you on behalf of the Speaker of the New York City Council.  As a result of your disruptive actions at the Council's Stated Meeting on May 30, 2007, and the threatening statements you made later that day regarding Council Member Leroy Comrie, you are suspended without pay from employment at the Council for a period of six weeks, from June 29, 2007, through August 10, 2007.

All employees of the Council are to conduct themselves in a professional manner. As long as you are employed at the Council, you may not engage in disorderly or disruptive conduct at Council Stated and Committee meetings, and you must abide by any and all directions of the Chair of such meeting or a sergeant-at-arms at such meeting either to the audience or to yourself. Further, you must refrain from using threatening, intimidating, harassing, obscene or abusive language toward any Council Member, Council staff or while acting in your official capacity, or be uncivil or discourteous toward any Council Member, Council staff or while acting in your official capacity.

Your failure to adhere to these requirements or the occurrence of any other misconduct will result in your immediate dismissal.

Ms. Viola Plummer
June 28, 2007
Page Two

If I do not receive a copy of this letter signed by you agreeing to its terms no later than 5:00 p.m. July 3, 2007, you will be terminated. If you have any questions concerning this matter, please contact Noran Camp in the Office of the General Counsel at (212) 788-6882.

Very truly yours,

Charles Meara
Chief of Staff

I have received a copy of this letter and agree to its terms.

_____        Dated:    _____  _____
Viola Plummer

# EXHIBIT 3



THE COUNCIL
OF
THE CITY OF NEW YORK
CITY HALL
NEW YORK, N.Y. 10007

**CHARLES E. MEARA**
**CHIEF OF STAFF**

Telephone
212-788-7210

Confidential

July 5, 2007

Ms. Viola Plummer
189-14 117th Road
St. Albans, NY 11412

Re:  Notice of Suspension

Dear Ms Plummer:

I am writing to you on behalf of the Speaker of the New York City Council.  As a result of
your disruptive actions at the Council's Stated Meeting on May 30, 2007, and the statements you
made later that day regarding Council Member Leroy Comrie, you have been suspended without pay
from employment at the City Council for a period of six weeks, effective June 29, 2007 through
August 10, 2007.

All staff members of the Council are employees at will.  Additionally, all employees are to conduct
themselves in a professional manner   As a staff member and employee of the Council, you may not
engage in disorderly or disruptive conduct at Council Stated and Committee meetings and you must
abide by any and all directions of the Presiding Officer of such meetings either to the audience or to
you yourself.  You must also follow the sergeant-at-arms' instructions to maintain order and decorum.
Further, you must refrain from using language towards any Council Member or Council staff that
threatens bodily harm.

If I do not receive a copy of this letter signed by you no later than 5:00 pm Friday, July 6, 2007 your
employment as a staff member of the Council will be terminated

Very truly yours,

Charles Meara /fc

Charles Meara
Chief of Staff

I have received a copy of this letter and agree to the terms reflected in the second paragraph.

_____          Dated   _____

Viola Plummer

# EXHIBIT 4



THE COUNCIL
OF
THE CITY OF NEW YORK
CITY HALL
NEW YORK, N.Y. 10007

CHARLES E. MEARA
CHIEF OF STAFF

Telephone
212-788-7210

July 9, 2007

Ms. Viola Plummer
189-14 117th Road
St. Albans, NY 11412

Re:  Notice of Termination

Dear Ms Plummer:

This letter serves as notice that your employment as a staff member of the Council
has been terminated effective today, July 9, 2007.

Very truly yours,

Charles Meara
Chief of Staff

**Docket #** 07 Civ. 6154 (WHP)

---

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

VIOLA PLUMMER,

                                                    Plaintiff,

    -against-

CHRISTINE QUINN, Speaker of the Council
of the City of New York, CITY OF NEW YORK

                                         Defendants

---

**SECOND AMENDED COMPLAINT**

---

**ROGER S. WAREHAM, Esq.**
394 Putnam Avenue
Brooklyn, NY 11216
Tel: (718) 230-5270

**NOAH A KINIGSTEIN, Esq.**
315 Broadway
New York, New York 10007
(212) 285-9300

---

Due and Timely Service is hereby admitted.

New York, NY _____ , 2007

_____ , Esq.


Attorney for _____

---