UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

VIOLA PLUMMER,

                                    Plaintiff,           **NOTICE OF MOTION**

             -against-                              07 Civ. 6154 (WHP)

CHRISTINE QUINN, Speaker of the City Council,
CITY OF NEW YORK,

                                  Defendants.

------------------------------------------------------------------- x

**PLEASE TAKE NOTICE** that upon the Local Rule 56.1 Statement, dated October 30, 2007, the Declaration of Eric Eichenholtz, dated October 30, 2007, and the exhibits annexed thereto, and the accompanying Memorandum of Law in Support of the defendant's motion for summary judgment, dated October 30, 2007, and all the papers and proceedings had herein, defendants will move this Court, before the Honorable William H. Pauley III, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York, on the 30th day of November, 2007 at 12:15 in the afternoon, for an order granting summary judgment in favor of defendants pursuant to Rule 56 of the Federal Rules of Civil Procedure and for such other and further relief as the Court may deem just and proper.

Case 1:07-cv-06154-WHP    Document 22    Filed 10/30/2007    Page 2 of 3

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the scheduling order of the Hon. William H. Pauley III, United States District Judge, papers in opposition to the instant motion must be served no later than November 13, 2007.

Dated:    New York, New York
          October 30, 2007

                        MICHAEL A. CARDOZO
                        Corporation Counsel of the City of New York
                        Attorney for Defendants
                        100 Church Street, Room 2-104
                        New York, New York 10007
                        (212) 788-0885

                        By:    _____
                                Eric Eichenholtz
                                Assistant Corporation Counsel

TO:    Roger S. Wareham
       Attorney for Plaintiff
       394 Putnam Avenue
       Brooklyn, NY 11216
       (718) 230-5270

Docket No. 07 Civ. 6154 (WHP)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIOLA PLUMMER,

Plaintiff,

-against-

CHRISTINE QUINN, Speaker of the City Council,
CITY OF NEW YORK,

Defendants.

## NOTICE OF MOTION

### *MICHAEL A. CARDOZO*

*Corporation Counsel of the City of New York*
*Attorney for Defendant*
*100 Church Street*
*New York, N.Y. 10007*

*Of Counsel: Paul Marks, James M. Lemonedes*
*and Eric Eichenholtz*
*Tel: (212) 788-0885*
*Matter No. 2007-021010*

*Due and timely service is hereby admitted.*

*New York, N.Y. .................................................., 200......*

*.................................................. Esq.*

*Attorney for..................................................*