Exhibit C

1

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    07 CV6154

3    ─────────────────────────────────────

4    VIOLA PLUMMER,

5                         Plaintiff

6            -against-

7    CHRISTINE QUINN, Speaker of the
     City Counsel,

8                         Defendant.

9    ─────────────────────────────────────

10                        August 8, 2007
11                        12:42 p.m.

12                        100 Church Street
                          New York, New York

13

14              EXAMINATION BEFORE TRIAL

15   of VIOLA PLUMMER, the Plaintiff herein, held at the

16   above-noted time and place before Edith Tirado-Plaza, a

17   Notary Public of the State of New York, pursuant to Notice,

18   the Provisions of the CPLR pertaining thereto, and

19   stipulations between counsel.

20

21

22

23

24

25

2

1       A P P E A R A N C E S

2           ROBER S. WAREHAM, ESQ.

3           Attorney for Plaintiff
                394 Putnam Avenue
4               Brooklyn, New York   11216

5

6

7
            MICHAEL A. CARDOZO, ESQ.
8           Attorney for Defendant
                100 Church Street
9               New York, New York   10007

10      BY:   ERIC J. EICHENHOLTZ, ESQ.
              FILE NO:   2007-031010
11

12

13      A L S O    P R E S E N T:

14          ALVIN BRAGG, ESQ.
            PAUL MARKS, ESQ.
15

16

17

18

19

20

21

22

23

24

25

1      F E D E R A L   S T I P U L A T I O N S

2

3

4           IT IS HEREBY STIPULATED AND AGREED

5      by and between the counsel for the

6      respective parties hereto, that the

7      filing, sealing, and certification of the

8      within deposition shall be and the same

9      are hereby waived;

10

11          IT IS FURTHER STIPULATED AND AGREED

12     that all objections, except as to the

13     form of the question, shall be reserved

14     to the times of the trial.

15

16          IT IS FURTHER STIPULATED AND AGREED

17     that the within deposition may be signed

18     before any Notary Public with the same

19     force and effect as if signed and sworn

20     to before this court.

21

22

23              *       *       *       *

24

25

V. Plummer

4

1    V I O L A    P L U M M E R, having been first duly affirmed

2    by a Notary Public of the State of New York, upon being

3    examined, testified as follows:

4    EXAMINATION BY

5    MR. EICHENHOLTZ:

6        Q.      State your name for the record.

7        A.      Viola Plummer.

8        Q.      What is your current address?

9        A.      189-14 117th Road, St. Albans, New York  11412.

10       Q.      Good morning, Ms. Plummer.

11       A.      Good morning.

12       Q.      Sorry, good afternoon.

13       A.      Right.  I'm sorry.

14       Q.      I should start by first thanking everyone for

15   their patience and cooperation today.  We're getting

16   started really late through no fault of anyone in the room

17   but there was craziness with the subway and now we're all

18   here and ready to get started.  So, it's correct, good

19   afternoon.

20           My name is Eric Eichenholtz.  I'm an assistant

21   corporation council.  I represent the speaker of the city

22   council, Christine Quinn, in a case that you have brought

23   against Ms. Quinn and I'm here today with my colleague Paul

24   Marks as well as Alvin Bragg from the city council.

25   Obviously you're here and next to you is Mr. Wareham and

V. Plummer

5

1    he's your attorney; correct?

2        A.    Yes.

3        Q.    I'm going to be asking you a series of questions

4    today about the lawsuit that you've brought against Speaker

5    Quinn as well as just some general questions about your

6    background and your employment with the city council.

7        A.    Yes.

8        Q.    Before I begin asking the questions, I just want

9    to go through basic deposition rules so that you're

10    familiar with them.

11            Have you ever been deposed before?

12        A.    No.

13        Q.    So, this is probably new to you.    As you know,

14    you've just been administered an oath which you have

15    affirmed to tell the truth.

16        A.    Right.

17        Q.    So, your answers today will be subject to that

18    oath and it's the equivalent of testifying in a court

19    before a judge and jury.

20        A.    Yes.

21        Q.    After we're done here today the stenographer

22    will be typing up everything we say.    It's important for

23    two reasons.    One, and you're doing a great job so far

24    answering all questions with words instead of a-ha or, you

25    know gesturing, we all do that but it's a habit we have to

V. Plummer

6

1    break during a deposition.  So, I would appreciate if you

2    do that.

3        A.        Yes.

4        Q.        The other thing is after we're done today you

5    will have an opportunity to review the deposition

6    transcript to check for errors in the transcription and

7    that will be provided to you through your attorney; okay?

8        A.        Very good.

9        Q.        It's important that you understand the questions

10   that I ask you today and give accurate answers.  So, I want

11   you to keep in mind that if I ask you a question that you

12   do not understand, whether it's because you don't hear me

13   or it's just unclear to you, please let me know and I will

14   try to rephrase the question so that you hear it or you

15   understand it appropriately.

16            Also if you don't know the answer to a question,

17   please say so.  Otherwise I'm going to assume that you

18   heard the question accurately and you're giving a complete

19   and accurate answer; okay?

20       A.        Yes.

21       Q.        If you need to take a break at any point -- I

22   know we discussed this briefly before off the record --

23   let me know.  I ask if there's a question pending I ask you

24   to complete that question, but otherwise I'll try my best

25   to accommodate you and based on everyone's needs today

V. Plummer

7

1    we'll try to get through as quickly as possible.

2        A.    Yes.

3        Q.    So, we'll start off with some preliminary

4    questions regarding your fitness to testify today.

5              Have you taken any medication today,

6    prescriptions --

7        A.    No.

8        Q.    Any prescriptions or otherwise?

9        A.    No.

10       Q.    Any medication in the last week prescription or

11   otherwise?

12       A.    No.

13       Q.    Are you currently under a doctor's care for any

14   kind of illness or ailment that would prevent you from

15   testifying here today?

16       A.    No.

17       Q.    Is there any reason you can think of why you

18   would not be able to understand my questions or answer them

19   truthfully and accurately today?

20       A.    None that I can think of.

21       Q.    What, if anything, did you do to prepare for

22   your deposition today?

23       A.    I think some time ago your office sent to my

24   attorney a series of questions and as I recall I answered

25   them.

V. Plummer

8

1    Q.      Other than that, you haven't read any documents

2    or anything like that to prepare for today?

3    A.      You mean during that time?

4    Q.      Or up to -- I'm talking about just things you

5    maybe specifically did because you're being deposed today,

6    things that you might have looked at to refresh your memory

7    or something like that, looked at any documents or anything

8    like that.

9    A.      No.

10    Q.      Other than your attorney, did you speak with

11    anyone in order to prepare for your deposition today?

12    A.      No.

13    Q.      Have you had any alcoholic beverages within the

14    last twenty-four hours?

15    A.      No.

16    Q.      I'm going to start out by asking you a few

17    questions about your job with the city council and with

18    Council Member Barron.  What was your job title at the city

19    council?

20    A.      I was chief of staff to Council Member Charles

21    Barron.

22    Q.      Is that the position you applied for?

23    A.      Yes.

24    Q.      How did you come to learn that the position was

25    open?

V. Plummer

9

1      A.      Mr. Barron called me and asked would I be

2   interested in applying for the job.  I knew it was open

3   because I knew Mr. Barron and I knew his former chief and I

4   knew his former chief had gone to Metgar Evers College.

5      Q.      Who was that?

6      A.      Paul Washington.

7      Q.      Was there any sort of application process that

8   you had to go through in order to get the job?

9      A.      I think when I came there was a series of

10  applications, you know.

11     Q.      Was there an interview with Council Member

12  Barron or anything like that that you had to go through

13  before being appointed?

14     A.      Yes, I had an interview with Councilman Barron

15  twice I believe.

16     Q.      To your knowledge, was he considering any other

17  candidates for the position?

18     A.      Not to my knowledge.

19     Q.      If you can give me sort of a general description

20  of what was discussed at the interviews you had with

21  Council Member Barron.

22     A.      Whether or not I knew or had any previous

23  working relationships with legislatures, with the council

24  members or any other state, federal legislatures.

25     Q.      Do you remember sort of in general what you told

V. Plummer

10

1    Council Member Barron at those interviews?

2         A.    I told Councilman Barron that I had been the

3    legislative aid to the head of the Health and Hospitals

4    Corporation.  At that time it was Dr. John Hollerman.

5         Q.    You said there was some paperwork that you had

6    to fill out.  Was that before or after you were appointed

7    to the position?

8         A.    I don't remember.  Because it was done at the --

9    at 250 Broadway.

10        Q.    That was actually going to be my next question.

11   Was it paperwork specific to Council Member Barron or was

12   this personnel paperwork that the city council has?

13        A.    It was a personnel paperwork that the city

14   council has, yes.

15        Q.    Why did you want to be Council Member Barron's

16   chief of staff?

17        A.    Because I thought that the work that Councilman

18   Barron was doing particularly in the 42nd council district

19   was extremely important.

20        Q.    Were you employed in any other position at that

21   time that you applied for Council Member Barron's chief of

22   staff position?

23        A.    No.

24        Q.    Were you ever specifically told either by

25   Council Member Barron or someone else what the requirements

V. Plummer

11

1    were for the chief of staff position?

2        A.        No, not that I remember.

3        Q.        I think we covered this a little, but what in

4    your view were your qualifications for the position of

5    chief of staff for Council Member Barron?

6        A.        Well, I thought I was imminently qualified.  I

7    had experience in associations with the federal, state and

8    local legislatures in that I worked for city agencies in

9    the past.  I was also the legislative person that related

10   to local city officials when I was the state chairperson of

11   the NAACP.

12       Q.        What city agencies did you work for?

13       A.        The Community Development Agency, the Health and

14   Hospitals Corporation and HPD.

15       Q.        What did you do for the Community Development

16   Agency?

17       A.        I was the program analyst and program developer

18   subsequently.

19       Q.        Why did you leave that position?

20       A.        They were reducing -- that was during the war on

21   poverty and I think the agency was going through whatever

22   changes in terms of funding.

23       Q.        So, was your position eliminated or something

24   else?

25       A.        I believe it was.

V. Plummer

12

1    Q.    What was your job at HHC?

2    A.    At HHC I was the legislative aid to President

3    Hollerman.

4    Q.    How long were you in that position?

5    A.    Two years.

6    Q.    Why did you leave that position?

7    A.    Dr. Hollerman was asked to resign.

8    Q.    And that was sort of a position that was unique

9    to him rather than something else?

10    A.    Well, I had the option of staying because --

11    but --

12    Q.    But decided against it?

13    A.    I decided against it.

14    Q.    And how about the position at HPD, what did you

15    do there?

16    A.    At HPD I was housing -- a housing manager and a

17    trainer for tenants.  It was for the MIP program.

18    Q.    What's that?

19    A.    The management in preparation for something.

20    What it was was the city owned properties that were being

21    rehabilitated and sold to tenants under the co-op -- I

22    can't remember the exact title.

23    Q.    How long were you in that position?

24    A.    I left in '84, '83, '82, '81.  Four years

25    perhaps.

V. Plummer

13

1  Q.      And why did you leave that position?

2  A.      I was involved in a case and was asked to

3  resign.

4  Q.      What do you mean you were involved in a case?

5  A.      There was -- I was arrested in 1984 and

6  Commissioner Glideman (phonetic) prior to the -- you know,

7  end of the case asked that I resign.

8  Q.      You mean prior to --

9  A.      The adjudication of the case, yes.

10  Q.     What were you arrested for?

11  A.     I was arrested for --

12  MR. WAREHAM:   Objection.

13  ME. EICHENHOLTZ:   I have one or two questions

14  just to see what the outcome was.

15  MR. WAREHAM:   Just note my objection to it.

16  ME. EICHENHOLTZ:   I just want to know what it

17  was for and what the outcome was.

18  A.     Conspiracy.

19  Q.     What was the outcome of the case?

20  A.     I was convicted of using my voter registration

21  card that had an old address on it.

22  Q.     Was there a particular crime you were convicted

23  of?  I understand that's the facts, but was there a

24  specific crime?

25  A.     What was it called?  It was something that was

V. Plummer

14

1    supposed to have been appealed, a bad fruit from the good

2    tree or whatever that was.  I don't know what you call it,

3    but I heard that phrase.

4        Q.      Do you remember what year that was that you were

5    convicted?

6        A.      Convicted?

7        Q.      Yes?

8        A.      '85 I believe.

9        Q.      The arrest was in '84?

10       A.      Yes.

11       Q.      Let me focus your attention now back to your

12   position as chief of staff to Council Member Barron.  What

13   were your job duties in that position?

14       A.      In that position the organization of the

15   district office, the development of the community

16   priorities that the councilmen would then codify and either

17   develop resolutions for or intros for.

18       Q.      What is an intro?

19       A.      An intro is a request for a law change.

20       Q.      Did you have any other duties as chief of staff?

21       A.      I attended the borough wide community board

22   meetings.  I attended the community board meetings, five,

23   16, 17.  I attended the stated meetings.  I attended

24   hearings on higher ed, that's the -- Councilman Barron is

25   the chairperson of the higher education committee.

V. Plummer

15

1    Q.       Anything else?

2    A.       The resolutions and intros that the councilmen

3    had already put in prior to my coming.  I went over and

4    those that he wanted to reintroduce, I prepared for them to

5    be reintroduced.

6    Q.       Anything else?

7    A.       Not that I remember.

8    Q.       When you attended the community board meetings

9    or the borough wide meetings, did you represent or speak

10   for Council Member Barron at those meetings?

11   A.       At the community board meetings, no.  At the

12   borough wide meetings the borough president would send out

13   the agenda and ask for the councilman's support or lack

14   thereof and I would represent the councilman's vote at

15   those meetings, yes.

16   Q.       Other than yourself and obviously Council Member

17   Barron, were there any other staff in Council Member

18   Barron's office?

19   A.       Yes, Ms. Cooke.  Now, which office?  250

20   Broadway?

21   Q.       Let's start with that.

22   A.       Yes, Ms. Cooke.  She's a scheduler.

23   Q.       How about at the --

24   A.       At the district office?

25   Q.       Yes.

V. Plummer

16

1    A.        There's five people there.

2    Q.        Who was there?

3    A.        There is Kevin McCall, Joy Simons, Mel Faulkner,

4    Melinda Perkins and the young lady that's part time her

5    first name is Fatima.  I don't know her last name.

6    Q.        What are Kevin McCall's job duties?

7    A.        Kevin McCall's duties are -- he is the liaison

8    for NYCHA, schools elementary through high school.  He is

9    the community liaison between the district office and the

10   police department.  He works with the youth organizations,

11   sports.  You know who I forgot at the --

12   Q.        At 250?

13   A.        No, no, at the district office.  Andre Mitchell,

14   sorry.

15   Q.        So, going back to Joy Simons, what did she do?

16   A.        Joy Simons special events, communications and

17   she works with schools pre-K through secondary I believe.

18   Q.        And Mel Faulkner?

19   A.        Seniors.

20   Q.        Melinda Perkins?

21   A.        Melinda works with Mr. Faulkner on seniors

22   particularly health.

23   Q.        And Fatima?

24   A.        Is the receptionist.

25   Q.        And Andre Mitchell?

V. Plummer

17

1    A.    Andre Mitchell is the deputy chief of staff and

2    the development officer.

3    Q.    In your job duties as chief of staff, did you

4    ever have an occasion to interact with the media?  Was that

5    part of your job?

6    A.    No.

7    Q.    Before you mentioned the stated meeting.  What

8    is a stated meeting?

9    A.    The legislative meeting of the council.

10   Q.    I am assuming you're referring to the New York

11   City council?

12   A.    Oh, yes.

13   Q.    What occurs at the stated meeting generally?

14   A.    Pardon me?

15   Q.    What occurs generally?

16   A.    What generally occurs is the presentation of --

17   well, the first part of the stated meeting is what's called

18   ceremonials where people are feated as community

19   representatives that have achieved important things for the

20   city.  After that is the legislative session where bills

21   and resolutions are introduced.

22   Q.    What happens during the legislative session?

23   A.    During the legislative session the speaker reads

24   resolutions, the communications from the mayor and whatever

25   intros.

V. Plummer

18

1    Q.    Is there any debate or voting held during a

2    stated meeting?

3    A.    Yes, there's a vote.  The debate sometimes is

4    during -- when a council member wants to explain his or her

5    vote and it's a debate.

6    Q.    How long do they usually get to explain their

7    vote?

8    A.    They usually get two minutes.

9    Q.    That's while the vote is being taken?

10   A.    Right, yes.

11   Q.    What are your job responsibilities, if any, at a

12   legislative session of a stated meeting?

13   A.    We generally get the agenda late, so that when

14   the sergeant at arms passes out the agenda, before the

15   session really starts, I look over the resos and the intros

16   to see ordinarily in terms of land use the council member

17   is a member of that committee so that he's familiar for the

18   most part of those but I look over them anyway.  He asks

19   are we going to vote yes or no based on whatever

20   information I have about the particular items on the

21   agenda.

22   Q.    How about during the meeting, do you have any

23   responsibilities while the voting and the explanations of

24   the votes and all of that is going on?

25   A.    No.

V. Plummer

19

1      Q.      Now, I think you mentioned this before but since

2 you've become Council Member Barron's chief of staff, have

3 you attended committee meetings of city council meetings?

4      A.      Higher ed and I attended a hearing but those are

5 the only two.

6      Q.      A hearing for which committee?

7      A.      A hearing for the civil rights and safety

8 committee.

9      Q.      Now, first I'd like to focus on your attendance

10 at the higher ed committee.  I think you mentioned earlier

11 that Council Member Barron is the chairperson of that

12 committee.

13      A.      Yes.

14      Q.      Do you have any responsibilities during those

15 committee meetings?

16      A.      I take notes.

17      Q.      Do you participate in any way other than taking

18 notes?

19      A.      No.

20      Q.      And you also said you attended a hearing of the

21 civil rights and safety committee?

22      A.      Yes.

23      Q.      Is that one committee or two separate

24 committees?

25      A.      Well, it's two separate.  They have a joint

V. Plummer

20

1    hearing.

2        Q.      Do you remember when the joint hearing was?

3        A.      No.

4        Q.      Do you know what the topic was?

5        A.      The police commissioner was reporting on -- he

6    was supposed to submit some information around racial

7    profiling.

8        Q.      So, what was discussed at that particular

9    hearing?

10       A.      The commissioner's submission I think it was the

11   current years submission, but the previous years that the

12   council was interested in those -- that wasn't -- he wasn't

13   prepared to submit that at that point.

14       Q.      So, how did the meeting go?  Did people testify?

15   How did that work?

16       A.      The commissioner was the only one and his aid

17   was the only one testifying.  The council members asked the

18   commissioner different questions.

19       Q.      Now, I think we just discussed these are two

20   separate council committees?

21       A.      Yes.

22       Q.      The civil rights committee, Council Member

23   Seabrook is the chairman of that committee?

24       A.      Yes.

25       Q.      The public safety committee, Council Member

V. Plummer

21

1    Vallone is the chairman of that committee?

2        A.      Yes.

3        Q.      Do you know if either of them was chairing the

4    joint hearing?

5        A.      I don't remember Seabrook.  Oh, I'm sorry.  I

6    was sitting closer to Vallone.  I don't remember -- I think

7    he was there.  I'm sure he was there.

8        Q.      Were you in the audience?

9        A.      Yes, I was in the audience.

10       Q.      Do you remember if you were in the front row?

11       A.      The front row.

12       Q.      Did you participate in the meeting in anyway?

13       A.      No.

14       Q.      Did you ever say anything during that joint

15   meeting hearing?

16       A.      I probably said a (making noise).

17       Q.      Like a gasp?

18       A.      Yes.

19       Q.      Anything other than gasping?

20       A.      Not out loud, no.

21       Q.      Why did you gasp?

22       A.      Well, police Council Member James was asking

23   Commissioner Kelly questions about transparency in terms of

24   information, etcetera.  Whereupon he was quite annoyed and

25   he leaned forward in his seat and he pointed his finger at

V. Plummer

22

1  her and he said to her you did not say that in private.  We

2  had private conversations, you didn't say that then.  So,

3  why are you asking that now -- and I'm paraphrasing because

4  I don't remember the exact words -- and that's when I said

5  wow.

6      Q.      That's when you should say you were gasping?

7      A.      Yes.

8      Q.      Other than the gasp, that was it, nothing else?

9      A.      No.

10      Q.      Do you remember -- I think I may have asked you

11  this.  Do you remember when that meeting was?  Was it this

12  year, like 2007?

13      A.      I think so.  I think it was this year.

14      Q.      Do you remember if it was in January?

15      A.      I don't remember.

16      Q.      At that meeting did you ever speak in a loud

17  voice?

18      A.      Not that I remember.

19      Q.      Do you remember at any point whether Council

20  Member Vallone addressed you in any way?

21      A.      I remember looking at Councilman Vallone and

22  trying to read his lips and I subsequently asked him was he

23  talking to me and he never responded.

24      Q.      When did you have a chance to ask him?

25      A.      He was leaving the podium.  He passed me as he

V. Plummer

23

1   was leaving.

2        Q.      He was walking out and what did you ask him?

3        A.      Was he speaking to me.

4        Q.      What happened?

5        A.      He just (indicating).

6        Q.      Just kept walking?

7        A.      Walked right away.

8        Q.      Did you ever have another opportunity to talk

9   with Council Member Vallone?

10       A.      No.

11       Q.      You said that you were trying to read his lips.

12  What was he saying?

13       A.      It appeared to me that he was saying out or

14  something like that.

15       Q.      You said he was looking at you at that point?

16       A.      Yes, he was looking at me.

17       Q.      And that's why you asked him later whether --

18       A.      Was he talking to me, yes.

19       Q.      But did you ever yell or shout during that

20  hearing?

21       A.      No.

22       Q.      Why were you attending that meeting,

23  specifically that hearing?

24       A.      Councilman Barron was there.  There was this

25  issue in our community around racial profiling and we had

V. Plummer

24

1    received a report from the Civilian Complaint Review Board

2    and our district had one of the highest increases in

3    civilian complaints and the councilman was interested in

4    the commissioner's presentation and report, etcetera,

5    etcetera.

6        Q.        Was the councilman sitting at the hearing or was

7    he --

8        A.        No.

9        Q.        -- like in the audience?

10       A.        No, he was sitting at the hearing.

11       Q.        So, he was part of the hearing?

12       A.        Yes.

13       Q.        And did he have an opportunity to ask questions

14   of the witnesses?

15       A.        Oh, yes.

16       Q.        To your knowledge, did he ever speak with Peter

17   Vallone about what he may have been saying to you?

18       A.        I have no idea.

19       Q.        Now I'd look to sort of turn away from your city

20   council position and go back to some general background

21   questions just so we have them on the record.

22              Earlier you stated your full name to the court

23   reporter, Viola Plummer.  Is that your full name?

24       A.        Yes.

25       Q.        Is that the name as it appears on your birth

V. Plummer

25

1    certificate?

2        A.       On my birth certificate it's Viola Elizabeth

3    Holloway.

4        Q.       Is Viola Plummer your married name?

5        A.       Yes.

6        Q.       Have you ever been known by any name other than

7    Viola Holloway or Viola Plummer?

8        A.       You mean nicknames? I've had a number of --

9        Q.       Of nicknames?

10       A.       Of different names that people call me.

11       Q.       Names that you've used just sort of in

12   identifying yourself?

13       A.       Names that I've used?

14       Q.       Yes.

15       A.       Oh, no, I identify myself as Viola, right.

16       Q.       And have you ever used the name June?

17       A.       Have I used it?

18       Q.       Yes.

19       A.       Or have people called me that?

20       Q.       Have you ever used it?

21       A.       I don't use it, no.  People call me that.

22       Q.       Where were you born?

23       A.       South Jamaica.

24       Q.       Jamaica Queens or --

25       A.       Jamaica Queens, yes.

V. Plummer

26

1    Q.      And when were you born?

2    A.      I was born February 16, 1937 and there's this

3    discrepancy.  I had a sister that was born February 27,

4    1935.  We had the same doctor.  The doctor filed both birth

5    certificates at different points.  At one point he filed

6    them and we were both born on the same day in the same year

7    and then he filed one that where I was born on the 27th,

8    but I was born on the 16th and so that's the discrepancy.

9    Q.      The 16th is your official date of birth?

10   A.      Yes.

11   Q.      That's when you were actually born?

12   A.      Yes.

13   Q.      Who called you June by the way?

14           MR. WAREHAM:  Objection.  What's the relevance?

15           ME. EICHENHOLTZ:  Well, we're allowed to know

16   under what circumstances the plaintiff may have been

17   referred to under other names.

18           MR. WAREHAM:  Objection to form.

19   A.      Who called me June?

20   Q.      Yes.

21   A.      Father Lukas.  Oh, my goodness.  Father Lukas,

22   my husband sometimes.  Who else really calls me June?

23   Sometimes Abudika -- when Sonny Carson was alive.

24   Q.      It's okay.  You don't have to change the answer.

25   When the court reporter asks you, you have to provide a

V. Plummer

27

1    spelling.  So, she probably just needs to know how to spell

2    Abudika.  If you want to actually spell it for her.

3        A.        A-B-U-D-I-K-A.

4        Q.        Anyone else other than those individuals?

5        A.        I'm sure.  I am sure.

6        Q.        I know this is fairly obvious, but are you a

7    U.S. citizen?

8        A.        I was born in South Jamaica, Queens.  My mother

9    and father were born in South Carolina.  However, the

10   question of citizenship is one that the U.S. constitution

11   had to resolve partially.

12       Q.        What do you mean the constitution had to resolve

13   it?

14       A.        I mean that the constitution allowed Africans

15   that were enslaved here to quote be free.  However, it took

16   until I think 1964 when one of the civil rights that people

17   born in this country were supposed to have, one including

18   the right to vote without the infringements that we

19   suffered -- out parents suffered practically their entire

20   lives.

21       Q.        Do you identify yourself currently as a U.S.

22   citizen?

23       A.        Identify myself as being born in the United

24   States.  My parentage in the United States.

25       Q.        But do you consider yourself a citizen?

V. Plummer

28

1    A.    See, I don't understand consider --

2          MR. WAREHAM:    I have an objection to the

3    question.  You asked her and she answered.

4          ME. EICHENHOLTZ:    I'd like some clarification

5    so I ask if the witness will clarify it I would appreciate

6    it.

7    Q.    I'm just asking you --

8    A.    If I would clarify?

9    Q.    Yes or no whether you currently consider

10   yourself a U.S. citizen?

11   A.    Yes, under my definition.

12   Q.    When you say your definition, is that what you

13   just discussed with us previously?

14   A.    Yes.

15   Q.    What is your Social Security number?

16   A.    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.

17   Q.    Have you ever used any other Social Security

18   number?

19   A.    No.

20   Q.    Are you married?

21   A.    Widowed.

22   Q.    What was your spouse's name?

23   A.    James Edward Plummer.

24   Q.    How long were you married to Mr. Plummer?

25   A.    43 years.

V. Plummer

29

1    Q.    Do you have any children?

2    A.    I had four.  My eldest daughter is deceased.

3    Q.    Where do you currently live?

4    A.    St. Albans, 189-14, 117th Road, St. Albans, New

5    York 11412.

6    Q.    Does anyone live there with you?

7    A.    My daughter and my granddaughter.

8    Q.    Is it a house or an apartment?

9    A.    Yes, it's a house.

10   Q.    Do you own it?

11   A.    Mortgage, yes.

12   Q.    So, you pay a mortgage?

13   A.    Yes.

14   Q.    Do you pay mortgage or does your daughter?

15   A.    Well, I have what's called a reverse mortgage.

16   Q.    How does that work?

17   A.    That works that I pay the interest and at the

18   time where I am either incapacitated or dead the bank sells

19   the house and gets the remaining mortgage and that's how

20   that goes.

21   Q.    And they own it at that point?

22   A.    Yes.

23   Q.    Have you lived at any other addresses in the

24   past five years?

25   A.    Five years?  No.

V. Plummer

30

1    Q.    How long have you lived in the house?

2    A.    Since 1969.

3    Q.    What was the highest level of education you

4    achieved?

5    A.    College.

6    Q.    When did you graduate from college?

7    A.    I went to city '54 -- off and on. I didn't get a

8    degree from City College or Queens College for different

9    things.

10    Q.    Did you graduate?

11    A.    No.

12    Q.    But you took course work?

13    A.    Yes.

14    Q.    Was there any sort of specialization in the

15    course work that you took?

16    A.    Math.

17    Q.    Do you know about how many college credits you

18    have?

19    A.    About 120, something like that.  116.

20    Q.    Do you have any professional licenses of any

21    kind?

22    A.    No.

23    Q.    Have you ever served in the U.S. military?

24    A.    No.

25    Q.    Have you ever received unemployment benefits?

V. Plummer

31

1    A.    Yes.

2    Q.    When did you receive unemployment benefits?

3    A.    Somewhere in the '60s.  I'm not really sure.

4    Q.    Do you remember how long you were earning them?

5    If you don't remember, just say you don't remember.

6    A.    I don't remember.

7    Q.    Have you ever received disability or Workers'

8    Comp benefits?

9    A.    No.

10   Q.    How about Welfare or public assistance?

11   A.    No.

12   Q.    Other than I believe you mentioned earlier being

13   convicted in 1985, have you ever been convicted of a crime?

14   A.    No.

15   Q.    Have you ever been a witness at a trial in court

16   at any point other than the proceeding that we described in

17   1984 and 1985?

18   A.    I think so, yeah.  A witness, yes.

19   Q.    When were you a witness at a trial other than

20   the 1984 or 1985 criminal trial?

21   A.    What year was that?  I don't know.  In the mid

22   '80s.

23   Q.    Why were you in court?

24   A.    I was I believe a character witness.

25   Q.    Now I'm going to direct your attention to May

V. Plummer

32

1      30, 2007.

2          A.      Alas.

3          Q.      Was there a stated meeting of the city council

4      on that day?

5          A.      Yes, there was.

6          Q.      And did you attend that stated meeting of the

7      city council?

8          A.      Yes, I did.

9          Q.      Do you remember where you were sitting?

10         A.      I was sitting on the floor to the left-hand side

11     just beneath Thomas Jefferson's statue.

12         Q.      And where in relation to the council members

13     were you sitting?

14         A.      Well, I sit -- Councilman Barron -- there's the

15     rope, Councilman Barron sits to my right, so we're --

16         Q.      Where does Council Member Barron sit in relation

17     to the other council members?

18         A.      He sits in the front row last seat on the left.

19         Q.      About how many rows are there?

20         A.      Oh, I don't know.

21         Q.      Do you remember what you were wearing that day?

22         A.      No, I don't.

23         Q.      Do you remember if you were wearing a hat at the

24     meeting?

25         A.      At the meeting?

V. Plummer

33

1    Q.    Yes.

2    A.    I don't remember.

3    Q.    Is there anything that might refresh your memory
4    on that?

5    A.    As to whether or not I was wearing a hat?

6    Q.    Yes, or just what you were wearing that day in
7    general.

8    A.    No, not unless I saw a picture.

9    Q.    Right, of yourself that day.

10   A.    Yes.

11   Q.    And I think earlier we described your job duties
12   with Council Member Barron in a meeting.  Did you perform
13   your job duties with him on that day in terms of --

14   A.    Yes, yes.

15   Q.    What did you do with Council Member Barron that
16   day?

17   A.    We looked over the agenda and there was to be
18   from the speaker -- or there was to be the presentation of
19   the omnibus package of street name changes and at that
20   point there was to be an amendment to the package by
21   Councilman Vann.

22   Q.    And what was the purpose of that amendment?

23   A.    The speaker had removed Sonny Carson's name from
24   the package.

25   Q.    I should probably back up a minute and ask you

V. Plummer

34

1    what's the process for etting someone's name in the street

2    renaming package.

3        A.      The community group gets a number of petitions

4    signed.   Those petitions are then presented to the

5    transportation committee of the community board.   The

6    transportation committee then submits them to the community

7    board.   If the community board favors, it then asks for the

8    council members signature and it's then submitted to the

9    city council.

10       Q.      Now, you mentioned the amendment that Council

11   Member Barron was proposing.

12       A.      Yes.

13       Q.      What street was being renamed and after who?

14       A.      There were four blocks in Bedford Stuyvesant,

15   Gates Avenue to be co-named Sonny Carson.

16       Q.      And that proposal had gone through this process

17   you just described?

18       A.      Yes.

19       Q.      Were you involved in that process at all?

20       A.      No, I knew about it because of Abudika, but, you

21   know, the community was involved in that.

22       Q.      By Abudika you mean Sonny Carson?

23       A.      I mean Sonny Carson.

24       Q.      How did your knowledge of Sonny Carson allow you

25   to know about the proposal to rename the street?

V. Plummer                                                        35

1          A.       Ask me that again.

2          Q.       I had asked you were you involved in the

3     proposal and I believe you said no but you knew about it,

4     you knew Abudika so I'm asking you -- let me make this a

5     little easier.  How did you come to know about the proposal

6     to rename the street after Sonny Carson?

7          A.       I work in Brooklyn and -- I work in all of

8     Brooklyn.  I worked in Brooklyn for so many years.  I mean

9     when Sonny Carson passed away, I did attend his funeral.

10    He was a very, very close comrade, friend and colleague of

11    mine.  At the funeral after the borough president Marty

12    Markowitz gave this glowing tribute to Sonny Carson, the

13    group -- there's a group called the -- there was a group

14    that worked in Brooklyn that was present.  I think his son

15    who subsequently passed away was a part of a group, but in

16    any event, that it became we should name a street for Sonny

17    Carson and what would the process be and since Sonny Carson

18    had been involved in street name changes in Brooklyn for

19    Marcus Irving, for Malcolm X and for Harriet Tubman, the

20    process was known to the group.

21         Q.       I'd like to direct your attention back to the

22    May 30, 2007 meeting. Generally, did you at any point speak

23    during the meeting?

24         A.       Yell, yes.

25         Q.       And when did you yell?

V. Plummer

36

1    A.    When Christine Quinn began to say many things
2    about Sonny Carson that was not true and I yelled liar and
3    then when the vote was being explained another member of
4    the council stood up and again told one of the most
5    horrendous stories that I had ever heard and I yelled
6    you're lying.

7    Q.    Do you remember which council member that was?

8    A.    I believe it was Nelson.  Council Member Nelson.

9    Q.    At any other point did you yell during the
10   meeting other than those two times?

11   A.    No.

12   Q.    When you yelled liar, did you yell liar during
13   Council Member Quinn's speech I'm talking about now?

14   A.    Yes.

15   Q.    Did you yell liar while Speaker Quinn was still
16   talking?

17   A.    I don't know.  I would have had to have heard
18   her tell the lie before I could say liar.

19   Q.    Right, I understand, but do you remember whether
20   you waited until after she was done or whether you
21   interrupted?

22   A.    I don't remember.  It was raucous.

23   Q.    When you say it was raucous, what do you mean?

24   A.    There were people in the balcony who had come
25   there and it was noisy.

V. Plummer

37

1    Q.    Do you remember when you yelled whether there
2    was noise coming from the balcony or whether other people
3    other than maybe a council member were talking?

4    A.    Perhaps.

5    Q.    As you sit here today, do you know whether or
6    not there was noise coming from the balcony when you yelled
7    liar?

8    A.    I'm sure there was.  I'm sure.

9    Q.    During Christine Quinn's speech I'm talking
10   about now.

11   A.    Yes.

12   Q.    In terms of during council member I believe you
13   said it was Nelson's speech?

14   A.    Right.

15   Q.    You yelled you're lying, did you yell you're
16   lying while Council Member Nelson was still speaking?

17   A.    Yes.

18   Q.    Did you believe it was appropriate to interrupt
19   or to yell liar while a council member was speaking?

20   A.    Well, see, here again the question of whether or
21   not one sits in any situation does one have the right to
22   sit and witness something that's not true and be quiet or
23   witness something that's not true and state it?

24   Q.    So, are you saying you believe that interrupting
25   the council member in that situation is appropriate?

V. Plummer

38

1      A.      I don't think that's the question.  I don't

2   think the question is whether or not I think it was

3   appropriate.  What I think was inappropriate was the lie.

4      Q.      Right, the question I'm asking you --

5      A.      And the answer I'm giving you.

6      Q.      I understand the answer you're giving me, but I

7   really need a yes or no answer to the question.  Is it

8   something that you feel was appropriate?

9      A.      I can't answer that question yes or no.

10     Q.      Then how can you answer the question?

11     A.      That I believe it was inappropriate for -- from

12  the very beginning I thought it was inappropriate to take

13  Sonny Carson's name out of the package.  I subsequently

14  thought it was inappropriate to say the kinds of things

15  that was being said about a person who was dead, who

16  verification -- the statement verifications was the

17  newspapers out of quote out of newspapers.  I thought it

18  was highly inappropriate.  I also thought that given my

19  understanding of the process and procedures of the council

20  this had never happened in the history of the council.

21     Q.      By this you're referring to the street name?

22     A.      By taking Sonny Carson's name out of the

23  package.

24     Q.      Let me just make sure I have this correct.  What

25  you seem to be saying is that the inappropriate conduct in

V. Plummer

39

1    your view of the counsel member justified your speaking

2    out?

3    A.    I'm not saying --

4    Q.    Or yelling?

5    A.    I'm not saying justified.  I'm saying that the

6    process was inappropriate and I think that it is incumbent

7    -- and appropriate is always whoever is defining the word.

8    I thought it was incumbent not to witness those things that

9    were not true.

10    Q.    Do you remember whether you said anything else

11    during the meeting?

12    A.    I don't know.  I don't think so.

13    Q.    Do you remember whether you said anything while

14    Council Member D'Blasio was speaking?

15    A.    D'Blasio?

16    Q.    Yes.

17    A.    Oh, I didn't -- I don't remember.

18    Q.    How about Council Member Koppel?

19    A.    I think that was -- I don't remember.

20    Q.    Do you remember saying anything other than

21    that's a lie or you're a liar?

22    A.    I don't remember.

23    Q.    Do you remember using the word cracker at any

24    point?

25    A.    I know that's one word that I use when I'm quite

V. Plummer

40

1    angry, yes.

2        Q.        But my question is is it a word that you used at

3    that meeting?

4        A.        I don't know.  I don't remember.

5        Q.        I think we already covered this.  Why did you

6    yell?

7        A.        Because I believe they were assassinating the

8    character of a person who had dedicated his entire life to

9    the quality of life for black people.

10        Q.        Do you know who Carl D'Alba is?

11        A.        Yes, I do.

12        Q.        Who is Carl D'Alba?

13        A.        Sergeant of arms or the chief of the sergeant of

14    arms.

15        Q.        He has like a security function at the council?

16        A.        Yes.

17        Q.        Do you know what his security function is, like

18    what he does?

19        A.        He's a security person.  I mean if I understand

20    you, what he does is he's a security council -- I mean he's

21    a security person at the council.

22        Q.        Did you have any interaction with Mr. D'Alba at

23    the May 30, 2007 meeting?

24        A.        No.

25        Q.        At any point during the meeting, did Mr. D'Alba

V. Plummer

41

1    ever tell you that you have to be quiet?

2        A.      Tell me?

3        Q.      Yes.

4        A.      No, he did not.

5        Q.      Did you ever hear Mr. D'Alba tell anyone at that

6    meeting to be quiet?

7        A.      Yes.

8        Q.      Who did he tell?

9        A.      I heard either he or Betsy Gotbaum say quiet,

10   quiet.

11       Q.      Before we discuss that hearing you had went to

12   with Council Member Vallone and you had talked about

13   Council Member Vallone had sort of looked at you and seemed

14   to be saying something.

15       A.      Right.

16       Q.      Do you recall at that time where Carl D'Alba

17   ever looked at you when he said be quiet or looked in your

18   direction?

19       A.      May 30th?

20       Q.      Yes, may 30th.

21       A.      No, I don't.

22       Q.      You mentioned Betsy Gotbaum.  Who is that?

23       A.      She is the public advocate and the presiding

24   officer at the stated meeting.

25       Q.      What is your understanding of Ms. Gotbaum's role

V. Plummer

42

1    at the stated meeting?

2        A.      That she's a presiding officer and she calls --

3    well, presiding officer.

4        Q.      What does she do?

5        A.      She calls the meeting to order.  She asks for

6    the vote.  She asks for the tally of the vote.  She takes

7    the attendance.  She runs the meeting.

8        Q.      I believe you stated that Ms. Gotbaum was saying

9    be quiet at certain points in the meeting.

10       A.      Yes.

11       Q.      Before you mentioned certain occasions where you

12   yelled during the meeting.  Was that before or after Ms.

13   Gotbaum asked everyone to be quiet?

14       A.      I don't remember.  I don't know.

15       Q.      When Ms. Gotbaum asked for quiet, did she ever

16   look at you?

17       A.      No.

18       Q.      Did she ever look in your direction?

19       A.      Not to my knowledge.

20       Q.      Do you remember Ms. Gotbaum saying at any point

21   during the meeting quote "I'm going to have you removed"?

22       A.      No.

23       Q.      Now, earlier you mentioned you were yelling.  Do

24   you believe that Council Member Barron heard you yelling

25   during that May 30, 2007 meeting?

V. Plummer

43

1      A.      I'm sure he did.

2      Q.      Why is that?

3      A.      He was there.

4      Q.      When you say there, where was he in relation to

5  you?

6      A.      He was sitting in his regular seat which is the

7  first row last seat.

8      Q.      Did you ever talk with Council Member Barron at

9  any point about yelling at the May 30, 2007 stated meeting?

10         MR. WAREHAM:    Can you reask that question?

11  Talked with him when, where?

12     Q.      After the meeting -- let's start May 30, 2007,

13  did you talk with him on that day?

14     A.      I talked to the councilman on that day, yes.

15     Q.      About your yelling at the meeting, did you talk

16  with him on May 30th about that?

17     A.      Did I talk to him?  I don't remember.  I don't

18  even understand the question.

19     Q.      Let me try to make it a little broader and maybe

20  we'll try to work in.  At any point have you spoken with

21  Council Member Barron about the May 30th meeting and

22  specifically your yelling at the meeting?  Has that ever

23  come up in conversation between yourself and Council Member

24  Barron?

25     A.      I'm sure it has.

V. Plummer

44

1      Q.      Do you remember when it came up in conversation?

2      A.      No.

3      Q.      Do you remember generally what the substance of

4  your conversations were?

5      A.      The substance of the conversation was about --

6              MR. WAREHAM:   I'm just -- it's a hearsay

7  objection in here someplace.

8              ME. EICHENHOLTZ:   We're at a deposition.

9      A.      About the May 30th meeting, about taking Sonny

10  Carson's name out of the package.

11     Q.      No, I'm asking specifically about your yelling

12  in the meeting.

13     A.      No.

14     Q.      You never had a conversation with the council

15  member specifically about your yelling in the meeting?

16     A.      No.

17     Q.      It was never brought up in conversation at any

18  point?

19     A.      I'm sure it was.  I don't remember.

20     Q.      You don't remember any details of any

21  discussions you had with him concerning your yelling at the

22  May 30th meeting?

23     A.      I don't remember, you know.  I'm sure we've had

24  discussions.

25     Q.      Did Council Member Barron ever indicate to you

V. Plummer

45

1    that he approved of your yelling at the May 30th meeting?

2        A.        No.

3        Q.        Did he ever reprimand you in any way for yelling

4    at the May 30th  meeting and by he I should say Council

5    Member Barron?

6        A.        Reprimand me?  No.

7        Q.        There came a time obviously where you left the

8    May 30, 2007 stated council meting; right?

9        A.        When it was over, yes.

10       Q.        Was it when it was over or did you leave before

11   it ended, if you remember?

12       A.        I know I left after the vote on the street name

13   changes.

14       Q.        And where did you go after you left?

15       A.        Out into the courtyard.

16       Q.        When you say courtyard, the courtyard in front

17   of City Hall?

18       A.        The courtyard in front of City Hall.

19       Q.        So, it's outside the building we're talking

20   about?

21       A.        Yes, there's a park area.

22       Q.        Do you remember whether you were in the park or

23   on the pavement in front of City Hall?

24       A.        Well, it's paved.  It's paved so what do you

25   mean the pavement in front of it?

V. Plummer

46

1    Q.        There's like --

2    A.        You mean across the street in City Hall park?

3    Q.        Yes.

4    A.        No, I was not there.

5    Q.        So, you were in the area in front of City Hall?

6    A.        Right.

7    Q.        And what, if anything, happened outside of City

8    Hall?

9    A.        Most of the people who had come to witness the

10   session about the street name changes came out and was

11   asking what had happened, how did the vote go, etcetera,

12   etcetera, etcetera, and I was summing up to them how the

13   vote went.

14   Q.        Now, you said that you were summing up.  Why was

15   it that you specifically were summing up?

16   A.        Well, because I'm in that community, one of the

17   people who was really very close to Sonny Carson and knew I

18   suppose more about what was happening and the process.

19   Q.        Would you consider yourself a respected member

20   of the community?

21   A.        Absolutely.

22   Q.        Do you think that when you talk on a topic like

23   Sonny Carson, that the members of the community pay

24   attention to what it is you're saying?

25   A.        Pay attention, yes.

V. Plummer

47

1    Q.    Now, when you summed up as you put it, what did

2    you say?

3    A.    I talked about the vote. I talked about the

4    disappointment, particularly the disappointment that Leroy

5    Comrie who is supposed to be in some kind of leadership

6    inside the city council who had said that he would support

7    the amendment, who abstained and in my summation -- which

8    is what I really want to get to -- I said that I knew that

9    Leroy Comrie would never -- was considering running for the

10   borough presidency of Queens and that he would never be the

11   borough president of Queens or the borough in which I live

12   if I had anything to do with it. I've heard everything

13   everybody said I said, but my recollection of what I said

14   was even if we had to assassinate his political (clicking

15   noise).

16   Q.    I know the word is not entirely appropriate but

17   can you tell me the complete comment?

18   A.    Ass.

19   Q.    I don't want to have to make you say it.

20   A.    It's cool.

21   Q.    You specifically recall using the word political

22   in that comment?

23   A.    Yes, I do.

24   Q.    Who was present when you said that comment?

25   A.    You mean all the people that were standing

V. Plummer

48

1    around?

2       Q.      How about reporters, were there any reporters

3    there?

4       A.      Two that I know of, one Rivera from The New York

5    Times and Carla from Newsday.

6       Q.      Other than the two reporters, was there anyone

7    there that you specifically remember being there?

8       A.      Other reporters?

9       Q.      Any other people other than the two reporters.

10   As I understand what you're saying, you're saying there was

11   a group of people there?

12      A.      A lot of people, yeah.

13      Q.      I'm just asking from your recollection do you

14   recall anyone else other than the two reporters who were

15   specifically there?  Obviously you're not going to know

16   every person in a large group of people.

17      A.      Oh, there was a lot of people there.  I mean

18   there were so many people there.

19      Q.      But I'm saying any names that you can think of,

20   people specifically who you remember being there?

21      A.      The names of them?  No, it was -- no.

22      Q.      Did you ever make the statement and this is --

23   I'll just say it to you in reference to Council Member

24   Comrie, "if it takes an assassination of his ass he will

25   not be borough president in the borough where I live"?

V. Plummer

49

1       A.      Say that again.

2       Q.      Did you ever make this statement in reference to

3  Council Member Leroy Comrie, "if it takes an assassination

4  of his ass he will not be the borough president in the

5  borough where I live"?

6       A.      And my recollection of that statement was

7  political ass and I know the blog in somewhere else said

8  something different, but that's my recollection.

9       Q.      You understand you were quoted as that --

10      A.      And my recollection and intent --

11      Q.      And you know --

12      A.      Fine, fine.

13      Q.      Just so the record is clear you know you were

14  quoted as the comment -- withdrawn.

15              You understand that you were quoted with the

16  comment I just read to you in my last question?

17      A.      Yes.

18      Q.      Do you remember outside City Hall that day ever

19  making the statement when you were outside -- withdrawn.

20              When you were outside City Hall on May 30, 2007

21  after the stated meeting, did you ever make the statement

22  "before I hurt, step on, push down, punch a black man they

23  are first on the list"?  Do you recall making that

24  statement?

25      A.      Say that again.

V. Plummer

50

1    Q.    I will ask it again.  When you were outside City

2    Hall making comments after the May 30, 2007 stated meeting

3    during the summation, did you ever make the following

4    statement, "before I hurt, step on, push down, punch a

5    black man they are first on the list"?

6    A.    Did I make that when?

7    Q.    On May 30, 2007.

8    A.    No.

9    Q.    Did you make that statement thereafter

10   referring --

11   A.    Many times.

12   Q.    Do you remember ever making that statement in

13   connection with commenting on the earlier remark you had

14   made about Leroy Comrie?

15   A.    Specifically?

16   Q.    At some point obviously and many times you've

17   been asked what your remarks were with respect to Council

18   Member Comrie?

19   A.    Yes.

20   Q.    At any point when you were explaining your

21   remarks with respect to Council Member Comrie, did you make

22   the statement "before I hurt, step on, push down, punch a

23   black man they are first on the list"?

24   A.    No, I don't talk like that.

25   Q.    Did you on May 30, 2007 after the stated meeting

V. Plummer

51

1    make the statement "so to assassinate Leroy Comrie's ass

2    that's what I said means his whole stuff, his whole run for

3    Queens borough president, his whole get the people to

4    support him"?

5        A.        Is that paraphrasing or a quote?

6        Q.        I'm quoting starting with so to and if you want

7    I'll read it to you again.

8        A.        Read it.

9        Q.        The statement is do you remember making the

10   statement, quote "so to assassinate Leroy Comrie's ass

11   that's what I said, means his whole stuff, his whole run

12   for Queens borough president, his whole get the people to

13   support him"?

14       A.        Yes.

15       Q.        Again, when you use the word assassinate in

16   reference to Council Member Comrie, what is it that you

17   meant?

18       A.        His political career.

19       Q.        But the word itself assassinate, what did you

20   want to do to his political career?

21       A.        Prevent him from becoming the borough president

22   of Queens because that's what I interpreted his next career

23   move to be.

24            ME. EICHENHOLTZ:    Off the record.

25            (Discussion held off the record.)

V. Plummer

52

1          MR. EICHENHOLTZ:  Mark this as Defendant's

2     Exhibit A for identification.

3          (Whereupon, an audio CD was marked as

4     Defendant's Exhibit A for identification.)

5     Q.          We're back on record.  Ms. Plummber I'm about to

6     play for you an audio recording and we've marked the CD rom

7     that contains the audio recording as Defendant's Exhibit A

8     for identification.  I ask you to listen to this recording

9     and when it's done I'll have a couple of questions on it

10    for you; okay?

11    A.          Yes.

12    Q.          I'm about to begin the recording.

13          (Whereupon, recording playing.)

14    Q.          Having listened to that audio recording, do you

15    recognize your voice on that recording?

16    A.          Yes.

17    Q.          Do you know when that recording was made?  Let

18    me ask you this a better way.  Do you remember when you

19    made the specific comments that appear on this recording?

20    A.          I don't remember, no.

21    Q.          Do you remember making the comment?

22    A.          Absolutely.

23    Q.          And what was the purpose of these comments that

24    you were making?

25    A.          I believe in response to something or

V. Plummer

53

1    explanation of who Sonny Carson was.

2        Q.    And was that you on the recording who makes that

3    statement "before I hurt, step on, push down, punch a black

4    men they are first on the list"?

5        A.    Yes.

6        Q.    Who is they referring to?

7              MR. WAREHAM:    You want to listen to it again?

8    I think in the context --

9              THE WITNESS:    Okay.

10       Q.    We can listen to it again.  I have no

11   problem.

12       A.    Yes.

13       Q.    Let's listen to it again.  Ms. Plummer, I'm

14   about to replay for you the audio recording that is on the

15   CD rom marked as Defendant's Exhibit A for identification.

16   I'm beginning the recording now.

17             (Whereupon, recording playing.)

18       Q.    So, in that recording you use the words hurt,

19   step on, push down and punch; right?

20       A.    Yes.

21       Q.    And then just after you say that you had said

22   what you had said was "before I hurt, step on, push down

23   and punch a black men they are first on the list"; right?

24       A.    Yes.

25       Q.    The black man you're referring to at that point

V. Plummer

54

1    was Counsel Member Comrie?

2        A.      Did I say -- I thought I said a black man.    I

3    meant --

4        Q.      What you recall.

5        A.      No, I wasn't talking about -- I was talking

6    about any black man.    Before I hurt any black man.

7        Q.      Who is the they that you're referring to?

8        A.      When I relistened to it, the organizers of the

9    crack epidemic in our community.

10       Q.      Well, who did you consider the organizers of the

11   crack epidemic in the community?

12       A.      At that point when we began to struggle against

13   the crack epidemic in our community, there was an expose

14   from California that said the CIA along with other cartel

15   members -- drug cartel members conspired and distributed

16   crack in our community.

17       Q.      Why did you make the comment to assassinate --

18   withdrawn.

19               Is that you on the recording who says "so to

20   assassinate Leroy Comrie's ass that's what I said means his

21   whole stuff, his whole run for Queens borough president,

22   his whole get the people to support him"?

23       A.      Yes.

24               MR. WAREHAM:    I will allow her to answer, but

25   that was asked and answered.

V. Plummer

55

1          MR. EICHENHOLTZ:  I think I asked her more

2     specifically.

3          MR. WAREHAM:    You said that specific quote.

4     Q.      I'm sorry.

5          Are you aware that on July 23, 2003 Council

6     Member James Davis was shot dead and killed in the city

7     council chambers?

8     A.      Yes.

9     Q.      When did you first learn that Council Member

10    Davis had been shot?

11    A.      Was it the same day?  I think it was the same

12    day.

13    Q.      When you say the same day, you mean the same day

14    he was shot?

15    A.      The same day he was shot.

16    Q.      Do you consider the killing of James Davis to be

17    an assassination?

18    A.      No.

19    Q.      Do you have any reason to believe one way or

20    another that members of your community learned of your

21    statement about assassinating Leroy Comrie's ass or as you

22    stated earlier your recollection political ass --

23    A.      I'm sorry?

24          MR. WAREHAM:  You didn't finish the question.

25          ME. EICHENHOLTZ:   I will withdraw the question.

V. Plummer

56

1    Q.    Do you have any reason to believe one way or the

2    other that members of your community learned of your

3    statement about assassinating Leroy Comrie's ass be it

4    political or otherwise?

5    A.    Do they?

6    Q.    Basically do you believe that your comments were

7    communicated to the community by the media, by any other

8    method?

9    A.    I don't know how to answer that question.  I

10   really don't.

11   Q.    Is it confusing?

12   A.    Do I -- if I could repeat it?

13   Q.    Sure.

14   A.    Do I believe that members of my community

15   learned that I had made that statement?

16   Q.    Yes, that's the question.

17   A.    Yes.

18   Q.    Just another quick question about the audio

19   that's referred to as Exhibit A.  Do you remember whether

20   that statement was made before you received the letter

21   suspending you from employment with the city council?

22   A.    I don't remember.

23   Q.    If it helps, I believe you received the

24   suspension letter on June 28th.

25   A.    And the statement was made?

V. Plummer                                                        57

1        Q.        Well, that's what I'm asking you.  Do you

2    remember whether it was made before that day?

3        A.        I received the letter on June 28th?

4        Q.        June 28th.

5        A.        I don't remember.  I don't remember.

6        Q.        After you made the statement on May 30, 2007,

7    did you ever speak with Council Member Comrie?

8                  MR. WAREHAM:    Clarification, which statement?

9                  MR. EICHENHOLTZ:  I'm now talking about the

10    statement as Ms. Plummber calls it the statement about

11    assassinating Council Member Comrie's political ass.

12        Q.        After you made that statement, did you have any

13    conversations with Council Member Comrie?

14        A.        Conversations, no.  But I saw him a day or two

15    later on the 18th floor.  He was going to his office and I

16    was leaving mine.

17        Q.        Did you talk with him at all?

18        A.        I said to him Leroy and he turned and looked at

19    me and lifted his jacket up and stuck his behind out and

20    walked to his office.

21        Q.        Other than that meeting, have you seen Council

22    Member Comrie at all since May 30, 2007?

23        A.        Seen him?  Maybe at the next stated meeting.

24        Q.        When was the next stated meeting?

25        A.        Was this June 9th?  If I recall.

V. Plummer                                                          58

1      Q.      Did you have any communications with him?

2      A.      No.

3      Q.      Via phone, e-mail, anything like that?

4      A.      No.

5      Q.      Did you ever speak with Council Member Barron

6   about the statements about that you recall was

7   assassinating Council Member Comrie's political ass that

8   you made on May 30, 2007?

9      A.      Yes.

10     Q.      What conversations did you have with Council

11  Member Barron about that statement?

12     A.      As I recall, after the article appeared in the

13  New York Post I believe, the councilman said this is

14  ridiculous.  They knew what you meant.

15     Q.      They meaning The Post?

16     A.      Meaning The Post since they weren't there.

17     Q.      Was there anything else discussed about the

18  comments during that conversation?

19     A.      No, we've had -- you know, we've talked about

20  more than the statements, just the process by which we went

21  through to have the amendment passed.  You know, the

22  councilman talked about his conversation with Councilman

23  Vann.  I mean there was a lot of conversation about the

24  newspaper articles and all the rest of it.

25     Q.      At any point did Council Member Barron ever

V. Plummer                                                          59

1    state to you that he intended to give you a raise as a

2    result of the comments that were made?

3        A.      No, he said he intended to give me a raise as a

4    result of the threats of firing.

5        Q.      Do you recall at any point did Council Member

6    Charles Barron say to you or anyone else that he would give

7    you a raise because of the comments that were made?

8        A.      Absolutely not.  No, not that I -- no.  Let me

9    qualify that because you also said to anyone else.  Now, I

10   have no recollection of anybody else or who anybody else

11   would be or when the councilman had other kind of

12   conversations so I don't want to --

13       Q.      I understand.  I'm talking about in your

14   presence and to your knowledge.

15       A.      Right.

16       Q.      If the chief of staff of another council member

17   had made a comment about Council Member Barron where he or

18   she said I want to assassinate Council Member Barron's

19   political ass, do you believe that would be an appropriate

20   thing to say?

21       A.      We're back to the word appropriate.  If

22   Councilman Barron violated the very basic integrity of the

23   people that he was supposed to represent and someone would

24   inform me of that and in fact it was true, then I don't

25   think anyone should hold political office representing a

V. Plummer

60

1    constituency and be that disingenuous and that dishonest.

2        Q.      Do you believe that that action justifies the

3    use of the term assassination in referring to the person?

4            MR. WAREHAM:    That wasn't the quote she used.

5            ME. EICHENHOLTZ:    Or assassination -- political

6    assassination if that's.

7        Q.      To assassinate politically -- for someone to

8    call -- for someone to be assassinated politically.

9        A.      Again, to the best of my ability to answer the

10   question as succinctly as  can.  We speak different

11   languages.  I can't convey to you what the definition of

12   assassination would be using that.  When you ask me about

13   James Davis and did I think he was assassinated, I said no

14   because I think that murder is one direct and

15   indistinguishable act, murder.  Assassination as it -- as a

16   verb standing alone means one thing.  Assassination as an

17   adverb meaning character, meaning political life, meaning

18   position that one holds is two different things.

19       Q.      Had you ever before referring to Council Member

20   Leroy Comrie used that term assassinate previously?

21       A.      No.

22       Q.      Did Council Member Barron ever reprimand you for

23   the comment concerning Council Member Comrie that you made

24   on May 30, 2007?

25       A.      What the councilman said to me was that I did

V. Plummer                                                    61

1    not hear the comment because I was not there.  He said if

2    you made such a comment, I know what it meant.  I know it

3    did not mean to kill or murder Leroy Comrie.

4         Q.     I just want to take you back to the stated

5    meeting during May 30, 2007.

6                Do you recall any other staff member of a city

7    council member yelling during that stated meeting?

8         A.     I don't recall and if I did, I wouldn't snitch.

9         Q.     Well, let me ask you this then -- withdrawn.

10               Did there come a time where you learned that you

11   would be suspended from employment with the city council?

12        A.     Yes.

13        Q.     When did you find that out?

14        A.     I received a letter at my house on June 28th.

15        Q.     What, if anything, did you do after you received

16   the letter?

17        A.     I think I went to work.

18        Q.     Did you discuss the letter with Charles Barron?

19        A.     Yes.

20        Q.     What was the substance of that conversation?

21        A.     I received a letter from Chuck Meara that said I

22   was going to be suspended for six weeks and fired if I did

23   not sign a letter that was reminiscent of antebellum south.

24               ME. EICHENHOLTZ:   I'm going to ask that this

25   two-page document be marked.

V. Plummer

62

1                (Whereupon, the above-mentioned document was

2       marked as Defendant's Exhibit B for identification.)

3                MR. EICHENHOLTZ:  And I'll give a copy to Mr.

4       Wareham.

5        Q.      Ms. Plummber, I'm going to hand the actual

6       marked copy of Exhibit B.  If you'll just read through this

7       and let me know when you're finished.

8                (Witness complies.)

9        A.      Yes.

10       Q.      Is this the letter informing you of your

11      suspension that you just referred to?

12       A.      Yes.

13       Q.      What about this letter that is marked as

14      Defendant's Exhibit B do you find reminiscent of the

15      antebellum south?

16       A.       "Not engage in disorderly or disruptive conduct

17      and committee meetings, abide by all directions of the

18      chair sergeant at arms, refrain from using threatening and

19      intimidating, harassing, obscene or abusive language."

20      Bottom paragraph "your failure to adhere to these

21      requirements or the occurrence of any other misconduct will

22      result in your immediate dismissal if you do not sign this

23      copy and agree to the terms no later than 5:00 p.m. July

24      3rd you will be intimidated".

25       Q.      Terminated I believe is the word.

V. Plummer

63

1    A.    What did I say?

2    Q.    I believe intimidated.

3    A.    You will be terminated.

4    Q.    Now, turning to the second paragraph of this

5    letter on the first page that you referred to, what about

6    that paragraph is reminiscent of antebellum south?

7    A.    The assumption that I disrupted stated meetings,

8    committee meetings and had not abided by the directions of

9    the chair.

10    Q.    And what basis do you have to say that that

11    assumption is reminiscent of the antebellum south?

12    A.    As a black employee that I had no rights under

13    any jurisdiction.  For instance, whether or not someone had

14    asked me any of this or had any discussion with me about

15    that.  The bottom line was Chuck Meara on behalf of the

16    council -- on behalf of the speaker wrote the letter

17    without any discussion with me.

18    Q.    What is your basis for saying that the letter

19    was written without any discussion with you that the reason

20    for that was because you were a black woman?

21    A.    Well, I can only respond based upon my

22    experience.  As we spoke about earlier about citizenship

23    and the historical definition and my historical role in

24    this society is the basis.

25    Q.    Would it be fair to say that, therefore, that's

V. Plummer

64

1    an assumption you're making based on your own experience?

2        A.        Based on my own experience and also based on the

3    expansive council member, any staff -- discourteous, you

4    know how it is so expansive.

5        Q.        Who, if anyone, other than your attorney did you

6    talk about concerning this letter?

7        A.        When?

8        Q.        When you received it.

9        A.        Oh, no, they brought it to my house.

10        Q.        No, I'm saying after you received it and you had

11    the letter in your possession, who did you talk about it

12    with other than your attorney and we've already discussed

13    Council Member Barron?

14        A.        Council Member Barron.

15        Q.        That's it?

16        A.        I don't know.  My daughter maybe.  I don't

17    remember.  I was so incensed.

18        Q.        At any point did you consider signing this

19    letter?

20        A.        No.

21        Q.        Did you ever ask Council Member Barron his

22    opinion on whether you should sign this letter?

23        A.        No, I didn't.

24        Q.        We're still on obviously Exhibit B, the June

25    28th, 2007 letter.  What, if anything, did you do with this

V. Plummer

65

1    letter?

2        A.      What do you mean do?

3        Q.      I guess let me ask you when did you last have

4    the original copy of this letter in your possession?

5        A.      I don't remember when I had the original copy.

6    I know there was a -- was it the day before when there was

7    a press conference about it and I gave it to Council Member

8    Barron?  Perhaps the day before, the 29th or something.  I

9    don't remember the last time I had the original in my

10   possession.

11       Q.      Who called the press conference about the

12   letter?

13       A.      I'm sure -- who would call that?  The

14   councilman.

15       Q.      Did you go to the press conference?

16       A.      Of course.

17       Q.      Do you remember Council Member Barron doing

18   anything with the letter at the press conference?

19       A.      Tearing it up.

20       Q.      Do you remember what he said at the press

21   conference when he tore it up?

22       A.      No.

23               MR. EICHENHOLTZ:  This is going to be Exhibit C.

24               (Whereupon, a document was marked as Defendant's

25   Exhibit C for identification.)

V. Plummer

66

1    Q.        Ms. Plummer, I'm going to hand you what's been

2    marked and it's a marked copy of Defendant's Exhibit C for

3    identification and I ask you to take a look at it and let

4    me know when you're ready.

5    A.        Okay.

6    Q.        Do you recognize this letter?

7    A.        Yes.

8    Q.        What is this letter?

9    A.        This letter is a notice of suspension from

10   Charles Meara and it's dated July 5, 2007.

11   Q.        When did you first receive this letter?

12   A.        Was it the morning of the court or --

13   Q.        So, the morning of I guess it would have been

14   July 6, 2007 which was the day of the court appearance?

15   A.        Yes.

16   Q.        Who did you talk to other than your attorney

17   about this letter?

18   A.        Now, I recall we were in court on the 5th.  We

19   were in court, the judge instructed this June 28th letter

20   to be in line with some specifics and it was supposed to be

21   done that afternoon and then I think it was to be presented

22   two days later.  I think that's my recollection.

23   Q.        But I think my question was who did you talk to

24   other than your lawyer about that July 5th letter?

25   A.        Just my lawyer.  I don't remember.

V. Plummer

1    Q.    Did you ever speak with Council Member Barron

2  about the letter?

3    A.    I don't remember when I got it.  Corp. Council

4  said I'll bring it back that Thursday, two hours or

5  something.  I'm sure.  You said did I speak to the

6  councilman about it?

7    Q.    Yes.

8    A.    I'm sure.

9    Q.    Was a press conference held concerning this July

10  5th letter?

11    A.    No, was every single newspaper and television

12  and every other news entity there when we were walked out

13  of court?  Yes, they were.  Who called them, probably their

14  editors.

15    Q.    And did you ultimately decide to sign this

16  letter?

17    A.    Oh, no.

18    Q.    Why did you decide not to sign the letter?

19    A.    It is expansive and I never had an interview for

20  employment with either Chuck Meara on behalf of Christine

21  Quinn or with Christine Quinn.  I did not accept that

22  Christine Quinn was my employer and I did not think that

23  she had any authority to suspend and/or fire me.

24    Q.    Now, you called this letter expansive.

25    A.    Right.

V. Plummer                                                          68

1      Q.      In what way do you consider this letter

2   expansive?

3      A.      "Your disruptive actions at counsel stated

4   meetings.  You may not engage in disorderly or disruptive

5   conduct at meetings.  You must abide by all directions of

6   the presiding officer," as if there had ever been a time

7   in committee meetings and/or council stated meetings that

8   anything happened.

9      Q.      So, I guess --

10     A.      And this language towards any council member

11  staff that threatens bodily harm.

12     Q.      So, let me just run through a couple of things.

13  You're saying that at no time during your employment with

14  the council did you -- at no time during your employment

15  with the council did you engage in disorderly or disruptive

16  conduct at a stated?

17     A.      No, we are clear that the May 30th meeting

18  indeed I yelled out twice and called Christine Quinn a liar

19  and the other Council Member.  May 30th.

20     Q.      Did you consider that disorderly or disruptive?

21     A.      Disruptive.

22     Q.      So, I guess what you're saying is your issue

23  here is with the plural there, meetings?

24     A.      Yes, that's why I said it was expansive.

25     Q.      Now I understand it.  Thank you.  I appreciate

V. Plummer                                                        69

1        the clarification.

2                With respect to the last sentence at any point

3        did you refrain from using -- at any point did you use the

4        language towards any council member or council staff that

5        threatened bodily harm?

6        A.        No, I didn't.

7        Q.        What, if anything, occurred after you did not

8        sign this letter -- withdrawn.

9                Were you ever terminated from the New York City

10       council?

11       A.        Yes.

12       Q.        When was that?  I can show you something to

13       refresh your recollection.

14                ME. EICHENHOLTZ:   Let's have this marked as

15       Exhibit D for identification.

16                (Whereupon, a document was marked as Defendant's

17       Exhibit D for identification.)

18       Q.        Ms. Plummber, I'm going to hand you what's been

19       marked as Defendant's Exhibit D for identification.

20       A.        Yes.

21       Q.        Just take a look at it.  Does that refresh your

22       recollection --

23       A.        Yes.

24       Q.        -- as to when you were terminated from the city

25       council?

V. Plummer

70

1    A.    Yes.

2    Q.    When was that?

3    A.    July 9th I received this letter.

4    Q.    And how did you receive this letter?

5    A.    Mailed I think.  Sorry, my attorney gave it to

6    me.

7    Q.    After you received this letter, did you have any

8    conversations with Charles Barron about the letter?

9    A.    I'm sure.

10    Q.    What was the general substance of those

11    conversations?

12    A.    That my position to him was and his to me that

13    Chuck Meara the chief of staff didn't terminate me.  I did

14    not work for Chuck Meara and he could not terminate me.

15    Q.    What did he advise you was your current

16    employment status, if any, with the city council?

17    A.    That I continue to work as chief of staff for

18    Councilman Charles Barron and that Christine Quinn or Chuck

19    Meara, whomever had stopped my salary, health insurance and

20    what else?  My ID card and that our discussion was it was

21    not legal.

22    Q.    Did there ever come a time where you went back

23    to Council Member Barron's office?

24    A.    Yes.

25    Q.    And when was that?

V. Plummer

71

1      A.      Every -- you know, it was July 9th, I mean.

2      Q.      The first time you went to his office at 250

3 Broadway, were you required to do anything differently?

4      A.      Yes, I was required to sign in and get a

5 visitors pass because my ID had been revoked.

6      Q.      Now, is that currently the procedure you use

7 when you come to 250 Broadway?

8      A.      Yes.

9      Q.      Let me turn your attention to July 25, 2007 very

10 briefly.  Was there a stated meeting of the city council

11 that day?

12     A.      Yes.

13     Q.      On this day, were you ever asked to leave the

14 floor of the council chamber?

15     A.      Yes.

16     MR. WAREHAM:  I'm objecting to this line of

17 questioning.  This is passed what we're dealing with in

18 this complaint.  This ends on July 9th.  What relevance

19 does July 25th have?

20     MR. EICHENHOLTZ:  Off the record.

21     (Discussion held off the record.)

22     Q.      Are you making any claims in this lawsuit

23 concerning your July 25, 2007 removal from the floor of the

24 city council?

25     A.      No.

V. Plummer

72

1          MR. EICHENHOLTZ:  I'm going to have this marked

2     as E for identification.

3          (Whereupon, a document was marked as Defendant's

4     Exhibit E for identification.)

5     Q.     I'm going to hand you what's been marked as

6     Defendant's Exhibit E.  I'm going to ask you to look

7     through this document and as you're reading through it for

8     the purpose of keeping an eye out for anything that is

9     inaccurate or incorrect, if there is.

10    A.     (Witness complies.)

11    Q.     You've had a chance to look through the

12    complaint.  Have you found anything in terms of the factual

13    allegations that you have in there that you believe are

14    inaccurate or incorrect in anyway?

15    A.     No.

16    Q.     The first claim that you're making in this

17    complaint is a claim for infringement of your first

18    amendment rights.  Specifically, if I'm correct, your right

19    to free speech.

20    A.     Yes.

21    Q.     As I understand it, you're claiming that you

22    were suspended and then terminated because of speech that

23    you had a first amendment right to make; am I correct?

24    A.     Yes.

25    Q.     What speech is it that you believe you had a

V. Plummer

73

1    first amendment right to make and resulted in you being

2    fired?

3              MR. WAREHAM:    This calls for a legal opinion on

4    her part, doesn't it?

5              MR. EICHENHOLTZ:    I'm asking her factually what

6    speech she believes is -- I'll simplify it.

7        Q.    What speech do you believe you were fired for?

8        A.    According to the second letter the speech

9    calling Quinn a liar and Nelson.

10       Q.    When you say Nelson, are you talking about the

11   comments that you made during Council Member Nelson's

12   speech?

13       A.    Yes.

14       Q.    Do you believe that your comments about Leroy

15   Comrie had anything to do with your termination?

16       A.    Well, I believe the comments -- my comment made

17   about Leroy Comrie was never heard by the speaker or Chuck

18   Meara who it is Chuck Meara on behalf of the speaker who

19   fired me.  The only comment that they heard was those made

20   during the stated meeting.

21       Q.    Do you believe that the comments about Comrie

22   that you made about -- withdrawn.

23             Do you believe that the comments you made about

24   Council Member Comrie played a role in you being fired?

25       A.    I can't answer that.  I don't know what played a

V. Plummer

74

1   role.  I know there's many things if you just want me to be

2   verbose.

3       Q.      Why do you think you were fired?

4       A.      I think -- well, first of all I don't believe

5   that Christine Quinn can fire me.

6       Q.      What's the basis for that belief?

7       A.      Because she did not hire me.  She in no way  --

8   I had absolutely no employment relationship with Christine

9   Quinn, none.  She never read any of the personnel.  I mean

10  she had absolutely no relationship to me.  Had I been

11  interviewed or anything with Christine Quinn to work for

12  her, I would have declined.

13      Q.      And --

14      A.      Or Chuck Meara who is her chief.

15      Q.      Just going back to my earlier question, because

16  I think I interrupted as you were giving your answer.  What

17  were the reasons that you think you were fired?

18      A.      Let me be frank, I think that I am a sacrificial

19  lamb if you will in an eventual primary for the mayoralty

20  of New York City.  I think that in the past when there's

21  political ambition in a city that is as divided as New York

22  City is that if one can prove that he or she is quite

23  capable of putting perceived visible -- and I think one

24  word I heard used in one of their reports up at this black

25  people in check -- that that indeed to me is the frame work

V. Plummer                                                      75

1      for the scapegoating, the sacrificial lamb so to speak.

2           Q.     What is the basis when you say that you believe

3      that you were a sacrificial lamb?  What is the basis for

4      that belief?

5           A.     Other than my thinking that Christine Quinn

6      wants to be the mayor of the City of New York and wants to

7      come off very tough against black people who are up at

8      this?

9           Q.     I understand that's basically the theory that

10     you have in your mind.

11          A.     That's my belief.  You asked me what did I

12     believe.

13          Q.     Exactly, and now what I'm asking you is slightly

14     different, the basis for that belief.  What facts do you

15     have to support that belief?

16          A.     I don't know if every belief is based on a

17     concrete fact, but implied political tactics.  For

18     instance, if there is on the national level a belief that

19     to vote against war or to not give more money for a war

20     that you would be seen as being soft on terrorism.  Now,

21     are there any facts?  No.  To establish yourself in a city

22     as divided as New York City as being very tough on that

23     group or those people who most of the people in this city

24     would like to keep in check, most of the dominant group in

25     this city, let me be clear that would -- that should be

V. Plummer                                                        76

1    kept in check then that's what you promote.  That is my

2    believe.

3        Q.      So, if I understand this correctly, your belief

4    that you're a sacrificial lamb is based on the political

5    image that firing you has conveyed?

6        A.      Yes.

7        Q.      That's accurate?

8        A.      Yes.

9        Q.      In your complaint you also mention racial

10   discrimination, that you believe that council -- Speaker

11   Quinn took the action she took against you because of your

12   race.

13       A.      Yes.

14       Q.      What is your basis for saying that?

15       A.      It goes back to the first question that you

16   asked me.  The idea of the subjugation of black people in

17   this city to show that you are powerful, to show that you

18   are strong against crime is based on race, purely race.

19       Q.      Well, and let me see if I understand you

20   correctly and if not please tell me and you can clarify.

21   You're saying that -- sort of what you're saying is that

22   your belief that you were discriminated against because of

23   your race is sort of hand in hand with what you were saying

24   earlier about the basis for that claim is the perception

25   that your termination created, that's why you're saying it

V. Plummer                                                          77

1    was your race?  I'm probably confusing myself.

2         A.       Yes, yes.

3         Q.       As I understand it what you're saying is that

4    the basis of your belief that this is race discrimination

5    comes because of the political image of firing an African

6    American person conveys?

7         A.       In part but just based on the historical

8    existence of race in New York City.  Based on its covert

9    and overt expressions.  You know?

10        Q.       Let me ask you this, then, is there anything

11   specific to your situation here to your specific

12   termination that you believe suggests there's race

13   discrimination at work here?

14        A.       In addition to what I said, because it has never

15   happened in the history of the New York City council.

16        Q.       Is there anything else that you can think of

17   specific to your case that would lead you to believe it's

18   race discrimination that led to your --

19        A.       Other than I'm black and not white?

20        Q.       And Christine Quinn is white.

21        A.       Right.

22        Q.       Nothing other than what you previously said and

23   your race and Christine Quinn's race?

24        A.       Yes.

25        Q.       Have you been damaged by the events that you

V. Plummer                                              78

1      complain of in this case -- withdrawn.

2                    Let me start by asking you this, as I understand

3      if it's correct you are not making claims in this case for

4      emotional damages; is that correct?

5                    MR. WAREHAM:    That is correct.

6                    ME. EICHENHOLTZ:    Counsel has said that that's

7      correct.  I'm limiting this to damages other than emotional

8      damages.

9      Q.        How do you believe you've been damaged by the

10     events that you complain of?  How do you think you've been

11     damaged by the events described in your complaint?

12     A.        I'm not getting paid.  I don't know whether it's

13     emotional or not, but I attempted to use the Transit card

14     and it had been invalidated and, you know, the token booth

15     person and a policeman is standing there and it was where

16     did you get this, you gotta see an agent.  I was like --

17     you know, it was kind of an unusual way in which people are

18     treated.  I'm prevented from carrying out, you know, some

19     very specific issues that the councilman wanted to happen

20     around health care in the 42nd councilman district.  That's

21     because if I come into 250 and Ms. Cooke isn't there --

22     like she wasn't before, she had stepped out for a while,

23     the sergeant at arms at the desk when they call up and no

24     one is there, then you can't go upstairs.  It's just

25     absurd.

V. Plummer                                                      79

1      Q.      Let me ask you about not getting paid for a

2    minute.  Have you been getting paid at all -- I understand.

3              You haven't been getting paid by the city

4    council; right?

5      A.      Right.

6      Q.      Have you been getting paid at all for your work

7    for Council Member Barron?

8      A.      No.

9      Q.      Council Member Barron has made public statements

10   that he would perhaps give you part of his salary.  Has he

11   done that?

12     A.      No.

13     Q.      Has he made any statements to you that would

14   indicate he's intending to do that?

15     A.      No, not really.  I don't think so.

16     Q.      Have you been looking for other jobs since?

17     A.      No, this is illegal.  No, I have not.

18     Q.      You haven't sought any employment since your

19   termination from the city council?

20     A.      Sought employment?

21     Q.      Yes.

22     A.      No.

23     Q.      Did you file an application for unemployment

24   insurance?

25     A.      No.

V. Plummer

80

1      Q.      You've been volunteering for Council Member

2  Barron?

3      A.      Yes.

4              MR. EICHENHOLTZ:  I have no further questions at

5  this time.  So, unless you have any questions, we'll

6  adjourn the deposition.

7  EXAMINATION BY

8  MR. WAREHAM:

9      Q.      The only question I might have is did you also

10  lose any benefits when you said they suspended your pay?

11  Did they also suspend your health benefits?

12     A.      Health and dental, yes.

13     Q.      Prior to your receiving the June 28th letter

14  around your suspension, was it your understanding that the

15  Leroy Comrie comment was the basis of the council speaker

16  Quinn's contradiction with you?

17     A.      Prior to the 28th letter?

18     Q.      The June 28th letter.

19     A.      I had no -- no, I didn't know anything about

20  Christine Quinn.

21             MR. WAREHAM:   I have no further questions.

22             MR. EICHENHOLTZ:  I just have one quick follow

23  up.

24

25

V. Plummer                                                      81

1    EXAMINATION BY

2    MR. EICHENHOLTZ:

3        Q.      You mentioned your health and dental benefits

4    were suspended.  Did you receive a notice about Cobra

5    benefits?

6        A.      Yes.

7        Q.      Did you apply for Cobra benefits?

8        A.      I got the letter Monday and so I just wanted to

9    read it because when I called they said something about

10   $1800 you have to pay, so you know I'll read -- because

11   it's like -- so I'll read what it says and see, but if I

12   have to pay $1800 I don't have that.

13       Q.      So, you probably wouldn't do it if you have to

14   pay $1800?

15       A.      No.

16               ME. EICHENHOLTZ:   No further questions.

17               (Time Noted:  3:30 p.m.)

18   _____ (Signature

19   of witness) _____

20   Subscribed and sworn to

21   before me this _____

22   day of _____

23   2007.

24

25

82

CERTIFICATION BY REPORTER

1
2
3
4        I, Edith Tirado-Plaza, a Notary Public of the State of
5   New York, do hereby certify:
6        That the testimony in the within proceeding was held
7   before me at the aforesaid time and place;
8        That said witness was duly sworn before the
9   commencement of the testimony, and that the testimony was
10  taken stenographically by me, then transcribed under my
11  supervision, and that the within transcript is a true
12  record of the testimony of said witness.
13       I further certify that I am not related to any of the
14  parties to this action by blood or marriage, that I am not
15  interested directly or indirectly in that matter in
16  controversy, nor am I in the employ of any of the counsel.
17       IN WITNESS WHEREOF, I have hereunto set my hand
18  this            day of            2007.
19
20
21  _____
22
23
24
25

83

1

2                                    I N D E X

3    DEFENDANT'S
     FOR IDENTIFICATION                              PAGE

4         A                audio CD                   52
          B                document                   62
5         C                document                   65
          D                document                   69
6         E                document                   72

7                          *      *      *

8    WITNESS               EXAMINED BY               PAGE
     V. PLUMMER            MR. EICHENHOLTZ           4, 81
9                          MR. WAREHAM                80

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## $

**$1800** [3] 81:10,12,14

## 0

**07** [1] 1:2

## 1

**10007** [1] 2:9
**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** [1] 28:16
**11216** [1] 2:4
**11412** [2] 4:9 29:5
**116** [1] 30:19
**117th** [2] 4:9 29:4
**120** [1] 30:19
**16** [2] 14:23 26:2
**16th** [2] 26:8,9
**17** [1] 14:23
**189-14** [2] 4:9 29:4
**18th** [1] 57:15
**1935** [1] 26:4
**1937** [1] 26:2
**1964** [1] 27:16
**1969** [1] 30:2
**1984** [3] 13:5 31:17,20
**1985** [1] 31:13,17,20

## 2

**2003** [1] 55:5
**2007** [20] 1:10 22:12 32:1 35:22
40:23 42:25 43:9,12 45:8 49:20
50:2,7,25 57:6,22 58:8 60:24 61:
5 64:25 66:10,14 71:9,23 81:23
82:18
**23** [1] 55:5
**25** [2] 71:9,23
**250** [6] 10:9 15:19 16:12 71:2,7
78:21
**25th** [1] 71:19
**27** [1] 26:3
**27th** [1] 26:7
**28th** [9] 56:24 57:3,4 61:14 64:25
66:19 80:13,17,18
**29th** [1] 65:8

## 3

**3:30** [1] 81:17
**30** [16] 32:1 35:22 40:23 42:25 43:
9,12 45:8 49:20 50:2,7,25 57:6,
22 58:8 60:24 61:5
**30th** [10] 41:19,20 43:16,21 44:9,
22 45:1,4 68:17,19
**3rd** [1] 62:24

## 4

**42nd** [2] 10:18 78:20
**43** [1] 28:25

## 5

**5** [1] 66:10
**5:00** [1] 62:23
**52** [1] 83:4
**54** [1] 30:7
**5th** [3] 66:18,24 67:10

## 6

**6** [1] 66:14
**60s** [1] 31:3
**65** [1] 83:5

## 7

**72** [1] 83:6

## 8

**8** [1] 1:10
**80** [1] 83:9
**80s** [1] 31:22
**81** [1] 12:24
**82** [1] 12:24
**83** [1] 12:24
**84** [2] 12:24 14:9
**85** [1] 14:8

## 9

**9th** [4] 57:25 70:3 71:1,18

## A

**a-b-u-d-i-k-a** [1] 27:3
**a-ha** [1] 15:24
**abide** [2] 62:17 68:5
**abided** [1] 63:8
**ability** [1] 60:9
**able** [1] 7:18
**above-mentioned** [1] 62:1
**above-noted** [1] 1:16
**absolutely** [5] 46:21 52:22 59:8
74:8,10
**abstained** [1] 47:7
**absurd** [1] 78:25
**abudika** [5] 26:23 27:2 34:20,22
35:4
**abusive** [1] 62:19
**accept** [1] 67:21
**accommodate** [1] 6:25
**according** [1] 73:8
**accurate** [3] 6:10,19 76:7
**accurately** [2] 6:18 7:19
**achieved** [2] 17:19 30:4
**across** [1] 46:2
**act** [1] 60:15
**action** [3] 60:2 76:11 82:14
**actions** [1] 68:3
**actual** [1] 62:5
**actually** [3] 10:10 26:11 27:2
**addition** [1] 77:14
**address** [2] 4:8 13:21
**addressed** [1] 22:20
**addresses** [1] 29:23
**adhere** [1] 62:20
**adjourn** [1] 80:6
**adjudication** [1] 13:9
**administered** [1] 5:14
**adverb** [1] 60:17
**advise** [1] 70:15
**advocate** [1] 41:23
**affirmed** [2] 4:1 5:15
**aforesaid** [1] 82:7
**african** [1] 77:5

**africans** [1] 27:14
**afternoon** [4] 4:12,19 66:21
**agencies** [2] 11:8,12
**agency** [2] 11:13,16,21
**agenda** [5] 15:13 18:13,14,21 33:
17
**agent** [1] 78:16
**ago** [1] 7:23
**agree** [2] 62:23
**agreed** [1] 3:1
**aid** [3] 10:3 12:22 20:16
**ailment** [1] 17:14
**alas** [1] 32:2
**albans** [3] 4:9 29:4,4
**alcoholic** [1] 18:13
**alive** [1] 26:23
**allegations** [1] 72:13
**allow** [2] 34:24 54:24
**allowed** [2] 26:15 27:14
**alone** [1] 60:16
**already** [3] 15:3 40:5 64:12
**alvin** [2] 2:14 4:24
**ambition** [1] 74:21
**amendment** [6] 33:20,22 34:10
47:7 58:21 72:18,23 73:1
**american** [1] 77:6
**analyst** [1] 11:17
**and/or** [2] 67:23 68:7
**andre** [3] 16:13,25 17:1
**angry** [1] 40:1
**annoyed** [1] 21:24
**another** [5] 23:8 36:3 55:20 56:
18 59:16
**answer** [14] 6:16,19 7:18 26:24
38:5,6,7,9,10 54:24 56:9 60:9 73:
25 74:16
**answered** [3] 7:24 28:3 54:25
**answering** [1] 5:24
**answers** [2] 5:17 6:10
**antebellum** [4] 61:23 62:15 63:6,
11
**anybody** [2] 59:10,10
**anyway** [3] 18:18 21:12 72:14
**apartment** [1] 29:8
**appealed** [1] 14:1
**appear** [1] 52:19
**appearance** [1] 66:14
**appeared** [2] 23:13 58:12
**appears** [1] 24:25
**application** [2] 9:7 79:23
**applications** [1] 9:10
**applied** [2] 8:22 10:21
**apply** [1] 81:7
**applying** [1] 9:2
**appointed** [2] 9:13 10:6
**appreciate** [3] 6:1 28:5 68:25
**appropriate** [6] 37:18,25 38:3,8
39:7 47:16 59:19,21
**appropriately** [1] 6:15
**approved** [1] 45:1
**area** [2] 45:21 46:5
**arms** [5] 18:14 40:13,14 62:18 78:

23
**around** [5] 20:6 23:25 48:1 78:20
80:14
**arrest** [1] 10:3
**arrested** [3] 13:5,10,11
**article** [1] 58:12
**articles** [1] 58:24
**asks** [5] 18:18 26:25 34:7 42:5,6
**ass** [13] 47:18 48:24 49:4,7 51:1,
10 54:20 55:21,22 56:3 57:11 58:
7 59:19
**assassinate** [10] 47:14 51:1,10,
15,19 54:17,20 59:18 60:7,20
**assassinated** [2] 60:8,13
**assassinating** [5] 40:7 55:21 56:
3 57:11 58:7
**assassination** [9] 48:24 49:3 55:
17 60:3,5,6,12,15,16
**assistance** [1] 31:10
**assistant** [1] 4:20
**associations** [1] 11:7
**assume** [1] 6:17
**assuming** [1] 17:10
**assumption** [2] 63:7,11 64:1
**attempted** [1] 78:13
**attend** [2] 32:6 35:9
**attendance** [2] 19:9 42:7
**attended** [8] 14:21,22,23,23 15:8
19:3,4,20
**attending** [1] 23:22
**attention** [6] 14:11 31:25 35:21
46:24,25 71:9
**attorney** [7] 1:2,3,8 3:22 5:1 6:7 7:
24 8:10 64:5,12 66:16 70:5
**attorneys** [1] 3:2
**audience** [2] 21:8,9 24:9
**audio** [4] 52:3,6,7,14 53:14 56:18
83:4
**august** [1] 1:10
**authority** [1] 67:23
**avenue** [1] 34:15
**aware** [1] 55:5
**away** [4] 23:7 24:19 35:9,15

## B

**back** [12] 14:11 16:15 24:20 33:
25 35:21 52:5 59:21 61:4 67:4
70:22 74:15 76:15
**background** [2] 5:6 24:20
**bad** [1] 14:1
**balcony** [3] 36:24 37:2,6
**bank** [1] 29:18
**barron** [50] 8:18,21 9:1,3,12,14,
21 10:1,2,11,18,25 11:5 14:12,
24 15:10,17 19:11 23:24 32:14,
15,16 33:12,15 34:11 42:24 43:8,
21,24 44:25 45:5 58:5,11,25 59:
6,17,22 60:22 61:18 64:13,14,21
65:8,17 67:1 70:8,18 79:7,9 80:2
**barron's** [6] 10:15,21 15:18 19:2
59:18 70:23
**based** [11] 6:25 18:19 63:21 64:1,
2,2 75:16 76:4,18 77:7,8

**basic** [2] 5:9 59:22
**basically** [2] 56:6 75:9
**basis** [11] 63:10,18,24 74:6 75:2, 3,14 76:14,24 77:4 80:15
**became** [1] 35:16
**become** [1] 19:2
**becoming** [1] 51:21
**bedford** [1] 34:14
**began** [2] 36:1 54:12
**begin** [2] 5:8 52:12
**beginning** [2] 38:12 53:16
**behalf** [4] 63:15,16 67:20 73:18
**behind** [1] 57:19
**belief** [10] 74:6 75:4,11,14,15,16, 18 76:3,22 77:4
**believe** [41] 9:15 11:25 14:8 16: 17 31:12,24 35:3 36:8 37:12,18, 24 38:11 40:7 42:8,24 52:25 55: 19 56:1,6,14,23 58:13 59:19 60: 2 62:25 63:2 72:13,25 73:7,14, 16,21,23 74:4 75:2,12 76:2,10 77:12,17 78:9
**believes** [1] 73:6
**beneath** [1] 32:11
**benefits** [8] 30:25 31:2,8 80:10, 11 81:3,5,7
**best** [2] 6:24 60:9
**betsy** [2] 41:9,22
**better** [1] 52:18
**between** [4] 1:19 3:2 16:9 43:23
**beverages** [1] 8:13
**bills** [1] 9:17
**birth** [4] 24:25 25:2 26:4,9
**black** [16] 40:9 49:22 50:5,23 53: 3,23,25 54:2,6,6 63:12,20 74:24 75:7 76:16 77:19
**blocks** [1] 34:14
**blog** [1] 49:7
**blood** [1] 82:14
**board** [8] 14:21,22 15:8,11 24:1 34:5,7,7
**bodily** [2] 68:11 69:5
**booth** [1] 78:14
**born** [12] 25:22 26:1,2,3,6,7,8,11 27:8,9,17,23
**borough** [16] 14:21 15:9,12,12 35:11 47:10,11,11 48:25,25 49:4, 5 51:3,12,21 54:21
**both** [2] 26:4,6
**bottom** [2] 62:20 63:15
**bragg** [2] 2:14 4:24
**break** [2] 6:1,21
**briefly** [6] 6:22 71:10
**bring** [1] 67:4
**broader** [1] 43:19
**broadway** [4] 10:9 15:20 71:3,7
**brooklyn** [6] 2:4 35:7,8,8,14,18
**brought** [4] 4:22 5:4 44:17 64:9
**building** [1] 45:19

---

**C**

**california** [1] 54:14
**call** [6] 14:2 25:10,21 60:8 65:13

78:23
**called** [13] 9:1 13:25 17:17 25:19 26:13,19 29:15 35:13 65:11 67: 13,24 68:18 81:9
**calling** [1] 73:9
**calls** [5] 26:22 42:2,5 57:10 73:3
**came** [4] 9:9 44:1 45:7 46:10
**candidates** [1] 9:17
**capable** [1] 74:23
**card** [3] 13:21 70:20 78:13
**care** [2] 7:13 78:20
**career** [3] 51:18,20,22
**carl** [2] 40:10,12 41:16
**carla** [1] 48:5
**carolina** [1] 27:9
**carrying** [1] 78:18
**carson** [14] 26:23 34:15,22,23,24 35:6,9,12,17,17 36:2 46:17,23 53:1
**carson's** [4] 33:23 38:13,22 44: 10
**cartel** [2] 54:14,15
**case** [9] 4:22 13:2,4,7,9,19 77:17 78:1,3
**cd** [4] 52:3,6 53:15 83:4
**ceremonials** [1] 17:18
**certain** [2] 42:9,11
**certificate** [2] 25:1,2
**certificates** [1] 26:5
**certification** [2] 3:17 82:1
**certify** [1] 82:5,13
**chair** [2] 62:18 63:9
**chairing** [1] 21:3
**chairman** [2] 20:23 21:1
**chairperson** [3] 11:10 14:25 19: 11
**chamber** [1] 71:14
**chambers** [1] 55:7
**chance** [2] 22:24 72:11
**change** [2] 14:19 26:24
**changes** [5] 11:22 33:19 35:18 45:13 46:10
**character** [3] 31:24 40:8 60:17
**charge** [1] 3:22
**charles** [8] 8:20 59:6 61:18 66: 10 70:8,18
**check** [6] 6:6 74:25 75:24 76:1 **chief** [17] 8:20 9:3,4 10:16,21 11: 1,5 14:12,20 17:1,3 19:2 40:13 59:16 70:13,17 74:14
**children** [1] 29:1
**christine** [15] 4:22 36:1 37:9 67: 20,21,22 68:18 70:18 74:5,8,11 75:5 77:20,23 80:20
**chuck** [9] 61:21 63:15 67:20 70: 13,14,18 73:17,18 74:14
**cia** [1] 13:14
**circumstances** [1] 26:16
**citizen** [2] 27:7,22,25 28:10
**citizenship** [1] 27:10 63:22
**city** [53] 1:7 4:21,24 5:6 8:17,18 10:12,13 11:8,10,12 12:20 17:11,

15
**comrie's** [7] 51:1,10 54:20 55:21 56:3 57:11 58:7
**concerning** [5] 44:21 60:23 64:6 67:9 71:23
**concrete** [1] 75:17
**conduct** [4] 38:25 62:16 68:5,16
**conference** [6] 65:7,11,15,18,21 67:9
**confusing** [2] 56:11 77:1
**connection** [1] 50:13
**consider** [5] 27:25 28:1,9 46:19 54:10 55:16 64:18 68:1,20
**considering** [2] 9:16 47:9
**conspiracy** [1] 13:18
**conspired** [1] 54:15
**constituency** [1] 60:1
**constitution** [3] 27:10,12,14
**contains** [1] 52:7
**context** [1] 53:8
**continue** [1] 70:17
**contradiction** [1] 80:16
**controversy** [1] 82:16
**conversation** [5] 43:23 44:1,5, 14,17 58:18,22,23 61:20
**conversations** [8] 22:2 44:4 57: 13,14 58:10 59:12 70:8,11
**convey** [1] 60:11
**conveyed** [1] 76:5
**conveys** [1] 77:6
**convicted** [6] 13:20,22 14:5,6 31: 13,13
**cooke** [3] 15:19,22 78:21
**cool** [1] 47:20
**cooperation** [1] 4:15
**copy** [7] 3:21 62:3,6,23 65:4,5 66: 2
**corp** [1] 67:3
**corporation** [3] 4:21 10:4 11:14
**correct** [9] 4:18 5:1 38:24 72:18, 23 78:3,4,5,7
**correctly** [2] 76:3,20
**councilman** [23] 9:14 10:2,17 14: 24 22:21 23:24 24:3,6 32:14,15 33:21 43:14 58:13,22,22 59:11, 22 60:25 65:14 67:6 70:18 78:19, 20
**councilman's** [2] 15:13,14
**councilmen** [2] 14:16 15:2
**counsel** [6] 1:7,19 3:15 39:1 54: 1 68:3 78:6 82:16
**country** [1] 27:17
**couple** [2] 5:9 68:12
**course** [3] 30:12,15 65:16
**court** [12] 1:1 3:13 5:18 24:22 26: 25 31:15,23 66:12,14,18,19 67: 13
**courtyard** [4] 45:15,16,16,18
**covered** [2] 11:3 40:5
**covert** [1] 77:8
**cplr** [4] 1:18 3:6,16,20
**crack** [4] 54:9,11,13,16

---

20 19:3 24:19 30:7,8 32:3,7 34:9 45:17,18,23 46:2,5,7 47:6 49:18, 20 50:1 55:6 56:21 61:6,11 69:9, 24 70:16 71:10,24 74:20,21,22 75:6,21,22,23,25 76:17 77:8,15 79:3,19
**civil** [4] 19:7,21 20:22 27:16
**civilian** [2] 24:1,3
**claim** [3] 72:16,17 76:24
**claiming** [1] 72:21
**claims** [2] 71:22 78:3
**clarification** [3] 28:4 57:8 69:1
**clarify** [3] 28:5,8 76:20
**clear** [3] 48:13 68:17 75:25
**clerk** [1] 13:13
**clicking** [1] 47:14
**close** [2] 35:10 46:17
**closer** [1] 21:6
**co-named** [1] 34:15
**co-op** [1] 12:21
**cobra** [2] 81:4,7
**codify** [1] 14:16
**colleague** [2] 14:23 35:10
**college** [6] 9:4 30:5,6,8,8,17
**come** [10] 8:24 35:5 36:24 43:23 46:9 61:10 70:22 71:7 75:7 78: 21
**comes** [1] 77:5
**coming** [3] 15:3 37:2,6
**commencement** [1] 82:9
**comment** [14] 47:17,22,24 49:14, 16 52:21 54:17 59:17 60:23 61:1, 2 73:16,19 80:15
**commenting** [1] 50:13
**comments** [12] 50:2 52:19,23 56: 6 58:18 59:2,7 73:11,14,16,21, 23
**commissioner** [5] 13:6 20:5,16, 18 21:23
**commissioner's** [2] 20:10 24:4
**committee** [19] 14:25 18:17 19:3, 6,8,10,12,15,21,23 20:22,23,25 21:1 34:5,6 62:17 63:8 68:7
**committees** [2] 19:24 20:20
**communicated** [1] 56:7
**communications** [3] 16:16 17: 24 58:1
**community** [26] 11:13,15 14:15, 21,22 15:8,11 16:9 17:18 23:25 34:3,5,6,7,21 46:16,20,23 54:9, 11,13,16 55:20 56:2,7,14
**comp** [1] 31:8
**complain** [2] 78:1,10
**complaint** [6] 24:1 71:18 72:12, 17 76:9 78:11
**complaints** [1] 24:3
**complete** [3] 6:18,24 47:17
**complies** [2] 62:8 72:10
**comrade** [1] 35:10
**comrie** [20] 47:5,9 48:24 49:3 50: 14,18,21 51:16 54:1 57:7,13,22 60:20,23 61:3 73:15,17,21,24 80:

---

cracker [1] 39:23
craziness [1] 4:17
created [1] 76:25
credits [1] 30:17
crime [4] 13:22,24 31:13 76:18
criminal [1] 31:20
current [3] 4:8 20:11 70:15
currently [5] 7:13 27:21 28:9 29:
3 71:6
cv6154 [1] 1:2

**D**

d'alba [6] 40:10,12,22,25 41:5,16
d'blasio [2] 39:14,15
damaged [1] 77:25 78:9,11
damages [3] 78:4,7,8
date [1] 26:9
dated [1] 66:10
daughter [4] 29:2,7,14 64:16
davis [4] 55:6,10,16 60:13
day [24] 26:6 32:4,21 33:6,9,13,
16 43:13,14 49:18 55:11,12,13,
13,15 57:2,14 65:6,8 66:14 71:
11,13 81:22 82:18
days [1] 66:22
dead [3] 29:18 38:15 55:6
dealing [1] 71:17
debate [3] 18:1,3,5
deceased [1] 29:2
decide [2] 67:15,18
decided [2] 12:12,13
declined [1] 74:12
dedicated [1] 40:8
deemed [2] 3:15
defendant [1] 1:8 2:8
defendant's [12] 52:1,4,7 53:15
62:2,14 65:24 66:2 69:16,19 72:
3,6
defining [1] 39:7
definition [4] 28:11,12 60:11 63:
23
degree [1] 30:8
dental [2] 80:12 81:3
department [1] 16:10
deposed [2] 5:11 8:5
deposition [7] 5:9 6:1,5 7:22 8:
11 44:8 80:6
deputy [1] 17:1
described [4] 31:16 33:11 34:17
78:11
description [1] 9:19
desk [1] 78:23
details [1] 44:20
develop [1] 14:17
developer [1] 11:17
development [4] 11:13,15 14:15
17:2
different [8] 20:18 25:10 26:5 30:
8 49:8 60:10,18 75:14
differently [1] 71:3
direct [3] 31:25 35:21 60:14
direction [2] 41:18 42:18
directions [3] 62:17 63:8 68:5

directly [1] 82:15
disability [1] 31:7
disappointment [2] 47:4,4
discourteous [1] 64:3
discrepancy [2] 26:3,8
discriminated [1] 76:22
discrimination [4] 76:10 77:4,
13,18
discuss [2] 41:11 61:18
discussed [7] 6:22 9:20 20:8,19
28:13 58:17 64:12
discussion [6] 51:25 63:14,17,
19 70:20 71:21
discussions [2] 44:21,24
dishonest [1] 60:1
disingenuous [1] 60:1
dismissal [1] 62:22
disorderly [2] 62:16 68:4,15,20
disrupted [1] 63:7
disruptive [6] 62:16 68:3,4,15,
20,21
distributed [1] 54:15
district [8] 1:1 10:18 14:15 15:24
16:9,13 24:2 78:20
divided [2] 74:21 75:22
doctor [1] 26:4,4
doctor's [1] 7:13
document [8] 61:25 62:1 65:24
69:16 72:3,7 83:5,6
documents [2] 8:1,7
doing [3] 5:23 10:18 65:17
dominant [1] 75:24
done [7] 5:21 6:4 10:8 36:20 52:
9 66:21 79:11
down [6] 49:22 50:4,22 53:3,19,
22
drug [1] 54:15
duly [2] 4:1 82:8
during [29] 6:1 8:3 11:20 17:22,
23 18:1,4,22 19:14 21:14 23:19
35:23 36:9,12 37:9,12 39:11 40:
25 42:12,21,25 50:3 58:18 61:5,
7 68:13,14 73:11,20
duties [7] 14:13,20 16:6,7 17:3
33:11,13

**E**

e-mail [1] 58:3
earlier [10] 19:10 24:22 31:12 33:
11 42:23 50:13 55:22 63:22 74:
15 76:24
earning [1] 31:4
easier [1] 35:5
ed [3] 14:24 19:4,10
edith [2] 1:16 82:4
editors [1] 67:14
education [2] 14:25 30:3
edward [1] 28:23
effect [1] 3:12
eichenholtz [26] 2:10 4:5,20 13:
13,16 26:15 28:4 44:8 51:24 52:
1 55:1,25 57:9 60:5 61:24 62:3
65:23 69:14 71:20 72:1 73:5 78:

6 80:4,22 81:2,16
either [6] 10:24 14:16 21:3 29:18
41:9 67:20
eldest [1] 29:2
elementary [1] 16:8
eliminated [1] 11:23
elizabeth [1] 25:2
emotional [3] 78:4,7,13
employ [1] 82:16
employed [1] 10:20
employee [1] 63:12
employer [1] 67:22
employment [10] 5:6 56:21 61:
11 67:20 68:13,14 70:16 74:8 79:
18,20
end [1] 13:7
ended [1] 45:11
ends [1] 71:18
engage [3] 62:16 68:4,15
enslaved [1] 27:15
entire [2] 27:19 40:8
entirely [1] 47:16
entity [1] 67:12
epidemic [3] 54:9,11,13
equivalent [1] 5:18
eric [2] 2:10 4:20
errors [1] 6:6
esq [2] 2:10,14
establish [1] 75:21
etcetera [6] 21:24 24:4,5 46:11,
12,12
etting [1] 34:1
even [2] 43:4 47:14
event [1] 35:16
events [4] 16:16 77:25 78:10,11
eventual [1] 74:19
evers [1] 9:4
everybody [1] 47:13
everyone [2] 4:14 42:13
everyone's [1] 6:25
everything [2] 5:22 47:12
exact [2] 12:22 22:4
exactly [1] 75:13
examination [3] 7:3,10,15,18,19 4:
4 80:7 81:1
examined [2] 4:3 83:8
except [1] 3:4
exhibit [17] 52:2,4,7 53:15 56:19
62:2,6,14 64:24 65:23,25 66:2
69:15,17,19 72:4,6
existence [1] 77:8
expansive [6] 64:3,4 67:19,24
68:2,24
experience [4] 11:7 63:22 64:1,
2
explain [2] 18:4,6
explained [1] 36:3
explaining [1] 50:20
explanation [1] 53:1
explanations [1] 18:23
expose [1] 54:13
expressions [1] 77:9

extremely [1] 10:19
eye [1] 72:8

**F**

fact [2] 59:24 75:17
facts [3] 13:23 75:14,21
factual [1] 72:12
factually [1] 73:5
failure [2] 3:14 62:20
fair [1] 63:25
fairly [1] 27:6
familiar [5] 10:18 18:17
far [1] 5:23
father [3] 28:21,21 27:9
fatima [2] 16:5,23
faulkner [3] 16:3,18,21
fault [1] 4:16
favors [1] 34:7
feated [1] 17:18
february [2] 26:2,3
federal [2] 9:24 11:7
feel [1] 38:8
few [1] 8:16
file [1] 79:23
filed [3] 26:4,5,7
filing [1] 3:17
fill [1] 10:6
find [2] 61:13 62:14
fine [2] 49:12,12
finger [1] 21:25
finish [1] 55:24
finished [1] 62:7
fire [2] 67:23 74:5
fired [7] 61:22 72:3,7,19,24 74:3,
17
firing [3] 59:4 76:5 77:5
first [21] 4:1,14 16:5 17:17 19:9
43:7 49:23 50:5,23 53:4,23 55:9
63:5 66:11 71:2 72:16,17,23 73:
1 74:4 76:15
fitness [1] 7:4
five [4] 14:22 16:1 29:24,25
floor [4] 32:10 57:15 71:14,23
focus [2] 14:11 19:9
follow [1] 80:22
following [1] 50:3
follows [1] 4:3
force [1] 3:12
forgot [1] 16:11
form [2] 3:5 26:18
former [2] 9:3,4
forward [1] 21:25
found [1] 72:12
four [3] 12:24 29:2 34:14
frame [1] 74:25
frank [1] 74:18
free [2] 27:15 72:19
friend [1] 35:10
front [8] 21:10,11 32:18 45:16,18,
23,25 46:5
fruit [1] 14:1
full [2] 24:22,23
function [2] 40:15,17

**funding** [1] 11:22
**funeral** [2] 35:9,11
**furnished** [1] 3:22
**further** [4] 80:4,21 81:16 82:13

**G**

**gasp** [3] 21:17,21 22:8
**gasping** [2] 21:19 22:6
**gates** [1] 34:15
**gave** [3] 35:12 65:7 70:5
**general** [6] 5:5 9:19,25 24:20 33:7 70:10
**generally** [6] 17:13,15,16 18:13 35:22 44:3
**gesturing** [1] 5:25
**gets** [2] 29:19 34:3
**getting** [6] 4:15 78:12 79:1,2,3,6
**give** [8] 6:10 9:19 59:1,3,6 62:3 75:19 79:10
**given** [1] 38:18
**giving** [4] 6:18 38:5,6 74:16
**glideman** [1] 13:6
**glowing** [1] 35:12
**goodness** [1] 26:21
**got** [2] 67:3 81:8
**gotbaum** [4] 41:9,22 42:8,13,15,20
**gotbaum's** [1] 41:25
**gotta** [1] 78:16
**graduate** [2] 30:6,10
**granddaughter** [1] 29:7
**great** [1] 5:23
**group** [10] 34:3 35:13,13,13,15,20 48:11,16 75:23,24
**guess** [4] 65:3 66:13 68:9,22

**H**

**habit** [1] 5:25
**hall** [9] 45:17,18,23 46:2,5,8 49:18,20 50:2
**hand** [9] 62:5 66:1 69:18 72:5 76:23,23 82:17
**happen** [1] 78:19
**happened** [5] 23:4 38:20 46:7,11 68:8 77:15
**happening** [1] 46:18
**happens** [1] 17:22
**harassing** [1] 62:19
**harm** [2] 68:11 69:5
**harriet** [1] 35:19
**hat** [2] 32:23 33:5
**head** [1] 10:3
**health** [8] 10:3 11:13 16:22 70:19 78:20 80:11,12 81:3
**hear** [4] 6:12,14 41:5 61:1
**heard** [10] 6:18 14:3 36:5,17 41:9 42:24 47:12 73:17,19 74:24
**hearing** [15] 19:4,6,7,20 20:1,2,9 21:4,15 23:20,23 24:6,10,11 41:11
**hearings** [1] 14:24
**hearsay** [1] 44:6
**held** [6] 1:15 18:1 51:25 67:9 71:

21 82:6
**helps** [1] 56:23
**hereby** [2] 3:1 82:5
**herein** [1] 1:15 3:3
**hereunto** [1] 82:17
**hhc** [2] 12:1,2
**high** [1] 16:8
**higher** [4] 14:24,25 19:4,10
**highest** [2] 24:2 30:3
**highly** [1] 38:18
**hire** [1] 74:7
**historical** [3] 63:23,23 77:7
**history** [2] 38:20 77:15
**hold** [1] 59:25
**holds** [1] 80:18
**hollerman** [3] 10:4 12:3,7
**holloway** [2] 25:3,7
**horrendous** [1] 36:5
**hospitals** [2] 10:3 11:14
**hours** [2] 8:14 67:4
**house** [6] 29:8,9,19 30:1 61:14 64:9
**housing** [2] 12:16,16
**however** [3] 3:13 27:9,15
**hpd** [3] 11:14 12:14,16
**hurt** [7] 49:22 50:4,22 53:3,18,22 54:6
**husband** [1] 26:22

**I**

**id** [2] 70:20 71:5
**idea** [2] 24:18 76:16
**identification** [13] 52:2,4,8 53:15 62:2 65:25 66:3 69:15,17,19 72:2,4 83:3
**identify** [3] 25:15 27:21,23
**identifying** [1] 25:12
**illegal** [1] 79:17
**illness** [1] 7:14
**image** [2] 76:5 77:5
**immediate** [1] 62:22
**imminently** [1] 11:6
**implied** [1] 75:17
**important** [4] 5:22 6:9 10:19 17:19
**inaccurate** [2] 72:9,14
**inappropriate** [7] 38:3,11,12,14,18,25 39:6
**incapacitated** [1] 29:18
**incensed** [1] 64:17
**including** [2] 3:7 27:17
**incorrect** [2] 72:9,14
**increases** [1] 24:2
**incumbent** [2] 39:6,8
**indeed** [2] 68:18 74:25
**indicate** [2] 44:25 79:14
**indicating** [1] 23:5
**indirectly** [1] 82:15
**indistinguishable** [1] 60:15
**individuals** [1] 27:4
**inform** [1] 59:24
**information** [3] 18:20 20:6 21:24

**informing** [1] 62:10
**infringement** [1] 72:17
**infringements** [1] 27:18
**inside** [1] 47:6
**instance** [2] 63:13 75:18
**instead** [1] 5:24
**instructed** [1] 66:19
**insurance** [2] 70:19 79:24
**integrity** [1] 59:22
**intended** [2] 59:1,3
**intending** [1] 79:14
**intent** [1] 49:10
**interact** [1] 17:4
**interaction** [1] 40:22
**interest** [1] 29:17
**interested** [4] 9:2 20:12 24:3 82:15
**interpreted** [1] 51:22
**interrupt** [1] 37:18
**interrupted** [2] 36:21 74:16
**interrupting** [1] 37:24
**interview** [3] 9:11,14 67:19
**interviewed** [1] 74:11
**interviews** [2] 20:10 10:1
**intimidated** [2] 62:24 63:2
**intimidating** [1] 62:19
**intro** [2] 14:18,19
**introduced** [1] 17:21
**intros** [4] 14:17 15:12 17:25 18:15
**invalidated** [1] 78:14
**involved** [6] 13:2,4 34:19,21 35:2,18
**irving** [1] 35:19
**isn't** [1] 78:21
**issue** [2] 23:25 68:22
**issues** [1] 78:19
**items** [1] 18:20
**itself** [1] 51:19

**J**

**jacket** [1] 57:19
**jamaica** [4] 25:23,24,25 27:8
**james** [5] 21:22 28:23 55:6,16 60:13
**january** [1] 22:14
**jefferson's** [1] 32:11
**job** [13] 5:23 8:17,18 9:2,8 12:1 14:13 16:6 17:3,5 18:11 33:11,13
**jobs** [1] 79:16
**john** [1] 10:4
**joint** [4] 19:25 20:2 21:4,14
**joy** [3] 16:3,15,16
**judge** [3] 3:13 5:19 66:19
**july** [12] 55:5 62:23 66:10,14,24 67:9 70:3 71:1,9,18,19,23
**june** [13] 25:16 26:13,19,22 56:24 57:3,4,25 61:14 64:24 66:19 80:13,18
**jurisdiction** [1] 63:13
**jury** [1] 5:19
**justified** [2] 39:1,5
**justifies** [1] 60:2

**K**

**keep** [2] 6:11 75:24
**keeping** [2] 72:8
**kelly** [1] 21:23
**kept** [2] 23:6 76:1
**kevin** [3] 16:3,6,7
**kill** [1] 61:3
**killed** [1] 55:6
**killing** [1] 55:16
**kind** [5] 7:14 30:21 47:5 59:11 78:17
**kinds** [1] 38:14
**knowledge** [6] 9:16,18 24:16 34:24 42:19 59:14
**known** [2] 25:6 35:20
**koppel** [1] 39:18

**L**

**lack** [1] 15:13
**lady** [1] 16:4
**lamb** [4] 74:19 75:1,3 76:4
**land** [1] 18:16
**language** [2] 62:19 68:10 69:4
**languages** [1] 60:11
**large** [1] 48:16
**last** [9] 7:10 8:14 16:5 32:18 43:7 49:16 65:3,9 69:2
**late** [2] 4:16 18:13
**later** [4] 23:17 57:15 62:23 66:22
**law** [1] 14:19
**lawsuit** [2] 5:4 71:22
**lawyer** [2] 66:24,25
**lead** [1] 77:17
**leadership** [1] 47:5
**leaned** [1] 21:25
**learn** [2] 8:24 55:9
**learned** [4] 55:20 56:2,15 61:10
**leave** [5] 11:19 12:6 13:1 45:10 71:13
**leaving** [3] 22:25 23:1 57:16
**led** [1] 77:18
**left** [5] 12:24 32:18 45:7,12,14
**left-hand** [1] 32:10
**legal** [2] 70:21 73:3
**legislative** [6] 10:3 11:9 12:2 17:9,20,22,23 18:12
**legislatures** [3] 9:23,24 11:8
**leroy** [15] 47:4,9 49:3 50:14 51:1,10 54:20 55:21 56:3 57:18 60:20 61:3 73:14,17 80:15
**letter** [45] 56:20,24 57:3 61:14,16,18,21,23 62:10,13 63:5,16,18 64:6,11,19,22,25 65:1,4,12,18 66:6,8,9,11,17,19,24 67:2,10,16,18,24 68:1 69:8 70:3,4,7,8 73:8 80:13,17,18 81:8
**level** [2] 30:3 75:18
**liaison** [2] 16:7,9
**liar** [10] 36:2,12,12,15,18 37:7,19 39:21 68:18 73:9
**licenses** [1] 30:20
**lie** [3] 36:18 38:3 39:21

**life** [3] 40:8,9 60:17
**lifted** [1] 57:19
**limiting** [1] 78:7
**line** [3] 63:15 66:20 71:16
**lips** [2] 22:22 23:11
**list** [5] 49:23 50:5,23 53:4,23
**listen** [4] 52:8 53:7,10,13
**listened** [1] 52:14
**little** [3] 11:3 35:5 43:19
**live** [5] 29:3,6 47:11 48:25 49:5
**lived** [2] 29:23 30:1
**lives** [1] 27:20
**local** [2] 11:8,10
**long** [6] 12:4,23 18:6 28:24 30:1 31:4
**look** [9] 18:15,18 24:19 42:16,18 66:3 69:21 72:6,11
**looked** [6] 8:6,7 33:17 41:13,17, 17 57:18
**looking** [4] 22:21 23:15,16 79:16
**lose** [1] 80:10
**lot** [3] 48:12,17 58:23
**loud** [2] 21:20 22:16
**lukas** [3] 26:21,21
**lying** [3] 36:6 37:15,16

**M**

**made** [22] 50:14 52:17,19 56:15, 20,25 57:2,6,12 58:8 59:2,7,17 60:23 61:2 73:11,16,19,22,23 79: 9,13
**mailed** [1] 70:5
**malcolm** [1] 35:19
**man** [7] 49:22 50:5,23 53:25 54:2, 6,6
**management** [1] 12:19
**manager** [1] 12:16
**many** [6] 30:17 32:19 35:8 36:1 48:18 50:11,16 74:1
**marcus** [1] 35:19
**mark** [1] 52:1
**marked** [16] 52:3,6 53:15 61:25 62:2,6,13 65:24 66:2,2 69:14,16, 19 72:1,3,5
**markowitz** [1] 35:12
**marks** [1] 4:24
**marriage** [1] 82:14
**married** [3] 25:4 28:20,24
**marty** [1] 35:11
**math** [1] 30:16
**matter** [1] 82:15
**mayor** [2] 17:24 75:6
**mayoralty** [1] 74:19
**mccall** [1] 16:3
**mccall's** [2] 16:6,7
**mean** [22] 8:3 13:4,8 25:8 27:12, 14 34:22,23 35:8 36:23 40:19,20 45:25 46:2 47:25 48:17 55:13 58: 23 61:3 65:2 71:1 74:4
**meaning** [5] 58:15,16 60:17,17, 17
**means** [4] 51:2,11 54:20 60:16
**meant** [4] 51:17 54:3 58:14 61:2

**meara** [10] 61:21 63:15 66:10 67: 20 70:13,14,19 73:18,18 74:14
**media** [2] 17:4 56:7
**medication** [2] 7:5,10
**meeting** [57] 17:7,8,9,13,17 18:2, 12,22 20:14 21:12,15 22:1,8,11,16 23:22 32:3,6,24,25 33:12 35:22, 23 36:10 39:11 40:3,23,25 41:6, 24 42:1,5,7,9,12,21,25 43:9,12, 15,21,22 44:9,12,15,22 45:1,4 49:21 50:2,25 57:21,23,24 61:5, 7 68:17 71:10 73:20
**meetings** [20] 14:22,22,23 15:8, 9,10,11,12,15 19:3,3,15 62:17 63:7,8 68:4,5,7,7,23
**mel** [2] 16:3,18
**melinda** [3] 16:4,20,21
**member** [91] 8:18,20 9:11,21 10: 1,11,15,21,25 11:5 14:12 15:10, 16,17 18:4,16,17 19:2,11 20:22, 25 21:22 22:20 23:9 32:16 33:12, 15 34:11 36:3,7,8,13 37:3,12,16, 19,25 39:1,14,18 41:12,13 42:24 43:8,21,23 44:15,25 45:5 46:19 48:23 49:3 50:18,21 51:16 54:1 55:6,9 57:7,11,13,22 58:5,7,11, 25 59:5,16,17,18 60:19,22,23 61: 6,7 64:3,13,14,21 65:7,17 67:1 68:10,19 69:4 70:23 73:11,24 79: 7,9 80:1
**members** [11] 9:24 20:17 32:12, 17 34:8 46:23 54:15,15 55:20 58: 2,14
**memory** [2] 8:6 33:3
**men** [2] 53:4,23
**mention** [1] 76:9
**mentioned** [9] 17:7 19:1,10 31: 12 34:10 41:22 42:11,23 81:3
**metgar** [1] 9:4
**method** [1] 56:8
**meting** [1] 45:8
**mid** [1] 31:21
**might** [3] 8:6 33:3 80:9
**military** [1] 30:23
**mind** [2] 6:11 75:10
**mine** [2] 35:11 57:16
**minute** [2] 33:25 79:2
**minutes** [1] 18:8
**mip** [1] 12:17
**misconduct** [1] 62:21
**mitchell** [3] 16:13,25 17:1
**monday** [1] 81:8
**money** [1] 75:19
**morning** [4] 4:10,11 66:12,13
**mortgage** [5] 29:11,12,14,16,19
**most** [5] 18:18 36:4 46:9 75:23, 24
**mother** [1] 27:8
**move** [2] 3:8 51:23
**ms** [16] 4:10,23 15:19,22 41:25 42:8,12,15,20 52:5 53:13 57:10 62:5 66:1 69:18 78:21

**murder** [3] 60:14,15 61:3
**must** [1] 68:5
**myself** [3] 25:15 27:23 77:1

**N**

**naacp** [1] 11:11
**name** [4] 6,20 16:5,5 24:22,23, 25 25:4,6,16 28:22 33:19,23 34: 1 35:16,18 38:13,21,22 44:10 45: 12 46:10
**names** [8] 25:10,11,13 26:17 48: 19,21
**national** [1] 75:18
**need** [2] 6:21 38:7
**needs** [2] 6:25 27:1
**nelson** [5] 36:8,8 37:16 73:9,10
**nelson's** [2] 37:13 73:11
**never** [21] 22:23 38:20 44:14,17 47:9,10 67:19 73:17 74:9 77:14
**new** [21] 1:12,12,17 2:4,9,9 4:2,9 5:13 17:10 29:4 48:4 58:13 69:9 74:20,21 75:6,22 77:8,15 82:5
**news** [1] 67:12
**newsday** [1] 48:5
**newspaper** [2] 58:24 67:11
**newspapers** [2] 58:17,19
**next** [5] 4:25 10:10 51:22 57:23, 24
**nicknames** [2] 25:8,9
**noise** [4] 21:16 37:2,6 47:15
**noisy** [1] 36:25
**none** [2] 7:20 74:9
**nor** [1] 82:16
**notary** [4] 1:17 3:11 4:2 82:4
**note** [1] 13:15
**noted** [1] 81:17
**notes** [2] 19:16,18
**nothing** [2] 22:8 77:22
**notice** [3] 1:17 66:9 81:4
**number** [4] 26:18 28:15,18 34:3
**nycha** [1] 16:8

**O**

**oath** [2] 5:14,18
**object** [1] 3:7
**objecting** [1] 71:16
**objection** [8] 13:12,15 26:14,18 28:2 44:7
**objections** [2] 3:4,4
**obscene** [1] 62:19
**obvious** [1] 27:6
**obviously** [6] 4:25 15:16 45:7 48: 15 50:16 64:24
**occasion** [1] 17:4
**occasions** [1] 42:11
**occurred** [1] 69:7
**occurrence** [1] 62:21
**occurs** [3] 17:13,15,16
**office** [7] 23:14 15:15 18,19, 24 16:9,13 57:15,20 59:25 70:23 71:2
**officer** [5] 17:2 41:24 42:2,3 68:6
**official** [1] 26:9

**officials** [1] 11:10
**okay** [6] 6:7,19 26:24 52:10 53:9 66:5
**old** [1] 13:21
**omnibus** [1] 33:19
**one** [27] 5:23 13:13 19:23 20:16, 17 24:2 26:5,7 27:10,16,17 36:4 37:21,21 39:25 46:16 48:4 55:19 56:1 60:14,16,18 74:22,23,24 78: 24 80:22
**only** [6] 19:5 20:16,17 63:21 73: 19 80:9
**open** [2] 8:25 9:2
**opinion** [2] 64:22 73:3
**opportunity** [3] 6:5 23:8 24:13
**option** [1] 12:10
**order** [3] 8:11 9:8 42:5,5
**ordinarily** [1] 18:16
**organization** [1] 14:14
**organizations** [1] 16:10
**organizers** [2] 54:8,10
**original** [4] 3:14 65:4,5,9
**other** [49] 6:4 8:1,10 9:16,24 10: 20 14:20 15:16,17 19:17 21:19 22:8 25:6 26:17 27:4 28:17 29: 23 31:12,16,19 32:17 36:9,10 37: 2,3 39:20 48:6,8,9,9,14 54:14 56: 2,7 57:21 59:11 61:6 62:21 64:5, 12 66:16,24 67:12 68:19 75:5 77: 19,22 78:7 79:16
**otherwise** [5] 6:17,24 7:8,11 56: 4
**out** [23] 8:16 10:6 15:12 18:14 21: 20 23:2,13 27:19 38:13,17,17,22 39:2 44:10 45:15 46:10 57:19 61: 13 67:12 68:18 72:8 78:18,22
**outcome** [2] 13:14,17,19
**outside** [6] 45:19 46:7 49:18,19, 20 50:1
**over** [6] 15:3 18:15,18 33:17 45:9, 10
**overt** [1] 77:9
**own** [4] 29:10,21 64:1,2
**owned** [1] 12:20

**P**

**p.m** [2] 62:23 81:17
**package** [3] 33:19,20,24 34:2 38: 13,23 44:10
**page** [3] 63:5 83:3,8
**paid** [5] 78:12 79:1,2,3,6
**paperwork** [4] 10:5,11,12,13
**paragraph** [3] 62:20 63:4,6
**paraphrasing** [2] 22:3 51:5
**pardon** [1] 17:14
**parentage** [1] 27:24
**parents** [1] 27:19
**park** [3] 45:21,22 46:2
**part** [9] 16:4 17:5,17 18:18 24:11 35:15 73:4 77:7 79:10
**partially** [1] 27:11
**participate** [2] 19:17 21:12
**particular** [3] 13:22 18:20 20:8

**particularly** [10] 18:16 22:47:4
**parties** [2] 3:2 82:14
**pass** [1] 71:5
**passed** [5] 22:25 35:9,15 58:21 71:17
**passes** [1] 18:14
**past** [3] 11:9 29:24 74:20
**patience** [1] 4:15
**paul** [2] 4:23 9:6
**paved** [2] 45:24,24
**pavement** [2] 45:23,25
**pay** [9] 29:12,14,17 46:23,25 80:10 81:10,12,14
**pending** [1] 6:23
**people** [30] 16:1 17:18 20:14 25:10,19,21 27:16 36:24 37:2 40:9 46:9,17 47:25 48:9,11,12,16,17,18,20 51:3,12 54:22 59:23 74:25 75:7,23,23 76:16 78:17
**perceived** [1] 74:23
**perception** [1] 76:24
**perform** [1] 33:12
**perhaps** [4] 12:25 37:4 65:8 79:10
**perkins** [2] 16:4,20
**person** [9] 11:9 38:15 40:8,19,21 48:16 60:3 77:6 78:15
**personnel** [3] 10:12,13 74:9
**pertaining** [1] 1:19
**peter** [1] 24:16
**petitions** [2] 34:3,4
**phone** [1] 58:3
**phonetic** [1] 13:6
**phrase** [1] 14:3
**picture** [1] 33:8
**place** [2] 1:16 82:7
**plaintiff** [3] 1:15 2:3 26:16
**play** [1] 52:6
**played** [2] 73:24,25
**playing** [2] 52:13 53:17
**please** [5] 6:13,17 76:20
**plummer** [4] 52:5 57:10 62:5 69:18
**plummer** [10] 1:15 4:7,10 24:23 25:4,7 28:23,24 53:13 66:1
**plural** [1] 68:23
**podium** [1] 22:25
**point** [25] 6:21 20:13 22:19 23:15 26:5 29:21 31:16 33:20 35:22 36:9 39:24 40:25 42:20 43:9,20 44:18 50:16,20 53:25 54:12 58:25 59:5 64:18 69:2,3
**pointed** [1] 21:25
**points** [2] 26:5 42:9
**police** [3] 16:10 20:5 21:22
**policeman** [1] 78:15
**political** [17] 47:14,21 49:7 51:18,20 55:22 56:4 57:11 58:7 59:19,25 60:5,17 74:21 75:17 76:4 77:5
**politically** [2] 60:7,8
**position** [22] 8:22,24 9:17 10:7,

20,22 11:1,4,19,23 12:4,6,8,14,23 13:1 14:12,13,14 14:20 60:18 70:12
**possession** [3] 64:11 65:4,10
**possible** [1] 7:1
**post** [3] 58:13,15,16
**poverty** [1] 11:21
**powerful** [1] 76:17
**practically** [1] 27:19
**pre-k** [1] 16:17
**preliminary** [1] 7:3
**preparation** [1] 12:19
**prepare** [3] 7:21 8:2,11
**prepared** [2] 15:4 20:13
**prescription** [1] 7:10
**prescriptions** [2] 7:6,8
**presence** [1] 59:14
**present** [2] 35:14 47:24
**presentation** [3] 17:16 24:4 33:18
**presented** [2] 34:4 66:21
**presidency** [1] 47:10
**president** [10] 12:2 15:12 35:11 47:11 48:25 49:4 51:3,12,21 54:21
**presiding** [4] 41:23 42:2,3 68:6
**press** [6] 65:7,11,15,18,20 67:9
**prevent** [2] 7:14 51:21
**prevented** [1] 78:18
**previous** [2] 9:22 20:11
**previously** [3] 28:13 60:20 77:22
**primary** [1] 74:19
**prior** [5] 13:6,8 15:3 80:13,17
**priorities** [1] 14:16
**private** [2] 49:7
**probably** [7] 5:13 21:16 27:1 33:25 67:13 77:1 81:13
**problem** [1] 53:11
**procedure** [1] 71:6
**procedures** [1] 38:19
**proceeding** [2] 31:16 82:6
**process** [10] 9:7 34:1,16,19 35:17,20 38:19 39:6 46:18 58:20
**professional** [1] 30:20
**profiling** [2] 20:7 23:25
**program** [3] 11:17,17 12:17
**promote** [1] 76:1
**properties** [1] 12:20
**proposal** [4] 34:16,25 35:3,5
**proposing** [1] 34:11
**prove** [1] 74:22
**provide** [1] 26:25
**provided** [3] 3:6,16 6:7
**provisions** [1] 1:18
**public** [8] 1:17 3:12 4:2 20:25 31:10 41:23 79:9 82:4
**punch** [6] 49:22 50:4,22 53:3,19,23
**purely** [1] 76:18
**purpose** [3] 33:22 52:23 72:8
**purposes** [1] 3:20
**pursuant** [2] 1:17 3:20

**push** [6] 49:22 50:4,22 53:3,19,22
**put** [2] 15:3 47:1
**putting** [1] 74:23

## Q

**qualifications** [1] 11:4
**qualified** [1] 11:6
**qualify** [1] 59:9
**quality** [1] 40:9
**queens** [9] 25:24,25 27:8 30:8 47:10,11 51:3,12,22 54:21
**question** [31] 3:7 6:11,14,16,18, 23,24 10:10 27:10 28:3 37:20 38:1,2,4,7,9,10 40:2 43:10,18 49:16 55:24,25 56:9,16,18 60:10 66:23 74:15 76:15 80:9
**questioning** [1] 71:17
**questions** [19] 5:3,5,8,24 6:9 7:4,18,24 8:17 13:13 20:18 21:23 24:13,21 52:9 80:4,5,21 81:16
**quick** [2] 56:18 80:22
**quickly** [1] 7:1
**quiet** [9] 37:22 41:1,6,9,10,17 42:9,13,15
**quinn** [18] 4:22,23 5:5 36:1,15 67:21,21,22 68:18 70:18 73:9 74:5,9,11 75:5 76:11 77:20 80:20
**quinn's** [4] 36:13 37:9 77:23 80:16
**quite** [3] 21:24 39:25 74:22
**quote** [7] 27:15 38:17 42:21 51:5,10 55:3 60:4
**quoted** [3] 49:9,14,15
**quoting** [1] 51:6

## R

**race** [11] 76:12,18,18,23 77:1,4,8, 12,18,23,23
**racial** [3] 20:6 23:25 76:9
**raise** [3] 59:1,3,7
**rather** [1] 12:9
**raucous** [2] 36:22,23
**read** [11] 8:1 22:22 23:11 49:16 51:7,8 62:6 74:9 81:9,10,11
**reading** [1] 72:7
**reads** [1] 17:23
**ready** [2] 4:18 66:4
**really** [9] 4:16 18:15 26:22 31:3 38:7 46:17 47:8 56:10 79:15
**reask** [1] 43:10
**reason** [4] 17:17 55:19 56:1 63:19
**reasons** [2] 5:23 74:17
**recall** [13] 7:24 41:16 47:21 48:14 49:23 54:4 57:25 58:6,12 59:5 61:6,8 66:18
**receive** [4] 31:2 66:11 70:4 81:4
**received** [13] 24:1 30:25 31:7 56:20,23 57:3 61:14,15,21 64:8,10 70:3,7
**receiving** [1] 80:13
**receptionist** [1] 16:24
**recognize** [2] 52:15 66:6

**recollection** [10] 47:13 48:13 49:6,8,10 55:22 59:10 66:22 69:13,22
**record** [10] 4:6 6:22 24:21 49:13 51:24,25 52:5 71:20,21 82:12
**recording** [15] 52:6,7,8,12,13,14, 15,17,19 53:2,14,16,17,18 54:19
**reducing** [1] 11:20
**reference** [3] 48:23 51:16
**referred** [4] 26:17 56:19 62:11 63:5
**referring** [8] 17:10 38:21 50:10 53:6,25 54:7 60:3,19
**refrain** [2] 62:18 69:3
**refresh** [4] 8:6 33:3 69:13,21
**regarding** [1] 7:4
**registration** [1] 13:20
**regular** [1] 43:6
**rehabilitated** [1] 12:21
**reintroduce** [1] 15:4
**reintroduced** [1] 15:5
**related** [2] 11:9 82:13
**relation** [3] 32:12,16 43:4
**relationship** [2] 74:8,10
**relationships** [1] 9:23
**relevance** [2] 26:14 71:18
**relistened** [1] 54:8
**remaining** [1] 29:19
**remark** [1] 50:13
**remarks** [2] 50:17,21
**remember** [69] 9:25 10:8 11:2 12:22 14:4 15:7 20:2 21:5,6,10 22:4,10,11,14,15,18,19,21 31:4, 5,5,6 32:9,21,23 33:2 36:7,19,22 37:1 39:10,13,17,19,20,22,23 40:4 42:14,20 43:17 44:1,3,19,20, 23 45:11,22 48:7,20 49:18 50:12 51:9 52:18,20,21 56:19,22 57:2, 5,5 64:17 65:5,9,17,20 66:25 67:3
**reminiscent** [4] 61:23 62:14 63:6,11
**removal** [1] 71:23
**removed** [3] 33:23 42:21
**rename** [2] 34:25 35:6
**renamed** [1] 34:13
**renaming** [1] 34:2
**repeat** [1] 56:12
**rephrase** [1] 6:14
**replay** [1] 53:14
**report** [2] 24:1,4
**reporter** [3] 24:23 26:25 82:1
**reporters** [6] 48:2,2,6,8,9,14
**reporting** [1] 20:5
**reports** [1] 74:24
**represent** [4] 4:21 15:9,14 59:23
**representatives** [1] 17:19
**representing** [2] 3:22 59:25
**reprimand** [3] 45:3,6 60:22
**request** [1] 14:19
**required** [2] 71:3,4
**requirements** [2] 10:25 62:21

reserved [2] 3:5,9
resign [3] 12:7 13:3,7
resolutions [4] 14:17 15:2 17:21, 24
resolve [2] 27:11,12
resos [1] 18:15
respect [3] 50:17,21 69:2
respected [1] 46:19
respective [1] 3:2
respond [1] 63:21
responded [1] 22:23
response [1] 52:25
responsibilities [3] 18:11,23 19: 14
rest [1] 58:24
result [3] 59:2,4 62:22
resulted [1] 73:1
return [1] 3:14
reverse [1] 29:15
review [2] 6:5 24:1
revoked [1] 71:5
ridiculous [1] 58:14
rights [8] 3:6,16 19:7,21 20:22 27:16 63:12 72:18
rivera [1] 48:4
road [2] 4:9 29:4
role [4] 41:25 63:23 73:24 74:1
rom [2] 52:6 53:15
room [1] 4:16
rope [1] 32:15
row [4] 21:10,11 32:18 43:7
rows [1] 32:19
rules [1] 5:9
run [4] 51:2,11 54:21 68:12
running [1] 47:9
runs [1] 42:7

## S

sacrificial [4] 74:18 75:1 76:4
safety [3] 19:7,21 20:25
salary [2] 70:19 79:10
same [9] 3:12 26:4,6,6 55:11,11, 13,13,15
saw [3] 33:8 57:14
saying [26] 23:12,13 24:17 37:24 38:25 39:3,5,5,20 41:14 42:8,20 46:24 48:10,10,19 63:18 64:10 68:13,22 76:14,21,21,23,25 77:3
says [4] 54:19 81:11
scapegoating [1] 75:1
scheduler [1] 15:22
school [1] 16:8
schools [2] 16:8,17
seabrook [2] 20:23 21:5
sealing [1] 3:17
seat [4] 21:25 32:18 43:6,7
second [2] 63:4 73:8
secondary [1] 16:17
security [7] 28:15,17 40:15,17, 19,20,21
see [7] 13:14 18:16 28:1 37:20 76:19 78:16 81:11
seem [1] 38:25

seemed [1] 41:13
seen [3] 57:21,23 75:20
sells [1] 29:18
send [1] 15:12
seniors [2] 16:19,21
sent [1] 7:23
sentence [1] 69:2
separate [3] 19:23,25 20:20
sergeant [5] 18:14 40:13,13 62: 18 78:23
series [3] 5:3 7:24 9:9
served [1] 30:23
session [6] 17:20,22,23 18:12,15 46:10
set [1] 82:17
shall [5] 3:5,9,15,18,21
she's [2] 15:22 42:2
shot [4] 55:6,10,14,15
shout [1] 23:19
show [3] 69:12 76:17,17
side [1] 32:10
sign [7] 61:23 62:22 64:22 67:15, 18 69:8 71:4
signature [2] 34:8 81:18
signed [2] 3:12 34:4
signing [1] 64:18
simons [3] 16:3,15,16
simplify [1] 73:6
since [7] 19:1 30:2 35:17 57:22 58:16 79:16,18
single [1] 67:11
sister [1] 26:3
sit [4] 32:14,16 37:5,22
sits [3] 32:15,18 37:21
sitting [7] 21:6 24:6,10 32:9,10, 13 43:6
situation [3] 37:21,25 77:11
six [1] 61:22
slightly [1] 75:13
snitch [1] 61:8
social [2] 28:15,17
society [1] 63:24
soft [1] 75:20
sold [1] 12:21
someone [5] 10:25 59:23 60:7,8 63:13
someone's [1] 34:1
someplace [1] 44:7
sometimes [3] 18:3 26:22,23
somewhere [2] 31:3 49:7
son [1] 35:14
sonny [18] 26:23 33:23 34:15,22, 23,24 35:6,9,12,16,17 36:2 38: 13,22 44:9 46:17,23 53:1
sorry [7] 4:12,13 16:14 21:5 55:4, 23 70:5
sort [10] 9:7,19,25 12:8 24:19 25: 11 30:14 41:13 76:21,23
sought [2] 79:18,20
south [7] 25:23 27:8,9 61:23 62: 15 63:6,11
speaker [11] 4:21 5:4 17:23 33:

18,23 36:15 63:16 73:17,18 76: 10 80:15
speaking [5] 23:3 37:16,19 39:1, 14
special [1] 16:16
specialization [1] 30:14
specific [8] 10:11 13:24 52:19 55:3 77:11,11,17 78:19
specifically [14] 8:5 10:24 23:23 43:22 44:11,15 46:15 47:21 48:7, 15,20 50:15 55:2 72:18
specifics [1] 66:20
speech [10] 36:13 37:9,13 72:19, 22,25 73:6,7,8,12
spell [2] 27:1,2
spelling [1] 27:1
spoke [1] 63:22
spoken [1] 43:20
sports [1] 16:11
spouse's [1] 28:22
st [3] 4:9 29:4,4
staff [18] 8:20 10:16,22 11:1,5 14: 12,20 15:17 17:1,3 19:2 59:16 61:6 64:3 68:11 69:4 70:3,17
standing [3] 47:25 60:16 78:15
start [6] 4:14 7:3 8:16 15:21 43: 12 78:2
started [2] 4:16,18
starting [1] 51:6
starts [1] 18:15
state [5] 1:17 4:2,6 9:24 11:7,10 37:23 59:1 82:4
stated [29] 14:23 17:7,8,13,17 18: 2,12 24:22 32:3,6 41:24 42:1,8 43:9 45:8 49:21 50:2,25 55:22 57:23,24 61:4,7 63:7 68:3,7,16 71:10 73:20
statement [26] 38:16 48:22 49:2, 6,19,21,24 50:4,9,12,22 51:1,9, 10 53:3 55:21 56:3,15,20,25 57: 6,8,10,10,12 58:11
statements [4] 58:6,20 79:9,13
states [3] 1:1 27:24,24
statue [1] 32:11
status [1] 70:16
staying [1] 12:10
stenographer [1] 5:21
stenographically [1] 82:10
step [6] 49:22 50:4,22 53:3,19,22
stepped [1] 78:22
still [3] 36:15 37:16 64:24
stipulated [1] 3:1
stipulations [1] 1:19
stood [1] 36:4
stopped [1] 70:19
stories [1] 36:5
street [11] 33:19 34:1,13,25 35:6, 16,18 38:21 45:12 46:2,10
strike [1] 3:8
strong [1] 76:18
struggle [1] 54:12
stuck [1] 57:19

stuff [3] 51:2,11 54:21
stuyvesant [1] 34:14
subject [1] 15:17
subjugation [1] 76:16
submission [2] 20:10,11
submit [2] 20:6,13
submits [1] 34:6
submitted [1] 34:8
subscribed [1] 81:20
subsequently [4] 11:18 22:22 35:15 38:13
substance [4] 44:3,5 61:20 70: 10
subway [1] 4:17
succinctly [1] 60:10
suffered [2] 27:19,19
suggests [1] 77:12
summation [2] 47:7 50:3
summed [1] 47:1
summing [3] 46:12,14,15
supervision [1] 82:11
support [6] 15:13 47:6 51:4,13 54:22 75:15
suppose [1] 46:18
supposed [6] 14:1 20:6 27:17 47:5 59:23 66:20
suspend [2] 67:23 80:11
suspended [5] 61:11,22 72:22 80:10 81:4
suspending [1] 56:21
suspension [4] 56:24 62:11 66: 9 80:14
sworn [3] 3:11 81:20 82:8

## T

tactics [1] 75:17
talked [7] 41:12 43:11,14 47:3,3 58:19,22
tally [1] 42:6
tearing [1] 65:19
television [1] 67:11
tenants [2] 12:17,21
term [2] 60:3,20
terminate [2] 70:13,14
terminated [5] 62:25 63:3 69:9, 24 72:22
termination [4] 73:15 76:25 77: 12 79:19
terms [7] 11:22 18:16 21:23 33: 13 37:12 62:23 72:12
terrorism [1] 75:20
testified [1] 4:3
testify [2] 7:4 20:14
testifying [3] 5:18 7:15 20:17
testimony [5] 3:8 82:6,9,9,12
thanking [1] 4:14
theory [1] 75:9
there's [16] 6:23 16:1 18:3 26:2 32:14 35:13 45:21 46:1 74:1,20 77:12
thereafter [1] 50:9
therefore [1] 63:25
thereof [1] 15:14

thereto [1] 1:18
thinking [1] 75:5
thomas [1] 32:11
threatened [1] 69:5
threatening [1] 62:18
threatens [1] 68:11
threats [1] 59:4
thursday [1] 67:4
tirado-plaza [2] 1:16 82:4
title [2] 8:18 12:22
today [17] 4:15,23 5:4,17,21 6:4,
10,25 7:4,5,15,19,22 8:2,5,11 37:
5
token [1] 78:14
took [5] 27:15 30:12,15 76:11,11
topic [2] 20:4 46:22
tore [1] 65:21
tough [2] 75:7,22
towards [2] 68:10 69:4
trainer [1] 12:17
transcribed [1] 82:10
transcript [4] 3:10,21 6:6 82:11
transcription [1] 6:6
transit [1] 78:13
transparency [1] 21:23
transportation [2] 34:5,6
treated [1] 78:18
tree [1] 14:2
trial [6] 3:5,9,19 31:15,19,20
tribute [1] 35:12
true [6] 36:2 37:22,23 39:9 59:24
82:11
truth [1] 5:15
truthfully [1] 17:19
try [5] 6:14,24 7:1 43:19,20
trying [2] 22:22 23:11
tubman [1] 35:19
turn [2] 24:19 71:9
turned [1] 57:18
turning [1] 63:4
twenty-four [1] 8:14
twice [2] 9:15 68:18
two [17] 5:23 12:5 13:13 18:8 19:
5,23,25 20:19 36:10 48:4,6,9,14
57:14 60:18 66:22 67:4
two-page [1] 61:25
typing [1] 5:22

## U

u.s [5] 27:7,10,21 28:10 30:23
ultimately [1] 67:15
unclear [1] 6:13
under [7] 7:13 12:21 26:16,17 28:
11 63:12 82:10
understand [22] 6:9,12,15 7:18
13:23 28:1 36:19 38:6 40:19 43:
18 48:10 49:9,15 59:13 68:25 72:
21 75:9 76:3,19 77:3 78:2 79:2
understanding [3] 38:19 41:25
80:14
unemployment [3] 30:25 31:2
79:23
unique [1] 12:8

united [3] 1:1 27:23,24
unless [2] 33:8 80:5
until [2] 27:16 36:20
unusual [1] 18:17
up [18] 5:22 8:4 33:25 36:4 43:23
44:1,17 46:12,14,15 47:1 57:19
65:19,21 74:24 75:7 78:23 80:23
upstairs [1] 78:24
using [6] 13:20 39:23 47:21 60:
12 62:18 69:3
utilized [1] 13:20

## V

vallone [8] 21:1,6 22:20,21 23:9
24:17 41:12,13
vann [2] 33:21 58:23
verb [1] 60:16
verbose [1] 74:2
verification [1] 38:16
verifications [1] 38:16
via [1] 58:3
view [2] 11:4 39:1
viola [8] 1:15 4:7 24:23 25:2,4,7,
7,15
violated [1] 59:22
visible [1] 74:23
visitors [1] 71:5
voice [2] 22:17 52:15
volunteering [1] 80:1
vote [15] 15:14 18:3,5,7,9,19 27:
18 36:3 42:6,6 45:12 46:11,13
47:3 75:19
voter [1] 13:20
votes [1] 18:24
voting [2] 18:1,23

## W

waited [1] 36:20
waived [2] 3:8,18
waiver [1] 3:15
walked [3] 23:7 57:20 67:12
walking [2] 23:2,6
wanted [3] 15:4 78:19 81:8
wants [3] 18:4 75:6,6
war [3] 11:20 75:19,19
wareham [21] 4:25 13:12,15 26:
14,18 28:2 43:10 44:6 53:7 54:
24 55:3,24 57:8 60:4 62:4 71:16
73:3 78:5 80:8,21 83:9
washington [1] 9:6
way [10] 19:17 22:20 26:13 45:3
52:18 55:19 56:1 68:1 74:7 78:
17
wearing [4] 32:21,23 33:5,6
week [1] 7:10
weeks [1] 61:22
welfare [1] 31:10
whatever [4] 11:21 14:2 17:24
18:19
whereof [1] 82:17
whereupon [8] 21:24 52:3,13 53:
17 62:1 65:24 69:16 72:3
whether [21] 6:12 9:22 22:19 23:

17 28:9 33:5 36:19,20 37:1,2,5,
20 38:2 39:10,13 45:22 56:19 57:
2 63:13 64:22 78:12
white [2] 77:19,20
whoever [1] 39:7
whole [9] 51:2,2,3,11,11,12 54:
21,21,22
whomever [1] 70:19
wide [3] 14:21 15:9,12
widowed [1] 28:21
will [15] 5:17,22 6:5,7,13 28:5 48:
24 49:4 50:1 54:24 55:25 62:21,
24 63:3 74:19
withdraw [1] 55:25
withdrawn [7] 49:14,19 54:18
61:9 69:8 73:22 78:1
within [3] 8:13 82:6,11
without [4] 3:22 27:18 63:17,19
witness [19] 3:11,23 28:5 31:15,
18,19,24 37:22,23 39:8 46:9 53:
9 62:8 72:10 81:19 82:8,12,17
83:8
witnesses [1] 24:14
woman [1] 63:20
word [11] 39:7,23,25 40:2 47:16,
21 51:15,19 59:21 62:25 74:24
words [3] 5:24 22:4 53:18
work [16] 10:17 11:12 20:15 29:
16 30:12,15 35:7,7 43:20 61:17
70:14,17 74:11,25 77:13 79:6
worked [3] 11:8 35:8,14
workers' [1] 31:7
working [1] 9:23
works [4] 16:10,17,21 29:17
wow [1] 22:5
written [1] 63:19
wrote [1] 63:16

## Y

year [5] 14:4 22:12,13 26:6 31:21
years [8] 12:5,24 20:11,11 28:25
29:24,25 35:8
yell [8] 23:19 35:24,25 36:9,12,15
37:15,19 40:6
yelled [8] 36:2,5,12 37:1,6,15 42:
12 68:18
yelling [12] 39:4 42:23,24 43:9,
15,22 44:11,15,21 45:1,3 61:7
york [20] 1:12,12,17 2:4,9,9 4:2,9
17:10 29:5 48:4 58:13 69:9 74:
20,21 75:6,22 77:8,15 82:5
young [1] 16:4
yourself [9] 15:16 25:12 27:21,
25 28:10 33:9 43:23 46:19 75:21
youth [1] 16:10

```
 1    STATE OF NEW YORK)

 2         ss:

 3    COUNTY OF        )

 4

 5         I wish to make the following changes, for

 6    the following reason:

 7

 8    PAGE   LINE

 9    ____   ____   CHANGE  _____

10    ____   ____   REASON  _____

11    ____   ____   CHANGE  _____

12    ____   ____   REASON  _____

13    ____   ____   CHANGE  _____

14    ____   ____   REASON  _____

15    ____   ____   CHANGE  _____

16    ____   ____   REASON  _____

17    ____   ____   CHANGE  _____

18    ____   ____   REASON  _____

19    ____   ____   CHANGE  _____

20    ____   ____   REASON  _____

21                         _____

22                              (WITNESS)

23    Subscribed and sworn to before me

24    this ____ day of _____, 200__.

25    _____
         (NOTARY PUBLIC)
```

Five Star Reporting, Inc.
***** Suites in all Boroughs *****
(631) 224-5054