Exhibit D

COPY                                                          1

1  UNITED STATES DISTRICT COURT

2  SOUTHERN DISTRICT OF NEW YORK

   ------------------------------------------------------------X
3  VIOLA PLUMMER,

4                                      PLAINTIFF,

5               -against-             Index #:
                                      07 CV 6154
6
   CHRISTINE QUINN, Speaker of the City Council,
7
                                      DEFENDANT.
8  ------------------------------------------------------------X

9                                     DATE: August 20, 2007

10                                    TIME: 10:28 a.m.

11

12        EXAMINATION BEFORE TRIAL of a Non-Party Witness, CHARLES

13 BARRON, taken by the Defendant, pursuant to Notice, held at the

14 offices of Michael A. Cardozo, Esq., Corporation Counsel, New York

15 City Law Department, 100 Church Street, New York, New York

16 10007-2601, before Shawn McCline, a Notary Public of the State of

17 New York.

18

19

20

21

22

23

24

25

2

```
 1  A P P E A R A N C E S:

 2

 3        ROGER S. WAREHAM
                Attorney for Plaintiff
 4              394 Putnam Avenue
                Brooklyn, New York 11216
 5              BY: ROGER S. WAREHAM, ESQ.

 6

 7        MICHAEL A. CARDOZO, ESQ.
                Corporation Counsel
 8              Attorney for Defendant
                100 Church Street
 9              New York, New York 10007-2601
                BY: PAUL MARKS, ESQ.
10              File #: 07LE021010

11

12        ALSO PRESENT:
                Eric Eichenholtz, Senior Counsel, NYCLD
13              Viola Plummer, Plaintiff
                Alvin Bragg, New York City Council
14              Jim Lemonedes, Assistant Corporation Counsel, NYCLD

15

16

17

18

19

20                    *          *          *

21

22

23

24

25
```

3

1                F E D E R A L    S T I P U L A T I O N S

2

3

4        IT IS HEREBY STIPULATED AND AGREED

5 by and between the counsel for the respective parties hereto, that

6 the filing, sealing, and certification of the within deposition

7 shall be and the same are hereby waived;

8

9        IT IS FURTHER STIPULATED AND AGREED

10 that all objections, except as to the form of the question, shall

11 be reserved to the times of the trial.

12

13        IT IS FURTHER STIPULATED AND AGREED

14 that the within deposition may be signed before any Notary Public

15 with the same force and effect as if signed and sworn to before

16 this court.

17

18

19                    *       *       *       *

20

21

22

23

24

25

4

1 C H A R L E S     B A R R O N, called as a witness, having been

2 first duly sworn by a Notary Public of the State of New York, was

3 examined and testified as follows:

4 BY THE REPORTER:

5    Q    Would you please state your name for the record?

6    A    Charles Barron.

7    Q    Would you please state your business address for the

8 record?

9    A    250 Broadway, New York, New York 10007.

10 EXAMINATION BY

11 MR. MARKS:

12    Q    Good morning, Council Member Barron.

13    A    Good morning.

14    Q    My name is Paul Marks and I'm Assistant Corporation

15 Counsel in the New York City Law Department, together with

16 my colleagues Eric Eichenholtz, who is seated immediately

17 to my left, and James Lemonedes, who is seated next to Eric

18 Eichenholtz's left.

19         I represent the Defendant in the action of Plumber V

20 Quinn, the defendant speaker of the City Council, Christine

21 Quinn.

22         And Ms. Plummer has identified you in Answers to

23 some of Defendants Interrogatories in this action as having

24 knowledge of some of the factual allegations that are

25 contained in her Complaint in this action.

5

1        That's why we're taking your deposition.

2        First of all, would you prefer or do you have a

3   preference for me to address you as Council Member Barron,

4   Mr. Barron, either one?

5   A    Future Mayor Barron.  Mr. Barron is fine.

6   Q    We'll go with that.

7        Now, is Mr. Wareham representing you at this

8   deposition?

9   A    Yes.

10  Q    Have you ever been deposed before?

11  A    No.

12  Q    I'm just going to go through some basic rules for

13  the deposition.

14       You have been sworn in.  Your answers are under oath

15  and if there is any question that is unclear, please let me

16  know and I'll rephrase it or attempt to rephrase it.

17       After your deposition you'll have an opportunity to

18  review the transcript for any errors and make corrections.

19       And you should always give verbal answers to the

20  questions.  You can't nod yes or no because the Court

21  Reporter can't take that down.

22  A    Yes.

23  Q    If· you need to take a break at any point during the

24  deposition, let me know, we'll take a break.  The only

25  request I'll make is that if there is a question pending,

6

```
 1       that you not take a break at that point.

 2       A      Okay.

 3       Q      Just a couple of preliminary things.

 4              Are you taking any medication that would affect your

 5       ability to answer questions truthfully or accurately?

 6       A      No.

 7       Q      You're a member of the New York City Council for the

 8       42nd Council District; is that correct?

 9       A      Yes.

10       Q      When were you first elected as member?

11       A      2001.

12       Q      You were re-elected in 2000 --

13       A      2003, and then again in 2005.

14       Q      When does your current term end?

15       A      2009.

16       Q      Obviously you know the Plaintiff who is in this

17       action, Viola Plummer?

18       A      Yes.

19       Q      How long have you known Ms. Plummer?

20       A      For, oh, about 20, 30 years.  We go back a ways.

21       Q      Did there come a time when you hired Ms. Plummer as

22       your Chief of Staff?

23       A      Yes.

24       Q      When did you hire Ms. Plummer as you're Chief of

25       Staff; and month and year is fine?
```

7

1     A     Oh, what was it?  Been about a year, so I would

2     say...

3     Q     September 2005 ring a bell?

4     A     About that.

5     Q     Did you interview Ms. Plummer in connection with the

6     Chief of Staff job?

7     A     Yes.

8     Q     Did you interview her on more than one occasion?

9     A     I don't remember at that time.

10    Q     Why did you select Ms. Plummer to be your Chief of

11    Staff?

12    A     Well, because of her history in our community.  She

13    has been a leader, and since I've known for over 20, 30

14    years and a national leader, a national leader, she's a

15    master organizer, a great motivator of people, and she's

16    connected to the masses of our people.

17          She has a long history in our struggle around the

18    very quality of life issues that our community responds to.

19          So in my office, we needed someone to come in and to

20    provide leadership and some growth and development for my

21    staff and to organize us to do constituency services

22    better, and then here at City Hall needed serious

23    leadership to be a part of what was going on at City Hall

24    as well.

25          So I needed an experienced person who had the

8

1    leadership qualities, who had the knowledge of people and

2    the system that we are dealing with, and some of the issues

3    that we are dealing with, and I couldn't have thought of a

4    better person than Viola Plummer.

5    Q    Now, you may have answered this already in part, but

6    did you assign particular duties to Ms. Plummer as Chief of

7    Staff?

8    A    Yes.

9    Q    What are those duties?

10   A    First, I wanted her to reorganize my district

11   office.  And she did a fantastic job with that.  To make

12   sure that we did constituency services better.

13        In our community is a community in crisis.  We have,

14   like, hundreds of calls, hundreds of complaints just about

15   every day and, you know, dependent upon how you provide

16   those services that's all you will be doing.  So I had my

17   staff just overworked with constituency services.

18        So Ms. Plummer did great with the constituency

19   services.  She did great in helping us see our vision and

20   go beyond just constituency services, get into community

21   organizing and the vision for our office, and then working

22   with the funded programs to make sure that the funded

23   programs of that operation went smoother.

24        Then I brought her over to City Hall after a while

25   to work on legislation and some of the meetings that we

```
 1      would have at City Hall.

 2      Q      Did Ms. Plummer have a prede

 3      Staff?

 4      A      Yes, Mr. Paul Washington.

 5      Q      At some point Mr. Washington le

 6      A      Right.

 7      Q      When did he leave your office?

 8      A      Oh, about a year before Ms. Plummer came on.

 9      Q      In between the time Mr. Washington left as Chief of

10      Staff and you hired Ms. Plummer as Chief of Staff, did

11      anyone serve in the Chief of Staff capacity?

12      A      No.

13      Q      In addition to the Chief of Staff position, do you

14      have other staff members in your office?

15      A      Yes.

16      Q      How many other staff members in your office do you

17      have?

18      A      We have, Ms. Cooke is the Scheduler at the City Hall

19      office, and we have two part-time workers, we have

20      Ms. Simmons, Ms. Mitchell, Mr. Faulkner (phonetic) -- about

21      six, seven.

22      Q      And do some of these staff members work in the

23      District Office and some work at 250 Broadway?

24      A      Most of the them work in the -- Ms. Plummer and

25      Ms. Cooke was at the City Hall office and the rest was in
```

10

```
 1      the district.

 2      Q      I'm going to ask you some questions about one of the

 3      issues in this case is about the Speaker issue.   The

 4      Speaker of City Council and -- strike that.

 5              The authority of the Speaker of City Council to fire

 6      a member of the staff of a council member, and is it your

 7      position that the Speaker of the City Council does not have

 8      the authority to fire a member of the staff, of a member of

 9      the City Council?

10      A      Absolutely.

11      Q      What's the basis of that review?

12              MR. WAREHAM:  Well, let me just, if it calls

13          for legal opinion, then he can't really offer that.

14              MR. MARKS:  If it calls for a legal

15          conclusion, fine, but if it doesn't, then you can

16          answer.

17              MR. WAREHAM:  You can answer.

18              THE WITNESS:  If it calls for a legal

19          conclusion...

20              I'm an elected official, that's been elected

21          by the people of any district and we are allocated a

22          certain amount of money to hire staff and to open up

23          our offices in our district.

24              I'm the one who hires my staff.  I fill out

25          all the forms.
```

11

1          The process of hiring our staff you simply

2     just put it through the process and they check it to

3     make sure that everything is proper, and we hire our

4     staff.

5          You know, the Speaker doesn't sign anything

6     for our staff.  She doesn't hire our staff, we do.

7          And I see -- I hired Ms. Plummer and I'm the

8     only one that can fire Ms. Plummer.  There is no

9     basis, anyway, for the Speaker to do that.

10   BY MR. MARKS:

11   Q     The paperwork that you or your service submits in

12   connection with hiring a member of your staff, does that go

13   through the Administrative Services Division of the City

14   Council?

15   A     Yes.

16   Q     Is that Administrative Services Division under the

17   jurisdiction of the Speaker?

18   A     Administrative Services?

19   Q     Yes.

20   A     Yes.

21   Q     To your knowledge...

22        MR. MARKS:  And if it calls for a legal

23   conclusion, you can object.

24   Q     Does the City Charter specifically provide that

25   individual council members may hire members of their staff?

12

1    A        I've never read the City Charter.  I don't know.

2    Q        I'm going to ask you some questions about, there was

3    a Stated Meeting at the City Council on May 30, 2007 and I

4    assume you recall that meeting?

5    A        Vaguely.

6    Q        If you want to answer just so the record -- I mean.

7                 MR. MARK:  Off the record.

8                 (Whereupon, an off-the-record discussion was

9         held.)

10 BY MR. MARKS:

11   A        Yes, I recall that.

12   Q        So I'm going to ask you some questions about that

13   meeting, and forgive me for some of the questions, the

14   answers may be obvious.

15            Did you attend the May 30, 2007, Stated Meeting?

16   A        Yes.

17   Q        You have a desk or a position in the Council

18   Chamber?

19   A        Yes.

20   Q        If one is in the Council Chamber facing the

21   presiding officer, let's say, where is your desk?

22   A        I would be in the first row, far to the left near

23   the statue.  The first seat in the first row near the

24   Thomas Jefferson statue.

25   Q        Was Viola Plummer also at that meeting?

13

1     A     Yes.

2     Q     Since she has served as your Chief of Staff, does

3     Ms. Plummer usually attend Stated Meetings?

4     A     Yes.

5     Q     And does she have any particular duties at a Stated

6     Meeting?

7     A     Just, you know, she stays in touch with me.  She

8     makes sure I'm on top of all of the votes that are coming

9     up in the legislation, and usually at Stated Meetings, we

10    just say "I" on all for the stuff that we've done in the

11    committee meetings.

12         So she just lets me know which one that I voted for

13    and against, and just keeps me abreast of what's on the

14    agenda for the meeting.

15    Q     Were these the type of duties she had at the May

16    30th Stated Meeting?

17    A     That's what she does at every meeting.

18    Q     Was one of the matters that was the subject of the

19    Stated Meeting, on May 30, 2007, the issue or the co-naming

20    of four blocks of Gates Avenue in Brooklyn after Sonny

21    Carson?

22    A     Yes.

23    Q     Where was Ms. Plummer situated in relation to where

24    you were sitting at the May 30th Stated Meeting?

25    A     She usually sits, and she was at that time, I

14

1    believe, if you're facing the public advocate and I'm to

2    the far left in that seat, she is usually right behind me,

3    further to the left, with the seats outside of the chains

4    or whatever they have holding people off.  She is usually

5    in the first few seats.  One of those seats behind me.

6    Q       Approximately what is the distance between where

7    you're situated -- you were situated and where Ms. Plummer

8    was situated at the May 30th Stated Meeting?

9    A       Ten, 15 feet, maybe.

10   Q       Did Ms. Plummer yell at any time during the May 30,

11   2007 Stated Meeting?

12   A       I didn't hear her yell.

13   Q       Did Ms. Plummer shout during the May 30, 2007 Stated

14   Meeting?

15   A       I didn't hear her shout.

16   Q       Did Ms. Plummer speak -- strike that.

17           Did you hear Ms. Plummer say anything during the

18   2007 --

19   A       No.

20   Q       Let me get the whole question.

21           -- during the May 30, 2007 Stated Meeting?

22   A       No, I didn't.

23   Q       Just so it's clear for the record, did you ever hear

24   Ms. Plummer yell or shout while Speaker Quinn was speaking?

25   A       No.

15

```
 1     Q     Did you ever hear Ms. Plummer yell or shout while

 2   Council Member Nelson was speaking?

 3     A     No.

 4     Q     Did you hear Ms. Plummer yell or shout while Council

 5   Member de Blasio was speaking?

 6     A     No.

 7     Q     Did you ever hear Ms. Plummer yell or shout while

 8   Council Member Koppell was speaking?

 9     A     No.

10     Q     During the meeting, did you have any opportunity to

11   -- strike that.

12           Ms. Plummer was sitting behind you; is that correct?

13     A     Not directly behind me.  She's more to my left in

14   the seats that are outside of ours.  So she's not directly

15   behind me, but she's in the first few seats over there and

16   then I usually focus on the meeting.

17     Q     During this Stated Meeting on May 30, 2007, did you

18   observe Ms. Plummer at all?

19     A     No.  Actually, I was in my own element at that

20   meeting and I had, you know, my -- I was very, very upset

21   about what was going on.  So I wasn't focusing on

22   Ms. Plummer.

23           There was a lot of noise from the balcony because it

24   was a lot of shouting.  So I wasn't able to distinguish who

25   was shouting and whose shouts they were and all of that.
```

16

1        So it was very, you know, the meeting was, you know,

2    it was a lot of shouting from the balcony, so I wasn't

3    paying attention to Ms. Plummer.

4    Q        During the Stated Meeting on May 30, 2007, did you

5    ever hear the public advocate, Betsy Gotbaum, request that

6    persons in the Council Chamber be quiet while members of

7    the council were speaking?

8    A        Yes.

9    Q        Did you ever hear Ms. Gotbaum state to someone that,

10   "I'm going to have you removed"?

11   A        No.

12   Q        Did Ms. Plummer ever tell you that she had yelled or

13   shouted during the May 30th Stated Meeting?

14   A        No, we didn't talk about that.

15   Q        Did Ms. Plummer ever tell you that she had yelled

16   during the May 30, 2007 Stated Meeting?

17   A        No, we didn't talk about that.

18   Q        Has anyone ever, any member of the City Council or

19   employee of the City Council, ever told you that

20   Ms. Plummer yelled during the May 30, 2007 Stated Meeting?

21   A        No.  The only thing I heard about it was in the

22   media.

23   Q        Did you ever ask Ms. Plummer whether she had yelled

24   during the May 30, 2007 Stated Meeting?

25   A        We didn't have a discussion on that.  It was a

17

1    contentious meeting.  I didn't say, "Did you yell?"  Or

2    "Did you call anybody names?"  We didn't have any

3    discussions on that.

4    Q      Are you aware of any statements that Ms. Plummer

5    made about Council Member Leroy Comrie, C-O-M-R-I-E,

6    outside City Hall on May 30, 2007?

7    A      I'm away of alleged statements from the media.  I

8    didn't hear them.

9    Q      So we will get into the substance or alleged

10   substance of the statements in a second, but were you

11   present when Ms. Plummer made any statements about Council

12   Member Leroy Comrie outside City Hall on May 30, 2007?

13   A      No.

14   Q      When did you first learn that Ms. Plummer had made

15   comments about Council Member Comrie?

16   A      I think -- I don't know whether it was that night or

17   the next day, I heard it through the media that there was

18   some statements made, but it was shortly after the meeting,

19   either later on, on NY1 or one of the stations, or the next

20   day.

21   Q      Did you ever discuss with Ms. Plummer what

22   statements she made about Council Member Comrie outside

23   City Hall on May 30, 2007?

24   A      No, we didn't have any deep discussions about it.

25   The only thing I remember her saying is that she was

18

1    talking about his political career.

2         When I heard it in the media, she was talking about

3    his political career and that was enough for me, and we

4    didn't have any more discussions about it.  We never got

5    into it much more than that.

6    Q    So just to make sure, did she ever tell you what she

7    said about Council Member Comrie on that day?

8    A    No.  It was more like I heard it in the media and

9    she basically said she was talking about his political

10   career.  That was it.

11        We didn't discuss.  You know, what she said

12   verbatim or nothing like that, and I accepted that and that

13   was good enough for me.

14   Q    Did Ms. Plummer ever tell you that she had used the

15   word, either "assassinate" or "assassination" in reference

16   to Council Member Comrie on May 30, 2007?

17   A    No.  The only thing she said is, "I was talking

18   about his political career" when they allegedly said she

19   used that had term.

20        We never had any deep discussions about it other

21   than what I just said.

22   Q    You're aware that on July 23, 2003 Council Member

23   James Davis was shot and killed in the Council Chamber?

24   A    Yes.

25   Q    You were present on that day?

19

1    A      Yes, I was present.

2    Q      Did there come a time within a few days after May

3    30, 2007, that you or members of your office were the

4    subject of death threats?

5    A      I believe so.

6    Q      Do you know the source of those threats?

7    A      I get so many death threats I have to find out who

8    the source is.

9           I know one was NYPD Rant on some website, NYPD

10   Rant.  And I usually get letters or phone calls.  It's just

11   a way of life.

12   Q      And with respect to those death threats, did you do

13   anything -- did you, for example, do you contact either --

14   A      Routine.

15   Q      I'm sorry.  Do you contact the New York City Police

16   Department or the City Hall Head of Security, Carl D'Alba?

17   A      I figured it was very awkward for me to tell the

18   police to protect me from the police that are threatening

19   me.  So I don't usually call the Police Department because

20   sometimes they are the ones, the threats are coming from

21   their website.  But I believe I reported it to Chuck and

22   then he told Carl.

23   Q      Chuck is Chuck Mera, M-E-R-A?

24   A      Yes, Chief Head of Staff.

25                 MR. WAREHAM:  M-E-A-R-E.

20

1            MR. MARKS:  Could you mark this, please?

2            (Whereupon, the aforementioned article was

3       marked as Defendants' Exhibit F for identification as

4       of this date by the Reporter.)

5  BY MR. MARKS:

6       Q     Council Member Barron, I'm going to show you what's

7       been marked as Defendants' Exhibit F, which was also

8       previously marked in another deposition in this case, but

9       I'm just going to ask you just a couple questions about it,

10      but...

11           (Witness perusing the document.)

12      Q     Have you seen Defendants' Exhibit F before?

13      A     Yes.

14      Q     I guess we can say it's a flier that on top says

15      "Sonny Carson is where he belongs" and has a photo and some

16      other language on it.

17           Were copies of this flier, Defendants' Exhibit F,

18      posted on your District Office?

19      A     Yes.

20      Q     Was that within a few days of the May 30, 2007

21      Stated Meeting?

22      A     I think it was.  May have been a few days after,

23      maybe in a week or so.

24      Q     After these fliers were posted on your offices did

25      you take any action?

21

1      A      Yes.  My staff informed City Hall Security and then,

2      I think they called the Police Department and the police

3      came out and investigated.

4      Q      Did either the Police Department or City Hall

5      Security offer any security to your -- offer to, let's say,

6      post an officer at your District Office?

7      A      Yes.

8      Q      And did you accept that offer?

9      A      I said, "It wasn't necessary."  You know, they did

10     it anyway.  You know, they had an officer there and they

11     offered so many other things, cameras and a buzzer and all

12     of that stuff, and I said, "It's not necessary."

13     Q      On or about June 1, 2007, did you ever say, in

14     reference to Ms. Plummer, that "I'm so proud of her I might

15     give her a raise"?

16     A      Absolutely.

17     Q      As of June 1, 2007, what had Ms. Plummer done, if

18     anything, that made you so proud of her you said you would

19     consider giving her a raise?

20     A      Prior to all of this she was going to get a raise.

21     Q      Prior to May 30, 2007?

22     A      Right.  Prior to May 30th, prior to all of the

23     incidents that occurred, she was slated to get a raise, as

24     a matter of fact, for the work she had done for the year

25     restructuring the offices, providing the leadership in our

22

1    community, being of great assistance for me at City Hall

2    and being good counsel to me.

3        And I had put in, as a matter of fact, for her to

4    get a one-time payment raise which the Speaker's office

5    stopped, and it had nothing to do with this.

6        They claimed that it came too late, but it wasn't

7    too late for the rest of my staff.  You know, at the end of

8    the year if you don't spend all your money in the budget,

9    you can give your staff a one-time payment as a bonus if

10   they have done good work, or you can shift it to other

11   things, and that's what I intended do for Ms. Plummer, and

12   the Speaker's office blocked that.

13       And so I was planning on giving her a raise for the

14   great work she had done in our community and my office long

15   before all of this happened.  It had nothing to do with

16   this.

17   Q     "This" is the May 30th?

18   A     The May 30th incident.  All this stuff around Sonny

19   Carson's street naming and our responses, it had absolutely

20   nothing do with that.

21   Q     What was the amount of the one-time payment --

22   A     I believe it was $4,000.

23   Q     I meant the one-time payment you were planning on

24   giving Ms. Plummer?

25   A     Right.

23

1    Q        Do you have believe one way or the other that

2    Speaker Quinn suspended and fired Ms. Plummer because

3    Ms. Plummer is African-American?

4    A        I believe it was a racist move, yes.  I don't think

5    she would have done it to a white woman.

6    Q        What's the basis of your belief that it was a racist

7    move by Speaker Quinn?

8    A        I think the move was racist to take one black

9    person's name out of a group of 50-some-odd names, only the

10   black person's name comes out.  I think that racist.

11   Q        You're referring to Sonny Carson?

12   A        Sonny Carson's name being taken out, defying an

13   entire black community, the Planning Board voted 39 to 1 to

14   have it stay in.

15            The local Councilman, Al Vann, said yes.

16            The Chairperson of the Parks Committee, a black

17   woman, Helen Diane Foster, councilwoman said yes.

18            Three whites on the committee, I believe, I don't

19   know, I believe were influenced by the Speaker to put in

20   the amendment to take Sonny Carson's name out of a group of

21   52, because, you know, we used to vote on all of the names

22   separately when Gifford Miller was Speaker.  Then we moved

23   to do it twice a year, so they didn't think all we did was

24   pass street names changes and that was in the two groups.

25            Never before in the history of the City Council has

24

1    any name ever been taken out regardless of what any council

2    members felt about those individuals.

3         Like Al Jolson, that the Speaker offered, who

4    mimicked us, some people tried to sanitize his history and

5    say he wasn't racist, but that's what he did at the time,

6    but everybody didn't do it at the time.  We passed that.

7    We left it in.

8         All of us know this is a process and we voted for

9    that, but when it came to Sonny Carson and the black

10   community, I firmly believe the Speaker did this to play a

11   political card to the white conservative community of New

12   York City.

13        It was racist, and then when we reacted assertively,

14   she continued that racism.  She's divided us more than

15   we've ever been divided, more than Sonny Carson could have

16   ever divided the community if he had two life times.

17        Twenty-four whites united with the Speaker.  Three

18   whites united to get the name out.  So I think it was

19   extremely racist, and I think the firing of Viola Plummer

20   was racist, and the taking of Sonny Carson's name was

21   racist, yes.

22   Q    I understand your views on the Sonny Carson matter

23   but...

24   A    You probably don't, but we will accept that for the

25   record, you've heard them before.

25

1    Q        I've listened to them.

2             What about the -- if you can separate the two, what

3    about the firing, the suspension and firing of Ms. Plummer

4    as opposed to the street renaming issue regarding Sonny

5    Carson, do you believe was racist?

6    A        There is no oppose.  It's all one.  There is no

7    separation of the two.  It's all connected.  It's all

8    racist.

9             It would not have happened if it was a white woman

10   who I had as Chief of Staff, who took the same exact

11   position of Ms. Plummer, she would not have been fired.

12            They have never -- it has never been done before in

13   the history of the City Council, and I don't think it will

14   happen again, you know, after we win in court here, but I

15   think that it was racist and it's connected.  You cannot

16   separate it.

17   Q        To your knowledge, were any other staff members of

18   the City Council members that supported the Sonny Carson

19   street renaming African-American?

20   A        Were any other staff members?

21   Q        For example, Councilman Vann proposed the amendment

22   that would...

23   A        I don't know what the position of his staff was.

24   Q        Do you know whether any of his staff members are

25   African-American?

26

1      A      Yes.

2      Q      And do you know whether any of the staff members of

3      other City Council members who supported the street

4      renaming for Sonny Carson are African-American?

5      A      Yes.

6      Q      Have you ever spoken with any member of the City

7      Council's black, Latino, and Asian Caucus about the

8      suspension and firing of Ms. Plummer?

9      A      I never called up anybody and spoke to them about

10     it.  I may have said things in general, you know, at

11     meetings.  I may have said something at the subsequent

12     meetings, saying that "Y'all shouldn't let this happen."

13     You know, "That it can happen to any one of you next."

14            I think I may have said that at a Stated Meeting or

15     the time when she called the police on us and had us -- we

16     voluntarily left the chambers when she lied and said that

17     only staff members are supposed to be in the chambers.

18     Q      That's not a claim in this case?

19     A      Well, you're asking me when I said it.  I said it at

20     that meeting.  I just wanted to give you a description of

21     the meeting I said it at.

22     Q      So did you have any either one-on-one or one-on-two

23     or individual conversations with any members of the Black,

24     Latino, and Asian Caucus about the suspension and firing of

25     Ms. Plummer?

27

1    A      When I was in the parking lot I think I said to

2    Jackson, that "No matter what you feel about Viola Plummer

3    and I, or what was said, or what we believe in, or what our

4    politics are, this is fundamentally wrong.  She does not

5    have the right to do this."

6          I said that to Jackson, Council Member Robert

7    Jackson in passing conversation in the parking lot.

8          And he said, "Well, I'm going to look into that.  I

9    don't know all the rules" or "I'll look into that and get

10   back to you."

11         So Jackson, I think I said that to, that was in the

12   parking lot.

13   Q      Have you spoken with any member of the City Council

14   who's in the black, Latino, and Asian Caucus other than

15   Mr. Jackson about the suspension and firing of Ms. Plummer?

16   A      I could have, but I don't recall at this time.

17   Q      Did Mr. Jackson ever get back to you?

18   A      No, and I didn't expect he would.

19   Q      I'm going to show you a copy, what's been previously

20   marked as Defendants' Exhibit B, I guess in the deposition

21   of Ms. Plummer.  Which is a copy of a June 28, 2007 letter

22   to Ms. Plummer from Charles Meare, Chief of Staff.

23         At one point, did you have the original of this

24   June 28, 2007 letter in your possession?

25   A      Yes.

28

1    Q       Did you rip up the original of the June -- of this

2    letter?

3    A       Yes.

4    Q       Where did you rip -- was that at a press conference

5    that you ripped it up?

6    A       Yes.

7    Q       Why did you rip it up?

8    A       Well, to that point, Chuck Meare called me up about

9    this letter and I was very, very upset because I'm being

10   profoundly disrespected, that Chuck nor Speaker Quinn, they

11   never called me in about anything about Ms. Plummer's

12   behavior, any words she's ever said.

13          And the Speaker, I think, told another untruth by

14   saying that it was no need to talk to me.  You know, I had

15   a position already.  She never called me in to talk to me

16   about Ms. Plumber's behavior.  She never called me in to

17   talk about any words that Ms. Plummer uttered.

18          And I told Chuck -- I called Chuck up and I said to

19   him, you know, when this stuff was first brewing, I said,

20   "Chuck, I'm hearing things in the media that I'm under

21   investigation about, you know, Ms. Plummer, is that true?"

22          He said, "No, you're not under investigation.  We're

23   just looking at options."

24          And I said, "Options about what?  Is it something

25   about Ms. Plummer or anything?"

29

1        And he said, "No, we're just looking at options.

2    You're not under investigation."

3        Then I hear some more stuff in the media, and I'll

4    get to this, and I hear some more stuff in the media.

5    Still no call from Chuck.  No call from Christine about a

6    complaint, about anything.  So I'm thinking nothing is

7    wrong because they're not saying anything.

8        All of a sudden I get a call from Chuck to tell me

9    he sent a letter to my Chief of Staff saying she was

10   suspended, and I was outraged that he would do something

11   like that.

12       Now he communicated to me to tell me that he sent

13   this letter, and I said, "Chuck, you don't have a right to

14   do that.  You don't even have the jurisdiction to do that.

15   And if we wanted to resolve this, you could have just

16   called me in and let's talk about it, but you chose not to

17   talk to me.  Now you're calling me to tell me that you're

18   suspending my Chief of Staff."

19       And that's why I was angry and outraged and ripped

20   it up.  It was disrespectful, and it was overreaching their

21   authority.

22   Q     Let me just direct your attention, just to the

23   second sentence of the June 28th letter.

24           MR. WAREHAM:  Which paragraph?

25           MR. MARKS:  The first paragraph, second

30

1          sentence.

2     BY MR. MARKS:

3     Q       It says -- it makes a reference, it says:  "As a

4     result of your disruptive actions at the Council's Stated

5     Meeting on May 30, 2007, and the threatening statements you

6     made later that day regarding Council Member Leroy Comrie,

7     you are suspended, without pay, from employment at the

8     Council for a period of six weeks from June 29, 2007

9     through August 10, 2007."

10         In your view did Ms. Plummer engage in any

11    disruptive actions at the May 30, 2007 Stated Meeting?

12    A       In my review the Speaker nor Chuck ever approached

13    me or Betsy Gotbaum, the public advocate who convened the

14    meeting, or Carl, the security person, none of them

15    approached me about any behavior of Ms. Plummer at the

16    Stated Meeting.

17         And as I told you earlier, I didn't hear Ms. Plummer

18    say anything.  I didn't see her do anything at that Stated

19    Meeting.

20         Betty Gotbaum, the Public Advocate said, "Quiet,

21    please."  Two or three times and the meeting went on,

22    business as usual.

23         So I didn't see any big-time disruption from

24    Ms. Plummer at that Stated Meeting.

25         I felt that all of this was blown out of proportion

31

1     and the Speaker was overstepping her boundaries, and for

2     the reasons being, I think, it was political, as I said

3     before.  That she's appealing to the white voters, and her

4     ambition to become mayor, and it had nothing to do with

5     this stuff here at the meeting.

6          We've had Council members who are far more

7     disruptive than anything Ms. Plummer is being accused of

8     and we've gotten through Stated Meetings.

9          So I just think it was all bogus.  It was all

10    something that they put a lot of stock into for other

11    reasons than some major disruption at the meeting.

12    Q     Have you heard, what the Speaker has stated, what

13    Ms. Plummer, the disruptive actions were at the May 30,

14    2007 Stated Meeting?

15    A     Have I heard?

16    Q     Yes.

17    A     Through the media.  The Speaker never told me that.

18    Chuck never told me that.  They never communicated that to

19    me.

20          I heard about how the Speaker was feeling through

21    the media.  So we responded back.  I was responding back

22    through the media since they didn't want to talk to me

23    one-on-one.

24    Q     Did you ever speak with Chuck Meare about what these

25    disruptive actions were?

32

1    A    No, he has never spoken to me about it.

2    To this day, the Speaker nor Chuck has ever sat me

3    down, out of respect for my position, and said, "We have

4    some concerns about your Chief of Staff." These things

5    that she said and these words, words that she uttered and

6    the behavior that she displayed.

7    To this date, that has never happened.

8    Q    Did you ever call either the Speaker or Chuck Meare

9    to discuss --

10   A    Twice. Chuck said, "No, you're not under

11   investigation. There is nothing to talk about. We're just

12   exploring options."

13   And I said, "Options about what? Let's talk about

14   the options to do what? About what? Nothing?"

15   Q    I'd like to show you a copy of what has been

16   previously marked as Defendants' Exhibit C.

17   (Witness perusing the document.)

18   Q    Which is a letter to Ms. Plummer, dated July 5,

19   2007, from Charles Meare, Chief of Staff, and did you at

20   one point have the original of the July 5, 2007 letter in

21   your possession?

22   A    I believe so.

23   Q    Did you rip up the July 5, 2007 letter?

24   A    No. I think we were in front of the court that day.

25   I don't believe so.

33

1    Q      Do you know where the original of the July 5, 2007

2    letter is?

3    A      No.  And let me retract that because I may have had

4    a copy of it.  I don't know if I had the original.

5    Q      I'm going to ask you some questions about some time

6    period before May 30, 2007.

7           To your knowledge, did Ms. Plummer attend, to your

8    knowledge, any hearings that were conducted by, jointly by

9    the City Council's Committee on Public Safety and Civil

10   Rights?

11   A      I think one.

12   Q      Is Council Member Vallone the Chair of the Public

13   Safety Committee?

14   A      Yes.

15   Q      Is Council Member Seabrook the Chair of the Civil

16   Rights committee?

17   A      Yes.

18   Q      Did anyone ever speak to you about any of

19   Ms. Plumber's behavior at any of the hearings conducted

20   jointly by the City Council Committee on Civil Rights and

21   Public Safety?

22   A      No.

23   Q      Since May 30th -- since the termination of

24   Ms. Plummer on July 6, 2007, have you hired another person

25   to serve as your Chief of Staff?

34

1   A       No.

2   Q       Since the termination of Ms. Plummer on July 6,

3   2007, has anyone in your office or if there is more than

4   one, taken over any of the duties of the Chief of Staff?

5   A       No.

6                   MR. MARKS:  Can we just take a short break?

7                   (Whereupon, a short recess was taken.)

8                   (Time noted:  11:12 a.m.)

9                   MR. MARKS:  Back on the record.

10                  (Time noted:  11:16 a.m.)

11  BY MR. MARKS:

12  Q       I believe, and correct me if I'm wrong, you stated

13  that you had, was it two conversations with Chuck Meare or

14  one, which you asked when you heard you were being

15  investigated?

16  A       Right.

17  Q       What was the other conversation you had with Chuck?

18  A       Both were in response to media reports.  I don't

19  remember the day, but I know some of the media came up to

20  me, because after Christine Quinn would have her press

21  conferences, she would evidently say something to them and

22  they would come to me and say, "Did you know that Christine

23  Quinn is thinking about doing something with your Chief of

24  Staff?"

25          I said, "I don't know anything about that."

35

1          And I've approached Chuck twice on that.  I called

2     him twice and said that, "I understand that from the media

3     that you're investigating us."

4          And he said, "No, you're not under investigation.

5     We're just exploring our options."

6          And I said, "Options to do what?  About what?"

7          And he never gave me any information, twice.

8     Q     And that was the substance of both of those

9     conversations with Chuck?

10    A     Right.

11    Q     Did you ever call Speaker Quinn directly and ask to

12    speak with her?

13    A     No.  I always deal with Chuck, the Chief of Staff.

14    I don't call Speaker Quinn, hardly ever, to ask for her

15    directly, because I know, as a leader, that you're very

16    busy.  You're running around.

17         The reason why you have a Chief of Staff is so that

18    -- and plus I get more things done quicker when you call

19    the Chief of Staff than trying to talk to the Speaker.

20         She might forget what you're saying, so I always

21    call Chuck and say, "Chuck, you know, tell Quinn I need to

22    do this or do that" or "Chuck, I want to talk to you about

23    this."

24         So I've always communicated to Chuck.  I hardly ever

25    called Speaker Quinn for anything.

36

1       Q       Now, if you can answer this, it's somewhat of a

2       hypothetical, but Mr. Wareham can object if he wants.

3               If you had the opportunity to speak with Speaker

4       Quinn about Ms. Plummer, specifically the May 30th --

5       strike that.

6               Had an opportunity to speak with Speaker Quinn

7       about Ms. Plummer and her suspension, termination of

8       Ms. Plummer, what would you have said?

9                       MR. WAREHAM:  That one I object to because it

10                      just calls for pure speculation.

11                      So I would instruct him not to answer that.

12                      MR. MARKS:  I have no more.

13                      MR. WAREHAM:  I do.

14

15

16              (Continued on next page to include jurat.)

17

18

19

20

21 EXAMINATION BY

22 MR. WAREHAM:

23      Q       Mr. Marks asked you about hearings, in the plural,

24      that Ms. Plummer attended, committee meetings Ms. Plummer

25      had attended.

37

1          Are you aware of any other hearing, committee

2     meeting, hearings that Ms. Plummer attended aside from the

3     one that you mentioned before with Council Member Vallone?

4     A       Absolutely not.  She attended one hearing, when I

5     said hearings, that's incorrect.  She attended one hearing.

6                    MR. WAREHAM:  Nothing else.

7                    MR. MARKS:  I have no further questions.

8

9                    (Whereupon, at 11:19 a.m., the Examination of

10           this Witness was concluded.)

11

12                                   _____

13                                        CHARLES BARRON

14

   Subscribed and sworn to before me
15 this _____ day of _____, 2007.

16 _____
         NOTARY PUBLIC
17

18

19

20

21

22

23

24

25

38

```
1                    E X H I B I T S

2  DEFENDANTS' EXHIBITS:

3

4  EXHIBIT      EXHIBIT                                PAGE

5  LETTER       DESCRIPTION

6
   F            Article                                19
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

39

1                           I N D E X

2  EXAMINATION BY                                          PAGE

3  MR. MARKS                                                4

4  MR. WAREHAM                                             35

5

6
          INFORMATION AND/OR DOCUMENTS REQUESTED
7  INFORMATION AND/OR DOCUMENTS                            PAGE

8

9
                    NONE
10

11

12

13          QUESTIONS MARKED FOR RULINGS
   PAGE        LINE      /     PAGE        LINE
14

15

16
                    NONE
17

18

19

20

21

22

23

24

25

Five Star Reporting, Inc.
***** Suites in all Boroughs *****
(631) 224-5054

40

1                    C E R T I F I C A T E

2  STATE OF NEW YORK      )
                        :  SS.:
3  COUNTY OF NEW YORK     )

4

5          I, SHAWN McCLINE, a Notary Public for and within the

6  State of New York, do hereby certify:

7          That the witness whose examination is hereinbefore set

8  forth was duly sworn and that such examination is a true record of

9  the testimony given by that witness.

10          I further certify that I am not related to any of the

11  parties to this action by blood or by marriage and that I am in no

12  way interested in the outcome of this matter.

13          IN WITNESS WHEREOF, I have hereunto set my hand this 20th

14  day of August, 2007.

15

16                                      _____
                                         SHAWN McCLINE
17                                       Registration #01MC6000688
                                         Commission Expires 8/24/10
18

19

20

21

22

23

24

25

# #

**#** [2] 1:5 2:10
**#01mc6000688** [1] 40:17

# $

**$4,000** [1] 22:22

# 0

**07le021010** [2] 2:10

# 1

**1** [3] 21:13,17 23:13
**10** [1] 30:9
**10:28** [1] 1:10
**100** [1] 1:15
**10007** [1] 4:9
**10007-2601** [2] 1:16 2:9
**11:12** [1] 34:8
**11:16** [1] 34:10
**11:19** [1] 37:9
**15** [1] 14:9

# 2

**20** [3] 1:9 6:20 7:13
**2000** [1] 6:12
**2001** [1] 6:11
**2003** [2] 6:13 18:22
**2005** [2] 6:13 7:3
**2007** [37] 1:9 12:3,15 13:19 14:11,
 13,18,21 15:17 16:4,16,20,24 17:
 6,12,23 18:16 19:3 20:20 21:13,
 17,21 27:21,24 30:5,8,9,11 31:
 14 32:19,20,23 33:1,6,24 34:3
 40:14
**2009** [1] 6:15
**20th** [1] 40:13
**23** [1] 18:22
**250** [2] 4:9 9:23
**28** [2] 27:21,24
**28th** [1] 29:23
**29** [1] 30:8

# 3

**30** [24] 6:20 7:13 12:3,15 13:19
 14:10,13,21 15:17 16:4,16,20,24
 17:6,12,23 18:16 19:3 20:20 21:
 21 30:5,11 31:13 33:6
**30th** [9] 13:16,24 14:8 16:13 21:
 22 22:17,18 33:23 36:4
**35** [1] 39:4
**39** [1] 23:13
**394** [1] 2:4

# 4

**4** [1] 39:3
**42nd** [1] 6:8

# 5

**5** [4] 32:18,20,23 33:1
**50-some-odd** [1] 23:9
**52** [1] 23:21

# 6

**6** [2] 33:24 34:2

---

**6154** [1] 1:7

# A

**a.m** [4] 1:10 34:8,10 37:9
**ability** [1] 6:5
**able** [1] 15:24
**abreast** [1] 13:13
**absolutely** [4] 10:10 21:16 22:19
 37:4
**accept** [2] 21:8 24:24
**accepted** [1] 18:12
**accurately** [1] 6:5
**accused** [1] 31:7
**action** [6] 4:19,23,25 6:17 20:25
 40:11
**actions** [4] 30:4,11 31:13,25
**actually** [1] 15:19
**addition** [1] 9:13
**address** [2] 4:7 5:3
**administrative** [3] 11:13,16,18
**advocate** [4] 14:1 16:5 30:13,20
**affect** [1] 6:4
**aforementioned** [1] 20:2
**african-american** [4] 23:3 25:
 19,25 26:4
**agenda** [1] 13:14
**agreed** [3] 3:4,9,13
**al** [2] 23:15 24:3
**allegations** [1] 4:24
**alleged** [2] 17:7,9
**allegedly** [1] 18:18
**allocated** [1] 10:21
**already** [2] 8:5 28:15
**ambition** [1] 31:4
**amendment** [2] 23:20 25:21
**amount** [2] 10:22 22:21
**and/or** [1] 39:7
**angry** [1] 29:19
**another** [3] 20:8 28:13 33:24
**answer** [6] 6:5 10:16,17 12:6 36:
 1,11
**answered** [1] 8:5
**answers** [4] 4:22 5:14,19 12:14
**anybody** [2] 17:2 26:9
**anyway** [2] 11:9 21:10
**appealing** [1] 31:3
**approached** [3] 30:12,15 35:1
**approximately** [1] 14:6
**around** [3] 7:17 22:18 35:16
**article** [1] 20:2
**asian** [2] 26:7,24 27:14
**aside** [1] 37:2
**assassinate** [1] 18:15
**assassination** [1] 18:15
**assertively** [1] 24:13
**assign** [1] 8:6
**assistance** [1] 22:1
**assistant** [2] 2:14 4:14
**assume** [1] 12:4
**attempt** [1] 15:16
**attend** [3] 12:15 13:3 33:7
**attended** [5] 36:24,25 37:2,4,5
**attention** [1] 16:3 29:22

---

**attorney** [1] 2:8
**august** [3] 1:9 30:9 40:14
**authority** [3] 10:5,8 29:21
**avenue** [2] 2:4 13:20
**aware** [3] 17:4 18:22 37:1
**away** [1] 17:7
**awkward** [1] 19:17

# B

**back** [6] 6:20 27:10,17 31:21,21
 34:9
**balcony** [2] 15:23 16:2
**barron** [8] 1:13 4:6,12 5:3,4,4,5
 20:6
**basic** [1] 5:12
**basically** [1] 18:9
**basis** [3] 10:11 11:9 23:6
**become** [1] 31:4
**behavior** [5] 28:12,16 30:15 32:6
 33:19
**behind** [5] 14:2,5 15:12,13,15
**belief** [1] 23:6
**believe** [14] 14:1 19:5,21 22:22
 23:1,4,18,19 24:10 25:5 27:3 32:
 22,25 34:12
**bell** [1] 17:3
**belongs** [1] 20:15
**betsy** [2] 16:5 30:13
**better** [3] 7:22 8:4,12
**betty** [1] 30:20
**between** [3] 3:5 9:9 14:6
**beyond** [1] 8:20
**big-time** [1] 30:23
**black** [8] 23:8,10,13,16 24:9 26:7,
 23 27:14
**blasio** [1] 15:5
**blocked** [1] 22:12
**blocks** [1] 13:20
**blood** [1] 40:11
**blown** [1] 30:25
**board** [1] 23:13
**bogus** [1] 31:9
**bonus** [2] 22:9
**both** [2] 34:18 35:8
**boundaries** [1] 31:1
**break** [5] 4:23,24 6:1 34:6
**brewing** [1] 28:19
**broadway** [2] 4:9 9:23
**brooklyn** [1] 13:20
**brought** [1] 8:24
**budget** [1] 22:8
**business** [2] 4:7 30:22
**busy** [1] 35:16
**buzzer** [1] 21:11

# C

**c-o-m-r-i-e** [1] 17:5
**call** [10] 17:2 19:19 29:5,5,8 32:8
 35:11,14,18,21
**called** [4] 1:21 21:2 26:9,15 28:8,
 11,15,16,18 29:16 35:1,25
**calling** [1] 29:17
**calls** [7] 8:14 10:12,14,18 11:22

---

**19:10 36:10**
**came** [5] 9:8 21:3 22:6 24:9 34:
 19
**cameras** [1] 21:11
**cannot** [1] 25:15
**capacity** [1] 9:11
**card** [1] 24:11
**cardozo** [2] 1:14 2:7
**career** [4] 18:1,3,10,18
**carl** [3] 19:16,22 30:14
**carson** [9] 13:21 20:15 23:11 24:
 9,15,22 25:5,18 26:4
**carson's** [4] 22:19 23:12,20 24:
 20
**case** [3] 10:3 20:8 26:18
**caucus** [3] 26:7,24 27:14
**certain** [1] 10:22
**certification** [1] 3:6
**certify** [2] 40:6,10
**chains** [1] 14:3
**chair** [2] 33:12,15
**chairperson** [1] 23:16
**chamber** [4] 18:20 16:6 18:23
**chambers** [2] 26:16,17
**changes** [1] 23:24
**charles** [4] 1:12 4:6 27:22 32:19
**charter** [2] 11:24 12:1
**check** [1] 11:2
**chief** [24] 6:22,24 7:6,10 8:6 9:2,
 9,10,11,13 13:2 19:24 25:10 27:
 22 29:9,18 32:4,9 33:25 34:4,
 23 35:13,17,19
**chose** [1] 29:16
**christine** [4] 4:20 29:5 34:20,22
**chuck** [26] 19:21,23,23 28:8,10,
 18,18,20 29:5,8,13 30:1 31:18,
 24 32:2,8,10 34:13,17 35:1,9,13,
 21,21,22,24
**church** [1] 1:15
**city** [37] 1:15 4:15,20 6:7 7:22,23
 8:24 9:1,18,25 10:4,5,7,9 11:13,
 24 12:1,3 16:18,19 17:6,12,23
 19:15,16 21:1,4 22:1 23:25 24:
 12 25:13,18 26:3,6 27:13 33:9,
 20
**civil** [3] 33:9,15,20
**claim** [1] 26:18
**claimed** [1] 22:6
**clear** [1] 14:23
**co-naming** [1] 13:19
**colleagues** [1] 4:16
**come** [4] 6:21 7:19 19:2 34:22
**comes** [1] 23:10
**coming** [2] 13:8 19:20
**comments** [1] 17:15
**committee** [9] 13:11 23:16,18
 33:9,13,16,20 36:24 37:1
**communicated** [2] 29:12 31:18
 35:24
**community** [11] 7:12,18 8:13,13,
 20 22:1,14 23:13 24:10,11,16
**complaint** [2] 4:25 29:6

---

complaints [1] 8:14
comrie [7] 17:5,12,15,22 18:7,16 30:6
concerns [1] 32:4
concluded [1] 37:10
conclusion [2] 10:15,19 11:23
conducted [2] 33:8,19
conference [1] 28:4
conferences [1] 34:21
connected [3] 7:16 25:7,15
connection [2] 7:5 11:12
conservative [1] 24:11
consider [1] 21:19
constituency [5] 7:21 8:12,17, 18,20
contact [2] 19:13,15
contained [1] 4:25
contentious [1] 17:1
continued [2] 24:14 36:16
convened [1] 30:13
conversation [2] 27:7 34:17
conversations [3] 26:23 34:13 35:9
cooke [2] 9:18,25
copies [1] 20:17
copy [4] 27:19,21 32:15 33:4
corporation [3] 1:14 2:14 4:14
correct [3] 6:8 15:12 34:12
corrections [1] 5:18
couldn't [1] 8:3
council [45] 4:12,20 5:3 6:7,8 10: 4,5,6,7,9 11:14,25 12:3,17,20 15: 2,4,8 16:6,7,18,19 17:5,11,15,22 18:7,16,22,23 20:6 23:25 24:1 25:13,18 26:3 27:6,13 30:6,8 31: 6 33:12,15,20 37:3
council's [3] 26:7 30:4 33:9
councilman [2] 23:15 25:21
councilwoman [1] 23:17
counsel [5] 1:14 2:14 3:5 4:15 22:2
county [1] 40:3
couple [2] 6:3 20:9
court [5] 1:1 3:16 5:20 25:14 32: 24
crisis [1] 8:13
current [1] 6:14
cv [1] 1:7

## D

d'alba [1] 19:16
date [3] 1:9 20:4 32:7
davis [1] 18:23
day [4] 8:15 17:17,20 18:7,25 30: 6 32:2,24 34:19 37:15 40:14
days [3] 19:2 20:20,22
de [1] 15:5
deal [1] 35:13
dealing [2] 8:2,3
death [3] 19:4,7,12
deep [2] 17:24 18:20
defendant [4] 1:13 2:8 4:19,20

defendants [1] 4:23
defendants' [7] 20:3,7,12,17 27: 20 32:16 38:2
defying [1] 23:12
department [6] 1:15 4:15 19:16, 19 21:2,4
dependent [1] 8:15
deposed [1] 5:10
deposition [9] 3:6,14 5:1,8,13, 17,24 20:8 27:20
description [2] 26:20 38:5
desk [2] 12:17,21
development [1] 7:20
diane [1] 23:17
direct [1] 29:22
directly [4] 15:13,14 35:11,15
discuss [3] 17:21 18:11 32:9
discussion [2] 12:8 16:25
discussions [4] 17:3,24 18:4,20
displayed [1] 32:6
disrespected [1] 28:10
disrespectful [1] 29:20
disruption [2] 30:23 31:11
disruptive [5] 30:4,11 31:7,13, 25
distance [1] 14:6
distinguish [1] 15:24
district [10] 1:1,2 6:8 8:10 9:23 10:1,21,23 20:18 21:6
divided [3] 24:14,15,16
division [2] 11:13,16
document [2] 20:11 32:17
documents [1] 39:7
doing [2] 8:16 34:23
done [8] 13:10 21:17,24 22:10,14 23:5 25:12 35:18
down [5] 5:21 32:3
duly [2] 4:2 40:8
during [5] 5:23 14:10,13,17,21 15:10,17 16:4,13,16,20,24
duties [5] 8:6,9 13:5,15 34:4

## E

earlier [1] 30:17
effect [1] 3:15
eichenholtz [1] 4:16
eichenholtz's [1] 4:18
either [7] 5:4 17:19 18:15 19:13 21:4 26:22 32:8
elected [3] 6:10 10:20,20
element [1] 15:19
employee [1] 16:19
employment [1] 30:7
end [2] 6:14 22:7
engage [1] 30:10
enough [1] 18:3,13
entire [1] 23:13
eric [2] 4:16,17
errors [1] 5:18
esq [3] 1:14 2:5,7
even [1] 29:14
everybody [1] 24:6
everything [1] 11:3

evidently [1] 34:21
exact [1] 25:10
examination [7] 1:12 4:10 36:21 37:9 39:2 40:7,8
examined [1] 4:3
example [2] 19:13 25:21
except [1] 3:10
exhibit [8] 20:3,7,12,17 27:20 32: 16 38:4,4
exhibits [1] 38:2
expect [1] 27:18
experienced [1] 7:25
exploring [2] 32:12 35:5
extremely [1] 24:19

## F

facing [2] 12:20 14:1
fact [2] 21:24 22:3
factual [1] 4:24
fantastic [1] 8:11
far [2] 19:12 14:2 31:6
faulkner [1] 9:20
feel [1] 27:2
feeling [1] 31:20
feet [1] 14:9
felt [2] 24:2 30:25
few [5] 14:5 15:15 19:2 20:20,22
figured [1] 19:17
file [1] 2:10
filing [1] 13:6
fill [1] 10:24
find [1] 19:7
fine [5] 5:5 6:25 10:15
fire [3] 10:5,8 11:8
fired [2] 23:2 25:11
firing [6] 24:19 25:3,3 26:8,24 27: 15
firmly [1] 24:10
first [12] 4:2 5:2 6:10 8:10 12:22, 23,23 14:5 15:15 17:14 28:19 29: 25
flier [2] 20:14,17
fliers [1] 20:24
focus [2] 15:16
focusing [1] 15:21
follows [1] 4:3
force [1] 3:15
forget [1] 35:20
forgive [1] 12:13
form [1] 3:10
forms [1] 10:25
forth [1] 40:8
foster [1] 23:17
four [1] 13:20
front [1] 32:24
fundamentally [1] 27:4
funded [2] 8:22,22
further [5] 3:9,13 14:3 37:7 40: 10
future [1] 5:5

## G

gates [1] 13:20

gave [1] 35:7
general [1] 26:10
gifford [1] 23:22
give [4] 5:19 21:15 22:9 26:20
given [1] 40:9
giving [2] 21:19 22:13,24
got [1] 18:4
gotbaum [4] 16:5,9 30:13,20
gotten [1] 31:8
great [5] 7:15 8:18,19 22:1,14
group [2] 23:9,20
groups [1] 23:24
growth [1] 7:20
guess [2] 20:14 27:20

## H

hall [13] 7:22,23 8:24 9:1,18,25 17:6,12,23 19:16 21:1,4 22:1
hand [1] 40:13
happen [3] 25:14 26:12,13
happened [3] 25:15 25:9 32:7
hardly [1] 35:14,24
head [2] 19:16,24
hear [3] 14:12,15,17,23 15:1,4,7 16:5,9 17:8 29:3,4 30:17
heard [6] 16:11 17:17 18:2,8 24: 25 31:12,15,20 34:14
hearing [4] 28:20 37:1,4,5
hearings [5] 33:8,19 36:23 37:2, 5
held [2] 1:13 12:9
helen [1] 23:17
helping [1] 8:19
hereby [3] 3:4,7 40:6
hereinbefore [1] 40:7
hereto [1] 3:5
hereunto [1] 40:13
hire [5] 6:24 10:22 11:3,6,25
hired [4] 6:21 9:10 11:7 33:24
hires [1] 10:24
hiring [2] 11:1,12
history [5] 7:12,17 23:25 24:4 25: 13
holding [1] 14:4
hundreds [2] 8:14,14
hypothetical [1] 36:2

## I

identification [1] 20:3
identified [1] 4:22
immediately [1] 14:16
incident [1] 22:18
incidents [1] 21:23
include [1] 36:16
incorrect [1] 37:5
index [1] 1:5
individual [2] 11:25 26:23
individuals [1] 24:2
influenced [1] 23:19
information [2] 35:7 39:7
informed [1] 21:1
instruct [1] 36:11
intended [1] 22:11

interested [1] 40:12
interrogatories [1] 4:23
interview [2] 7:5,8
investigated [2] 21:3 34:15
investigating [1] 35:3
investigation [5] 28:21,22 29:2 32:11 35:4
issue [3] 10:3 13:19 25:4
issues [3] 7:18 8:2 10:3

## J

jackson [6] 27:2,6,7,11,15,17
james [2] 4:17 18:23
jefferson [1] 12:24
jim [1] 2:14
job [2] 7:6 8:11
jointly [2] 33:8,20
jolson [1] 24:3
july [7] 18:22 32:18,20,23 33:1,24 34:2
june [7] 21:13,17 27:21,24 28:1 29:23 30:8
jurat [1] 36:16
jurisdiction [2] 11:17 29:14

## K

keeps [1] 13:13
killed [1] 18:23
knowledge [6] 4:24 8:1 11:21 25:17 33:7,8
known [2] 6:19 7:13
koppell [1] 15:8

## L

language [1] 20:16
late [2] 22:6,7
later [2] 17:19 30:6
latino [3] 26:7,24 27:14
law [2] 1:15 4:15
leader [4] 7:13,14,14 35:15
leadership [4] 7:20,23 8:1 21:25
learn [1] 17:14
leave [1] 9:7
left [10] 4:17,18 9:5,9 12:22 14:2,3 15:13 24:7 26:16
legal [4] 10:13,14,18 11:22
legislation [2] 8:25 13:9
lemonedes [2] 2:14 4:17
leroy [3] 17:5,12 30:6
letter [12] 27:21,24 28:2,9 29:9,13,23 32:18,20,23 33:2 38:5
letters [1] 19:10
lied [1] 26:16
life [3] 7:18 19:11 24:16
listened [1] 25:1
local [1] 23:15
long [3] 6:19 7:17 22:14
look [2] 27:8,9
looking [2] 28:23 29:1
lot [7] 15:23,24 16:2 27:1,7,12 31:10

## M

m-e-a-r-e [1] 19:25

m-e-r-a [1] 19:23
made [7] 17:5,11,14,18,22 21:18 30:6
major [1] 31:11
many [3] 9:16 19:7 21:11
mark [2] 12:7 20:1
marked [5] 20:3,7,8 27:20 32:16 39:13
marks [17] 4:11,14 10:14 11:10, 22 12:10 20:1,5 29:25 30:2 34:6, 9,11 36:12,23 37:7 39:3
marriage [1] 40:11
masses [1] 7:16
master [1] 7:15
matter [5] 21:24 22:3 24:22 27:2 40:12
matters [1] 13:18
mayor [2] 5:5 31:4
mccline [2] 1:16 40:5
mean [1] 12:6
meant [1] 22:23
meare [6] 27:22 28:8 31:24 32:8, 19 34:13
media [4] 16:22 17:7,17 18:2,8 28:20 29:3,4 31:17,21,22 34:18, 19 35:2
medication [1] 6:4
meeting [42] 12:3,4,13,15,25 13: 6,14,16,17,19,24 14:8,11,14,21 15:10,16,17,20 16:1,4,13,16,20, 24 17:1,18 20:21 26:14,20,21 30: 5,11,14,16,19,21,24 31:5,11,14 37:2
meetings [8] 8:25 13:3,9,11 26: 11,12 31:8 36:24
member [4] 12:5 3:6,7,10 10: 6,6,8,8 11:12 15:2,5,8 16:18 17: 5,12,15,22 18:7,16,22 20:6 26:6 27:6,13 30:6 33:12,15 37:3
members [19] 3:11 6:6,12 11:25, 25 16:6 19:3 24:2 25:17,18,20, 24 26:2,3,17,23 31:6
mentioned [1] 37:3
mera [1] 19:23
michael [2] 1:14 2:7
might [2] 21:14 35:20
miller [1] 23:22
mimicked [1] 24:4
mitchell [1] 9:20
money [2] 10:22 22:8
month [1] 6:25
morning [2] 4:12,13
most [1] 9:24
motivator [1] 7:15
move [2] 23:4,7,8
moved [1] 23:22
ms [19] 4:2 6:19,21,24 7:5,10 8: 6,18 9:2,8,10,18,20,20,24,25 11: 7,8 13:3,23 14:7,10,13,16,17,24 15:1,4,7,12,18,22 16:3,9,12,15, 20,23 17:4,11,14,21 18:14 21:14, 17 22:11,24 23:2,3 25:3,11 26:8,

25 27:15,21,22 28:11,16,17,21, 25 30:10,15,17,24 31:7,13 32:18 33:7,19,24 34:2 36:4,7,8,24,24 37:2
much [1] 18:5

## N

name [9] 4:5,14 23:9,10,12,20 24: 1,18,20
names [4] 17:2 23:9,21,24
naming [1] 22:19
national [2] 7:14,14
near [1] 22:22,23
necessary [2] 21:9,12
need [3] 5:23 28:14 35:21
needed [3] 7:19,22,25
nelson [1] 15:2
never [16] 12:1 18:4,20 23:25 25: 12,12 26:9 28:11,15,16 31:17,18, 18 32:1,7 35:7
new [17] 1:2,14,15,15,17 2:9,9 4: 2,9,9,15 6:7 19:15 24:11 40:2,3, 6
next [5] 4:17 17:17,19 26:13 36: 16
night [1] 17:16
nod [1] 5:20
noise [1] 15:23
non-party [1] 1:12
none [1] 30:14
nor [3] 28:10 30:12 32:2
notary [4] 1:16 3:14 4:2 40:5
noted [2] 34:8,10
nothing [9] 18:12 22:5,15,20 29: 6 31:4 32:11,14 37:6
notice [1] 1:13
ny1 [1] 17:19
nycld [1] 2:14
nypd [2] 19:9,9

## O

oath [1] 5:14
object [3] 11:23 36:2,9
objections [1] 3:10
observe [1] 15:18
obvious [1] 12:14
obviously [1] 6:16
occasion [1] 7:8
occurred [1] 21:23
off-the-record [1] 12:8
offer [4] 10:13 21:5,5,8
offered [2] 21:11 24:3
office [17] 7:19 8:11,21 9:5,7,14, 16,19,23,25 19:3 20:18 21:6 22: 4,12,14 34:3
officer [3] 12:21 21:6,10
offices [1] 1:14 10:23 20:24 21: 25
official [1] 10:20
okay [1] 6:2
one [45] 4:5 4:7:8 10:2,24 11:8 12: 20 13:12,18 14:5 17:19 19:9 23: 1,8 25:6 26:13 27:23 32:20 33:

11 34:4,14 36:9 37:3,4,5
one-on-one [2] 26:22 31:23
one-on-two [1] 26:22
one-time [4] 22:4,9,21,23
ones [1] 19:20
only [7] 5:24 11:8 16:21 17:25 18: 17 23:9 26:17
open [1] 10:22
operation [1] 8:23
opinion [1] 10:13
opportunity [4] 5:17 15:10 36:3, 6
oppose [1] 25:6
opposed [1] 25:4
options [8] 28:23,24 29:1 32:12, 13,14 35:5,6
organize [1] 7:21
organizer [1] 7:15
organizing [1] 8:21
original [5] 27:23 28:1 32:20 33: 1,4
other [14] 9:14,16 18:20 20:16 21: 11 22:10 23:1 25:17,20 26:3 27: 14 31:10 34:17 37:1
out [11] 10:24 19:7 21:3 23:9,10, 12,20 24:1,18 30:25 32:3
outcome [1] 40:12
outraged [1] 29:20
outside [5] 14:3 15:14 17:6,12, 22
over [4] 7:13 8:24 15:15 34:4
overreaching [1] 29:20
overstepping [1] 31:1
overworked [1] 8:17
own [1] 15:19

## P

page [4] 36:16 38:4 39:2,7
paperwork [1] 11:11
paragraph [2] 29:24,25
parking [1] 27:1,7,12
parks [1] 23:16
part [2] 7:23 8:5
part-time [1] 9:19
particular [2] 8:6 13:5
parties [3] 3:5 40:11
pass [1] 23:24
passed [1] 24:6
passing [1] 27:7
paul [2] 4:14 9:4
pay [1] 30:7
paying [1] 16:3
payment [4] 22:4,9,21,23
pending [1] 5:25
people [6] 7:15,16 8:1 10:21 14: 4 24:4
period [2] 30:8 33:6
person [4] 7:25 8:4 30:14 33:24
person's [2] 23:9,10
persons [1] 16:6
perusing [2] 20:11 32:17
phone [1] 19:10
phonetic [1] 9:20

**photo** [1] 20:15
**plaintiff** [3] 1:4 2:13 6:16
**planning** [3] 12:23,23 23:13
**play** [1] 24:10
**please** [5] 4:5,7 5:15 20:1 30:21
**plumber** [1] 4:19
**plumber's** [2] 28:16 33:19
**plummer** [77] 1:3 2:13 4:22 6:17, 19,21,24 7:5,10 8:4,6,18 9:2,8, 10,24 11:7,8 12:25 13:3,23 14:7, 10,13,16,17,24 15:1,4,7,12,18,22 16:3,12,15,20,23 17:4,11,14,21 18:14 21:14,17 22:11,24 23:2,3 24:19 25:3,11,16 26:8,25 27:2,15, 21,22 28:17,21,25 30:10,15,17, 24 31:7,13 32:18 33:7,24 34:2 36:4,7,8,24,24 37:2
**plummer's** [1] 28:11
**plural** [1] 36:23
**plus** [1] 35:18
**point** [6] 5:23 6:1 9:5 27:23 28:8 32:20
**police** [8] 19:15,18,18,19 21:2,2, 4 26:15
**political** [6] 18:1,3,9,18 24:11 31: 2
**politics** [1] 27:4
**position** [7] 9:13 10:7 12:17 25: 11,23 28:15 32:3
**possession** [2] 27:24 32:21
**post** [1] 21:6
**posted** [2] 20:18,24
**predecessor** [1] 9:2
**prefer** [1] 5:2
**preference** [1] 5:3
**preliminary** [1] 6:3
**present** [4] 2:12 17:11 18:25 19: 1
**presiding** [1] 12:21
**press** [2] 28:4 34:20
**previously** [3] 20:8 27:19 32:16
**prior** [4] 21:20,21,22,22
**probably** [1] 24:24
**process** [3] 11:1,2 24:8
**profoundly** [1] 28:10
**programs** [2] 8:22,23
**proper** [1] 11:3
**proportion** [1] 30:25
**proposed** [1] 25:21
**protect** [1] 19:18
**proud** [2] 21:14,18
**provide** [3] 7:20 8:15 11:24
**providing** [1] 21:25
**public** [11] 1:16 3:14 4:2 14:1 16: 5 30:13,20 33:9,12,21 40:5
**pure** [1] 36:10
**pursuant** [1] 1:13
**put** [4] 11:2 22:3 23:19 31:10
**putnam** [1] 2:4

## Q

**qualities** [1] 8:1
**quality** [1] 7:18

**question** [4] 3:10 5:15,25 14:20
**questions** [10] 5:20 6:5 10:2 12: 2,12,13 20:9 33:5 37:7 39:13
**quicker** [1] 35:18
**quiet** [2] 16:6 30:20
**quinn** [14] 4:20,21 14:24 23:2,7 28:10 34:20,23 35:11,14,21,25 36:4,6

## R

**racism** [1] 24:14
**racist** [12] 23:4,6,8,10 24:5,13,19, 20,21 25:5,8,15
**raise** [6] 21:15,19,20,23 22:4,13
**rant** [2] 19:9,10
**re-elected** [1] 16:12
**reacted** [1] 24:13
**read** [1] 12:1
**really** [1] 10:13
**reason** [1] 35:17
**reasons** [2] 31:2,11
**recall** [3] 12:4,11 27:16
**recess** [1] 34:7
**record** [8] 4:5,8 12:6,7 14:23 24: 25 34:9 40:8
**reference** [3] 18:15 21:14 30:3
**referring** [1] 23:11
**regarding** [2] 25:4 30:6
**regardless** [1] 24:1
**registration** [1] 40:17
**related** [1] 40:10
**relation** [1] 13:23
**remember** [3] 7:9 17:25 34:19
**removed** [1] 16:10
**renaming** [3] 25:4,19 26:4
**reorganize** [1] 8:10
**rephrase** [2] 5:16,16
**reported** [1] 19:21
**reporter** [3] 4:4 5:21 20:4
**reports** [1] 34:18
**represent** [1] 4:19
**representing** [1] 15:7
**request** [2] 5:25 16:5
**reserved** [1] 3:11
**resolve** [1] 29:15
**respect** [2] 19:12 32:3
**respective** [1] 13:5
**responded** [1] 31:21
**responding** [1] 31:21
**responds** [1] 7:18
**response** [1] 34:18
**responses** [1] 22:19
**rest** [2] 9:25 22:7
**restructuring** [1] 21:25
**result** [1] 30:4
**retract** [1] 33:3
**review** [3] 5:18 10:11 30:12
**rights** [3] 33:10,16,20
**ring** [1] 7:3
**rip** [4] 28:1,4,7 32:23
**ripped** [2] 28:5 29:19
**robert** [1] 27:6
**roger** [2] 2:3,5

**routine** [1] 19:14
**row** [2] 12:22,23
**rules** [2] 5:12 27:9
**rulings** [1] 39:13
**running** [1] 35:16

## S

**safety** [3] 33:9,13,21
**same** [3] 3:7,15 25:10
**sanitize** [1] 24:4
**sat** [1] 32:2
**saying** [6] 17:25 26:12 28:14 29: 7,9 35:20
**says** [3] 20:14 30:3,3
**scheduler** [1] 9:18
**seabrook** [1] 33:3
**sealing** [1] 13:6
**seat** [2] 12:23 14:2
**seated** [2] 4:16,17
**seats** [5] 14:3,5,5 15:14,15
**second** [3] 17:10 29:23,25
**security** [9] 19:16 21:1,5,5 30:14
**see** [4] 8:19 11:7 30:18,23
**seen** [1] 20:12
**select** [1] 7:10
**sent** [2] 29:9,12
**sentence** [2] 29:23 30:1
**separate** [2] 25:2,16
**separately** [1] 23:22
**separation** [1] 25:7
**september** [1] 7:3
**serious** [1] 17:22
**serve** [2] 9:11 33:25
**served** [1] 13:2
**service** [1] 11:11
**services** [9] 7:21 8:12,16,17,19, 20 11:13,16,18
**set** [2] 40:7,13
**seven** [1] 9:21
**shall** [2] 3:7,10
**shawn** [2] 1:16 40:5
**she's** [6] 7:14,15 15:13,14,15 24: 14 28:12 31:3
**shift** [1] 22:10
**short** [2] 34:6,7
**shortly** [1] 17:18
**shot** [1] 18:23
**shouldn't** [1] 26:12
**shout** [6] 14:13,15,24 15:1,4,7
**shouted** [1] 16:13
**shouting** [3] 15:24,25 16:2
**shouts** [1] 15:25
**show** [3] 20:6 27:19 32:15
**sign** [1] 11:5
**signed** [2] 3:14,15
**simmons** [1] 9:20
**simply** [1] 11:1
**since** [6] 7:13 13:2 31:22 33:23, 23 34:2
**sits** [1] 13:25
**sitting** [2] 13:24 15:12
**situated** [3] 13:23 14:7,7,8
**six** [2] 9:21 30:8

**slated** [1] 21:23
**smoother** [1] 8:23
**someone** [2] 7:19 16:9
**sometimes** [1] 19:20
**somewhat** [1] 36:1
**sonny** [13] 13:20 20:15 22:18 23: 11,12,20 24:9,15,20,22 25:4,18 26:4
**sorry** [1] 19:15
**source** [2] 19:6,8
**southern** [1] 1:2
**speaker** [31] 4:20 10:3,4,5,7 11:5, 9,17,14 24:23:2,7,19,22 24:3,10, 17 28:10,13 30:12 31:1,12,17,20 32:2,8 35:11,14,19,25 36:3,6
**speaker's** [2] 22:4,12
**speaking** [5] 14:24 15:2,5,8 16:7
**specifically** [2] 11:24 36:4
**speculation** [1] 36:10
**spend** [1] 22:8
**spoke** [1] 26:9
**spoken** [3] 26:6 27:13 32:1
**staff** [48] 6:2,22,25 7:6,11,21 8:7, 17 9:3,10,10,11,13,14,16,18,20 6:8,22,24 11:1,4,6,6,12,25 13:2 19:24 21:12 22:7,9 25:10,17,20, 23,24 26:2,17 27:22 29:9,18 32: 4,19 33:25 34:4,24 35:13,17,19
**state** [7] 1:16 4:2,5,7 16:9 40:2,6
**stated** [29] 12:3,15 13:3,5,9,16, 19,24 14:8,11,13,21 15:17 16:4, 13,16,20,24 20:21 26:14 30:4,11, 16,18,24 31:8,12,14 34:12
**statements** [8] 17:4,7,10,11,18, 22 30:5
**states** [1] 1:1
**stations** [1] 17:19
**statue** [2] 12:23,24
**stay** [1] 23:14
**stays** [1] 13:7
**still** [1] 29:5
**stipulated** [3] 3:4,9,13
**stock** [1] 31:10
**stopped** [1] 22:5
**street** [6] 1:15 22:19 23:24 25:4, 19 26:3
**strike** [4] 10:4 14:16 15:11 36:5
**struggle** [1] 7:17
**stuff** [7] 13:10 21:12 22:18 28:19 29:3,4 31:5
**subject** [2] 13:18 19:4
**submits** [1] 11:11
**subsequent** [1] 26:11
**substance** [3] 17:9,10 35:8
**sudden** [1] 29:8
**supported** [2] 25:18 26:3
**supposed** [1] 26:17
**suspended** [3] 23:2 29:10 30:7
**suspending** [1] 29:18
**suspension** [5] 25:3 26:8,24 27: 15 36:7
**sworn** [4] 3:15 4:2 5:14 40:8

**system** [1] 8:2

## T

**ten** [1] 14:9
**term** [2] 6:14 18:19
**termination** [3] 33:23 34:2 36:7
**testified** [1] 4:3
**testimony** [1] 40:9
**thinking** [2] 29:6 34:23
**thomas** [1] 12:24
**threatening** [2] 19:18 30:5
**threats** [5] 19:4,6,7,12,20
**three** [3] 23:18 24:17 30:21
**together** [1] 4:15
**took** [1] 25:10
**top** [2] 13:8 20:14
**touch** [1] 13:7
**transcript** [1] 5:18
**trial** [2] 1:12 3:11
**tried** [1] 24:4
**true** [2] 28:21 40:8
**truthfully** [1] 6:5
**trying** [1] 35:19
**twenty-four** [1] 24:17
**twice** [5] 23:23 32:10 35:1,2,7
**two** [7] 9:19 23:24 24:16 25:2,7
30:21 34:13
**type** [1] 13:15

## U

**unclear** [1] 5:15
**under** [7] 5:14 11:16 28:20,22 29:
2 32:10 35:4
**understand** [2] 24:22 35:2
**united** [3] 1:1 24:17,18
**untruth** [1] 28:13
**up** [11] 10:22 13:9 26:9 28:1,5,7,8,
18 29:20 32:23 34:19
**upset** [2] 15:20 28:9
**usual** [1] 30:22
**uttered** [2] 28:17 32:5

## V

**vaguely** [1] 12:5
**vallone** [2] 33:12 37:3
**vann** [2] 23:15 25:21
**verbal** [1] 5:19
**verbatim** [1] 18:12
**view** [1] 30:10
**views** [1] 24:22
**viola** [7] 1:3 2:13 6:17 8:4 12:25
24:19 27:2
**vision** [2] 8:19,21
**voluntarily** [1] 26:16
**vote** [1] 23:21
**voted** [3] 13:12 23:13 24:8
**voters** [1] 31:3
**votes** [1] 13:8

## W

**waived** [1] 3:7
**wanted** [3] 8:10 26:20 29:15
**wants** [1] 36:2
**wareham** [13] 2:3,5 5:7 10:12,17

19:25 29:24 36:2,9,13,22 37:6
39:4
**washington** [3] 9:4,5,9
**way** [3] 19:11 23:1 40:12
**ways** [1] 6:20
**website** [2] 19:9,21
**week** [1] 20:23
**weeks** [1] 30:8
**whatever** [1] 14:4
**whereof** [1] 40:13
**whereupon** [4] 12:8 20:2 34:7
37:9
**whether** [4] 16:23 17:16 25:24
26:2
**white** [4] 23:5 24:11 25:9 31:3
**whites** [3] 23:18 24:17,18
**who's** [1] 27:14
**whole** [1] 14:20
**will** [4] 8:16 17:9 24:24 25:13
**win** [1] 25:14
**within** [5] 3:6,14 19:2 20:20 40:5
**without** [1] 30:7
**witness** [9] 1:12 4:1 10:18 20:11
32:17 37:10 40:7,9,13
**woman** [3] 23:5,17 25:9
**word** [1] 18:15
**words** [4] 28:12,17 32:5,5
**work** [7] 8:25 9:22,23,24 21:24
22:10,14
**workers** [1] 19:19
**working** [1] 8:21

## Y

**y'all** [1] 26:12
**year** [6] 6:25 7:1 9:8 21:24 22:8
23:23
**years** [1] 6:20 7:14
**yell** [4] 14:10,12,24 15:1,4,7 17:1
**yelled** [4] 16:12,15,20,23
**york** [17] 1:2,14,15,15,17 2:9,9 4:
2,9,9,15 6:7 19:15 24:12 40:2,3,
6

```
 1    STATE OF NEW YORK)

 2         ss:

 3    COUNTY OF          )

 4

 5         I wish to make the following changes, for

 6    the following reason:

 7

 8    PAGE   LINE

 9    _____  _____  CHANGE  _____

10    _____  _____  REASON  _____

11    _____  _____  CHANGE  _____

12    _____  _____  REASON  _____

13    _____  _____  CHANGE  _____

14    _____  _____  REASON  _____

15    _____  _____  CHANGE  _____

16    _____  _____  REASON  _____

17    _____  _____  CHANGE  _____

18    _____  _____  REASON  _____

19    _____  _____  CHANGE  _____

20    _____  _____  REASON  _____

21                         _____

                                   (WITNESS)

22

23    Subscribed and sworn to before me

24    this ____ day of _____, 200__.

25    _____
           (NOTARY PUBLIC)
```