Exhibit G

Page 1

[1]
[2] UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
[3] ------------------------------------X
[4] VIOLA PLUMMER,
[5]          Plaintiff,     07 CV 6154
[6]    -against-
[7] CHRISTINE QUINN, Speaker of the City Council,
[8]          Defendant.
[9] ------------------------------------X
[10]        August 9, 2007
            11:35 a.m.
[11]
[12]
[13]
[14]        Deposition of BETSY GOTBAUM, taken
[15] by Plaintiff, at the offices of The New York
[16] City Law Department, Office of the Corporation
[17] Counsel, 100 Church Street, New York, New York
[18] 10007-2601, before Ira J. Goldberg, a Certified
[19] Shorthand Reporter and Notary Public within and
[20] for the State of New York.
[21]
[22]
[23]
[24]        GREENHOUSE REPORTING, INC.
            363 Seventh Avenue - 20th Floor
            New York, New York 10001
[25]        (212) 279-5108

Page 2

[1]
[2] APPEARANCES:
[3]
[4] ROGER E. WAREHAM, ESQ.
        Attorney for Plaintiff
[5]     394 Putnam Avenue
        Brooklyn, New York 11216
[6]
[7]
[8] NEW YORK CITY LAW DEPARTMENT
    OFFICE OF THE CORPORATION COUNSEL
[9]     Attorneys for Defendant and the Witness
        100 Church Street
[10]    New York, New York 10007-2601
    BY:  PAUL MARKS, ESQ.
[11]    Deputy Chief, Labor & Employment Division
                 -and-
[12] BY:  ERIC EICHENHOLTZ, ESQ.
[13]
[14] ALSO PRESENT:
[15]    Viola Plummer (Appeared late)
[16]    Alvin L. Bragg, Jr., Esq.
        Chief of Litigation & Investigations
[17]    New York City Council
        Office of the General Counsel
[18]    250 Broadway, 15th Floor
        New York, New York 10007
[19]
[20]    Brian J. Kaszuba, Esq.
        Deputy General Counsel
[21]    Office of the Public Advocate for the
           City of New York
[22]    1 Centre Street
        New York, New York 10007
[23]
[24]
[25]

Page 3

[1]
[2]        STIPULATIONS
[3]
[4]     IT IS HEREBY STIPULATED AND AGREED,
[5] by and between the attorneys for the
[6] respective parties hereto, that all
[7] objections, except as to form, shall be
[8] reserved to the time of trial.
[9]     IT IS FURTHER STIPULATED AND AGREED
[10] that the sealing and filing of the within
[11] deposition are hereby waived.
[12]    IT IS FURTHER STIPULATED AND AGREED
[13] that the within deposition may be
[14] subscribed and sworn to by the witness
[15] being examined before a Notary Public
[16] other than the Notary Public before whom
[17] this deposition was begun.
[18]
[19]
[20]
[21]
[22]
[23]
[24]
[25]

Page 4

**B. Gotbaum**

[1]
[2] BETSY GOTBAUM, stating a business address of
[3] 1 Centre Street, New York, New York 10007,
[4] having been duly sworn by the Notary
[5] Public, was examined and testified as
[6] follows:
[7]                    **EXAMINATION**
[8]              **BY MR. WAREHAM:**
[9]    **Q:** Good morning. How would you prefer
[10] to be addressed, Miss, Ms. or Mrs.?
[11]    **A:** Betsy.
[12]    **Q:** Okay, a little informal.
[13] My name is Roger Wareham. I
[14] represent the plaintiff Viola Plummer in this
[15] action.
[16]    There are certain rules that attend
[17] depositions. Have you ever been deposed before?
[18]    **A:** Yes.
[19]    **Q:** As you have already been sworn in,
[20] your testimony is under oath.
[21]    It is important that your answers be
[22] verbal, as opposed to visual.
[23]    **A:** Yes.
[24]    **Q:** And if I ask a question, if you are
[25] not clear about it in terms of understanding

Page 5

**B. Gotbaum**

[1]
[2] either form or content, just say that. Or if I
[3] ask a question you don't know the answer to, you
[4] can just say, "I don't know."
[5]    I don't anticipate this is going to
[6] be very long, but if you need a break or if the
[7] reporter needs a break, anyone needs a break, we
[8] can do that.
[9]    After this you will get a chance to
[10] review the transcript.
[11]    And I guess I need to ask you, Have
[12] you taken any medications today?
[13]    **A:** No.
[14]    **Q:** Yesterday?
[15]    **A:** Well, I mean just what I take
[16] normally.
[17]    **Q:** Do they have any effect in terms of
[18] your ability to participate clearly?
[19]    **A:** No.
[20]    **Q:** What is your position in New York
[21] City Government?
[22]    **A:** New York City's Public Advocate.
[23]    **Q:** How long have you been the Public
[24] Advocate?
[25]    **A:** Since 2002, I was sworn in.

Page 6

**B. Gotbaum**

[1]
[2]    **Q:** And in general what are the duties
[3] of the Public Advocate?
[4]    **A:** Well, one of the duties is to
[5] preside over the City Council. The others are
[6] to be the city's ombudsman, or woman, and to
[7] have oversight over the programs of the city, as
[8] opposed to the fiscal policies.
[9]    **Q:** Is this an elected position?
[10]    **A:** Yes, it is, citywide elected
[11] position.
[12]    **Q:** And if you know, where does the
[13] authority for the Public Advocate come from?
[14]    **A:** From the charter. It comes from the
[15] charter, I guess established, or re-established
[16] in 1989. The office was created in 1989.
[17]    **Q:** That's the New York City Charter?
[18]    **A:** Yes, New York City Charter.
[19]    **MR. WAREHAM:** Can we mark this.
[20] This would be Plaintiff's 1.
[21]    (Plaintiff's Exhibit 1, copy of
[22] excerpt of New York City Charter, marked
[23] for identification.)
[24]    **Q:** I am showing you a copy of an
[25] excerpt from the Charter marked Plaintiff's

Page 7

**B. Gotbaum**

[1]
[2] Exhibit 1, marked New York City Charter, which
[3] includes Chapter 2 of the Charter that addresses
[4] the question of the issue of the City Council.
[5] Does that look familiar to you?
[6]    **A:** Yes. I mean, I haven't read it in a
[7] long time. I have looked at it, but I haven't
[8] read it in a long time. It looks familiar,
[9] though.
[10]    **Q:** That's the legislative document that
[11] the Charter derives its authority from.
[12]    **A:** I see.
[13]    **Q:** Under the Charter, does the Charter
[14] give particular responsibilities to the Public
[15] Advocate vis-a-vis the City Council?
[16]    **A:** Let me just finish looking at it.
[17]    (Pause in the proceedings.)
[18]    **MR. WAREHAM:** Off the record.
[19]    (Discussion held off the record.)
[20]    **A:** I mean as much as —
[21]    **Q:** Sure. Let me just go back one
[22] second.
[23]    **A:** Sure.
[24]    **Q:** In terms of background, you said you
[25] have been Public Advocate since 2002.

Page 8

**B. Gotbaum**

[1]
[2] **A:** Yes.
[3] **Q:** What positions did you occupy before
[4] that?
[5] **A:** Before that I was president of the
[6] New York Historical Society for seven and a half
[7] years. Prior to that I was Parks Commissioner
[8] for New York City. Prior to that I was in a
[9] venture capital firm. Prior to that I ran New
[10] York City Police Foundation. Prior to that —
[11] Do you want me to go back further?
[12] **Q:** No. Your educational background?
[13] **A:** I have a master's in history — in
[14] education, I am sorry. And I have a bachelor's
[15] in history.
[16] **Q:** Can you just for the record indicate
[17] what are the responsibilities of the Public
[18] Advocate from the Charter vis-a-vis the City
[19] Council.
[20] **A:** Well, the responsibilities are that
[21] I have to provide a report in, I think towards
[22] the end of October of every year, about the
[23] various activities of the office, in particular
[24] the office of the ombudsman; the reports over
[25] various, I think over various agencies or

Page 9

**B. Gotbaum**

[1]
[2] policies of agencies. In this report, also a
[3] report on the legislation that I have
[4] introduced, because I can introduce legislation
[5] in the City Council.
[6] And I can sit on any of the City
[7] Council meetings, I can attend any committee
[8] meetings. I do not have a vote in the Council,
[9] but I have all those other privileges.
[10] And if I have left anything out you
[11] can remind me.
[12] **Q:** What responsibility, if any, do you
[13] have at the stated meetings of the Council?
[14] **A:** I preside over the Council. And
[15] that changed. That actually I think was in the
[16] Charter originally and that was changed by an
[17] amendment to the Charter in 2002. There was a
[18] Charter Revision Commission that removed Public
[19] Advocate from presiding over the local
[20] legislature, and that provision — but there was
[21] some question, again I am not clear on the
[22] legalities on the law of all this, but there was
[23] some question as to even though in the Charter
[24] the Public Advocate was removed from that
[25] particular function, there were some questions

Page 10

**B. Gotbaum**

[1]
[2] as to whether that was exactly right. I am not
[3] sure, there was some state law that could have
[4] been brought in, I don't — it was very, very
[5] confusing.
[6] At any rate, at that point in 2002,
[7] the Speaker then appointed me to continue
[8] presiding over the Council, and that has
[9] continued ever since.
[10] **Q:** That has continued?
[11] **A:** Yes. And there is this question
[12] which frankly we have not really pursued looking
[13] at, that there is some state, some state statute
[14] or state law that —
[15] **Q:** And you said you can attend all
[16] legislative meetings?
[17] **A:** I can attend all Council committee
[18] meetings, yes. And I can introduce legislation.
[19] **Q:** And introduce legislation, all
[20] right.
[21] Are you familiar with the Rules of
[22] the Council, the City Council Rules?
[23] **A:** Yeah, most of them. I mean, some of
[24] them. I am certainly familiar with the rules
[25] when they are in session, the stated meetings.

Page 11

**B. Gotbaum**

[1]
[2] I wouldn't know the rules, you know, details of
[3] every rule of the Council.
[4] **MR. WAREHAM:** I would like to mark
[5] this as Plaintiff's 2.
[6] (Plaintiff's Exhibit 2, document
[7] entitled "Rules of the Council," marked
[8] for identification.)
[9] (Pause in the proceedings.)
[10] **MR. MARKS:** Off the record.
[11] (Discussion held off the record.)
[12] **MR. WAREHAM:** Back on the record.
[13] **Q:** To your understanding, under the
[14] Rules, in the event of any sort of disruption,
[15] who has the authority to restore order?
[16] **MR. MARKS:** You are talking about at
[17] a Council's meeting, at a stated meeting,
[18] just generally?
[19] **A:** Starting with the sergeant at arms
[20] being called upon by either the person who is
[21] presiding, which in that case would be me, or
[22] the Speaker, as far as I know, but it is the
[23] sergeant at arms who actually carries out.
[24] **Q:** Can a sergeant at arms act
[25] independently, or he gets direction?

Page 12

**B. Gotbaum**

[1]

[2] **A:** No, gets direction, and gets

[3] direction from either me or the Speaker.

[4] **Q:** When you are the presiding officer

[5] can the Speaker also give directions to the

[6] sergeant at arms?

[7] **A:** Yes.

[8] **Q:** And to your knowledge, what steps

[9] can the presiding officer take if there is some

[10] disruption at a stated meeting?

[11] **A:** The gavel and "Quiet."

[12] **Q:** Anything else?

[13] **A:** And ultimately to say, "I will have

[14] to have you removed if the disturbance still

[15] continues."

[16] **Q:** Does the presiding officer have the

[17] authority, in a situation where the disruptive

[18] person is a staff member, does the presiding

[19] officer have the authority to discipline that

[20] staff member?

[21] **A:** I assume so, but I wouldn't know. I

[22] assume so.

[23] **Q:** To you your understanding, is the

[24] City Council a legislative body, or city agency?

[25] **A:** Legislative body.

---

Page 13

**B. Gotbaum**

[1]

[2] **Q:** In preparation for this deposition

[3] today did you review any documents?

[4] **A:** Just the transcript of the Council

[5] meeting.

[6] **Q:** Of May 30th?

[7] **A:** Yes, if that was the date. I am

[8] sorry.

[9] **Q:** Well —

[10] **A:** I think, yes. I don't remember the

[11] exact date. We have had several meetings

[12] since.

[13] **Q:** Have you presided over all of the

[14] stated Council meetings since 2002?

[15] **A:** Yes, with a few, maybe two absences,

[16] three absences, because of vacation. Or

[17] actually have been only four absences, maybe

[18] more.

[19] Yes, the answer is yes, I am sorry.

[20] **Q:** And on an annual basis there are

[21] approximately how many stated Council meetings?

[22] **A:** Well, there are two a month, except

[23] in July and August. And I honestly don't

[24] remember which years we have had one or two in

[25] July or August, so I can't accurately answer

---

Page 14

**B. Gotbaum**

[1]

[2] that.

[3] And we also have had meetings that

[4] weren't scheduled, but they were scheduled for a

[5] reason. Like this last week we had one for one

[6] morning because I think there was some land use

[7] issues that had to be dealt with. So I don't

[8] remember how many of those we have had.

[9] **Q:** Sure, all right. Let me bring your

[10] attention to the stated Council meeting of

[11] May 30th, 2007.

[12] **A:** Thank you.

[13] **Q:** Do you remember what the agenda was

[14] for that meeting?

[15] **A:** Yes.

[16] **Q:** Just give me —

[17] **A:** Well, the full agenda, I mean I

[18] remember, I remember there was one particular

[19] item at the agenda which I do remember, which

[20] was the naming of streets. There was a block of

[21] them like that.

[22] **Q:** Prior to any stated meeting what

[23] preparation is involved on your part?

[24] **A:** Not, not very much. I mean,

[25] sometimes one of the staff members will come and

---

Page 15

**B. Gotbaum**

[1]

[2] say there is a particular thing happening that

[3] we need to deal with, or sometimes occasionally

[4] the Speaker will ask me to come in and we will

[5] discuss something that might be happening.

[6] **Q:** Prior to the May 30th meeting did

[7] that happen?

[8] **A:** Yes.

[9] **Q:** And what was brought to your

[10] attention?

[11] **A:** Just brought to my attention there

[12] might be some disruptions and that I should be

[13] prepared to use the gavel and to call for order,

[14] to call for order. And on other occasions the

[15] Speaker has done that.

[16] **Q:** This isn't the first time that this

[17] has been brought to your attention?

[18] **A:** No, no.

[19] **Q:** Do you remember who brought that to

[20] your attention, that there might be disruptions?

[21] **A:** I don't remember if the Speaker or

[22] chief of staff or some other staff people in

[23] there, or staff person, a position I don't know

[24] the formal name of, and he usually tells me the

[25] procedure. He is the procedural guy of the

Page 16

**B. Gotbaum**

[1]
[2] Council.
[3]   **Q:** And you don't remember who?
[4]   **A:** No, I don't.
[5]   **Q:** He is from the Speaker's office?
[6]   **A:** Yes.
[7]   **Q:** And what was told to you what the
[8] nature of the disruption might be?
[9]   **A:** Well, that there, that there, there
[10] had been word that there would be disruptions of
[11] people who were upset about the particular
[12] street naming that was being discussed at that
[13] time and that there might be some disruptions
[14] and I should be prepared for them, that's all.
[15]   And by the way, the week before,
[16] there had been, over a completely different
[17] item, there was some similar disruption and it
[18] was kind of brought to my attention that I
[19] should be more aggressive than I had been the
[20] week before, if necessary.
[21]   **Q:** On a different item?
[22]   **A:** A totally different. The
[23] circumstances were completely different. It was
[24] just, I think, kind of just letting me know what
[25] had been going on.

Page 17

**B. Gotbaum**

[1]
[2]   I had a knee operation, by the way,
[3] so the week before I had been a little bit
[4] groggy, I should say, and I was on medication
[5] the week before.
[6]   **Q:** You mean it was the week before, or
[7] the prior stated meeting?
[8]   **A:** The prior stated meeting, excuse me.
[9]   **Q:** What was the nature of the
[10] disruptions in that meeting, if you remember?
[11]   **A:** I think it was about the pedicabs,
[12] and there was another issue but I don't remember
[13] what it was. But it was definitely about the
[14] pedicabs.
[15]   **Q:** And the disruption was from the
[16] gallery, from the floor?
[17]   **A:** Only from the gallery — I mean from
[18] the balcony. I call the floor the gallery, and
[19] then the balcony, so we should be clear.
[20]   **Q:** Not a problem. And during that
[21] meeting there had been disruptions. Did the
[22] work of the meeting get completed?
[23]   **A:** Oh, yes.
[24]   **Q:** So going into the meeting on
[25] May 30th you had been told there might be

Page 18

**B. Gotbaum**

[1]
[2] disruptions, you needed to be more aggressive
[3] with the gavel?
[4]   **A:** Well, I needed to be aware there
[5] would be more, there would be disruptions and
[6] that I should be prepared to be aggressive,
[7] would be the best word.
[8]   **Q:** Was there any indication that there
[9] was going to be more security, police or
[10] anything?
[11]   **A:** No, except for visually I could
[12] see. You know, there was nothing told. I was
[13] not told that.
[14]   **Q:** Visually you could see what?
[15]   **A:** There were more people there, were
[16] more people in the audience and up in the
[17] balcony than usual.
[18]   **Q:** What about security, in terms of
[19] police, were you informed?
[20]   **A:** I think there was uniformed police
[21] up in the balcony.
[22]   **Q:** Is that normal at stated meetings?
[23]   **A:** Not, not always, but it has happened
[24] at others. And you can imagine, after the
[25] councilman was shot there was extra security.

Page 19

**B. Gotbaum**

[1]
[2] That was several years ago.
[3]   **Q:** You don't remember whether you had
[4] any discussion with the Speaker prior to that
[5] meeting about what might happen at the May 30th
[6] meeting?
[7]   **A:** You mean the spectator meeting
[8] before?
[9]   **Q:** No, not the meeting before. Prior
[10] to the May 30th meeting.
[11]   **A:** No, there was just a discussion in
[12] general about that there was some anticipated,
[13] more people coming, more crowds coming, there
[14] would be more disruptions basically.
[15]   **Q:** And this was around the amendment of
[16] the Sonny Carson —
[17]   **A:** Yes.
[18]   **Q:** — proposed amendment?
[19]   **A:** Yes.
[20]   **Q:** As you remember today, how would you
[21] describe what happened that day once that issue
[22] came up, if you remember?
[23]   **A:** What I do remember, what I really
[24] remember is that when council people, when the
[25] councilmen and women were working, there was a

Page 20

**B. Gotbaum**

[1]

[2] lot of disruption from the gallery, which is

[3] very, very unusual, because there generally

[4] isn't any disruption from the gallery. It is

[5] always from the balcony. So that disruption I

[6] recall.

[7]   **Q:** Can you be more specific? What do

[8] you recall in terms of the nature of the

[9] disruption?

[10]   **A:** There was screaming and yelling.

[11] Screaming — no, I am sorry, excuse that.

[12] Yelling.

[13]   **Q:** You are saying this was during the

[14] vote?

[15]   **A:** After a councilperson would vote.

[16] There was some, there was some before, but I

[17] don't, you know, I don't remember. It was all

[18] around the discussion of the issue, let's put it

[19] that way.

[20]   **Q:** And the yelling, was it coming from

[21] any particular —

[22]   **A:** It was coming from the right, from

[23] my right, which would be the left side or the

[24] north side of the gallery.

[25]   **Q:** And one person, two people?

Page 21

**B. Gotbaum**

[1]

[2]   **A:** I don't know. It was very hard to

[3] tell.

[4]   **Q:** And at any point in time, what was

[5] your response when there was yelling?

[6]   **A:** "Quiet, please." Bang, bang, bang.

[7] "Quiet, please."

[8]   **Q:** What effect did that have?

[9]   **MR. MARKS:** When you are saying

[10] "bang, bang, bang," that means the

[11] gavel?

[12]   **THE WITNESS:** I was hitting the

[13] gavel.

[14]   **Q:** As opposed to shooting the

[15] disrupter.

[16]   **A:** I withdraw that. Yes, gaveled and

[17] was saying, "Quiet, please." And as it

[18] escalated, I said it more and gaveled harder.

[19]   **Q:** When you say "escalated," escalated

[20] from the balcony, from the gallery?

[21]   **A:** They were both, but it was more the

[22] gallery, more the gallery. It was very unusual

[23] to have it from the gallery. But it was also in

[24] the balcony, too. But I recall the thing that

[25] most impressed me was the gallery.

Page 22

**B. Gotbaum**

[1]

[2]   (Telephonic interruption.)

[3]   **MR. EICHENHOLTZ:** She is here.

[4]   **MR. WAREHAM:** Do you want us to stop

[5] until you return?

[6]   **MR. EICHENHOLTZ:** No, you can keep

[7] going.

[8]   (At this point Mr. Eichenholtz left

[9] the deposition room.)

[10]   **Q:** In your experience had that happened

[11] before, where there were disruptions from the

[12] gallery?

[13]   **A:** No, I don't think so. Not a hundred

[14] percent, but I really don't think so. Well,

[15] except that one, the shooting, which was in the

[16] balcony, but there was a lot of disruption. But

[17] that's an exceptional case.

[18]   **Q:** And when you asked for quiet and you

[19] gaveled, what was the response from the gallery,

[20] do you remember?

[21]   **A:** Well, immediate some subsiding of

[22] the yelling. But then another person would vote

[23] or there would be something else and it would

[24] come back again. It didn't stop. In other

[25] words, it didn't stop.

Page 23

**B. Gotbaum**

[1]

[2]   **Q:** If I understand you correctly, you

[3] are saying the response from the gallery was,

[4] whatever came out of the gallery seemed to be in

[5] response to presentations by different Council

[6] people when they voted?

[7]   **A:** Yes, I think so. I think so.

[8]   **Q:** I am just asking.

[9]   **A:** Yes. Hard to know, because you

[10] couldn't really see, you know.

[11]   **Q:** In response to the yelling from the

[12] gallery, did you speak to those persons, person

[13] or persons, who you thought were making that

[14] response and ask them particularly to be quiet?

[15]   **A:** Yes. I mean, I didn't point. I

[16] couldn't. You have to understand, it is quite

[17] far away and I couldn't really see. There were

[18] lots of people around. So I would ask, yes,

[19] "Quiet, please. Please be quiet."

[20]   **Q:** Did you direct the sergeant at arms

[21] to go to any people in particular and ask them

[22] to be quiet?

[23]   **A:** No. At one point, I think it was

[24] towards the end, "If you aren't quiet, I will

[25] have to have you removed."

Page 24

**B. Gotbaum**

[1]
[2]  **Q:** Do you remember whom you directed
[3] that towards?
[4]    **A:** No. Well, I directed it towards
[5] whoever was making the noises, but I couldn't
[6] see who it was.
[7]    **Q:** Was it the same people, or could you
[8] tell, or was it different people?
[9]    **A:** In the gallery it seemed to be the
[10] same person, but I couldn't be 100 percent sure,
[11] but it seemed to be the same person, and I
[12] couldn't see who it was.
[13]    **Q:** Did you at any point direct the
[14] sergeant at arms to actually go identify —
[15]    **A:** No.
[16]    **Q:** — who the person was?
[17]    **A:** No.
[18]    **Q:** And remove them?
[19]    **A:** No.
[20]    **Q:** Did you ever feel that meeting, the
[21] stated meeting, got out of control?
[22]    **A:** No. It was noisy.
[23]    **Q:** Did you ever feel a need to clear
[24] the chamber —
[25]    **A:** No.

Page 25

**B. Gotbaum**

[1]
[2]    **Q:** — because of the disruption?
[3]    **A:** No. You threaten to do it.
[4]    **Q:** During that meeting did the Speaker
[5] ever send you any message around trying to bring
[6] order to the meeting?
[7]    **A:** No.
[8]    **Q:** Did the Council complete its agenda
[9] that day, do you remember?
[10]    **A:** Yes.
[11]    **Q:** So with all the noise and
[12] everything, the work of the Council got
[13] completed?
[14]    **A:** Yes, as far as I know.
[15]    (At this point Mr. Eichenholtz
[16] returned with Viola Plummer.)
[17]    **MR. WAREHAM:** Off the record a
[18] second.
[19]    (Discussion held off the record.)
[20]    **MR. WAREHAM:** Back on the record.
[21]    **Q:** So to your recollection the Council
[22] finished its agenda for May 30th?
[23]    **A:** Yes, to my recollection.
[24]    **Q:** Whatever the disruptions were did
[25] not prevent the work from being completed?

Page 26

**B. Gotbaum**

[1]
[2]    **A:** No, not at all.
[3]    **Q:** And does the Council normally
[4] complete its agenda at stated meetings?
[5]    **A:** Yes.
[6]    **Q:** During your, it is five years now as
[7] Public Advocate, approximately, if you remember,
[8] how many meetings have you presided over that
[9] dealt with the co-naming or renaming of streets?
[10]    **A:** I don't recall, I don't remember.
[11]    **Q:** Without remembering the exact
[12] amount, in your experience had there ever been a
[13] situation where a name had been taken out of a
[14] package that had been submitted?
[15]    **A:** I don't remember.
[16]    **Q:** Did you preside over the following
[17] two stated meetings after the May 30th one?
[18]    **A:** Yes.
[19]    **Q:** June 13th and June 27th?
[20]    **A:** Oh, not including July, yes.
[21]    **Q:** And to your recollection were there
[22] any disruptions at those meetings?
[23]    **A:** No.
[24]    **Q:** Do you know Mrs. Plummer? Are you
[25] familiar with her?

Page 27

**B. Gotbaum**

[1]
[2]    **A:** No, we don't know each other.
[3]    **Q:** She is a former chief of staff of
[4] Charles Barron.
[5]    **A:** That I know.
[6]    **Q:** According to her position, she is
[7] still chief of staff.
[8]    At some point were you made aware
[9] that there were plans to discipline Viola
[10] Plummer for her remarks concerning —
[11]    **A:** Only from the newspaper.
[12]    **Q:** You read it in the newspaper?
[13]    **A:** Yes, I read it in the newspaper.
[14]    **Q:** Do you remember approximately when?
[15]    **A:** No. Are you kidding?
[16]    **Q:** Did the Speaker or anyone from her
[17] office approach you —
[18]    **A:** No.
[19]    **Q:** — about that?
[20]    **A:** No.
[21]    **MR. MARKS:** You should let him ask
[22] the question completely before you
[23] answer.
[24]    **Q:** Did anyone from the Speaker's office
[25] approach you about Ms. Plummer's behavior during

Page 28

**B. Gotbaum**

[1]
[2] the stated meeting of May 30th?
[3]   **A:** No.
[4]   **Q:** When did you become aware that a
[5] lawsuit was filed challenging the Speaker's
[6] right to suspend and discipline Ms. Plummer?
[7]   **A:** I don't remember. In the newspaper,
[8] from the newspaper.
[9]   **Q:** From the newspapers?
[10]   **A:** Yes.
[11]   **Q:** Same question, did anyone from the
[12] Speaker's office approach you about to
[13] participate in that lawsuit?
[14]   **A:** No.
[15]   **Q:** Did anyone speak to you about, once
[16] again, Ms. Plummer's behavior at the May 30th
[17] stated meeting?
[18]   **A:** No.
[19]   **Q:** As Public Advocate is it your
[20] understanding that you have the authority to
[21] suspend staff members of individual Council
[22] members?
[23]   **A:** I don't have that authority, no.
[24]   **Q:** Is it your understanding that the
[25] Speaker has that authority?

Page 29

**B. Gotbaum**

[1]
[2]   **A:** I don't know. Sorry.
[3]   **Q:** Have you ever heard the term
[4] "inherent powers of the Speaker"?
[5]   **A:** No. I mean I know what it means.
[6]   **Q:** What is your understanding of what
[7] that means?
[8]   **A:** It means the power that would be
[9] derived to the Speaker because she or he is the
[10] Speaker, without being stated, in other words.
[11]   **Q:** What do you mean by "without being
[12] stated"?
[13]   **A:** Without being stated, probably.
[14]   **Q:** In the statutory?
[15]   **A:** In the statutory, yes.
[16]   **Q:** Is it your understanding that the
[17] inherent powers of the Speaker extends to his
[18] ability or her ability to discipline staff of
[19] individual Council members?
[20]   **A:** I don't know.
[21]   **MR. WAREHAM:** I am almost done. Can
[22] we take a five-minute break.
[23]   **MR. MARKS:** Sure.
[24]     (Recess taken at 12:15 p.m. until
[25] 12:20 p.m.)

Page 30

**B. Gotbaum**

[1]
[2]   **Q:** Let me just take you back one
[3] second.
[4]   **A:** Sure.
[5]   **Q:** When you said prior to the May 30th
[6] meeting someone from the Speaker's office had
[7] contacted you that there might be disruptions —
[8]   **A:** Yes.
[9]   **Q:** — you said you just don't remember
[10] who it was. You don't remember the person's
[11] name, or you don't remember which person it was?
[12]   **A:** Well, my office was called and I was
[13] asked to come over to the Speaker's office at
[14] some point before the meeting. And it wasn't
[15] directly before, it was some point before the
[16] meeting. And when I went to her office there
[17] were several people in there.
[18]   **Q:** Okay.
[19]   **A:** It probably was her chief of staff
[20] who may have said something, but I am not
[21] entirely sure, because there were at least three
[22] people, one of whom is the guru, I don't know
[23] what his title is, but he is the person who has
[24] all the procedural knowledge about what goes on
[25] in the Council, and it may have been him or it

Page 31

**B. Gotbaum**

[1]
[2] may have been —
[3]   **Q:** Mr. Meara?
[4]   **A:** No, that's the chief of staff. Gary
[5] Altman is the person who is the procedural
[6] guru. It may have been Gary. I honestly don't
[7] remember.
[8]   **Q:** He was at the meeting?
[9]   **A:** No.
[10]   **Q:** Do you remember them, Charles Meara,
[11] Gary Altman?
[12]   **A:** Charles Meara, Gary, the Speaker. I
[13] don't remember.
[14]   **THE WITNESS:** Were you there?
[15]   **MR. KASZUBA:** No.
[16]   **A:** It is sort of like routine.
[17]   **Q:** It is just something you do?
[18]   **A:** If you are called over, you go. It
[19] is collegial. We do it all the time. I mean,
[20] it happens all the time.
[21]   **MR. WAREHAM:** I have no further
[22] questions.
[23]   **MR. MARKS:** I have no questions for
[24] the witness.
[25]     (Deposition concluded at 12:22 p.m.)

Page 32

[1]

[2]

[3] I, BETSY GOTBAUM, the witness herein, having

[4] read the foregoing testimony, do hereby certify

[5] it to be a true and correct transcript, subject

[6] to the corrections, if any, shown on the

[7] attached page.

[8]

[9]

[10]

[11] **BETSY GOTBAUM**

[12]

[13] Subscribed and sworn to

[14] before me this _____ day

[15] of _____ 2007.

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

Page 33

[1]

[2]                CERTIFICATE

[3] STATE OF NEW YORK )

[4]                                    :ss

[5] COUNTY OF NEW YORK )

[6]         I, IRA J. GOLDBERG, a Certified

[7] Shorthand Reporter and Notary Public within and

[8] for the State of New York, do hereby certify:

[9]         That BETSY GOTBAUM, the witness

[10] whose deposition is hereinbefore set forth, was

[11] duly sworn by me and that such deposition is a

[12] true record of the testimony given by such

[13] witness.

[14]         I further certify that I am not

[15] related to any of the parties to this action by

[16] blood or marriage and that I am in no way

[17] interested in the outcome of this matter.

[18]         In witness whereof, I have hereunto

[19] set my hand this 12th day of August 2007.

[20]

[21]

[22]

[23]         IRA J. GOLDBERG

[24]

[25]

Page 34

[1]

[2]                INDEX

[3] WITNESS        EXAMINATION BY        PAGE

[4] BETSY GOTBAUM     MR. WAREHAM            4

[5]

[6]            EXHIBITS

[7] PLAINTIFF'S                    PAGE/LINE

[8] Plaintiff's Exhibit 1, copy of excerpt
    of New York City Charter................ 6  21

[9]

    Plaintiff's Exhibit 2, document
[10] entitled "Rules of the Council.......... 11  6

[11]

[12]

[13]

[14]

[15]

[16]

[17]

[18]

[19]

[20]

[21]

[22]

[23]

[24]

[25]

[1]

**Lawyer's Notes**

Viola Plummer v. 07-cv-06154-WHP Document 24-7 Filed 10/30/2007 Page 12 of 15 Betsy Gotbaum
Christine Quinn, Speaker of the City Council
Vol. 1, August 9, 2007

# 1

**100** 24:10
**10007** 4:3
**12:15** 29:24
**12:20** 29:25
**12:22** 31:25
**13th** 26:19
**1989** 6:16, 16

# 2

**2002** 5:25; 7:25; 9:17; 10:6; 13:14
**2007** 14:11; 32:15
**27th** 26:19

# 3

**30th** 13:6; 14:11; 15:6; 17:25; 19:5, 10; 25:22; 26:17; 28:2, 16; 30:5

# A

**ability** 5:18; 29:18, 18
**absences** 13:15, 16, 17
**According** 27:6
**accurately** 13:25
**act** 11:24
**action** 4:15
**activities** 8:23
**actually** 9:15; 11:23; 13:17; 24:14
**address** 4:2, 10; 7:3
**Advocate** 5:22, 24; 6:3, 13; 7:15, 25; 8:18; 9:19, 24; 26:7; 28:19
**again** 9:21; 22:24; 28:16
**agencies** 8:25; 9:2
**agency** 12:24
**agenda** 14:13, 17, 19; 25:8, 22; 26:4
**aggressive** 16:19; 18:2, 6
**ago** 19:2
**almost** 29:21
**annual** 13:20
**anticipate** 5:5; 19:12
**appointed** 10:7
**approach** 27:17, 25; 28:12
**approximately** 13:21; 26:7; 27:14
**arms** 11:19, 23, 24; 12:6;

23:20; 24:14
**around** 19:15; 20:18; 23:18; 25:5
**assume** 12:21, 22
**attached** 32:7
**attend** 4:16; 9:7; 10:15, 17
**attention** 14:10; 15:10, 11, 17, 20; 16:18
**audience** 18:16
**August** 13:23, 25
**authority** 6:13; 7:11; 11:15; 12:17, 19; 28:20, 23, 25
**aware** 18:4; 27:8; 28:4
**away** 23:17

# B

**bachelor's** 8:14
**back** 7:21; 8:11; 11:12; 22:24; 25:20; 30:2
**background** 7:24; 8:12
**balcony** 17:18, 19; 18:17, 21; 20:5; 21:20, 24; 22:16
**Bang** 21:6, 6, 6, 10, 10, 10
**Barron** 27:4
**basically** 19:14
**basis** 13:20
**become** 28:4
**behavior** 27:25; 28:16
**best** 18:7
**BETSY** 4:2, 11; 32:3, 11
**bit** 17:3
**block** 14:20
**body** 12:24, 25
**both** 21:21
**break** 5:6, 7, 7; 29:22
**bring** 14:9; 25:5
**brought** 10:4; 15:9, 11, 17, 19; 16:18
**business** 4:2

# C

**call** 15:13, 14; 17:18; 11:20; 30:12; 31:18
**came** 19:22; 23:4
**can** 5:4, 8; 6:19; 8:16; 9:4, 6, 7, 11; 10:15, 17, 18; 11:24; 12:5, 9; 18:24; 20:7; 22:6; 29:21
**capital** 8:9
**carries** 11:23
**Carson** 19:16
**case** 11:21; 22:17
**Centre** 4:3
**certain** 4:16
**certainly** 10:24
**certify** 32:4
**challenging** 28:5
**chamber** 24:24

**chance** 5:9
**changed** 9:15, 16
**Chapter** 7:3
**Charles** 27:4; 31:10, 12
**charter** 6:14, 15, 17, 18, 22, 25; 7:2, 3, 11, 13, 13; 8:18; 9:16, 17, 18, 23
**chief** 15:22; 27:3, 7; 30:19; 31:4
**circumstances** 16:23
**City** 5:21; 6:5, 7, 17, 18, 22; 7:2, 4, 15; 8:8, 10, 18; 9:5, 6; 10:22; 12:24, 24; 5:22; 6:6
**citywide** 6:10
**clear** 4:25; 9:21; 17:19; 24:23
**clearly** 5:18
**co-naming** 26:9
**collegial** 31:19
**coming** 19:13, 13; 20:20, 22
**Commission** 9:18
**Commissioner** 8:7
**committee** 9:7; 10:17
**complete** 25:8; 26:4; 17:22; 25:13, 25
**completely** 16:16, 23; 27:22
**concerning** 27:10
**concluded** 31:25
**confusing** 10:5
**contacted** 30:7
**content** 5:2
**continue** 10:7, 9, 10; 12:15
**control** 24:21
**copy** 6:21, 24
**corrections** 32:6
**correctly** 23:2
**Council** 6:5; 7:4, 15; 8:19; 9:5, 7, 8, 13, 14; 10:8, 17, 22, 22; 11:3, 7; 12:24; 13:4, 14, 21; 14:10; 16:2; 19:24; 23:5; 25:8, 12, 21; 26:3; 28:21; 29:19; 30:25; 11:17
**councilman** 18:25
**councilmen** 19:25
**councilperson** 20:15
**created** 6:16
**crowds** 19:13

# D

**date** 13:7, 11
**day** 19:21; 25:9; 32:14
**deal** 15:3
**dealt** 14:7; 26:9
**definitely** 17:13
**deposed** 4:17
**deposition** 13:2; 22:9; 31:25; 4:17

**derived** 29:9
**derives** 7:11
**describe** 29:21
**details** 11:2
**different** 16:16, 21, 22, 23; 23:5; 24:8
**direct** 23:20; 24:13, 2, 4
**direction** 11:25; 12:2, 3, 5
**directly** 30:15
**discipline** 12:19; 27:9; 28:6; 29:18
**discuss** 15:5; 16:12
**Discussion** 7:19; 11:11; 19:4, 11; 20:18; 25:19
**disrupter** 21:15
**disruption** 11:14; 12:10; 16:8, 17; 17:15; 20:2, 4, 5, 9; 22:16; 25:2; 15:12, 20; 26:10, 13; 17:10, 21; 18:2, 5; 19:14; 22:11; 25:24; 26:22; 30:7
**disruptive** 12:17
**disturbance** 12:14
**document** 7:10; 11:6; 13:3
**done** 15:15; 29:21
**duly** 4:4
**during** 17:20; 20:13; 25:4; 26:6; 27:25
**duties** 6:2, 4

# E

**education** 8:14
**educational** 8:12
**effect** 5:17; 21:8
**EICHENHOLTZ** 22:3, 6, 8; 25:15
**either** 5:2; 11:20; 12:3
**elected** 6:9, 10
**else** 12:12; 22:23
**end** 8:22; 23:24
**entirely** 30:21
**entitled** 11:7
**escalated** 21:18, 19, 19
**established** 6:15
**even** 9:23
**event** 11:14
**exact** 13:11; 26:11
**exactly** 10:2
**EXAMINATION** 4:7
**examined** 4:5
**except** 13:22; 18:11; 22:15
**exceptional** 22:17
**excerpt** 6:22, 25
**excuse** 17:8; 20:11
**Exhibit** 6:21; 7:2; 11:6
**experience** 22:10; 26:12
**extends** 29:17
**extra** 18:25

# F

**familiar** 7:5, 8; 10:21, 24; 26:25
**far** 11:22; 23:17; 25:14
**feel** 24:20, 23
**few** 13:15
**filed** 28:5
**finish** 7:16; 25:22
**firm** 8:9
**first** 15:16
**fiscal** 6:8
**five** 26:6
**five-minute** 29:22
**floor** 17:16, 18
**following** 26:16
**follows** 4:6
**foregoing** 32:4
**form** 5:2
**formal** 15:24
**former** 27:3
**Foundation** 8:10
**four** 13:17
**frankly** 10:12
**full** 14:17
**function** 9:25
**further** 8:11; 31:21

# G

**gallery** 17:16, 17, 18; 20:2, 4, 24; 21:20, 22, 22, 23, 25; 22:12, 19; 23:3, 4, 12; 24:9
**Gary** 31:4, 6, 11, 12
**gavel** 12:11; 15:13; 18:3; 21:11, 13, 16, 18; 22:19
**general** 6:2; 19:12
**generally** 11:18; 20:3
**gets** 11:25; 12:2, 2
**goes** 30:24
**Good** 4:9
**GOTBAUM** 4:2; 32:3, 11
**Government** 5:21
**groggy** 17:4
**guess** 5:11; 6:15
**guru** 30:22; 31:6
**guy** 15:25

# H

**half** 8:6
**happen** 15:7; 19:5; 18:23; 19:21; 22:10; 15:2, 5; 31:20
**hard** 21:2; 23:9
**harder** 21:18
**heard** 29:3
**held** 7:19; 11:11; 25:19
**hereby** 32:4

herein 32:3
Historical 8:6
history 8:13, 15
hitting 21:12
honestly 13:23; 31:6
hundred 22:13

# I

identification 6:23; 11:8
identify 24:14
imagine 18:24
immediate 22:21
important 4:21
impressed 21:25
includes 7:3
including 26:20
independently 11:25
indicate 8:16
indication 18:8
individual 28:21; 29:19
informal 4:12
informed 18:19
inherent 29:4, 17
interruption 22:2
into 17:24
introduce 9:4; 10:18, 19; 9:4
involved 14:23
issue 7:4; 17:12; 19:21; 20:18; 14:7
item 14:19; 16:17, 21

# J

July 13:23, 25; 26:20
June 26:19, 19

# K

KASZUBA 31:15
keep 22:6
kidding 27:15
kind 16:18, 24
knee 17:2
knowledge 12:8; 30:24

# L

land 14:6
last 14:5
law 9:22; 10:3, 14
lawsuit 28:5, 13
least 30:21
left 9:10; 20:23; 22:8
legalities 9:22
legislation 9:3, 4; 10:18, 19
legislative 7:10; 10:16; 12:24, 25

legislature 9:20
letting 16:24
little 4:12; 17:3
local 9:19
long 5:6, 23; 7:7, 8
look 7:5, 7, 16; 10:12; 7:8
lot 20:2; 22:16
lots 23:18

# M

making 23:13; 24:5
many 13:21; 14:8; 26:8
mark 6:19; 11:4; 6:22, 25; 7:2; 11:7, 10, 16; 21:9; 27:21; 29:23; 31:23
master's 8:13
May 13:6; 14:11; 15:6; 17:25; 19:5, 10; 25:22; 26:17; 28:2, 16; 30:5, 20, 25; 31:2, 6
maybe 13:15, 17
mean 5:15; 7:6, 20; 10:23; 14:17, 24; 17:6, 17; 19:7; 23:15; 29:5, 11; 31:19; 21:10; 29:5, 7, 8
Meara 31:3, 10, 12
medication 17:4; 5:12
meeting 11:17, 17; 12:10; 13:5; 14:10, 14, 22; 15:6; 17:7, 8, 10, 21, 22, 24; 19:5, 6, 7, 9, 10; 24:20, 21; 25:4, 6; 28:2, 17; 30:6, 14, 16; 31:8; 9:7, 8, 13; 10:16, 18, 25; 13:11, 14, 21; 14:3; 18:22; 26:4, 8, 17, 22
member 12:18, 20; 14:25; 28:21, 22; 29:19
message 25:5
might 15:5, 12, 20; 16:8, 13; 17:25; 19:5; 30:7
Miss 4:10
month 13:22
more 13:18; 16:19; 18:2, 5, 9, 15, 16; 19:13, 13, 14; 20:7; 21:18, 21, 22
morning 4:9; 14:6
most 10:23; 21:25
Mrs 4:10; 26:24
much 7:20; 14:24

# N

name 4:13; 15:24; 26:13; 30:11
naming 14:20; 16:12
nature 16:8; 17:9; 20:8
necessary 16:20
need 5:6, 11; 15:3; 24:23; 18:2, 4; 5:7, 7
New 4:3, 3; 5:20, 22; 6:17, 18, 22; 7:2; 8:6, 8, 9
newspaper 27:11, 12,

13; 28:7, 8, 9
noise 25:11; 24:5
noisy 24:22
normal 18:22
normally 5:16; 26:3
north 20:24
Notary 4:4

# O

oath 4:20
occasionally 15:3
occasions 15:14
occupy 8:3
October 8:22
Off 7:18, 19; 11:10, 11; 25:17, 19
office 6:16; 8:23, 24; 16:5; 27:17, 24; 28:12; 30:6, 12, 13, 16
officer 12:4, 9, 16, 19
ombudsman 6:6; 8:24
once 19:21; 28:15
one 6:4; 7:21; 13:24; 14:5, 5, 18, 25; 20:25; 22:15; 23:23; 26:17; 30:2, 22
only 13:17; 17:17; 27:11
operation 17:2
opposed 4:22; 6:8; 21:14
order 11:15; 15:13, 14; 25:6
originally 9:16
others 6:5; 18:24
out 9:10; 11:23; 23:4; 24:21; 26:13
over 6:5, 7; 8:24, 25; 9:14, 19; 10:8; 13:13; 16:16; 26:8, 16; 30:13; 31:18
oversight 6:7

# P

p.m 29:24, 25; 31:25
package 26:14
page 32:7
Parks 8:7
part 14:23
participate 5:18; 28:13
particular 7:14; 8:23; 9:25; 14:18; 15:2; 16:11; 20:21; 23:21
particularly 23:14
Pause 7:17; 11:9
pedicabs 17:11, 14
people 15:22; 16:11; 18:15, 16; 19:13, 24; 20:25; 23:6, 18, 21; 24:7, 8; 30:17, 22
percent 22:14; 24:10
person 11:20; 12:18; 15:23; 20:25; 22:22; 23:12; 24:10, 11, 16;

30:11, 23; 31:5; 30:10; 23:12, 13
plaintiff 4:14; 6:20, 21, 25; 11:5, 6
plans 27:9
please 21:6, 7, 17; 23:19, 19
Plummer 4:14; 25:16; 26:24; 27:10; 28:6; 27:25; 28:16
point 10:6; 21:4; 22:8; 23:15, 23; 24:13; 25:15; 27:8; 30:14, 15
Police 8:10; 18:9, 19, 20
policies 6:8; 9:2
position 5:20; 6:9, 11; 15:23; 27:6; 8:3
power 29:8, 4, 17
prefer 4:9
preparation 13:2; 14:23
prepared 15:13; 16:14; 18:6
presentations 23:5
preside 6:5; 9:14; 26:16; 13:13; 26:8
president 8:5
presiding 9:19; 10:8; 11:21; 12:1, 4, 9, 16, 18
prevent 25:25
Prior 8:7, 8, 9, 10; 14:22; 15:6; 17:7, 8; 19:4, 9; 30:5
privileges 9:9
probably 29:13; 30:19
problem 17:20
procedural 15:25; 30:24; 31:5
procedure 15:25
proceedings 7:17; 11:9
programs 6:7
proposed 19:18
provide 8:21
provision 9:20
Public 4:5; 5:22, 23; 6:3, 13; 7:14, 25; 8:17; 9:18, 24; 26:7; 28:19
pursued 10:12
put 20:18

# Q

Quiet 12:11; 21:6, 7, 17; 22:18; 23:14, 19, 19, 22, 24
quite 23:16

# R

ran 8:9
rate 10:6
re-established 6:15
read 7:6, 8; 27:12, 13; 32:4
really 10:12; 19:23;

22:14; 23:10, 17
reason 14:5
recall 20:6, 8; 21:24; 26:10
Recess 29:24
recollection 25:21, 23; 26:21
record 7:18, 19; 8:16; 11:10, 11, 12; 25:17, 19, 20
remarks 27:10
remember 13:10, 24; 14:8; 13, 18, 18, 19; 15:19, 21; 16:3; 17:10, 12; 19:3, 20, 22, 23, 24; 20:17; 22:20; 24:2; 25:9; 26:7, 10, 15; 27:14; 28:7; 30:9, 10, 11; 31:7, 10, 13; 26:11
remind 9:11
remove 24:18; 9:18, 24; 12:14; 23:25
renaming 26:9
report 8:21; 9:2, 3; 8:24
reporter 5:7
represent 4:14
response 21:5; 22:19; 23:3, 5, 11, 14
responsibilities 7:14; 8:17, 20
responsibility 9:12
restore 11:5
return 22:5; 25:16
review 5:10; 13:3
Revision 9:18
right 10:2, 20; 14:9; 20:22, 23; 28:6
Roger 4:13
room 22:9
routine 31:16
rule 11:3; 4:16; 10:21, 22, 24; 11:2, 7, 14

# S

same 24:7, 10, 11; 28:11
saying 20:13; 21:9, 17; 23:3
scheduled 14:4, 4
screaming 20:10, 11
second 7:22; 25:18; 30:3
security 18:9, 18, 25
seemed 23:4; 24:9, 11
send 25:5
sergeant 11:19, 23, 24; 12:6; 23:20; 24:14
session 10:25
seven 8:6
several 13:11; 19:2; 30:17
shooting 21:14; 22:15
shot 18:25
showing 6:24
shown 32:6

**side** 20:23, 24
**similar** 16:17
**sit** 9:6
**situation** 12:17; 26:13
**Society** 8:6
**someone** 30:6
**sometimes** 14:25; 15:3
**Sonny** 19:16
**sorry** 8:14; 13:8, 19;
20:11; 29:2
**sort** 11:14; 31:16
**speak** 23:12; 28:15
**Speaker** 10:7; 11:22;
12:3, 5; 15:4, 15, 21; 19:4;
25:4; 27:16; 28:25; 29:4, 9,
10, 17; 31:12; 16:5; 27:24;
28:5, 12; 30:6, 13
**specific** 20:7
**spectator** 19:7
**staff** 12:18, 20; 14:25;
15:22, 22, 23; 27:3, 7;
28:21; 29:18; 30:19; 31:4
**Starting** 11:19
**state** 10:3, 13, 13, 14;
9:13; 10:25; 11:17; 12:10;
13:14, 21; 14:10, 22; 17:7,
8; 18:22; 24:21; 26:4, 17;
28:2, 17; 29:10, 12, 13
**stating** 4:2
**statute** 10:13
**statutory** 29:14, 15
**steps** 12:8
**still** 12:14; 27:7
**stop** 22:4, 24, 25
**Street** 4:3; 16:12; 14:20;
26:9
**subject** 32:5
**submitted** 26:14
**Subscribed** 32:13
**subsiding** 22:21
**Sure** 7:21, 23; 10:3; 14:9;
24:10; 29:23; 30:4, 21
**suspend** 28:6, 21
**sworn** 4:4, 19; 5:25;
32:13

## T

**talking** 11:16
**Telephonic** 22:2
**tells** 15:24
**term** 29:3; 4:25; 5:17;
7:24; 18:18; 20:8
**testified** 4:5
**testimony** 4:20; 32:4
**though** 7:9; 9:23
**thought** 23:13
**threaten** 25:3
**three** 13:16; 30:21
**title** 30:23
**today** 5:12; 13:3; 19:20
**told** 16:7; 17:25; 18:12,
13

**totally** 16:22
**towards** 8:21; 23:24;
24:3, 4
**transcript** 5:10; 13:4;
32:5
**true** 32:5
**trying** 25:5
**two** 13:15, 22, 24; 20:25;
26:17

## U

**ultimately** 12:13
**under** 4:20; 7:13; 11:13
**uniformed** 18:20
**unusual** 20:3; 21:22
**up** 19:22
**upon** 11:20
**upset** 16:11
**use** 14:6; 15:13
**usual** 18:17
**usually** 15:24

## V

**vacation** 13:16
**various** 8:23, 25, 25
**venture** 8:9
**verbal** 4:22
**Viola** 4:14; 25:16; 27:9
**vis-a-vis** 7:15; 8:18
**visual** 4:22
**visually** 18:11, 14
**vote** 9:8; 20:14, 15; 22:22;
23:6

## W

**WAREHAM** 4:8, 13; 6:19;
7:18; 11:4, 12; 22:4; 25:17,
20; 29:21; 31:21
**way** 16:15; 17:2; 20:19
**week** 14:5; 16:15, 20;
17:3, 5, 6
**weren't** 14:4
**withdraw** 21:16
**Without** 26:11; 29:10, 11,
13
**WITNESS** 21:12; 31:14,
24; 32:3
**woman** 6:6
**women** 19:25
**word** 16:10; 18:7; 22:25;
29:10
**work** 17:22; 25:12, 25;
19:25

## Y

**year** 8:22, 7; 13:24; 19:2;
26:6

**yelling** 20:10, 12, 20;
21:5; 22:22; 23:11
**Yesterday** 5:14
**York** 4:3, 3; 5:20, 22; 6:17,
18, 22; 7:2; 8:6, 8, 10

**Lawyer's Notes**