Exhibit L



TEL (212) 788-6900
FAX (212) 791-5266

THE COUNCIL
THE CITY OF NEW YORK
ADMINISTRATIVE SERVICES DIVISION
250 BROADWAY
NEW YORK, N.Y.  10007-2594

# A P P O I N T M E N T

_____
Date

TO:  New York City Council
Administrative Services
250 Broadway – 16ᵗʰ Floor
New York, NY  10007

Please make the following appointment to my staff:

_Viola Plummer_
Name

████████████████
Address

████████████████████
City, State                          Zip

████████████
Social Security #

50,000
Salary

35
# of Hours

Sept 5ᵗʰ 2005
Effective Date

_Viola Baron_
Council Member (signature)

dc 06/2002

# Exhibit M

SM53007 V1.txt

1

1

2    CITY COUNCIL

3

     CITY OF NEW YORK

4    -----------------------------x

5    THE TRANSCRIPT OF THE MINUTES

6             of the

7    STATED COUNCIL MEETING

8    -----------------------------x

9

10

                    May 30, 2007
11                  Start:  2:25 p.m.
                    Recess: 3:53 p.m.
12
                    City Hall
13                  Council Chambers
                    New York, New York
14

15       B E F O R E:

16          BETSY GOTBAUM
                    Public Advocate
17

18          COUNCIL MEMBERS:  Speaker Christine Quinn
                              Joseph Addabbo
19                            Maria Arroyo
                              Tony Avella
20                            Maria Baez
                              Charles Barron
21                            Gale Brewer
                              Leroy Comrie
22

23

24          LEGAL-EASE COURT REPORTING SERVICES, INC.
                    17 Battery Place -  Suite 1308
25                  New York, New York 10004
                         800-756-3410

2

Page 1

D 0624

SM53007 V1.txt

1

2   A P P E A R A N C E S (CONTINUED)

3

        COUNCIL MEMBERS:
4                       Bill DeBlasio
                        Inez Dickens
5                       Erik Martin-Dilan
                        Matthew Eugene
6                       Simcha Felder
                        Lewis Fidler
7                       Helen Foster
                        Dennis Gallagher
8                       Daniel Garodnick
                        James Gennaro
9                       Vincent Gentile
                        Eric Gioia
10                      Sara Gonzalez
                        Vincent Ignizio
11                      Robert Jackson
                        Letitia James
12                      Melinda Katz
                        G. Oliver Koppell
13                      Jessica Lappin
                        John Liu
14                      Miguel Martinez
                        Michael McMahon
15                      Darlene Mealy
                        Rosie Mendez
16                      Hiram Monserrate
                        Michael Nelson
17                      James Oddo
                        Domenic Recchia
18                      Diana Reyna
                        Joel Rivera
19                      James Sanders
                        Helen Sears
20                      Kendall Stewart
                        James Vacca
21                      Peter Vallone, Jr.
                        Albert Vann
22                      Melissa Mark Viverito
                        David Weprin
23                      David Yassky

24

25


                                                3


1

2   A P P E A R A N C E S (CONTINUED)
                    Page 2

D 0625

SM53007 V1.txt

3
           STAFF:      Victor Robles
4                      City Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                4

1  STATED COUNCIL MEETING

2              PUBLIC ADVOCATE GOTBAUM: All rise.

3  All rise for the Pledge of Allegiance.

4              (Pledge of Allegiance.)

Page 3

D 0626

SM53007 V1.txt

5              PUBLIC ADVOCATE GOTBAUM: Roll call.

6              CITY CLERK ROBLES: Addabbo.

7              COUNCIL MEMBER ADDABBO: Here.

8              CITY CLERK ROBLES: Arroyo.

9              COUNCIL MEMBER ARROYO: Here.

10             CITY CLERK ROBLES: Avella.

11             COUNCIL MEMBER AVELLA: Here.

12             CITY CLERK ROBLES: Baez.

13             COUNCIL MEMBER BAEZ: Here.

14             CITY CLERK ROBLES: Barron.

15             COUNCIL MEMBER BARRON: Here.

16             CITY CLERK ROBLES: Brewer.

17             COUNCIL MEMBER BREWER: Here.

18             CITY CLERK ROBLES: Comrie.

19             COUNCIL MEMBER COMRIE: Here.

20             CITY CLERK ROBLES: DeBlasio.

21             COUNCIL MEMBER DEBLASIO: Here.

22             CITY CLERK ROBLES: Dickens.

23             COUNCIL MEMBER DICKENS: Here.

24             CITY CLERK ROBLES: Dilan.

25             COUNCIL MEMBER DILAN: Here.


                                                    5


1   STATED COUNCIL MEETING

2              CITY CLERK ROBLES: Eugene.

3              COUNCIL MEMBER EUGENE: Here.

4              CITY CLERK ROBLES: Felder.

5              COUNCIL MEMBER FELDER: Here.

6              CITY CLERK ROBLES: Fidler.
                        Page 4

SM53007 V1.txt

```
7              COUNCIL MEMBER FIDLER: Here.

8              CITY CLERK ROBLES: Foster.

9              COUNCIL MEMBER FOSTER: Here.

10             CITY CLERK ROBLES: Gallagher.

11             COUNCIL MEMBER GALLAGHER: Here.

12             CITY CLERK ROBLES: Garodnick.

13             COUNCIL MEMBER GARODNICK: Here.

14             CITY CLERK ROBLES: Gennaro.

15             COUNCIL MEMBER GENNARO: Here.

16             CITY CLERK ROBLES: Gentile.

17             COUNCIL MEMBER GENTILE: Here.

18             CITY CLERK ROBLES: Gerson.

19             (No response.)

20             CITY CLERK ROBLES: Gioia.

21             COUNCIL MEMBER GIOIA: Here.

22             CITY CLERK ROBLES: Gonzalez.

23             COUNCIL MEMBER GONZALEZ: Here.

24             CITY CLERK ROBLES: Ignizio.

25             COUNCIL MEMBER IGNIZIO: Here.
```

6

```
1   STATED COUNCIL MEETING

2              CITY CLERK ROBLES: Jackson.

3              COUNCIL MEMBER JACKSON: Here.

4              COUNCIL CLERK: James.

5              COUNCIL MEMBER JAMES: Here.

6              CITY CLERK ROBLES: Katz.

7              COUNCIL MEMBER KATZ: Here.

8              CITY CLERK ROBLES: Koppell.
```
                        Page 5

SM53007 V1.txt

9              COUNCIL MEMBER KOPPELL: Here.

10             CITY CLERK ROBLES: Lappin.

11             COUNCIL MEMBER LAPPIN: Here.

12             CITY CLERK ROBLES: Liu.

13             COUNCIL MEMBER LIU: Here.

14             CITY CLERK ROBLES: Mark-Viverito.

15             COUNCIL MEMBER MARK-VIVERITO: Here.

16             CITY CLERK ROBLES: Martinez.

17             COUNCIL MEMBER MARTINEZ: Here.

18             CITY CLERK ROBLES: McMahon.

19             COUNCIL MEMBER MCMAHON: Here.

20             CITY CLERK ROBLES: Mealy.

21             COUNCIL MEMBER MEALY: Here.

22             CITY CLERK ROBLES: Mendez.

23             COUNCIL MEMBER MENDEZ: Here.

24             CITY CLERK ROBLES: Monserrate.

25             COUNCIL MEMBER MONSERRATE: Here.


                                                    7


1   STATED COUNCIL MEETING

2              CITY CLERK ROBLES: Nelson.

3              COUNCIL MEMBER NELSON: Here.

4              COUNCIL CLERK: Palma.

5              (No response.)

6              CITY CLERK ROBLES: Recchia.

7              COUNCIL MEMBER RECCHIA: Here.

8              CITY CLERK ROBLES: Reyna.

9              COUNCIL MEMBER REYNA: Here.

10             CITY CLERK ROBLES: Sanders.
                        Page 6

D 0629

SM53007 V1.txt

11                    COUNCIL MEMBER SANDERS: Present.

12                    CITY CLERK ROBLES: Seabrook.

13                    (No response.)

14                    CITY CLERK ROBLES: Sears.

15                    COUNCIL MEMBER SEARS: Here.

16                    CITY CLERK ROBLES: Stewart.

17                    COUNCIL MEMBER STEWART: Here.

18                    CITY CLERK ROBLES: Vacca.

19                    COUNCIL MEMBER VACCA: Here.

20                    CITY CLERK ROBLES: Vallone.

21                    COUNCIL MEMBER VALLONE: Here.

22                    CITY CLERK ROBLES: Vann.

23                    COUNCIL MEMBER VANN: Here.

24                    CITY CLERK ROBLES: Weprin.

25                    COUNCIL MEMBER WEPRIN: Here.


                                            8


1  STATED COUNCIL MEETING

2                     CITY CLERK ROBLES: White.

3                     (No response.)

4                     CITY CLERK ROBLES: Yassky.

5                     COUNCIL MEMBER YASSKY: Here.

6                     CITY CLERK ROBLES: Oddo.

7                     COUNCIL MEMBER ODDO: Here.

8                     CITY CLERK ROBLES: Rivera.

9                     COUNCIL MEMBER RIVERA: Here.

10                    CITY CLERK ROBLES: Speaker Quinn.

11                    SPEAKER QUINN: Here.

12                    CITY CLERK ROBLES: We have a quorum,
                               Page 7

SM53007 V1.txt

13  Ma'am.

14            PUBLIC ADVOCATE GOTBAUM: All rise for

15  the Invocation of Father Raymond Nobiletti.

16            FR. NOBILETTI: Let us pray.

17            God, we thank You for the opportunity

18  that You give to us today to serve our City and the

19  people whom we represent;

20            We are grateful for the freedom to do

21  Your will; the freedom won by the sacrifices of our

22  brothers and sisters; we remember them especially

23  this week;

24            God, we praise You for the gifts of

25  wisdom and courage; bless especially the City

                                                    9

1   STATED COUNCIL MEETING

2   Council today and the process of discerning justice

3   and truth in this room;

4            Grant us the ability to disagree and

5   not be offensive and disagreeable to each other;

6            Continue to inspire us; confound us

7   and amaze us with Your blessings;

8            Make us instruments of Your peace,

9   and champions of the weak;

10            God, help us to achieve excellence in

11  all that we do for You today in the service of

12  others;

13            Indeed it is to You, God, that we

14  look for these favors;

                    Page 8

D 0631

SM53007 V1.txt

15          Indeed it is in You, God, we trust.

16  Amen.

17          PUBLIC ADVOCATE GOTBAUM: Motion to

18  spread the Invocation, by Council Member Martinez,

19  please.

20          COUNCIL MEMBER MARTINEZ: Madam Public

21  Advocate, I make a motion to spread the Invocation

22  in full upon the record.

23          PUBLIC ADVOCATE GOTBAUM: So ordered.

24          Adoption of the Minutes.

25          SPEAKER QUINN: Madam Public Advocate,

                                            10

1   STATED COUNCIL MEETING

2   before we adopt the minutes, if I could ask my

3   colleagues to please stand for a moment of silence.

4           PUBLIC ADVOCATE GOTBAUM: So ordered.

5           SPEAKER QUINN: Earlier this morning

6   we lost a member of the City Council family. Sadly,

7   former Council Member, former Deputy Majority Leader

8   Archie Spigner, lost his wife this morning,

9   Christine Spigner. She was 77 years old. They had

10  been married for 58 years. Anyone who has ever seen

11  Archie and Christine together at a Queens County

12  event, at a Council event, at a Mets game, just

13  seeing the two of them together, you could tell it

14  was one of those great love affairs. They were one

15  of those special couples. I didn't know them well as

16  a couple, but you could just tell by seeing them

                        Page 9

D 0632

SM53007 V1.txt

17  together that they really in those 58 years had

18  something wonderful.

19              So we, today, I know want to extend

20  our deepest sympathies to Archie, his children, his

21  grandchildren. Also extend our deepest sympathies to

22  Deputy Majority Leader Leroy Comrie who is, of

23  course, a former staff member, but much more

24  importantly, a close family friend of Archie and

25  Christine, and we just want to keep the Spigner

                                                11

1   STATED COUNCIL MEETING

2   family and Leroy and the Comrie family in our

3   thoughts and prayers in the days ahead.

4               And as soon as the final arrangements

5   are made, we will send that information out to

6   everyone. Thank you.

7               (Moment of Silence observed.)

8               SPEAKER QUINN: Thank you, Madam

9   Public Advocate.

10              PUBLIC ADVOCATE GOTBAUM: Thank you.

11              Adoption of the Minutes.

12              Council Member Garodnick.

13              COUNCIL MEMBER GARODNICK: Thank you,

14  Madam Public Advocate.

15              I move that the Minutes of the Stated

16  Meetings of April 12, 2007 and April 23rd, 2007 be

17  adopted as printed.

18              PUBLIC ADVOCATE GOTBAUM: So ordered.
                                Page 10

D 0633

SM53007 V1.txt

19          SPEAKER QUINN: Messages and Papers

20  from the Mayor.

21          COUNCIL CLERK: M 633, Mayor's veto

22  and disapproval message of Introductory No. 83-A.

23          SPEAKER QUINN: Education.

24          COUNCIL CLERK: M 634. A credit for

25  certain household and dependent care services.


                                        12


1   STATED COUNCIL MEETING

2           SPEAKER QUINN: State and Federal

3   Legislation.

4           PUBLIC ADVOCATE GOTBAUM:

5   Communication from City, County, and Borough

6   offices.

7           COUNCIL CLERK: M 635. Submitting

8   Report on Child Care Activity, January through March

9   2007.

10          SPEAKER QUINN: Received, Ordered,

11  Printed and Filed.

12          COUNCIL CLERK: M 636 and 637.

13  Third-Party Transfer Program, Brooklyn.

14          SPEAKER QUINN: Housing and Buildings.

15          PUBLIC ADVOCATE GOTBAUM: Petitions

16  and Communications.

17          COUNCIL CLERK: None.

18          PUBLIC ADVOCATE GOTBAUM: Land Use

19  Call-Ups.

20          COUNCIL CLERK: None.
                    Page 11

SM53007 V1.txt

21          PUBLIC ADVOCATE GOTBAUM:

22  Communication from the Speaker.

23          SPEAKER QUINN: Thank you.

24          Today we are voting on two important

25  pieces of legislation. The first, Intro. 561-A, a

13

1  STATED COUNCIL MEETING

2  piece of legislation we've been referring to as the

3  "Safe Housing Act." I want to thank the Chair of

4  our Housing and Building Committee, Chairperson

5  Dilan, for his work on this piece of legislation;

6  Council Member Tish James, who is the lead sponsor

7  of the bill; and also Council Member Gale Brewer,

8  for her work on this issue, her TSAP Program was in

9  some ways the basis for the Safe Housing Act.

10          And this bill today is really a

11  historic overhaul of how our Department of Housing

12  Preservation and Development deals with dilapidated

13  buildings in our City.

14          It's really a historic overhaul of

15  how we conduct efforts to try to preserve affordable

16  housing in the City of New York. This bill will move

17  us from what we presently now have, which is a

18  patchwork program through our emergency repair

19  efforts, to a much more comprehensive program, where

20  the worst buildings in our City on a yearly basis

21  will get a head-to-toe inspection.

22          And in that inspection if, for
                    Page 12

D 0635

SM53007 V1.txt

23 example, there is a hole in the ceiling, we won't

24 just patch that hole. The Department of Housing

25 Preservation and Development will now be required to

14

1 STATED COUNCIL MEETING

2 go and find out what has caused that hole and fix

3 the underlying root causes.

4          We believe this bill will go a

5 tremendous way in preserving the housing we still

6 have in the City, but perhaps even more importantly,

7 improving the housing that is out there right now in

8 our City which is substandard.

9          We're also in this bill going to

10 greatly empower HPD to go out and collect money from

11 slum lords who won't do the work that they should.

12 We'll take those slum lords to court and if we have

13 to, we will take their buildings to make sure that

14 the City gets the money we're owed to keep buildings

15 livable.

16          I again want to thank everyone who

17 has worked on this bill. I want to first call on the

18 Chair of our Housing Committee, Erik Dilan, and

19 thank him for his work on this bill.

20          COUNCIL MEMBER DILAN: Thank you,

21 Madam Speaker. I will be very brief. I just want to

22 thank you for bringing the level of discussion on

23 this bill to a point where it's become balanced. The

24 majority, well all the tenant groups are supportive

Page 13

D 0636

SM53007 V1.txt

25  of this bill. A lot of the real estate and housing

15

1   STATED COUNCIL MEETING

2   groups are supportive of this bill. This Council I

3   hope will support this bill in a few minutes, and

4   from what I understand, the Administration supports

5   this bill.  And it's a very rare occasion where we

6   can take such a controversial landlord/tenant issue

7   and find so much consensus, and I believe it's

8   because simply all sides and all parties agree that

9   defending slum lords is just simply indefensible by

10  any group, no matter what side you're on, and I

11  believe a lot of the credit, Madam Speaker, in terms

12  of the consensus on this bill belongs to you and

13  your staff and I want to thank you for that.

14          I'd like to also thank my colleague,

15  Council Member James, for bringing this legislation

16  which passed my Committee earlier this morning, and

17  I would just like to recommend that all my

18  colleagues support it on the floor today, as well.

19          Thank you, Madam Speaker.

20          SPEAKER QUINN: Thank you very much. I

21  again want to thank the Chair. I also want to thank

22  the Chief of Staff to Tish James, Kate Sussman, who

23  did a tremendous amount of work on this bill. On my

24  staff I want to thank Jeff Haberman, Terzah Nasser,

25  Ben Goodman, Rob Newman and Jeremy Hoffman for all

Page 14

D 0637

SM53007 V1.txt

16

1   STATED COUNCIL MEETING

2   of their work on this bill.

3               And now I'd like to call on the prime

4   sponsor of the bill, Tish James.

5               COUNCIL MEMBER JAMES: Thank you,

6   Madam Speaker.

7               The number of serious code violations

8   of New York City increased from 38.1 in 2004 to 57

9   percent in 2006. Clearly, the current enforcement

10  program that HPD has in place is not working. This

11  Safe Housing Bill will create an alternative

12  enforcement program that targets 200 buildings

13  annually. Buildings are identified by two major

14  indicators of distress. High HPD violations and

15  unpaid emergency repairs. Thousands of families in

16  New York City live in dangerous buildings with

17  serious code violations. The majority of immediately

18  hazardous violations that were reported last year

19  were in neighborhoods that have a disproportionate

20  amount of low-income people of color. Typical

21  violations include:  rat and vermin infestation;

22  lack of heat and hot water; broken windows; broken

23  front doors; leaky roofs and other conditions that

24  threaten the lives of countless number of New

25  Yorkers and it is a health and security hazard.

Page 15

D 0638

SM53007 V1.txt

17

1  STATED COUNCIL MEETING

2                    Every day my office gets complaints

3  about very serious C violations that unfortunately

4  go unrepaired for months. Too often these complaints

5  come from the most vulnerable among us - seniors on

6  fixed incomes, immigrants with limited English

7  skills and families with young children.

8                    With this new bill, hundreds of

9  buildings each year will be repaired by the City

10  when landlords ignore City laws. This law gives

11  landlords four months to clean up their act, and if

12  they don't, the City's Housing Agency would step in

13  to make emergency repairs and bill the landlords for

14  the cost of these repairs and in some cases take

15  their buildings.

16                    I want to thank the Speaker for her

17  tremendous leadership. I want to thank the

18  collaboration between the City Council, the

19  Administration, and tenant and housing advocates and

20  Kate Sussman, my Chief of Staff, for addressing the

21  dangerous inaction of reckless landlords all

22  throughout the City of New York. Any tenant who

23  lives in a problem building should know that if

24  their complaints fail to prompt a response from

25  their landlords, they are now empowered with another

18

D 0639

SM53007 V1.txt

1  STATED COUNCIL MEETING

2  course of action, one that will provide them

3  immediate and lasting relief.

4           Let me thank the entire central

5  staff, and, again, Kate Sussman. And thank you,

6  Madam Speaker.

7           SPEAKER QUINN: Thank you, Council

8  Member James. And I also want to underscore your

9  thanks of the Mayor's Office of Legislative Affairs,

10  and also the staff at HPD, who put a tremendous

11  amount of work into this very important piece of

12  legislation.

13          We're also voting on a bill today,

14  Intro. 496-A, that comes out of our Fire and

15  Criminal Justice Committee, introduced by Council

16  Member Gale Brewer.

17          Folks might remember that our last

18  Stated Meeting we passed an important piece of

19  legislation that we hope will give the Fire

20  Department the information they need from the

21  Department of Buildings to fight fires more

22  effectively to know what the structural situation is

23  when they enter a bill that has work renovation or

24  alterations going on.

25          This bill today, 496-A, is a

19

1  STATED COUNCIL MEETING

2  continuation of our work to make sure the Fire

Page 17

D 0640

SM53007 V1.txt

3  Department has the information and resources it

4  needs to do its job well, to keep firefighters safe

5  and to keep New Yorkers who may end up in fires

6  safe.

7           This bill really is very smart and

8  common-sensical. It requires that in buildings which

9  are over 150 feet, if the floors in those apartment

10  buildings do not follow sequential numerical order,

11  that that information has to be communicated to the

12  Department of Buildings, to the Fire Department, it

13  can be communicated electronically. We've seen in a

14  number of different situations most recently the

15  fire that resulted when Corey Lidel's plane hit a

16  building on the East Side, the floor that appeared

17  to be the one where the plane hit the building was

18  not the number what that floor was labeled by the

19  folks who owned it and ran the building. That

20  created confusion in getting people out of the

21  building, confusion in fighting the fire. This would

22  make sure that if folks who run or sell buildings

23  change floors for some reason, it's not an uncommon

24  thing that realtors do that, that that information

25  will get communicated to City agencies, it will

20

1  STATED COUNCIL MEETING

2  definitely help people fight fires more effectively

3  and also help the Department of Buildings in their

4  work.

Page 18

D 0641

SM53007 V1.txt

5       I want to start by calling on the

6  Chair of our Fire and Criminal Justice Committee,

7  Council Member Martinez, and then call on Council

8  Member Gale Brewer. I want to thank their staffs,

9  but I also want to thank Rob Calandra, the Legal

10  Counsel to the Fire and Criminal Justice Committee,

11  and thank him for his work on this bill.

12          Chairperson Martinez.

13          COUNCIL MEMBER MARTINEZ: Thank you,

14  Madam Speaker.

15          As you mentioned, this is a common

16  sense legislation that ensures that whenever our

17  firefighters go into a building, that we are giving

18  them the tools at hand that will ensure their

19  safety.

20          As you mentioned, this bill goes on

21  further in terms of whenever our firefighters go

22  into a building with the intent to rescue a New

23  Yorker, now they have the information as to the

24  exact location in terms of the floor that he or she

25  may be in.

                                          21

1  STATED COUNCIL MEETING

2          I want to thank Council Member Gale

3  Brewer for her leadership in presenting this

4  legislation, and as you mentioned, the staff of the

5  Committee for working and making sure that this

6  legislation was a common-sense legislation that came

Page 19

D 0642

SM53007 V1.txt

7  through the Committee and ensured that the Fire

8  Department and the Administration both agreed in the

9  importance of having this legislation in the City of

10 New York.

11          And, as you mentioned, this is an

12 ongoing effort by the Council in acting proactively

13 in ensuring that our firefighters have the tools

14 that they need, not only to fight fire and rescue

15 New Yorkers, but that we also give them the tools

16 that will guarantee their safety whenever they go in

17 to fight a fire.

18          Thank you, Madam Speaker.

19          SPEAKER QUINN: Thank you, Mr. Chair.

20          Council Member Brewer.

21          COUNCIL MEMBER BREWER: Thank you very

22 much, Madam Speaker, Chair Martinez. And as was

23 stated earlier, this particular bill requires the

24 Fire Department to establish rules so that the

25 numbers of buildings that are 150 feet or more,


                                                22


1  STATED COUNCIL MEETING

2  which is 13 to 15 stories, actually have on record

3  electronically the floor numbers.

4          The Speaker mentioned that an east

5  side building was in a situation when a plane hit

6  there were many questions as to what floor had been

7  impacted. In a building in my district, which has

8  got residents in it, going through a rental to condo

                    Page 20

SM53007 V1.txt

9   situation, one day the tenants woke up, they were

10  not on floor 27, they were on floor 38, because many

11  owners, understandably, from their perspective, want

12  to sell at a higher floor. And the Fire Department

13  showed up and had not been brought up to speed and

14  had no idea that the floors had been changed.

15          That owner received violations, but

16  in fact the damage had been done and God forbid

17  there had been a fire or any other kind of

18  situation.

19          So, we're very pleased to be able to,

20  as Chair Martinez said, be proactive. I think it

21  gives residents in our City comfort to know that

22  this information will flow very quickly,

23  electronically between the two departments, and in

24  fact that when floor numbers are changed, that it is

25  done in a way that provides safety for everyone

                                                23

1   STATED COUNCIL MEETING

2   concerned.

3           Thank you very much.

4           SPEAKER QUINN: Thank you very much.

5   That concludes Communications from the Speaker.

6           PUBLIC ADVOCATE GOTBAUM: Council

7   Member Vann, I understand you have an amendment?

8           COUNCIL MEMBER VANN: Yes, I do, Madam

9   Public Advocate. I believe the clerk is going to

10  read it; is that correct?

                    Page 21

SM53007 V1.txt

11          PUBLIC ADVOCATE GOTBAUM: So ordered.

12          COUNCIL CLERK: The amendment to

13    Intro. 556-A is as follows: A new Section 52 is

14    added and current Sections 52, 53 and 54 are hereby

15    renumbered 53, 54 and 55 respectively.

16          Section 52. The following street name

17    in the Borough of Brooklyn is hereby designated as

18    hereafter indicated new name Sonny Abubadika Carson

19    Avenue, present name Gates Avenue, limits from

20    Classon Avenue to Marcy Avenue.

21          PUBLIC ADVOCATE GOTBAUM: Council

22    Member Vann.

23          COUNCIL MEMBER VANN: Yes, thank you,

24    Madam Public Advocate, Speaker Quinn, brothers and

25    sisters in the City Council, to all of the brothers

                                        24

1    STATED COUNCIL MEETING

2    and sisters who have come today to witness their

3    City Council in action and to have expressed their

4    concern and even their outrage early on today at a

5    press conference. There are really four points I'd

6    like to make before we vote on the amendment.

7          My first point, I want to address to

8    all of the black leaders who have come three weeks

9    ago and those who have come today, and all of the

10    people, not only of Bed Stuy, but of Central

11    Brooklyn, and from as far away as Harlem, who have

12    come to express who we are and who we must remain,

D 0645

SM53007 V1.txt

13  and that when we are one, we have already won. So,

14  in many ways, it almost doesn't matter how the City

15  Council votes, because you manned up. You expressed

16  your manhood, we expressed our womanhood, we

17  represented our neighborhood, and we will continue

18  to be self-determined. Nobody is going to stop us

19  now. We've always struggled.

20              (Applause.)

21              PUBLIC ADVOCATE GOTBAUM: Quiet,

22  please. Please let him finish.

23              COUNCIL MEMBER VANN: We've always

24  struggled and that's how we've made progress.

25              UNIDENTIFIED SPEAKER FROM THE

                                                    25

1   STATED COUNCIL MEETING

2   AUDIENCE: That's right.

3              COUNCIL MEMBER VANN: And Frederick

4   Douglas said it best, "If there is no struggle,

5   there will be no progress." And struggle has been

6   very constant for us. So, don't even fret. We know

7   who we are. We know what we will be, we know what

8   our neighborhoods will be, and we will not be

9   certified, ratified, anything by this body as it

10  relates to our self-determination. We will have

11  that.

12             UNIDENTIFIED SPEAKER FROM THE

13  AUDIENCE: Right.

14             COUNCIL MEMBER VANN: The second thing

                        Page 23

D 0646

SM53007 V1.txt

15  I want us to be clear on, is because we have already

16  won, I just want to thank a few people. I want to

17  thank the December 12th Movement --

18              (Applause.)

19              COUNCIL MEMBER VANN: -- because you

20  came to me and you said we want to name Gates Avenue

21  after Sonny Carson. And I said, I can't do that, you

22  have to go through a process.

23              I know you didn't like it, I know you

24  were reluctant, but you did it. You went to the

25  Community Board and you had to meet with the Chair

26

1  STATED COUNCIL MEETING

2  of the Transportation Committee, Reverend Robert

3  Warden. He is sensitive to your concerns. He wanted

4  to say yeah, but he didn't do that. He said you have

5  to go back to Gates Avenue. You have to get the

6  petition and signatures of people who live on Gates

7  Avenue, houses of worship, commercial strips. There

8  have to be a consent from the people who live there.

9  You just can't come and name the street after Sonny

10  Carson.

11              December 12th, I know you were

12  reluctant, I know you didn't like it, but you did

13  it. And then you came back to the Committee, and

14  they sent you through some more hoops, and you went

15  through those hoops. And eventually you found your

16  way to the full meeting of Community Board 3, and

Page 24

**D 0647**

SM53007 V1.txt

17  there was discussion. And we went through this and

18  that, and there was meetings that were scheduled and

19  rescheduled, and eventually the meeting was held,

20  and two people received votes from the Community

21  Board.

22              In the case of Sonny Abubadika

23  Carson, there was one negative vote. There was a

24  majority vote for Brother George Washington, an

25  outstanding boxing trainer in Bedford Stuyvesant.


                                                      27


1  STATED COUNCIL MEETING

2  And then the Community Board wrote to me a letter.

3  They said, you are our Councilperson. It is our

4  prerogative, it is our resolution, that we co-name

5  four blocks on Gates Avenue after Sonny Abubadika

6  Carson, and three blocks on Gates Avenue after

7  George Washington.

8              I did what I thought was the process.

9  I put in my LS requests to be joined by all the

10  other members who made similar requests from their

11  neighborhoods for people that they wanted to name

12  them after, okay?

13             I want to thank Beatrice Jones, the

14  Chairperson of Community Board 3. She was the one

15  negative vote against Sonny Carson. And when she

16  found out that there was movement in the City

17  Council not to accept the prerogative and the

18  recommendations of this Councilman and their Board,

                    Page 25

D 0648

SM53007 V1.txt

19  she wrote a letter to her members and everybody else

20  she could reach to say how dare they? How dare they?

21  Thank you, Beatrice Jones, for understanding the

22  issue. The issue is not just Sonny Carson; it's the

23  community's prerogative.

24              (Applause.)

25              COUNCIL MEMBER VANN: Thank you,

                                            28

1   STATED COUNCIL MEETING

2   Community Board 3.

3              Helen Foster, you are my heroine. You

4   are my heroine. Helen Foster did the unspeakable.

5   She voted her conscience.

6              UNIDENTIFIED SPEAKER FROM THE

7   AUDIENCE: That's right.

8              COUNCIL MEMBER VANN: She did what she

9   thought was right.

10             UNIDENTIFIED SPEAKER FROM THE

11  AUDIENCE: Right.

12             COUNCIL MEMBER VANN: She didn't

13  concern herself with what are the politics of this,

14  whether it was that. It was wrong. It was unjust, in

15  her view and in mine. And, so, as Chairman of the

16  Committee where this issue came before her, she

17  spoke out against it and she voted no. We should not

18  separate Sonny Carson out from all the other 51

19  recommendations.

20             I've never seen it done before, but

                        Page 26

D 0649

SM53007 V1.txt

21  all of the members of the Committee voted against

22  their Chairperson, one way or the other.

23              UNIDENTIFIED SPEAKER FROM THE

24  AUDIENCE: That's right.

25              COUNCIL MEMBER VANN: I've never seen

29

1   STATED COUNCIL MEETING

2   it in my six years here. I've never seen it happen.

3   You are a strong black lady. You are a Queen. We

4   support you.

5              (Applause.)

6              COUNCIL MEMBER VANN: We support you.

7              PUBLIC ADVOCATE GOTBAUM: Quiet,

8   please. Quiet, please. Quiet. Please let the

9   Councilman finish. Please let the Councilman finish.

10             COUNCIL MEMBER VANN: Council Member

11  Robert Jackson, Council Member Maria del Carmen

12  Arroyo, I appreciate your efforts as co-chairs of

13  the Black, Latino and Asian Caucus. You were able to

14  get a consensus of the caucus, that they supported

15  this amendment before us. You went further, you met

16  with our Speaker. You expressed the consent of that

17  caucus. You tried to find ways, you tried to

18  negotiate a win/win for everybody because you

19  recognize that there was tension. There were people

20  that had great concerns. I appreciate your efforts.

21             I appreciate the caucus members, that

22  you voted to support this amendment.

**Page 27**

D 0650

SM53007 V1.txt
23           UNIDENTIFIED SPEAKER FROM THE

24  AUDIENCE: That's right.

25           COUNCIL MEMBER VANN: I know that

                                              30

1  STATED COUNCIL MEETING

2  there is some concern that you have, but I know that

3  you will stand up for the things that you voted for.

4           UNIDENTIFIED SPEAKER FROM THE

5  AUDIENCE: That's right.

6           COUNCIL MEMBER VANN: You said you

7  took a position, and now we will see that you will

8  support the position that you took. Thank you for

9  your leadership. I really appreciate it.

10          Finally, Council Member Barron, goes

11  without saying, Council Member Darlene Mealy, you

12  stood tall, both of you, always. Unlikely, on New

13  York 1, they told me they wanted me to come on and

14  they wanted me to come on with John Liu. I said

15  "John Liu?" They thought they had a debate. They

16  thought they had a debate because they were aware

17  there was a time when Sonny Carson was involved in

18  the demonstrations around the Korean groceries in

19  Bedford Stuyvesant and so forth, and they knew that

20  John Liu, who obviously is the Asian leader in New

21  York City, and we will hear more from him in years

22  ahead, right? That he would have problems with that.

23          And, so, we came on New York 1, and

24  John Liu said, "Yes, I have problems with Sonny

                    Page 28

**D 0651**

SM53007 V1.txt
25  Carson. I don't like how he conducted himself. He is


                                              31

1   STATED COUNCIL MEETING

2   not well thought of in parts of the community I

3   represent, particularly the Korean community. But I

4   get it." He said, "This is not about Sonny Carson.

5                UNIDENTIFIED SPEAKER FROM THE

6   AUDIENCE: That's right.

7                COUNCIL MEMBER VANN: He said "This is

8   about the right of a community to name their own

9   heroes."

10               (Applause.)

11               COUNCIL MEMBER VANN: That's

12  extraordinary. That's extraordinary, to be able to

13  take that position when he represents Koreans. He

14  represents a lot of people who come from the Asian

15  community. That's a strong position. You're a good

16  man. You have a lot of character, John. I thank you

17  for that.

18               (Applause.)

19               COUNCIL MEMBER VANN: Let me move to

20  my third point. I'm almost through. I believe that

21  people of goodwill often times make a lot of

22  mistakes because they don't understand the people

23  that they're dealing with. I don't know what it

24  takes to understand the funded experience of a

25  people. I don't know. Because imagine being ripped


                        Page 29

D 0652

SM53007 V1.txt

32

1   STATED COUNCIL MEETING

2   from your native land, being put on slave ships,

3   shackled and bound, hand to foot, no room to do

4   anything, defecate, throw everything right where you

5   are over the rough Atlantic waters. You know, we

6   used to have a debate in the black community, who

7   was the most courageous Africans, those who jumped

8   overboard, rather than suffer the indignities of

9   slavery, those who tried to kill the slaver, and

10  they were thereby killed, or those who wanted to

11  survive so we would be here. And it took me a long

12  time to understand who were the bravest and the

13  courageous. You know who it was? All of the above.

14  All of the above.

15                UNIDENTIFIED SPEAKER FROM THE

16  AUDIENCE: All of the above.

17                (Applause.)

18                COUNCIL MEMBER VANN: I don't know how

19  you understand when a people are taken to a strange

20  land, their names are taken from them, their

21  language is taken from them, their religion is taken

22  from them, their women are taken from them, their

23  children are taken from them, I mean, we have

24  essentially destroyed a people. Black people are not

25  supposed to be here today. Who else could have

Page 30

D 0653

SM53007 V1.txt

33

1   STATED COUNCIL MEETING
2   endured that inhumanity to man, other than black
3   people? We endured that, and you know what you
4   called us? Not you, personally, but you called us
5   "niggers." We were the "niggers." Niggers were less
6   than human beings. It made it easier to enslave us.
7   So, they're niggers, they're not human beings. And,
8   so, we were niggers. And, so, how do we get out of
9   that niggerism? We rebelled. The Nat Turners of the
10  world, the Gabriel Passers of the world, and the
11  thousands of other rebellers that you never even
12  heard about.
13          And I hope you're not hearing this
14  for the first time, but it's possible, because, you
15  know, our history was not in the history books. So,
16  you could have gone all through college and not
17  learned about anything about black people, where we
18  come from, even though we were first on the planet,
19  and what we did; isn't that amazing to you?
20          Nonetheless, we got through it. And,
21  so, you said, okay, we can't call them niggers
22  anymore, we'll call them Negros. So, we were Negros
23  for awhile during Jim Crowism.  But we struggled
24  through that. We struggled through the slavery
25  thing. We struggled through the Jim Crowism, the

34

1   STATED COUNCIL MEETING
Page 31

D 0654

SM53007 V1.txt

2  Negro thing you called us. And we had our

3  abolitionists, you know. We had the SNIC (phonetic),

4  and SELC and CORE, and all the organizations who had

5  us organize, and we fought this status quo, and so

6  we changed you. You stopped calling us "Negros" as

7  we continued to make progress because we struggled

8  and we made progress.

9           And then as we moved into the

10  mid-20th Century, you stopped calling us Negros, you

11  started calling us "minorities." You said minority,

12  but somehow it sounds like "nigger." You know?

13           (Applause.)

14           COUNCIL MEMBER VANN: You said

15  minority, but somehow it sound like inferior, you

16  know? These are our minorities, you know? And so we

17  struggled through that. We struggled for our

18  schools, we struggled for health care, we struggled

19  for jobs, we struggled trying to get out of poverty.

20           UNIDENTIFIED SPEAKER FROM THE

21  AUDIENCE: Right.

22           COUNCIL MEMBER VANN: We struggled for

23  respect, for equality, that's all. Don't love me,

24  just respect me. That's all we wanted. That's all we

25  struggled for.

35

1  STATED COUNCIL MEETING

2           UNIDENTIFIED SPEAKER FROM THE

3  AUDIENCE: That's right.

Page 32

D 0655

SM53007 V1.txt

4                COUNCIL MEMBER VANN: And, so, now

5    we're no longer the minority. We're really the

6    majority.

7                UNIDENTIFIED SPEAKER FROM THE

8    AUDIENCE: That's right.

9                COUNCIL MEMBER VANN: And we have a

10   majority mindset now - we don't think like niggers,

11   we don't think like Negros, we don't think like

12   minorities. We think like men and women, standing up

13   on our own two feet.

14               (Applause.)

15               COUNCIL MEMBER VANN: Let me conclude.

16   The constant thing for us as black people has been

17   self-determination. Throughout our whole time here

18   on this side of the world, the most constant

19   rallying cry for us has been self-determination.

20   And, so, we cannot have anyone infringe upon that

21   human right. I know this fairly innocuous bill of

22   street renaming, of street naming, sounds so

23   innocuous, so routine, and, yet, now it's not that.

24   You have hit a nerve. You hearken back to a time

25   that we've already overcome. You're infringing upon

36

1    STATED COUNCIL MEETING

2    our human right. And, so, whatever vote you take

3    here today on this amendment, or whatever comes

4    after this amendment, understand what you're voting.

5                In one way you're voting whether or

Page 33

SM53007 V1.txt

6  not you respect the struggle of black people, you

7  respect our community, our self-determination, our

8  neighborhoods and what we stand for, you are voting

9  for your own neighborhood.

10              UNIDENTIFIED SPEAKER FROM THE

11  AUDIENCE: Right.

12              COUNCIL MEMBER VANN: You're voting

13  for your own right.

14              UNIDENTIFIED SPEAKER FROM THE

15  AUDIENCE: That's right.

16              COUNCIL MEMBER VANN: Hopefully you're

17  voting to maintain the tradition that I found here,

18  respecting every Council Members' prerogative really

19  to his district when you're dealing with the local

20  issue. You know that's the unwritten law around

21  here. I serve on Land Use, I see it every time we

22  meet.

23              UNIDENTIFIED SPEAKER FROM THE

24  AUDIENCE: That's right.

25              COUNCIL MEMBER VANN: So, understand,


                                                37


1  STATED COUNCIL MEETING

2  I don't want you to vote for Al Vann. I don't want

3  you to vote for Sonny Carson. I want you to vote for

4  the Democratic principle. I want you to vote for the

5  tradition of this House.

6              UNIDENTIFIED SPEAKER FROM THE

7  AUDIENCE: That's right.
                    Page 34

D 0657

SM53007 V1.txt

8          COUNCIL MEMBER VANN: I want you to

9   vote for the integrity of this institution. That's

10  what I want you to vote for.

11          See, this vote is a test on those of

12  us who are here. It has nothing to do with the

13  people. It has to do with the people in this

14  Chamber. This is a test. This is our test for the

15  world to see who we are and what we are made of.

16          UNIDENTIFIED SPEAKER FROM THE

17  AUDIENCE: Right.

18          COUNCIL MEMBER VANN: This is a test

19  for the Speaker. The Speaker has said I have my

20  personal opinion, it's very strong, I'm not going to

21  change it, and I respect that.

22          She also alluded to the fact that she

23  would not use the power of the Speakership to

24  support her personal prerogative. She said members

25  can vote their conscience without fear of

                                                    38

1   STATED COUNCIL MEETING

2   retaliation. So, she warming up (sic). I respect

3   that. Not everybody could make that position. It's

4   so tempting to have that power, how can you not use

5   it? That's a strong statement.

6          There are members here -- let's deal

7   with it. There are members here who will tell me

8   privately, "I agree with your motion." "I want to

9   vote it," and they don't say it's because I'm

                        Page 35

D 0658

SM53007 V1.txt

10  afraid.  They find other ways of saying, well, you

11  know, I got these things going on. I got this

12  happening, and I don't want anything to happen that

13  they don't have to deliver for my people. And I

14  understand that. And I say, because I have lobbied

15  nobody, I say vote your conscience. Vote whatever

16  you can defend. Vote whatever you can support. Don't

17  vote for me. Don't vote for the Speaker. Analyze it,

18  weigh it, evaluate it. What is the underlying

19  principle that you're voting on? If you don't vote

20  on the principle, then what are you voting on? Then

21  you're voting on a whim. What is the principle?

22  Support that principle and everything should be all

23  right. When you support a principle, yes, there will

24  be risk. Well, hell, Harriet Tubman took risk.

25  That's why we're here.


39


1  STATED COUNCIL MEETING

2                (Applause.)

3                COUNCIL MEMBER VANN: Why can't we

4  take risks?

5                My colleagues, I enjoy your

6  camaraderie, I enjoy your friendship that some of us

7  share. I know many of you, intelligent people

8  concerned about your communities, concerned about

9  our City. We try to live comfortable lives. We don't

10  want conflict in our lives, which is unrealistic.

11  This is what we're supposed to do, make hard

                    Page 36

D 0659

SM53007 V1.txt

12  decisions. That's why we get elected, to make hard

13  decisions. Everything can't be easy. Take a risk

14  some time, if it's based on something real. This is

15  a real conflict for you. The City is looking at you,

16  at us, they want to know how do you stand up when

17  you have an issue of principle versus personality,

18  if you will.

19              I believe in you. I believe you will

20  be strong. I believe you will rise to the occasion.

21  I believe you will vote for this amendment, because

22  this amendment is about the people, it's about

23  self-determination, it's about you, it's about our

24  institution, it's about the Democratic process, the

25  democratic principle, and I thank you for the

                                        40

1   STATED COUNCIL MEETING

2   opportunity.

3              (Applause.)

4              PUBLIC ADVOCATE GOTBAUM: Quiet,

5   please. Quiet. Thank you very much, Council member.

6   Very eloquent speech.

7              We would now ask that others speak to

8   the amendment. You have two minutes, all of you, and

9   Council Member Barron is first.

10             COUNCIL MEMBER BARRON: Thank you,

11  Madam Chair. And I cannot say enough of how proud I

12  am of Council Member Al Vann.

13             (Applause.)

                    Page 37

D 0660

SM53007 V1.txt

14          COUNCIL MEMBER BARRON: Council Member

15   Vann, when I grow up, I want to be just like you.

16   But today I'm not in the mood to be polite, because

17   I know what's going to go down. I know what the

18   Speaker does. I don't care what she perfects out of

19   her mouth, I know what's going to go down.

20          UNIDENTIFIED SPEAKER FROM AUDIENCE:

21   Right.

22          COUNCIL MEMBER BARRON: And I know

23   that if you have 45 members present, and people

24   start abstaining, Tish James, I know that that is a

25   no vote. And some people said, "Don't take it

                                              41

1    STATED COUNCIL MEETING

2    personal," "Don't point nobody out," I take this

3    very personal, Speaker. And I think you brought us

4    to a place of divide that this City Council has

5    never experienced in the history of this City

6    Council. You have divided us more than Sonny Carson

7    ever divided any people anywhere.

8          UNIDENTIFIED SPEAKER FROM AUDIENCE:

9    That's right.

10          (Applause.)

11          PUBLIC ADVOCATE GOTBAUM: Quiet,

12   please. Quiet.

13          COUNCIL MEMBER BARRON: You have

14   divided us.

15          And you could do what you want to
                          Page 38

D 0661

SM53007 V1.txt

16  East New York, 'cause we'll rumble when we get to

17  that point.

18              UNIDENTIFIED SPEAKER: That's right.

19              COUNCIL MEMBER BARRON: But the bottom

20  line, you could have easily backed down off this.

21  Reverend Daltry and I, and many other black leaders,

22  supported Irish independence. When Bobby Sands

23  starved himself to death, Joe Doherty, they called

24  the Irish Republican Army and the Irish Independent

25  Fighters "thugs," "terrorists." We supported it

                                                   42

1   STATED COUNCIL MEETING

2   anyway, all the way back to Frederick Douglas. You

3   don't even know Sonny Carson.

4              UNIDENTIFIED SPEAKER FROM AUDIENCE:

5   Right.

6              COUNCIL MEMBER BARRON: You never even

7   spoke to Sonny Carson. And I'm not letting you off

8   the hook because I know the hook is already in, and

9   it's a shame that you put us through this. And for

10  those of you who want to do Citywide offices, and

11  come to our churches during Election Day, we're

12  going to remember this day.

13              (Applause.)

14              COUNCIL MEMBER BARRON: We're going to

15  remember this day.

16              PUBLIC ADVOCATE GOTBAUM: Quiet,

17  please.
                        Page 39

D 0662

SM53007 V1.txt

18              Council member.

19              Quiet. Quiet. Please be quiet.

20              Council member, your time is up.

21              (Applause.)

22              PUBLIC ADVOCATE GOTBAUM: Quiet,

23  please. Council Member. Quiet. Quiet, please. Please

24  be quiet.

25              Council Member, your time is up.


                                            43

1  STATED COUNCIL MEETING

2              COUNCIL MEMBER BARRON: Well, I'm

3  taking more time.

4              PUBLIC ADVOCATE GOTBAUM: Council

5  member --

6              COUNCIL MEMBER BARRON: I'm not

7  stopping.

8              PUBLIC ADVOCATE GOTBAUM: Your time is

9  up, Charles.

10              COUNCIL MEMBER BARRON: Because I may

11  not have no other opportunity, because I know how

12  the vote is going to go, and they disrespected our

13  process by disrespecting our community. The Speaker

14  had the article in the Daily News, I read about it

15  in the Daily News because you didn't have enough

16  respect to come to our community and tell us you

17  were going to do this. You told the Daily News

18  first.

19              PUBLIC ADVOCATE GOTBAUM: Council
                        Page 40

D 0663

SM53007 V1.txt

20   member, I have to ask you to stop.

21                   COUNCIL MEMBER BARRON: I'm not

22   stopping.

23                   PUBLIC ADVOCATE GOTBAUM: Your two

24   minutes is up.

25                   COUNCIL MEMBER BARRON: I'm not

                                                    44

1    STATED COUNCIL MEETING

2    stopping.

3                   PUBLIC ADVOCATE GOTBAUM: Please,

4    Council member.

5                   COUNCIL MEMBER BARRON: I'm not

6    stopping. You can plead, you can call the cops --

7                   PUBLIC ADVOCATE GOTBAUM: Council

8    member --

9                   COUNCIL MEMBER BARRON: I'm not

10   stopping.

11                   (Outburst from the audience.)

12                   COUNCIL MEMBER BARRON: Because I'm

13   not going to win this vote, but you're going to hear

14   what I have to say, whether you like it or not,

15   because we have gone through too much.

16                   The Speaker picks the chairs. She

17   picks, and all Speakers have done it, they pick all

18   the members of the committees. They determine how

19   much money you're going to get for your district.

20   They determine what you're going to get and not

21   going to get, and then they work all the members.
                        Page 41

SM53007 V1.txt

22          I've spoken to some of you and you
23 said I can't do it, I already -- and you can pull
24 this, I'll just speak loud anyway, Christine, so you
25 could tell Chuck to do whatever he wants to do, but

45

1 STATED COUNCIL MEETING
2 I'm going to speak my mind today...(microphone is
3 not picking up Council Member Barron.)
4          PUBLIC ADVOCATE GOTBAUM: Council
5 Member, could we ask you, please, to stop?
6          (Outburst from the audience.)
7          (Microphone is not picking up Council
8 Member Barron.)
9          PUBLIC ADVOCATE GOTBAUM: Quiet,
10 please. Quiet. Quiet.
11          (Outburst from the audience.)
12          PUBLIC ADVOCATE GOTBAUM: Council
13 Member DeBlasio.
14          COUNCIL MEMBER DeBLASIO:
15          Can you hear me?
16          PUBLIC ADVOCATE GOTBAUM: Yes.
17          COUNCIL MEMBER DeBLASIO: Let's get my
18 two minutes, back. Okay.
19          I want to say at the outset I have
20 immense respect for Al Vann. And Al Vann is someone
21 who does not seek our praise as colleagues, and it's
22 not about ego for him, but I think he deserves it. I
23 had the honor of serving with him as Co-chair of the
Page 42

D 0665

SM53007 V1.txt

24  Brooklyn Delegation, and I have seen over the years
25  how he has been fundamentally misrepresented in the

46

1  STATED COUNCIL MEETING
2  media, and I think he's someone worthy of immense
3  respect for his service to all communities.
4            I also want to say even Sonny Carson
5  should not be caricatured, and I don't agree with
6  some of what Sonny Carson said, but I also know he
7  did important work in the community. I don't like
8  and I don't believe and I don't agree with some of
9  the things he said, but I know there was more to him
10  than that as well.
11            In 1989, I worked on the campaign of
12  David Dinkins. It was a moment when an incredibly
13  important and fragile and unprecedented coalition
14  was being brought together to change this City. And
15  in that time is when some of Sonny Carson's words
16  were heard most publicly around the City, and I
17  felt, and I still feel today that they were negative
18  and inappropriate and divisive. Also, I saw what an
19  important impact he had in the community. I saw that
20  he was a strong community leader, but what we're
21  deciding on today is to give the imprimatur of the
22  entire City of New York, to name something in
23  perpetuity on behalf of all the people of New York
24  City, and I am going to vote my conscience, and my
25  conscience tells me I cannot support naming a street
Page 43

**D 0666**

SM53007 V1.txt

47

1    STATED COUNCIL MEETING

2    after someone who made these divisive comments.

3              So, it's as simple as that to me. We

4    need to recognize the complexity, but in the end we

5    have a responsibility, we should do it openly, we

6    should do it publicly, we should claim

7    responsibility and vote our conscience --

8              (Outburst from the audience).

9              PUBLIC ADVOCATE GOTBAUM: Quiet.

10             COUNCIL MEMBER DeBLASIO: -- And my

11   conscience says that we should vote no --

12             (Outburst from the audience.)

13             PUBLIC ADVOCATE GOTBAUM: Quiet,

14   please.

15             COUNCIL MEMBER DeBLASIO: -- On this

16   amendment, and I urge my colleagues to vote no.

17             Thank you.

18             PUBLIC ADVOCATE GOTBAUM: Council

19   Member Koppell.

20             Thank you, Council Member.

21             Quiet, please.

22             COUNCIL MEMBER KOPPELL:

23   Unfortunately, Councilman Vann, who I respect and

24   like and served with for many years, has

25   mischaracterized what we're doing here today.

Page 44

D 0667

SM53007 V1.txt

48

1  STATED COUNCIL MEETING

2                We're not voting on the Civil Rights

3  Movement. We're not voting on the fact that blacks

4  have indeed been deprived of their rights. And we're

5  not voting --

6                (Outburst from audience.)

7                PUBLIC ADVOCATE GOTBAUM: Quiet,

8  please.

9                COUNCIL MEMBER KOPPELL: -- On whether

10  that was justified or not. It was not justified.

11  We're voting on whether we should honor a particular

12  individual who has a very divisive history, and who

13  has been a representative of black separatism and a

14  representative of achieving ends with threatened

15  violence. We don't believe in that in the United

16  States.

17                (Outburst from the audience.)

18                PUBLIC ADVOCATE GOTBAUM: Let him

19  speak. Quiet, please.

20                COUNCIL MEMBER KOPPELL: This is a man

21  who derided Mayor Dinkins and said the Mayoral

22  Administration of David Dinkins, who I supported for

23  Mayor, stinks. This is a man who derided Martin

24  Luther King.

25                (Outburst from audience.)

49

D 0668

SM53007 V1.txt

1  STATED COUNCIL MEETING

2              PUBLIC ADVOCATE GOTBAUM: Quiet,

3  please.

4              COUNCIL MEMBER KOPPELL: This is a man

5  who was described at the time of the Korean boycott

6  as follows, by the New York Times:  "While the facts

7  may be in dispute --

8              (Outburst from the audience.)

9              PUBLIC ADVOCATE GOTBAUM: Quiet,

10 please.

11             COUNCIL MEMBER KOPPELL: -- There is

12 nothing ambiguous about the behavior of Robert Sonny

13 Carson, the convicted kidnapper and racial

14 provocateur, who is leading the boycott. Picketers

15 shout threats and spit at would-be customers. Their

16 leaflets exhort people to boycott all Korean stores,

17 and avoid shopping with people who do not look like

18 us. Sonny Carson --

19             (Outburst from audience.)

20             PUBLIC ADVOCATE GOTBAUM: Quiet,

21 please.

22             UNIDENTIFIED SPEAKER FROM THE

23 AUDIENCE: You're lying and you know it.

24             PUBLIC ADVOCATE GOTBAUM: Quiet,

25 please.

                                              50

1  STATED COUNCIL MEETING

                    Page 46

D 0669

SM53007 V1.txt

2          COUNCIL MEMBER KOPPELL: --"... when

3    accused of being..." -- Sonny Carson, and there is

4    not doubt about this, "... when accused of being

5    anti-Semitic because of the very many virulently

6    anti-Semitic statements that he and his followers

7    made said, 'oh, I'm not anti-Semitic, I'm

8    anti-white."

9              That is not someone, who has

10   repeatedly, he terrorized teachers in 1968 in Ocean

11   Hill, Brownsville.

12             (Outburst from audience.)

13             PUBLIC ADVOCATE GOTBAUM: Quiet,

14   please. Quiet.

15             COUNCIL MEMBER KOPPELL: The record is

16   clear, he was convicted of kidnapping in an incident

17   that led to the murder of one of the kidnapped

18   people. This is not a man who should be honored by

19   the City Council. That's what we're doing today, Al,

20   if we adopt your amendment. We should not do it.

21             PUBLIC ADVOCATE GOTBAUM: Thank you,

22   Council member.

23             COUNCIL MEMBER KOPPELL: I will vote

24   no.

25             PUBLIC ADVOCATE GOTBAUM: Council


                                        51


1    STATED COUNCIL MEETING

2    member, thank you.

3              (Outburst from audience.)

                    Page 47

D 0670

SM53007 V1.txt

4           PUBLIC ADVOCATE GOTBAUM: Would

5    anybody else care to speak to this amendment?

6           Council Member Foster.

7           COUNCIL MEMBER FOSTER: Thank you.

8           I'm here because people paved the way

9    for me to be here. I am the daughter of a man who

10   saw his first lynching at seven years old in

11   Alabama.

12          (Outburst from audience.)

13          COUNCIL MEMBER FOSTER: I am the

14   granddaughter of a woman who never was able to cast

15   her right to vote by law in the State of Alabama.

16   And Oliver Koppell, violence was defined by this

17   country when they took Africans from their country.

18          (Outburst from audience.)

19          (Applause.)

20          COUNCIL MEMBER FOSTER: So, I think

21   it's important that you learn your history --

22          PUBLIC ADVOCATE GOTBAUM: Quiet,

23   please.

24          COUNCIL MEMBER FOSTER:-- Because it's

25   nothing worse than historical amnesia.



                                              52


1    STATED COUNCIL MEETING

2           (Outburst from audience.)

3           COUNCIL MEMBER FOSTER:-- We lie to

4    ourselves.

5           But as Al Vann already said, we've

                   Page 48

D 0671

SM53007 V1.txt

6  already won. What you don't understand in this

7  Chambers is, as for me, I don't need this body or

8  anyone else to define me. I am already defined by

9  the people that paved the way for me to be here. And

10  we as black folks are always told to understand and

11  accept apologies. We have buildings in this country

12  named for slaves.

13              UNIDENTIFIED SPEAKER FROM THE

14  AUDIENCE: Right.

15              COUNCIL MEMBER FOSTER:-- Georgetown

16  University was built by slaves, but we're always

17  told to understand, we are told to understand that

18  it was the time.

19              Well, I'm telling you, Sonny Carson

20  came along at a time where it had nothing to do with

21  white people. Believe it or not, but we don't think

22  about you all the time.

23              (Outburst from audience.)

24              COUNCIL MEMBER FOSTER: -- It had to

25  do with blacks.

                                              53

1  STATED COUNCIL MEETING

2              (Applause.)

3              PUBLIC ADVOCATE GOTBAUM: Quiet.

4              COUNCIL MEMBER FOSTER:-- It had to do

5  with self-determination.

6              PUBLIC ADVOCATE GOTBAUM: Let her

7  finish.

                    Page 49

D 0672

SM53007 V1.txt

8          COUNCIL MEMBER FOSTER: -- We have a

9    monument in Central Park named after James Marion

10   Simms, who is considered the "Doctor of Gynecology."

11   You know, he practiced on black women slaves without

12   anesthesia until he could get the surgery correct,

13   but you don't have a problem with the statue, do

14   you?

15          (Outburst from audience.)

16          (Applause.)

17          COUNCIL MEMBER FOSTER: We are told to

18   understand. And, so, no matter how you vote today,

19   and Al, you are my hero, thank you for applauding me

20   --

21          (Applause.)

22          COUNCIL MEMBER FOSTER: -- But I don't

23   need applause. Everything I do in this body is

24   governed by my conscience, and my principle tells me

25   that what we're doing here is wrong.

                              54

1    STATED COUNCIL MEETING

2          We, meaning blacks, decide who our

3    leaders are. No one else decides.

4          PUBLIC ADVOCATE GOTBAUM: Time is up,

5    Council member.

6          (Applause.)

7          COUNCIL MEMBER FOSTER: I will end.

8          In closing, I want to tell everyone

9    who is in support of not Sonny Carson, but doing

Page 50

D 0673

SM53007 V1.txt
10 what's right, we have already won. And we have often

11 heard that a house divided cannot stand. This is a

12 body divided, and what we do here today is going to

13 determine what happens down the future. And while

14 it's Al Vann's community today --

15                PUBLIC ADVOCATE GOTBAUM: Thank you.

16                COUNCIL MEMBER FOSTER: -- It's going

17 to be someone else's. So, make sure when you vote --

18                (Applause.)

19                PUBLIC ADVOCATE GOTBAUM: Thank you,

20 Council member.

21                COUNCIL MEMBER FOSTER: You vote the

22 correct way.

23                PUBLIC ADVOCATE GOTBAUM: Thank you,

24 Council member.

25                COUNCIL MEMBER FOSTER: Thank you.


                                                    55


1 STATED COUNCIL MEETING

2                PUBLIC ADVOCATE GOTBAUM: Quiet,

3 please.

4                Council Member Mendez.

5                COUNCIL MEMBER MENDEZ: Thank you,

6 Madam Speaker. I rise today to thank Council Member

7 Al Vann and to thank my Speaker Christine Quinn.

8 During this whole process, at no point did Al Vann

9 come and ask me to vote for this. But during

10 meetings I heard him say "This is what my community

11 wanted, they followed the process." To this day I do

                        Page 51

SM53007 V1.txt

12  not know if Al Vann thinks that Sonny Carson is a

13  hero, because he did not take it to that level. All

14  he told me, or told us in a meeting, is "my

15  community followed the process, and I respect

16  process."

17              My Speaker called me to speak to me

18  and never asked me for a vote. All she said is I

19  want to explain to you my decision why I cannot vote

20  for this, and I respect her decision and I respect

21  everyone in this room today, no matter what they

22  vote. And I will be voting yes on this amendment and

23  urge others to do the same thing. Thank you.

24              (Applause.)

25              PUBLIC ADVOCATE GOTBAUM: Anybody


                                              56


1  STATED COUNCIL MEETING

2  else?

3              Would anybody else care to speak? Any

4  other Council member?

5              Speaker Quinn.

6              SPEAKER QUINN: Thank you. Sometimes

7  the City Council gets made fun of for naming

8  streets, but it's actually a very important act that

9  we take. It's a moment when we give recognition to

10  important people in the City of New York.

11              (Outburst from audience).

12              PUBLIC ADVOCATE GOTBAUM: Quiet,

13  please.

                    Page 52

D 0675

SM53007 V1.txt

14            SPEAKER QUINN: It's a moment where we

15   say this individual has embodied the core values of

16   our five boroughs. This person's life in its

17   totality has embodied what we in this City and this

18   City Council struggled to make true about our City.

19              Outburst from audience.)

20              PUBLIC ADVOCATE GOTBAUM: Quiet.

21              SPEAKER QUINN: And if you look at the

22   life and the full record of who Sunny Carson was, it

23   was divisive. It was a record that did not seek --

24              PUBLIC ADVOCATE GOTBAUM: Quiet,

25   please.


                                          57

1    STATED COUNCIL MEETING

2              SPEAKER QUINN:-- to move some forward

3    with not being at the expense of others. It is a

4    record that is without apology, a divisive record.

5              (Outburst from audience.)

6              PUBLIC ADVOCATE GOTBAUM: Quiet.

7              SPEAKER QUINN: It is not a record

8    which stood in full support and full solidarity for

9    all New Yorkers of all races and religions.

10             (Outburst from audience.)

11             PUBLIC ADVOCATE GOTBAUM: Quiet,

12   please.

13             SPEAKER QUINN: We, as a City Council

14   --

15             PUBLIC ADVOCATE GOTBAUM: Quiet.

                          Page 53

SM53007 V1.txt

16  Quiet.

17          SPEAKER QUINN: -- We as a City

18  Council have an obligation to make sure that when we

19  honor New Yorkers with our vote on street renamings,

20  that we do it for individuals that meet the core

21  values of the City of New York --

22          (Outburst from audience).

23          PUBLIC ADVOCATE GOTBAUM: Quiet.

24          SPEAKER QUINN:-- For individuals --

25          PUBLIC ADVOCATE GOTBAUM: Let her


                                            58


1  STATED COUNCIL MEETING

2  finish.

3          SPEAKER QUINN: -- Who were uniting,

4  not divisive.

5          So, this for me is a matter of

6  principle. I personally do not believe Sonny Carson

7  was an individual who was uniting --

8          (Outburst from audience.)

9          PUBLIC ADVOCATE GOTBAUM: Quiet.

10          SPEAKER QUINN: I believe --

11          PUBLIC ADVOCATE GOTBAUM: Let her

12  finish.

13          SPEAKER QUINN: -- The record is

14  clear, he was a divisive individual. He was not --

15          (Outburst from audience.)

16          PUBLIC ADVOCATE GOTBAUM: Quiet. Will

17  you allow her to finish?

                    Page 54

D 0677

SM53007 V1.txt
18          SERGEANT-AT-ARMS: Quiet, please.

19          SPEAKER QUINN: He was not an

20   individual who sought to bring our City together.

21          (Outburst from audience.)

22          SPEAKER QUINN: That record is clear

23   --

24          UNIDENTIFIED SPEAKER FROM AUDIENCE:

25   Your two minutes are up.


                                              59

1   STATED COUNCIL MEETING

2          SPEAKER QUINN:-- And we need to cast

3   a vote today --

4          PUBLIC ADVOCATE GOTBAUM: Quiet.

5          SPEAKER QUINN: -- To make sure that

6   we don't honor New Yorkers, who in any way, shape or

7   form, have not lived up to the core values and

8   principles --

9          (Outburst from audience.)

10         SPEAKER QUINN: -- The core values and

11   principles of this, the most diverse, and greatest

12   City in the world.

13         I urge my colleagues to vote no on

14   the amendment.

15         PUBLIC ADVOCATE GOTBAUM: Roll call.

16   Roll call.

17         (Outburst from audience.)

18         PUBLIC ADVOCATE GOTBAUM: Roll call.

19   Please be quiet.

                   Page 55

D 0678

SM53007 V1.txt

20          COUNCIL CLERK: Addabbo.

21          SERGEANT-AT-ARMS: Sit down, please.

22          COUNCIL CLERK: Addabbo.

23          COUNCIL MEMBER ADDABBO: No.

24          COUNCIL CLERK: Arroyo.

25          COUNCIL MEMBER ARROYO: Aye.

60

1   STATED COUNCIL MEETING

2          COUNCIL CLERK: Avella.

3          COUNCIL MEMBER AVELLA: Yes.

4          (Applause.)

5          COUNCIL CLERK: Baez.

6          COUNCIL MEMBER BAEZ: Abstain.

7          COUNCIL CLERK: Barron.

8          COUNCIL MEMBER BARRON: Proudly, yes.

9          COUNCIL CLERK: Brewer.

10          COUNCIL MEMBER BREWER: I would like

11   to explain my vote.

12          It is a hard decision. I'm going to

13   vote no on the amendment, but it has to do, it has a

14   lot of conflict because I'm a big believer in

15   process. I want to join Council Member DeBlasio in

16   our great respect for the Statesman Al Vann, and to

17   state that it is because of a lot of weighing of

18   both the individual who I think as time goes on we

19   should be paying a lot more attention to everyone

20   who is proposed, there should be more discussion,

21   there should be more analysis. But in this

Page 56

D 0679

SM53007 V1.txt

22    particular situation, I am voting no. Thank you.

23                    (Outburst from audience.)

24                    PUBLIC ADVOCATE GOTBAUM: Quiet.

25                    COUNCIL CLERK: Comrie.


                                                        61

1    STATED COUNCIL MEETING

2                    COUNCIL MEMBER COMRIE: Abstain.

3                    (Outburst from audience.)

4                    SPEAKER QUINN: Madam Public Advocate?

5                    PUBLIC ADVOCATE GOTBAUM: Yes, Ms.

6    Speaker.

7                    SPEAKER QUINN: We need to make sure

8    that people can cast their votes in whatever way

9    they want. We cannot have booing and disruption when

10   members vote. It is very important that we conduct

11   the rest of these procedures in a dignified fashion.

12   So, if I please could ask the folks who are here

13   today to not boo, hiss or say any negative comments

14   about people when they are casting their votes.

15                   PUBLIC ADVOCATE GOTBAUM: Thank you,

16   Christine.

17                   COUNCIL CLERK: DeBlasio.

18                   COUNCIL MEMBER DEBLASIO: No.

19                   COUNCIL CLERK: Dickens.

20                   COUNCIL MEMBER DICKENS: Abstain.

21                   (Outburst from audience.)

22                   COUNCIL CLERK: Dilan.

23                   COUNCIL MEMBER DILAN: Yes.

                            Page 57

D 0680

SM53007 V1.txt
24              (Applause.)

25              COUNCIL CLERK: Eugene.


                                        62

1  STATED COUNCIL MEETING

2              COUNCIL MEMBER EUGENE: Abstain.

3              (Outburst from audience.)

4              PUBLIC ADVOCATE GOTBAUM: Quiet.

5              COUNCIL CLERK: Felder.

6              COUNCIL MEMBER FELDER: No.

7              COUNCIL CLERK: Fidler.

8              COUNCIL MEMBER FIDLER: Madam Public

9   Advocate, may I be briefly excused to explain my

10  vote?

11             PUBLIC ADVOCATE GOTBAUM: So ordered.

12             COUNCIL MEMBER FIDLER: First, I want

13  to reiterate what some of my colleagues have said. I

14  have enormous respect for Al Vann, and the dignity

15  in which he has conducted himself in this matter.

16             (Outburst from audience.)

17             PUBLIC ADVOCATE GOTBAUM: Quiet.

18             COUNCIL MEMBER FIDLER: You can boo

19  me, I'm prepared for that.

20             I also want to say I have enormous,

21  enormous respect for Speaker Quinn. You know, the

22  easy thing to do would have been to go along and do

23  this. Sometimes it takes a great deal of courage to

24  say no, and I appreciate the courage that it took

25  for her to stand up in this room and do what she

                        Page 58

SM53007 V1.txt

63

1  STATED COUNCIL MEETING

2  did, all right? And I think she deserves a great

3  deal of credit for the respectful manner -- you

4  know, in previous Councils --

5              (Outburst from audience.)

6              PUBLIC ADVOCATE GOTBAUM: Quiet,

7  please.

8              COUNCIL MEMBER FIDLER: -- This matter

9  wouldn't have gotten to the floor.

10             PUBLIC ADVOCATE GOTBAUM: Please. Will

11 you respect his right to speak, please.

12             COUNCIL MEMBER FIDLER: In previous

13 Councils this wouldn't have gotten to the floor. The

14 Democratic process that we've had here is remarkable

15 and, you know, it should be commended.

16             I just want to say that the people

17 who live on the City street do not have the

18 prerogative to rename it, community boards do not

19 have the prerogative to rename a City street, and a

20 local Council member doesn't have the prerogative.

21 They may be prerequisites, but they're not

22 prerogatives. Because if people living on the block

23 had that right, they wouldn't have had to go to the

24 Community Board. And if the Community Board had that

25 right, it wouldn't have to come to the Council, and

D 0682

SM53007 V1.txt

64

1  STATED COUNCIL MEETING

2  if the local Councilman had that right, he wouldn't

3  need my vote.

4              So, I am voting as a matter of

5  conscience, on behalf of the people of the City of

6  New York I have a rule, I hope I have never broken

7  it, and I hope I never will. I will never name a

8  street in the City for someone I consider to be a

9  racist, be anti-Semite, a homophobic or a

10  misogynist.

11              (Outburst from audience.)

12              COUNCIL MEMBER FIDLER: And in this

13  particular case --

14              PUBLIC ADVOCATE GOTBAUM: Quiet.

15              COUNCIL MEMBER FIDLER:-- I'm voting

16  my conscience, and I vote no.

17              (Outburst from audience.)

18              PUBLIC ADVOCATE GOTBAUM: Quiet.

19              COUNCIL CLERK: Foster.

20              COUNCIL MEMBER FOSTER: I'm voting yes

21  on behalf of blacks and the ability to have

22  self-determination.

23              (Applause.)

24              COUNCIL CLERK: Gallagher.

25              COUNCIL MEMBER GALLAGHER: I proudly

65

D 0683

SM53007 V1.txt

1  STATED COUNCIL MEETING

2  vote my conscience: No.

3                COUNCIL CLERK: Garodnick.

4                COUNCIL MEMBER GARODNICK: No.

5                COUNCIL CLERK: Gennaro.

6                COUNCIL MEMBER GENNARO: No.

7                COUNCIL CLERK: Gentile.

8                COUNCIL MEMBER GENTILE: No.

9                COUNCIL CLERK: Gioia.

10               COUNCIL MEMBER GIOIA: No.

11               COUNCIL CLERK: Gonzalez.

12               COUNCIL MEMBER GONZALEZ: No.

13               COUNCIL CLERK: Ignizio.

14               COUNCIL MEMBER IGNIZIO: No.

15               COUNCIL CLERK: Jackson.

16               COUNCIL MEMBER JACKSON: Yes.

17               (Applause.)

18               PUBLIC ADVOCATE GOTBAUM: Quiet.

19               COUNCIL CLERK: James.

20               COUNCIL MEMBER JAMES: Abstain.

21               COUNCIL CLERK: Katz.

22               COUNCIL MEMBER KATZ: I vote no.

23               COUNCIL CLERK: Koppell.

24               COUNCIL MEMBER KOPPELL: No.

25               COUNCIL CLERK: Lappin.

66

1  STATED COUNCIL MEETING

2                COUNCIL MEMBER LAPPIN: No.
                        Page 61

SM53007 V1.txt

3              COUNCIL CLERK: Liu.

4              COUNCIL MEMBER LIU: Yes.

5              COUNCIL CLERK: Mark-Viverito.

6              COUNCIL MEMBER MARK-VIVERITO: Yes.

7              COUNCIL CLERK: Martinez.

8              COUNCIL MEMBER MARTINEZ: Abstain.

9              COUNCIL CLERK: McMahon.

10             COUNCIL MEMBER McMAHON: No.

11             COUNCIL CLERK: Mealy.

12             COUNCIL MEMBER MEALY: Can I explain

13  my vote?

14             PUBLIC ADVOCATE GOTBAUM: So ordered.

15             COUNCIL MEMBER MEALY: I would like to

16  say that we, as a body, should really look at

17  ourselves and see what are we doing at this process.

18  It's not about Al Vann. It's really not about

19  Carson; it's about the process. And I feel we should

20  not let people decide who is our heroes or sheroes,

21  and I vote proudly yes.

22             (Applause.)

23             COUNCIL CLERK: Mendez.

24             COUNCIL MEMBER MENDEZ: Yes.

25             COUNCIL CLERK: Monserrate.


                                          67

1  STATED COUNCIL MEETING

2              COUNCIL MEMBER MONSERRATE: Yes.

3              COUNCIL CLERK: Nelson.

4              COUNCIL MEMBER NELSON: May I be
                        Page 62

D 0685

SM53007 V1.txt

5    excused to explain my vote?

6                    PUBLIC ADVOCATE GOTBAUM: So ordered.

7                    COUNCIL MEMBER NELSON: Thirty

8    something years ago Sonny Carson walked into my

9    wife's classroom and said he doesn't want any white

10   Jews teaching his children. And he also said he

11   would carve his initials on her chest if she didn't

12   leave. I am voting --

13                   (Outburst from audience.)

14                   COUNCIL MEMBER NELSON: Yeah, right. I

15   am voting no.

16                   PUBLIC ADVOCATE GOTBAUM: Quiet,

17   please. Over there, please, be quiet.

18                   COUNCIL CLERK: Palma.

19                   (No response.)

20                   COUNCIL CLERK: Recchia.

21                   COUNCIL MEMBER RECCHIA: No.

22                   COUNCIL CLERK: Reyna.

23                   COUNCIL MEMBER REYNA: Yes.

24                   (Applause.)

25                   COUNCIL CLERK: Sanders.


                                                    68

1    STATED COUNCIL MEETING

2                    COUNCIL MEMBER SANDERS: Permission to

3    explain my vote?

4                    PUBLIC ADVOCATE GOTBAUM: So ordered.

5                    COUNCIL MEMBER SANDERS: On the wall

6    over there is a picture of the Commander-in-Chief
                            Page 63

D 0686

SM53007 V1.txt

7  George Washington and a statement. George Washington

8  also, as everyone knows, was a major slave holder.

9  Above me is Thomas Jefferson. A statement by Thomas

10  Jefferson. Thomas Jefferson not only owned slaves,

11  but he had a child with an under-age slave.

12              My favorite of the three was Lincoln.

13  Lincoln, whose statements today would be seen in a

14  very bigoted light. He made statements. However, to

15  his credit he grew past that position and became one

16  of the greatest presidents that this country has

17  ever had. This shows that the people have the

18  ability to grow.

19              We cannot change horses in the middle

20  of a stream. You can't have a process and then get

21  rid of a process when it doesn't suit us. We should

22  have at least said, okay, from this point on, we

23  will come up with a different process, but you can't

24  say that when you have one person you're going to

25  change it. What we have done is opened a Pandora's

69

1  STATED COUNCIL MEETING

2  box. You're going to see a flood of people who want

3  to rename streets, away from Washington, away from

4  Jefferson, away from Lincoln. Where will this stop?

5              (Applause.)

6              COUNCIL MEMBER SANDERS: We can go on.

7  We have opened up a Pandora's box here. I urge that

8  somehow we, too, have to grow. We have to find a way

Page 64

D 0687

SM53007 V1.txt

9  past these things and grow, or else we're going to

10  be fighting age-old fights forever.

11              I vote yes to the amendment. We have

12  to have the amendment.

13              (Applause.)

14              COUNCIL MEMBER SANDERS: The community

15  has a right to name itself, otherwise change your

16  process before or change your process after so

17  you're not seen as biased against any individual.

18  Thank you very much.

19              PUBLIC ADVOCATE GOTBAUM: Quiet.

20              COUNCIL CLERK: Sears.

21              COUNCIL MEMBER SEARS: No.

22              COUNCIL CLERK: Stewart.

23              COUNCIL MEMBER STEWART: Abstain.

24              COUNCIL CLERK: Vacca.

25              COUNCIL MEMBER VACCA: No.

70

1  STATED COUNCIL MEETING

2              COUNCIL CLERK: Vallone.

3              COUNCIL MEMBER VALLONE: Can I explain

4  my vote?

5              PUBLIC ADVOCATE GOTBAUM: So ordered.

6              COUNCIL MEMBER VALLONE: It's always

7  interesting when a group of individuals are here for

8  the right to be heard, and they would so easily deny

9  everyone else the right to be heard.

10              I want to commend our Speaker for her

Page 65

D 0688

SM53007 V1.txt

11  actions today. Let me just say that as elected

12  officials, we are elected to lead, not hide behind

13  process and procedure. We are elected to unite, not

14  divide the most diverse City in the world. This

15  attempt today to bestow a City honor, not a

16  community honor, a City honor, on someone who was

17  clearly a racist and a convicted criminal, hurts our

18  City Council, and more importantly, it hurts the

19  City we are sworn to serve, and I vote no.

20              PUBLIC ADVOCATE GOTBAUM: Quiet.

21              COUNCIL CLERK: Vann.

22              COUNCIL MEMBER VANN: Can I explain my

23  vote?

24              PUBLIC ADVOCATE GOTBAUM: So ordered.

25              COUNCIL MEMBER VANN: It is not your


                                                71

1  STATED COUNCIL MEETING

2  prerogative to tell any particular community who

3  they should honor. That has not been an issue before

4  us before. I don't know who the hell all the people

5  are that we voted for in street names before, it was

6  not an issue. It only became an issue for Sonny

7  Abubadika Carson. And I don't know why. I don't know

8  why we're not honoring what we've always honored

9  before. No, it's not a mandate whether it's a

10  community Council vote. No, we understand that. We

11  understand that. But we also understand, we always

12  respect that unless there is an impact beyond that

                    Page 66

D 0689

SM53007 V1.txt

13  community. Come on, let's be honest here. You

14  talking about unifying us? We haven't been unified

15  today. We've been divided today. We've been divided

16  today, but that's okay. It's all right, because the

17  community is going to be strengthened behind this.

18                  (Outburst from audience.)

19                  PUBLIC ADVOCATE GOTBAUM: Quiet,

20  please.

21                  COUNCIL MEMBER VANN: We understand

22  what we have to do as a community and as a people to

23  prevail. And, so, you have provided another avenue

24  of strengthening the community, and we'll come back,

25  and we'll do other things, and we will get a

72

1  STATED COUNCIL MEETING

2  different response, because we understand what we

3  are up against.

4                  I vote yes.

5                  (Applause.)

6                  COUNCIL CLERK: Weprin.

7                  COUNCIL MEMBER WEPRIN: May I be

8  temporarily excused to explain my vote?

9                  PUBLIC ADVOCATE GOTBAUM: So ordered.

10                  COUNCIL MEMBER WEPRIN: Yes, I have to

11  praise the way Speaker Quinn has handled this whole

12  situation.

13                  She has done a phenomenal job in

14  allowing the democratic process to go forward. I was

                        Page 67

SM53007 V1.txt

15  very offended by the remarks of Council Member

16  Barron directed personally at the Speaker, because

17  as was pointed out before, if Speaker Quinn had not

18  been as Democratic and open as she has, we would

19  never be here in this situation, this would never be

20  aired the way it is, and I really have to say that,

21  Speaker Quinn, you deserve a tremendous amount of

22  praise. I vote no.

23            PUBLIC ADVOCATE GOTBAUM: Quiet.

24  Quiet.

25            COUNCIL CLERK: Yassky.


                                           73

1  STATED COUNCIL MEETING

2            COUNCIL MEMBER YASSKY: Madam Public

3  Advocate, in thinking about this vote I spoke to a

4  number of community leaders from communities,

5  different parts of Brooklyn, and to people who knew

6  Sonny Carson, as I did not, and to a person, what

7  they said is that Sonny Carson did some very

8  important and constructive work, and he did some

9  very destructive things to a person, people who

10  supported the renaming and people who did not.

11            On the basis of that record, I vote

12  no. This is not a vote about a group of New Yorkers

13  choosing who to make their hero. This is the City,

14  the government of the City of New York choosing to

15  bestow an honor. And I do not believe that the

16  record of Sonny Carson is one that the City of New

                    Page 68

SM53007 V1.txt

17    York should honor.

18                    And I do want to also say that no

19    one, not the Speaker, nor anyone who works for the

20    Speaker, asked me to vote one way or another, and

21    implicitly or explicitly, I'm voting the way on what

22    I think is the right vote. I vote no on the

23    amendment.

24                    PUBLIC ADVOCATE GOTBAUM: Quiet,

25    please. Allow them to finish the vote.


                                                            74

1    STATED COUNCIL MEETING

2                    COUNCIL CLERK: Oddo.

3                    COUNCIL MEMBER ODDO: Can I be

4    temporarily excused to explain my vote?

5                    PUBLIC ADVOCATE GOTBAUM: So ordered.

6                    COUNCIL MEMBER ODDO: Around 17 months

7    ago or so, whenever it was, we came together to vote

8    on a new Speaker, and we made history that day. And

9    for many of us it was an emotional-filled day, and

10    as a strict Catholic kid from Staten Island to cast

11    a vote for an openly gay Speaker was monumental in

12    my life. And I have to tell you, as Christine

13    Quinn's friend, as the Minority Leader, it really

14    pains me today to hear venom directed at her, given

15    her struggles and the causes she's advocated.

16                    (Outburst from audience.)

17                    COUNCIL MEMBER ODDO: To hear the

18    ignorance and the level --
                    Page 69

D 0692

SM53007 V1.txt

19          PUBLIC ADVOCATE GOTBAUM: Quiet.

20          COUNCIL MEMBER ODDO:-- Of hatred

21 directed to a woman who has fostered diversity,

22 whether you agree or disagree with her, is

23 absolutely uncalled for.

24          (Outburst from audience.)

25          PUBLIC ADVOCATE GOTBAUM: Quiet.


75

1 STATED COUNCIL MEETING

2          COUNCIL MEMBER ODDO: I have been

3 proud to call her my friend --

4          PUBLIC ADVOCATE GOTBAUM: I'm going to

5 have you removed.

6          COUNCIL MEMBER ODDO: -- And I am

7 absolutely proud of the courage she's demonstrated

8 today, regardless of whether you agree or disagree

9 with the position she's taken.

10          Al Vann is a gentleman. He is a class

11 act. I mean no disrespect to you, Al, but I vote no.

12          (Outburst from audience.)

13          PUBLIC ADVOCATE GOTBAUM: Quiet.

14          COUNCIL CLERK: Rivera.

15          COUNCIL MEMBER RIVERA:  I vote yes.

16          COUNCIL CLERK: Speaker Quinn.

17          SPEAKER QUINN: I vote no.

18          PUBLIC ADVOCATE GOTBAUM: The

19 amendment before us today was defeated by a vote of

20 15 in the affirmative, 25 negative and seven

Page 70

SM53007 V1.txt

21  abstentions.

22              COUNCIL MEMBER JACKSON: Please say

23  the count again.

24              PUBLIC ADVOCATE GOTBAUM: Yes.

25              The amendment before us today was


                                                76

1  STATED COUNCIL MEETING

2  defeated by a vote of 15 in the affirmative, 25

3  negative, and seven abstentions.

4              Report of Special Committees.

5              COUNCIL CLERK: None.

6              SPEAKER QUINN: Madam Public Advocate

7  --

8              PUBLIC ADVOCATE GOTBAUM: Oh, I made a

9  mistake. We have to go back to the, sorry, the old

10  Discussion of General Orders. Forgive me. And all

11  other matters, would anybody like to discuss? You

12  have two minutes.

13              Report of Special Committees.

14              (Outburst from audience.)

15              PUBLIC ADVOCATE GOTBAUM: Report of

16  Special Committees.

17              (Outburst from audience.)

18              SPEAKER QUINN: Madam Public Advocate,

19  we'll wait for the Chambers balcony to be cleared

20  before we begin the meeting.

21              PUBLIC ADVOCATE GOTBAUM: Report of

22  Special Committees.

                    Page 71

D 0694

SM53007 V1.txt

23          Are we ready?

24          SPEAKER QUINN: Just one more minute,

25   Madam Public Advocate, please.


                                        77

1   STATED COUNCIL MEETING

2               PUBLIC ADVOCATE GOTBAUM: Okay.

3               SPEAKER QUINN: Go ahead, Madam Public

4   Advocate.

5               PUBLIC ADVOCATE GOTBAUM: Report of

6   Special Committees.

7               COUNCIL CLERK: None.

8               PUBLIC ADVOCATE GOTBAUM: Reports of

9   Standing Committees.

10              COUNCIL CLERK: Report of the

11   Committee on Finance.

12              Intro. 555. Establishment of the

13   Court-Livingston-Schermerhorn Business Improvement

14   District.

15              SPEAKER QUINN: Coupled on General

16   Orders.

17              COUNCIL CLERK: Preconsidered Reso

18   862. Establishment of the Sunnyside Business

19   Improvement District.

20              PUBLIC ADVOCATE GOTBAUM: Quiet.

21              SPEAKER QUINN: Coupled on General

22   Orders.

23              COUNCIL CLERK: Preconsidered LU 456

24   and Reso 871, through Preconsidered LU 458 and Reso

                        Page 72

D 0695

SM53007 V1.txt

25  873.

78

1   STATED COUNCIL MEETING

2                  SPEAKER QUINN: Coupled on General

3   Orders.

4                  COUNCIL CLERK: Report on the

5   Committee on Fire and Criminal Justice Services.

6                  Intro. 496-A, mandating that the

7   Commissioner of the Fire Department promulgate rules

8   requiring building owners to file a list indicating

9   a number of each floor of the building.

10                 SPEAKER QUINN: Amended and coupled on

11  General Orders.

12                 COUNCIL CLERK: Report of the

13  Committee on Housing and Buildings.

14                 Intro. 561-A. Alternative Enforcement

15  Program by the Department of Housing Preservation

16  and Development.

17                 SPEAKER QUINN: Amended and coupled on

18  General Orders.

19                 COUNCIL CLERK: Report of the

20  Committee on Land Use.

21                 LU 375 and Reso 874, ULURP,

22  Manhattan.

23                 SPEAKER QUINN: Coupled to be filed

24  pursuant to a letter of withdrawal.

25                 COUNCIL CLERK: LU 376 and Reso 875

Page 73

**D 0696**

SM53007 V1.txt

79

```
1   STATED COUNCIL MEETING
2   through LU 431 and Reso 882 on page four, various
3   ULURPs and UDAAPs.
4                  SPEAKER QUINN: Coupled on General
5   Orders.
6                  COUNCIL CLERK: LU 434 through LU 436,
7   on page five. Various ULURPs.
8                  SPEAKER QUINN: Approved with
9   modifications and referred to the City Planning
10  Commission, pursuant to rule 11.70(b) of the Rules
11  of the Council, and Section 197-d of the New York
12  City Charter.
13                 COUNCIL CLERK: LU 440 and Reso 883.
14  UDAAP, Brooklyn.
15                 SPEAKER QUINN: Coupled on General
16  Orders.
17                 COUNCIL CLERK: LU 445. ULURP.
18                 SPEAKER QUINN: Approved with
19  modifications and referred to the City Planning
20  Commission, pursuant to Rule 11.70(b) of the rules
21  of the Council and Section 197-d of the New York
22  City Charter.
23                 COUNCIL CLERK: LU 446 and Reso 884,
24  through LU 454 and Reso 890 on page six. Various
25  UDAAPs. Landmark designations.
```

Page 74

D 0697

SM53007 V1.txt

80

```
 1  STATED COUNCIL MEETING
 2                  SPEAKER QUINN: Coupled on General
 3  Orders.
 4                  COUNCIL CLERK: Preconsidered LU 459
 5  and Reso 891. 650-seat primary intermediate
 6  facility.
 7                  SPEAKER QUINN: Coupled on General
 8  Orders.
 9                  PUBLIC ADVOCATE GOTBAUM: General
10  Order Calendar.
11                  COUNCIL CLERK: Intro. 556-A. Naming
12  of 51 thoroughfares in public places.
13                  SPEAKER QUINN: Coupled on General
14  Orders.
15                  COUNCIL CLERK: LU 434 and Reso 892
16  through LU 445 and Reso 895, various ULURPs.
17                  SPEAKER QUINN: Coupled on General
18  Orders.
19                  COUNCIL CLERK: Resolution appointing
20  various persons Commissioner of Deeds.
21                  SPEAKER QUINN: Coupled on General
22  Orders. And at this point I ask for a roll call on
23  all the items coupled on the General Order Calendar.
24                  PUBLIC ADVOCATE GOTBAUM: Quiet,
25  please.
```

81

Page 75

D 0698

SM53007 V1.txt

1  STATED COUNCIL MEETING

2           SPEAKER QUINN: And if we could try to

3  quiet the Chambers for the roll call on the General

4  Order Calendar, we'd appreciate it.

5           COUNCIL CLERK: Addabbo.

6           COUNCIL MEMBER ADDABBO: Aye.

7           COUNCIL CLERK: Arroyo.

8           COUNCIL MEMBER ARROYO: Aye.

9           COUNCIL CLERK: Nelson.

10          COUNCIL MEMBER NELSON: Aye.

11          COUNCIL CLERK: Avella.

12          COUNCIL MEMBER AVELLA: (Not using

13  microphone.) I vote aye on all items, except Land

14  Use No. 434, 435, 436 and 445, I vote no.

15          COUNCIL CLERK: Baez.

16          COUNCIL MEMBER BAEZ: Aye.

17          COUNCIL CLERK: Barron.

18          COUNCIL MEMBER BARRON: May I be

19  excused to explain my vote, Madam Chair?

20          PUBLIC ADVOCATE GOTBAUM: So ordered,

21  yes.

22          COUNCIL MEMBER BARRON: I want to vote

23  no on 556-A, the street-naming bill. I think it was

24  a violation of the process to take Sonny Carson's

25  name out of it, and even though I do have some

                                              82

1  STATED COUNCIL MEETING

2  street name changes of my own in that bill, I'm

D 0699

SM53007 V1.txt

3    certain the Council is going to pass it but I am

4    going to protest vote of no to that, because Sonny

5    Carson's name should have been included in this

6    package, in this omnibus bill, and it violated an

7    entire community. So, I vote no on that and aye on

8    all other items.

9              COUNCIL CLERK: Brewer.

10             COUNCIL MEMBER BREWER: Aye. Yes.

11             COUNCIL CLERK: Comrie.

12             (No response.)

13             COUNCIL CLERK: DeBlasio.

14             COUNCIL MEMBER DEBLASIO: Yes.

15             COUNCIL CLERK: Dickens.

16             COUNCIL MEMBER DICKENS: Aye.

17             COUNCIL CLERK: Dilan.

18             COUNCIL MEMBER DILAN: Aye on all.

19             COUNCIL CLERK: Eugene.

20             COUNCIL MEMBER EUGENE: I abstain on

21   556-A and yes on the others.

22             COUNCIL CLERK: Felder.

23             COUNCIL MEMBER FELDER: Aye.

24             COUNCIL CLERK: Fidler.

25             COUNCIL MEMBER FIDLER: I vote aye on

83

1    STATED COUNCIL MEETING

2    all, with the exception of Intro. 555, which I

3    abstain for cause for the reasons that I laid out at

4    the Finance Committee earlier today.

Page 77

D 0700

SM53007 V1.txt

```
 5                COUNCIL CLERK: Foster.

 6                COUNCIL MEMBER FOSTER: I vote aye on

 7   all, except Intro. 556-A, the street renaming. When

 8   we took out Sonny Carson, we failed to do it

 9   correctly, so I vote no.

10                COUNCIL CLERK: Gallagher.

11                COUNCIL MEMBER GALLAGHER: Aye on all.

12                COUNCIL CLERK: Garodnick.

13                COUNCIL MEMBER GARODNICK: Aye.

14                COUNCIL CLERK: Gennaro.

15                COUNCIL MEMBER GENNARO: Yes.

16                COUNCIL CLERK: Gentile.

17                COUNCIL MEMBER GENTILE: Aye on all.

18                COUNCIL CLERK: Gioia.

19                COUNCIL MEMBER GIOIA: Yes.

20                COUNCIL CLERK: Gonzalez.

21                COUNCIL MEMBER GONZALEZ: Aye on all.

22                COUNCIL CLERK: Ignizio.

23                COUNCIL MEMBER IGNIZIO: No on Land

24   Use 452 and companion Resolution 889. Aye on all

25   others.
```

84

```
 1   STATED COUNCIL MEETING

 2                COUNCIL CLERK: Jackson.

 3                COUNCIL MEMBER JACKSON: Aye on all.

 4                COUNCIL CLERK: James.

 5                COUNCIL MEMBER JAMES: Aye on all.

 6                COUNCIL CLERK: Katz.
```

Page 78

D 0701

SM53007 V1.txt

7         COUNCIL MEMBER KATZ: Aye on all.

8         COUNCIL CLERK: Koppell.

9         COUNCIL MEMBER KOPPELL: Aye.

10        COUNCIL CLERK: Lappin.

11        COUNCIL MEMBER LAPPIN: I vote aye on

12   all, with the exception of proposed Intro. 556-A, on

13   which I abstain.

14        COUNCIL CLERK: Liu.

15        COUNCIL MEMBER LIU: Yes.

16        COUNCIL CLERK: Mark-Viverito.

17        COUNCIL MEMBER MARK-VIVERITO: Aye.

18        COUNCIL CLERK: Martinez.

19        COUNCIL MEMBER MARTINEZ: Aye on all.

20        COUNCIL CLERK: McMahon.

21        COUNCIL MEMBER McMAHON: Aye on all.

22        COUNCIL CLERK: Mealy.

23        COUNCIL MEMBER MEALY: Aye on all, and

24   no on Intro. 556-A.

25        COUNCIL CLERK: Mendez.


85

1   STATED COUNCIL MEETING

2         COUNCIL MEMBER MENDEZ: Aye on all.

3         COUNCIL CLERK: Monserrate.

4         COUNCIL MEMBER MONSERRATE: Aye on

5   all, with the exception of 556-A, which I abstain

6   from.

7         COUNCIL CLERK: Recchia.

8         COUNCIL MEMBER RECCHIA: Aye.

Page 79

D 0702

SM53007 V1.txt

9              COUNCIL CLERK: Reyna.

10             COUNCIL MEMBER REYNA: Aye.

11             COUNCIL CLERK: Sanders.

12             COUNCIL MEMBER SANDERS: Aye.

13             COUNCIL CLERK: Sears.

14             COUNCIL MEMBER SEARS: Aye.

15             COUNCIL CLERK: Stewart.

16             COUNCIL MEMBER STEWART: Aye on all.

17             COUNCIL CLERK: Vacca.

18             COUNCIL MEMBER VACCA: Aye on all.

19             COUNCIL CLERK: Vallone.

20             COUNCIL MEMBER VALLONE: Aye.

21             COUNCIL CLERK: Vann.

22             COUNCIL MEMBER VANN: I vote aye on

23  all, except on principle I vote no on Intro. 556-A.

24             COUNCIL CLERK: Weprin.

25             COUNCIL MEMBER WEPRIN: Aye on all.



                                           86

1  STATED COUNCIL MEETING

2              COUNCIL CLERK: Yassky.

3              COUNCIL MEMBER YASSKY: Aye on all.

4              COUNCIL CLERK: Comrie.

5              COUNCIL MEMBER COMRIE: Aye on all.

6              COUNCIL CLERK: Oddo.

7              COUNCIL MEMBER ODDO: Yes.

8              COUNCIL CLERK: Rivera.

9              COUNCIL MEMBER RIVERA:  I vote aye.

10             COUNCIL CLERK: Speaker Quinn.

                    Page 80

D 0703

SM53007 V1.txt

11          SPEAKER QUINN: Aye on all.

12          COUNCIL CLERK: Eugene.

13          COUNCIL MEMBER EUGENE: I abstain on

14  556-A.

15          PUBLIC ADVOCATE GOTBAUM: All items on

16  today's General Order Calendar were adopted by a

17  vote of 47 in the affirmative, zero in the negative,

18  zero abstentions. With the exception of Intro. 555,

19  which is adopted by a vote of 46 in the affirmative,

20  zero negative, one abstention, and Intro. 556, which

21  was adopted by a vote of 40 in the affirmative, four

22  negative, three abstentions. And LU 434, 435, 436

23  and 445 and companion Resos, which were adopted by a

24  vote of 46 in affirmative, one negative and zero

25  abstentions.

                                                  87

1  STATED COUNCIL MEETING

2              Introduction and Reading of Bills.

3              SPEAKER QUINN: All bills are referred

4  to the committees as indicated.

5              PUBLIC ADVOCATE GOTBAUM: Any General

6  Discussion?

7              Council Member Fidler.

8              UNIDENTIFIED SPEAKER: Quiet, please.

9              COUNCIL MEMBER FIDLER: How

10  anti-climatic.

11              I just wanted to call my colleagues'

12  attention to a resolution that I have introduced

                     Page 81

D 0704

SM53007 V1.txt

13    today that asks the City of New York in all future

14    RFPs for youth workers that a COLA be included in

15    those RFPs.

16                PUBLIC ADVOCATE GOTBAUM: Quiet.

17                COUNCIL MEMBER FIDLER: I guess as

18    Chairman of the Youth Services Committee, I am

19    keenly aware of the incredible work that is done by

20    people who work in our youth programs frequently

21    underpaid --

22                PUBLIC ADVOCATE GOTBAUM: Quiet,

23    please.

24                UNIDENTIFIED SPEAKER: Quiet, please.

25                COUNCIL MEMBER FIDLER: And I just, I

                                                        88

1    STATED COUNCIL MEETING

2    think it's only fair that as time marches on and

3    inflation marches on, that those youth workers be

4    paid a proper living wage that includes a cost of

5    living increase when the programs go on.

6                And the second comment that I'd like

7    to make, you know, as we get --

8                PUBLIC ADVOCATE GOTBAUM: Quiet,

9    please.

10                COUNCIL MEMBER FIDLER: -- Back to the

11    business of the City of New York, and the budget

12    that we're dealing with again, I want to remind

13    everyone here again that tonight approximately 3,000

14    children will be sleeping on the streets of the City

                        Page 82

SM53007 V1.txt

15  of New York today, regardless of what the street is

16  named, without a shelter bed, without a transitional

17  living bed. That is a shame, and it is something

18  that we need to deal with in this budget.

19              Thank you.

20              PUBLIC ADVOCATE GOTBAUM: Council

21  Member Weprin.

22              COUNCIL MEMBER WEPRIN: Thank you,

23  Madam Public Advocate. I rise to ask my colleagues

24  to support Resolution 870, which is part of my

25  Ten-Point Auxiliary Officers Assistance Plan bill to

89

1  STATED COUNCIL MEETING

2  be introduced. This resolution calls upon the State

3  Legislature to amend certain sections of the New

4  York State Penal Law in order to make it a felony

5  offense to assault an auxiliary police officer, as

6  it is to assault a regular police officer.

7              I also had a press conference earlier

8  today with over 20 community-based organizations of

9  support --

10              PUBLIC ADVOCATE GOTBAUM: Quiet.

11              COUNCIL MEMBER WEPRIN: -- Of a $3

12  million budget initiative for autism. That

13  initiative will provide 1.5 million for an awareness

14  campaign, and 1.5 million for programmatic money.

15              The program is to be distributed in

16  all 51 Council districts, 30,000 for awareness,

Page 83

SM53007 V1.txt

17 30,000 for programmatic money. One in 150 children

18 are born with autism. One in 150. That number has

19 gone up dramatically in the City of New York. And

20 Commissioner Frieden, when he testified during the

21 budget hearings said --

22          PUBLIC ADVOCATE GOTBAUM: Quiet,

23 please.

24          COUNCIL MEMBER FIDLER: -- That autism

25 has become a major problem in New York City. We need


                                                    90

1 STATED COUNCIL MEETING

2 more initiatives. He thinks it's a good idea to put

3 more money into autism research. I'm wearing a

4 puzzle piece, if you notice, and a number of other

5 people are wearing a puzzle piece. The reason we're

6 wearing a puzzle piece is that is the symbol for

7 autism. Autism is a puzzle, and hopefully, with this

8 initiative we could help solve a little bit of that

9 puzzle, because we don't know what causes autism or

10 how to deal with it.

11          Thank you.

12          PUBLIC ADVOCATE GOTBAUM: Brewer.

13          COUNCIL MEMBER BREWER: Thank you. I

14 just rise to introduce some interns who are working

15 with us this summer. I would like to introduce David

16 Knockman from Dartmouth, Domenick Colajoichek from

17 Dartmouth, George Lee from Queens College, Kirstin

18 Shie from Barnard, and Laura Lightbody from New York

                    Page 84

SM53007 V1.txt

19  University. Thank you for all your assistance.

20            (Applause.)

21            PUBLIC ADVOCATE GOTBAUM: Council

22  Member Gentile.

23            COUNCIL MEMBER GENTILE: I'll just

24  bring my colleagues' attention to Intro. 579. It's

25  another piece of Legislation --



                                    91

1  STATED COUNCIL MEETING

2            PUBLIC ADVOCATE GOTBAUM: Quiet,

3  please.

4            COUNCIL MEMBER GENTILE: -- That again

5  helps to protect homeowners from the burdens imposed

6  by unsolicited flyers littered on one's property.

7            Homeowners, we all know, bear the

8  brunt of unsolicited materials and they also are

9  subjected to the fines and penalties. Under this

10  bill, Sanitation Enforcement Agents would be

11  prohibited from writing a summons on the basis of

12  unsolicited materials, such as circulars, menus,

13  handbills and other papers that litter our homes and

14  properties.

15            This bill, added to the others I've

16  introduced on Sanitation summonses, and other

17  colleagues have introduced, like Councilman Felder,

18  have come under the banner of making New Yorkers

19  partners and not targets in relation to enforcement.

20  So, I would ask my colleagues to look at Intro. 579.

Page 85

D 0708

SM53007 V1.txt

21  Thank you.

22              PUBLIC ADVOCATE GOTBAUM: Seeing

23  nobody else, the Council Meeting of May 30th is

24  closed.

25              (Hearing concluded at 3:53 p.m.)


                                                92


1

2              CERTIFICATION

3

4

5   STATE OF NEW YORK    )

6   COUNTY OF NEW YORK   )

7

8

9              I, CINDY MILLELOT, a Certified

10  Shorthand Reporter, do hereby certify that the

11  foregoing is a true and accurate transcript of the

12  within proceeding.

13              I further certify that I am not

14  related to any of the parties to this action by

15  blood or marriage, and that I am in no way

16  interested in the outcome of this matter.

17              IN WITNESS WHEREOF, I have hereunto

18  set my hand this 30th day of May 2007.

19

20

21

22

                    Page 86

D 0709

SM53007 V1.txt

23

---------------------

24          CINDY MILLELOT, CSR.

25


93


1

2        C E R T I F I C A T I O N

3

4

5

6

7

8

9        I, CINDY MILLELOT, a Certified Shorthand

10   Reporter and a Notary Public in and for the State of

11   New York, do hereby certify the aforesaid to be a

12   true and accurate copy of the transcription of the

13   audio tapes of this hearing.

14

15

16

17

18

19

20

21

22

23

24          ------------------------
            CINDY MILLELOT, CSR.
                Page 87

SM53007 V1.txt

25

D 0711

Exhibit N

# THE COUNCIL
# THE CITY OF NEW YORK
# AGENDA

## STATED MEETING
## May 30, 2007

**1.**                        **ROLL CALL**

**2.**                        **INVOCATION**
Delivered by: **Rev. Raymond Nobiletti, M. M.,** Church of the
Transfiguration, 29 Mott Street, New York, NY.

Motion to spread the invocation in full upon the record by **Council Member Gerson**

**3.**                        **ADOPTION OF MINUTES**
Motion that the Minutes of the Stated Meetings of **April 12, 2007 and April
23, 2007** be adopted as printed by **Council Member Garodnick**

**4.**            **MESSAGES & PAPERS FROM THE MAYOR**
                            **M 633**
Communication from the Mayor - Mayors veto and disapproval message of
**Introductory Number 83-A**, in relation to the protection of public employee
whistleblowers.
**Education**
                            **M 634**
Communication from the Mayor - "AN ACT to amend the administrative code
of the city of New York, in relation to a credit for certain household and
dependent care services against New York city personal income taxes."
**A.7834 / S.5803**
**State and Federal Legislation**

**5. COMMUNICATION FROM CITY, COUNTY & BOROUGH OFFICES**
                            **M 635**
Communication from the NYC Department of Health and Mental Hygiene –
Submitting report on child care activity, for the time period of January through
March 2007, pursuant to Section 17-920 of the administrative code.
**Received, Ordered, Printed and Filed**

I

**M 636**

Communication from the Department of Finance - Submitting, Third Party Transfer Program Brooklyn, In Rem Action No. 50, Community Districts No. 2, 3, 4, 5, 8, 13, 16, Council Districts No. 35, 36, 37, 41, 42, 48.
**Housing and Buildings**

**M 637**

Communication from the Department of Finance - Submitting, Third Party Transfer Program Brooklyn, In Rem Action No. 50, Community Districts No. 3, 4, 5, 7, 8, 9, 13, 16, Council Districts No. 34, 35, 36, 37, 38, 40, 41, 42, 48.
**Housing and Buildings**

**6.**          **PETITIONS & COMMUNICATIONS**
None

**7.**          **LAND USE CALL-UPS**
None

**8.**          **COMMUNICATION FROM THE SPEAKER**

**9.**          **DISCUSSION OF GENERAL ORDERS**

**10.**         **REPORT OF SPECIAL COMMITTEES**
None

**11.**         **REPORTS OF STANDING COMMITTEES**
**Report of the Committee on Finance**
**Int 555**

A Local Law to amend the administrative code of the city of New York, in relation to the establishment of the Court-Livingston-Schemerhorn business improvement district.
**Coupled on GO**

**Preconsidered Res 862**

Resolution concerning the establishment of the Sunnyside Business Improvement District in the Borough of Queens and setting the date, time and place for the public hearing to hear all persons interested in the establishment of such district.
**Coupled on GO**

**Preconsidered L.U. 456 & Res 871**

500 West 42nd Street, 502-506 West 42nd Street, Manhattan, Community District No. 4, Council District No. 3.
**Coupled on GO**

**Preconsidered L.U. 457 & Res 872**

The Plaza (Noble Drew Ali Plaza), 37 New Lots Avenue, 230-232, 240-242, 250-252 Lott Avenue, 11-21, 23-25, New Lots Avenue, Brooklyn, Community District No. 16, Council District No. 42.
**Coupled on GO**

**Preconsidered L.U. 458 & Res 873**

Section 202 Supportive Housing Program for the Elderly, Antlers Apartments, 2079 Frederick Douglass Boulevard, Manhattan, Community District No. 10, Council District No. 9
**Coupled on GO**

D 0094

## Report of the Committee on Fire and Criminal Justice Services
### Int 496-A

An Amended Local Law to amend the administrative code of the city of New York, in relation to mandating that the commissioner of the fire department promulgate rules requiring certain building owners to file a list with the fire department indicating the number of each floor of the building.
**Amended and Coupled on GO**

## Report of the Committee on Housing and Buildings
### Int 561-A

An Amended Local Law to amend the administrative code of the city of New York, in relation to an alternative enforcement program by the department of housing preservation and development for violations of the housing maintenance code and multiple dwelling law.
**Amended and Coupled on GO**

## Report of the Committee on Land Use
### L.U. 375 & Res 874

Uniform land use review procedure application no. **C 070258 HAM**, an Urban Development Action Area Designation and Project, located at 2735 Frederick Douglass Boulevard, and the disposition of such property, Borough of Manhattan, Council District no. 7. This matter is subject to Council Review and action pursuant to §197-c and §197-d of the New York City Charter and Article 16 of the General Municipal Law.
**Coupled to be Filed Pursuant to Letter of Withdrawal**

### L.U. 376 & Res 875

Uniform land use review procedure application no. **C 070259 HAM**, an Urban Development Action Area Designation and Project, located at 2110, 2112, 2114, 2116 and 2118 Frederick Douglass Boulevard, and the disposition of the city-owned property, Borough of Manhattan, Council District no. 9. This matter is subject to Council Review and action pursuant to §197-c and §197-d of the New York City Charter and Article 16 of the General Municipal Law.
**Coupled on GO**

### L.U. 386 & Res 876

Uniform land use review procedure application no. **C 070256 HAX**, an Urban Development Action Area Designation, Project, and the disposition of such property located at 1434-8 Morris Avenue, Borough of the Bronx, Council District no. 16.
**Coupled on GO**

### L.U. 397 & Res 877

Application no. **20075265 HAK**, an Urban Development Action Area Project known as Lincoln Avenue, located in Community Board 5, Council District no. 42, Borough of Brooklyn. This matter is subject to Council review and action pursuant to Article 16 of the New York General Municipal Law, at the request of the New York City Department of Housing Preservation and Development, and pursuant to Section 696 of the General Municipal Law for an exemption from real property taxes.
**Coupled on GO**

D 0095

### L.U. 405 & Res 878

Application no. **20075313 HAQ**, an Urban Development Action Area Project known as Edgemere Phase B2, located in Community Board 14, Council District no. 31, Borough of Queens. This matter is subject to Council review and action pursuant to Article 16 of the New York General Municipal Law, at the request of the New York City Department of Housing Preservation and Development, and pursuant to Section 696 of the General Municipal Law for an exemption from real property taxes.
**Coupled on GO**

### L.U. 420 & Res 879

Uniform land use review procedure application no. **C 070283 HUM** pursuant to §197-c and §197-d of the Charter of the City of New York and §505 of the General Municipal Law concerning the approval of an amendment to the Central Harlem East Urban Renewal Plan, Borough of Manhattan, Council District no. 9.
**Coupled on GO**

### L.U. 421 & Res 880

Uniform land use review procedure application no. **C 070284 HAM**, an Urban Development Action Area Designation, Project, and the disposition of such property located at 27, 25, 23 and 21 West 128th Street, Borough of Manhattan, Council District no. 9.
**Coupled on GO**

### L.U. 423 & Res 881

Application no. **20075333 HAX**, an Urban Development Action Area Project located at 1091 Prospect Avenue, Council District no. 17, Borough of the Bronx.
**Coupled on GO**

### L.U. 431 & Res 882

Application no. **20075299 HKQ** (N 070369 HKQ), pursuant to §3020 of the Charter of the City of New York, concerning the designation (List No.386, LP-2172) by the Landmarks Preservation Commission of the Sohmer & Co Piano Factory Building, Council District no. 22.
**Coupled on GO**

### L.U. 434

Uniform land use review procedure application no. **C 070133 PPM**, pursuant to §197-c and §197-d of the New York City Charter concerning the disposition of one city-owned property, located at 120 East 125th Street, Borough of Manhattan, Council District no. 8.
**Approved with Modifications and Referred to the City Planning Commission pursuant to Rule 11.70(b) of the Rules of the Council and Section 197-(d) of the New York City Charter.**

### L.U. 435

Uniform land use review procedure application no. **C 070134 PPK**, pursuant to §197-c and §197-d of the New York City Charter concerning the disposition of one city-owned property, located at 299 DeGraw Street, Borough of Brooklyn, Council District no. 39.
**Approved with Modifications and Referred to the City Planning Commission pursuant to Rule 11.70(b) of the Rules of the Council and Section 197-(d) of the New York City Charter.**

D 0096

## L.U. 436

Uniform land use review procedure application no. **C 070136 PPQ**, pursuant to §197-c and §197-d of the New York City Charter concerning the disposition of one city-owned property, located at 58-03 Rockaway Beach Boulevard, Borough of Queens, Council District no. 31.

**Approved with Modifications and Referred to the City Planning Commission pursuant to Rule 11.70(b) of the Rules of the Council and Section 197-(d) of the New York City Charter.**

## L.U. 440 & Res 883

Application no. **20075381 HAK**, an Urban Development Action Area Project known as Armstrong/Jackson ENY2A, located in Community Board 5, Council District no. 42, Borough of Brooklyn.

**Coupled on GO**

## L.U. 445

Uniform land use review procedure application no. **C 070135 PPK**, pursuant to §197-c and §197-d of the New York City Charter concerning the disposition of one city-owned property, located at 136 Wythe Avenue, Borough of Brooklyn, Council District no. 33.

**Approved with Modifications and Referred to the City Planning Commission pursuant to Rule 11.70(b) of the Rules of the Council and Section 197-(d) of the New York City Charter.**

## L.U. 446 & Res 884

Application no. **20075471 HAX**, an Urban Development Action Area Project located at 400 East 161st Street, Council District no. 17, Borough of the Bronx. This matter is subject to Council review and action pursuant to Article 16 of the New York General Municipal Law, at the request of the New York City Department of Housing Preservation and Development, and pursuant to Section 577 of the Private Housing Finance Law for an exemption from real property taxes.

**Coupled on GO**

## L.U. 447 & Res 885

Application no. **20075472 HAK**, an Urban Development Action Area Project known as Ocean Hill Brownsville Cluster 6, located in Community Board 16, Council District no. 41, Borough of Brooklyn.

**Coupled on GO**

## L.U. 448 & Res 886

Application no. **20075473 HAK**, an Urban Development Action Area Project located at 323 Atkins Avenue, Council District no. 42, Borough of Brooklyn.

**Coupled on GO**

## L.U. 450 & Res 887

Application no. **20075319 HKM** (N 070388 HKM), pursuant to §3020 of the Charter of the City of New York, concerning the designation (List No.387, LP-2210) by the Landmarks Preservation Commission of 354 West 11th Street House, Council District no. 3.

**Coupled on GO**

D 0097

### L.U. 451 & Res 888

Application no. **20075320 HKM** (N 070389 HKM), pursuant to §3020 of the Charter of the City of New York, concerning the designation (List No.387, LP-2211) by the Landmarks Preservation Commission of 159 Charles Street House, Council District no. 3.
**Coupled on GO**

### L.U. 452 & Res 889

Application no. **20075321 HKM** (N 070390 HKM), pursuant to §3020 of the Charter of the City of New York, concerning the designation (List No.387, LP-2212) by the Landmarks Preservation Commission of the Keller Hotel located at 150 Barrow Street (a.k.a. 384-385 West Street), Council District no. 3.
**Coupled on GO**

### L.U. 454 & Res 890

Application no. **20075274 TCM**, pursuant to §20-226 of the Administrative Code of the City of New York, concerning the petition of 22 East 54th Street Corp., to establish, maintain and operate an unenclosed sidewalk café located at 22 East 54th Street, Borough of Manhattan, Council District no. 3. This application is subject to review and action by the Land Use Committee only if called-up by vote of the Council pursuant to Rule 11.20b of the Council and §20-226(g) of the New York City Administrative Code.
**Coupled on GO**

### Preconsidered L.U. 459 & Res 891

Application no. **20075210 SCQ**, a proposed site for a 650 seat primary/intermediate facility located at 65th Drive, Juniper Valley Road, 69th Place and 70th Street in Council District no. 30, Borough of Queens. This matter is subject to Council review and action pursuant Section 1732 of the New York State Public Authorities Law.
**Coupled on GO**

12.  ### GENERAL ORDER CALENDAR
### Int 556-A

An Amended Local Law in relation to the naming of 51 thoroughfares and public places, Alvin Ailey Place, Borough of Manhattan, Angela Padavano Way, Borough of Staten Island, Bro. George Washington Way "Legendary Boxing Trainer", Borough of Brooklyn, Patrick Sullivan 9-11 Memorial Way, Borough of Brooklyn, Officer Timothy M. Hurley Way, Borough of Brooklyn, Edgar Garzon Corner, Borough of Queens, O' Donnell Way, Borough of Manhattan, Ruth Poindexter Plaza, Borough of the Bronx, Robert A. Breen Way, Borough of Staten Island, Lance Cpl. Michael V. Postal Triangle, Borough of Queens, Bishop Roy L. Gilmore, Sr. Way, Borough of Queens, Daniela R. Notaro Way, Borough of Staten Island, Lt. James D. Hicks Way, Borough of Staten Island, Robert Merrill Way, Borough of Brooklyn, Granville T. Woods Way, Borough of Brooklyn, Grace Nichilo Place, Borough of Brooklyn, Harry Schwartz Way, Borough of Brooklyn, Bobby Draxdorf Way, Borough of Brooklyn, Bernice Singletary Square, Borough of Manhattan, Boimah Cooper Drive, Borough of Staten Island, NYS Senator Mark W. Allen Way, Borough of Staten Island, East 143rd Street, Borough of the Bronx, Casita Maria Way, Borough of the Bronx, Hugh White Jr. Way, Borough of Staten Island, Eileen Sweeney Place, Borough of Manhattan, Joe Imp's Place, Borough of Queens, Joseph M. Rota Place, Borough of Queens, Charlie Santiago Drive, Borough of Brooklyn, Tajmere

D 0098

Clark Way, Borough of Brooklyn, Bernie Wohl Way, Borough of Manhattan, Donald Engeldrum Way, Borough of the Bronx, Rev. Howard Weaving Way, Borough of the Bronx, Bishop Willie B. McNeil Corner, Borough of Brooklyn, FF Michael C. Reilly Way, Borough of the Bronx, Lieutenant Howard Carpluk Place, Borough of the Bronx, Captain John J. McKenna IV Lane, Borough of Brooklyn, Charles A. Pringle Jr., Esq. Way, Borough of Queens, Freddie Dill, Sr. Avenue, Borough of Queens, Thomas Guidice Way, Borough of Brooklyn, Father Donald J. Kenna Way, Borough of Brooklyn, Betty "Moe" Trezza Way, Borough of Brooklyn, Crossing Guard Joan Rice Way, Borough of Staten Island, The Honorable Nicholas Coffinas Way, Borough of Brooklyn, P.O. William Rivera Way, Borough of Brooklyn, Gargiulo's Way, Borough of Brooklyn, Edwin G. Suarez Way, Borough of Manhattan, The Honorable Percy E. Sutton Avenue, Borough of Manhattan, Abrian Gonzalez Place, Borough of Brooklyn, Red Hook Lane: Heritage Trail, Borough of Brooklyn, Marlene Rivera Walk NYPD Police Officer, Borough of Brooklyn, Jerry Orbach Way, Borough of Manhattan and the repeal of section 1 of local law number 41 for the year 1993 and section 34 of local law number 34 for the year 2003.
**Coupled on GO**


### L.U. 434 & Res 892
ULURP Application no. **C 070133 PPM** with modification, a disposition of City-owned property, Community Board 11, Manhattan
**Coupled on GO**


### L.U. 435 & Res 893
ULURP Application no. **C 070134 PPK** with modifications, a disposition of City-owned property, Community Board 6, Brooklyn
**Coupled on GO**


### L.U. 436 & Res 894
ULURP Application no. **C 070136 PPQ** with modification, a disposition of City-owned property, Community Board 14, Queens
**Coupled on GO**


### L.U. 445 & Res 895
ULURP Application no. **C 070135 PPK** with modification, a disposition of City-owned property, Community Board 1, Brooklyn
**Coupled on GO**


Commissioner of Deeds
**Coupled on GO**

D 0099

## COUPLED ON GENERAL ORDER CALENDAR
### Finance
**Int 555 -** Establishment of the Court-Livingston-Schemerhorn business improvement district.
**GO**

**Preconsidered Res 862 -** Setting the date, time and place for the public hearing to hear all persons interested in the establishment of Sunnyside Business Improvement District in the Borough of Queens.
**GO**

**Preconsidered L.U. 456 & Res 871 -** 500 West 42nd Street, 502-506 West 42nd Street, Manhattan, Community District No. 4, Council District No. 3.
**GO**

**Preconsidered L.U. 457 & Res 872 -** The Plaza (Noble Drew Ali Plaza), 37 New Lots Avenue, 230-232, 240-242, 250-252 Lott Avenue, 11-21, 23-25, New Lots Avenue, Brooklyn, Community District No. 16, Council District No. 42.
**GO**

**Preconsidered L.U. 458 & Res 873 -** Section 202 Supportive Housing Program for the Elderly, Antlers Apartments, 2079 Frederick Douglass Boulevard, Manhattan, Community District No. 10, Council District No. 9
**GO**

### Fire and Criminal Justice Services
**Int 496-A -** Mandating that the commissioner of the fire department promulgate rules requiring certain building owners to file a list with the fire department indicating the number of each floor of the building.
**A and GO**

### Housing and Buildings
**Int 561-A -** Alternative enforcement program by the department of housing preservation and development for violations of the housing maintenance code and multiple dwelling law.
**A and GO**

### Land Use
**L.U. 375 & Res 874 -** ULURP, app. **C 070258 HAM**, UDAADP, 2735 Frederick Douglass Boulevard, of Manhattan, Council District no. 7.
**Filed**
**L.U. 376 & Res 875 -** ULURP, app. **C 070259 HAM**, UDAADP, 2110, 2112, 2114, 2116 and 2118 Frederick Douglass Boulevard, Manhattan, CD 9.
**GO**
**L.U. 386 & Res 876 -** ULURP, app. **C 070256 HAX**, UDAADP, 1434-8 Morris Avenue, Borough of the Bronx, Council District no. 16.
**GO**
**L.U. 397 & Res 877 -** App. **20075265 HAK**, UDAAP, Lincoln Avenue, located in Community Board 5, Council District no. 42, Borough of Brooklyn.
**GO**
**L.U. 405 & Res 878 -** App. **20075313 HAQ**, UDAAP, Edgemere Phase B2, located in Community Board 14, Council District no. 31, Borough of Queens.
**GO**

8

**L.U. 420 & Res 879 -** ULURP, app. **C 070283 HUM** Central Harlem East Urban Renewal Plan, Borough of Manhattan, Council District no. 9.
**GO**

**L.U. 421 & Res 880 -** ULURP, app. **C 070284 HAM**, UDAADP, 27, 25, 23 and 21 West 128th Street, Borough of Manhattan, Council District no. 9.
**GO**

**L.U. 423 & Res 881 -** App. **20075333 HAX**, UDAAP, 1091 Prospect Avenue, Council District no. 17, Borough of the Bronx.
**GO**

**L.U. 431 & Res 882 -** App. **20075299 HKQ** (N 070369 HKQ), Landmarks Preservation Commission of the Sohmer & Co Piano Factory Building, CD 22.
**GO**

**L.U. 440 & Res 883 -** App. **20075381 HAK**, UDAAP, Armstrong/Jackson ENY2A, located in Community Board 5, Council District no. 42, Brooklyn.
**GO**

**L.U. 446 & Res 884 -** App. **20075471 HAX**, UDAAP, 400 East 161st Street, Council District no. 17, Borough of the Bronx.
**GO**

**L.U. 447 & Res 885 -** App. **20075472 HAK**, UDAAP, Ocean Hill Brownsville Cluster 6, located in Community Board 16, Council District no. 41, Brooklyn.
**GO**

**L.U. 448 & Res 886 -** App. **20075473 HAK**, UDAAP, 323 Atkins Avenue, Council District no. 42, Borough of Brooklyn.
**GO**

**L.U. 450 & Res 887 -** App. **20075319 HKM** (N 070388 HKM), Landmarks Preservation Commission of 354 West 11th Street House, CD 3.
**GO**

**L.U. 451 & Res 888 -** App. **20075320 HKM** (N 070389 HKM), Landmarks Preservation Commission of 159 Charles Street House, CD 3.
**GO**

**L.U. 452 & Res 889 -** App. **20075321 HKM** (N 070390 HKM), Keller Hotel located at 150 Barrow Street (a.k.a. 384-385 West Street), CD 3.
**GO**

**L.U. 454 & Res 890 -** App. **20075274 TCM**, unenclosed sidewalk café located at 22 East 54th Street, Borough of Manhattan, Council District no. 3.
**GO**

**Preconsidered L.U. 459 & Res 891 -** App. **20075210 SCQ**, 650 seat primary/intermediate facility located at 65th Drive, Juniper Valley Road, 69th Place and 70th Street in Council District no. 30, Borough of Queens.
**GO**

## GENERAL ORDER CALENDAR

**Int 556-A -** An Amended Local Law in relation to the naming of 51 thoroughfares and public places.
**GO**

**L.U. 434 & Res 892 -** ULURP Application no. **C 070133 PPM** with modification, a disposition of City-owned property, Community Board 11, Manhattan
**GO**

9

**L.U. 435 & Res 893 -** ULURP Application no. **C 070134 PPK** with modifications, a disposition of City-owned property, Community Board 6, Brooklyn
**GO**
**L.U. 436 & Res 894 -** ULURP Application no. **C 070136 PPQ** with modification, a disposition of City-owned property, Community Board 14, Queens
**GO**
**L.U. 445 & Res 895 -** ULURP Application no. **C 070135 PPK** with modification, a disposition of City-owned property, Community Board 1, Brooklyn
**GO**

Commissioner of Deeds
**GO**

**Roll Call**

13.         **INTRODUCTION & READING OF BILLS**
                    See Attached

14.         **DISCUSSION OF RESOLUTIONS**

15.              **RESOLUTIONS**
                    None

16.         **GENERAL DISCUSSION**

17.         **EXTENSION OF REMARKS**

D 0102

## INTRODUCTION AND READING OF BILLS
### Res 854

By Council Member Addabbo:
Resolution calling on the New York State Legislature to support Assembly Bill A.01022, known as the state financial incentive protection act, a bill that would amend the New York state urban development corporation act by creating state agency reporting requirements and providing penalties for businesses and corporations receiving state economic development benefits that leave the state or outsource jobs from the state.
**Economic Development**

### SLR 55

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Golden, **S.4897**, and Assembly Member Abbate, **A.4378**, "AN ACT to amend the retirement and social security law and the administrative code of the city of New York, in relation to coverage for additional members of the New York city employees' retirement system".
**State and Federal Legislation**

### SLR 56

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Maltese, **S.5382**, and Assembly Member Abbate, **A.4465**, "AN ACT to amend the administrative code of the city of New York, in relation to health insurance coverage for surviving spouses of members of the fire department engaged in performing emergency medical services in the city of New York who are enrolled in a health insurance plan".
**State and Federal Legislation**

### SLR 57

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Maltese, **S.3412**, and Assembly Member Abbate, **A.6167**, "AN ACT to amend the administrative code of the city of New York, in relation to allowing members of the police pension fund to obtain retirement credit for certain periods of New York police department cadet corps service".
**State and Federal Legislation**

### SLR 58

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Maltese, **S.3600-A**, and Assembly Member Abbate, **A.6536-A**, "AN ACT to amend the administrative code of the city of New York, in relation to terminal leave".
**State and Federal Legislation**

D 0103

## SLR 59

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Maltese, **S.3258**, and Assembly Member Cymbrowitz, **A.6237**, "AN ACT to amend the general municipal law, in relation to certain impairments of health presumed incurred in the performance of duty".
**State and Federal Legislation**

## SLR 60

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Padavan, **S.3994**, and Assembly Member Abbate, **A.6542**, "AN ACT to amend the retirement and social security law, in relation to the employment of retired New York city police personnel".
**State and Federal Legislation**

## SLR 61

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Maltese, **S.2799**, and Assembly Member Seminerio, **A.4977**, "AN ACT to amend the administrative code of the city of New York, in relation to the correction officers' variable supplements fund".
**State and Federal Legislation**

## SLR 62

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Padavan, **S.2486**, and Assembly Member Abbate, **A.4704**, "AN ACT to amend the retirement and social security law, in relation to accidental disability for certain members of the New York city employees' retirement system or the New York city board of education retirement system".
**State and Federal Legislation**

## SLR 63

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Golden, **S.783**, and Assembly Member Farrell, **A.1394**, "AN ACT to amend the county law, in relation to the minimum annual salary of the county clerks of certain counties".
**State and Federal Legislation**

## SLR 64

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Maltese, **S.4410**, and Assembly Member Abbate, **A.7384**, "AN ACT to amend the administrative code of the city of New York, in relation to the crediting of prior service by the police pension fund of such city".
**State and Federal Legislation**

D 0104

## SLR 65

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Maltese, **S.5350**, and Assembly Member Abbate, **A.4463**, "AN ACT to amend the administrative code of the city of New York, in relation to the establishment of a twenty year retirement program for members of the New York city employees' retirement system employed as fire alarm dispatchers; and to amend the retirement and social security law, in relation to the establishment of twenty year retirement programs for such members who are subject to articles 11 and 15 of such law".
**State and Federal Legislation**

## SLR 66

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Lanza, **S.4921**, and Assembly Member Cusick, **A.8027**, "AN ACT to authorize the city of New York to discontinue certain land as park land".
**State and Federal Legislation**

## SLR 67

By Council Member Baez:
State Legislation Resolution requesting the New York State Legislature to pass bills introduced by Senator Padavan, **S.5945**, and Assembly Member Farrell, **A.8689**, "AN ACT to amend the real property tax law, in relation to the determination of adjusted base proportions in special assessing units which are cities for the fiscal year 2008".
**State and Federal Legislation**

## Res 855

By Council Member Barron:
Resolution calling upon the Commissioner of the New York State Department of Education to mandate that courses in Africa and African-American history be taught in all high schools and that all students must complete such courses to graduate.
**Education**

## Int 577

By Council Member Comrie:
A Local Law to amend the administrative code of the city of New York, in relation to billiard and pocket billiard rooms.
**Consumer Affairs**

## Res 856

By Council Member Comrie:
Resolution recognizing the contributions of Caribbean Americans and people of Caribbean descent to the City of New York and designating the month of June as "Caribbean Heritage Month".
**Cultural Affairs, Libraries & International Intergroup Relations**

D 0105

### Int 578

By Council Member Dilan (by request of the Mayor):

A Local Law to amend the New York city charter and the administrative code of the city of New York, in relation to enacting the New York city construction codes and repealing chapter 1 of title 26 of the administrative code, sections 27-106, 27-124, 27-125, 27-126, 27-127, 27-128, 27-129, 27-130, 27-131, 27-132, 27-133, 27-134, 27-135, 27-136 and 27-137 of the administrative code, articles 9, 10, 11, 12, 13, 14,15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25 and 27 of subchapter 1 of chapter 1 of title 27 of the administrative code, subchapter 19 of chapter 1 of title 27 of the administrative code and chapters 1, 2, 3, 5, 6, 7 and 8 of title 28 of the administrative code.

**Housing and Buildings**

### Res 857

By Council Member Fidler:

Resolution calling upon the Department of Youth and Community Development to ensure that funding provided to youth programs pursuant to all Request for Proposals is at a level that ensures that youth workers receive a cost of living adjustment and are adequately compensated for the services they provide the City of New York.

**Youth Services**

### Res 858

By Council Member Foster:

Resolution calling upon the United States Congress to repeal the 1998 amendments to the Higher Education Act of 1965 that bar students with previous drug convictions from receiving federal aid for college.

**Higher Education**

### Res 859

By Council Member Foster:

Resolution calling upon the Housing Part of the Civil Court of the City of New York to prominently display the Housing Court Bill of Rights and to make copies available to the litigants in the 160,000 new eviction cases calendared annually.

**Housing and Buildings**

### Res 860

By Council Member Foster:

Resolution commemorating the 82nd birthday of Malcolm X on May 19, 2007.

**Cultural Affairs, Libraries & International Intergroup Relations**

D 0106

**Res 861**

By Council Member Gennaro:
Resolution calling upon the New York State Legislature to pass Assembly bill 04699 and Senate bill 2487, which would amend the Mental Hygiene Law in relation to applications for substance abuse facilities in New York City.
**Mental Health, Mental Retardation, Alcoholism, Drug Abuse & Disability Services**

**Int 579**

By Council Member Gentile:
A Local Law to amend the administrative code of the city of New York, in relation to civil penalties for violations of the littering law.
**Sanitation and Solid Waste Management**

**Int 580**

By Council Member Gerson:
A Local Law to amend the administrative code of the city of New York, in relation to publishing a guide instructing businesses of the rules and regulations governing operation of certain businesses.
**Small Business**

**Preconsidered Res 862**

By Council Member Gioia (by request of the Mayor):
Resolution concerning the establishment of the Sunnyside Business Improvement District in the Borough of Queens and setting the date, time and place for the public hearing to hear all persons interested in the establishment of such district.
**Finance**

**Res 863**

By Council Member Gonzalez:
Resolution calling on the New York State Assembly and the New York State Senate to pass the Safe Harbor for Exploited Children Act, which would create a continuum of services to address the needs of New York's sexually exploited children.
**Juvenile Justice**

**Res 864**

By Council Member James:
Resolution calling upon the New York State Office of Children and Family Services to rescind the regulation requiring applicants for and recipients of subsidized child care to actively pursue child support from the non-custodial parent.
**General Welfare**

D 0107

### Res 865

By Council Member James:
Resolution calling upon the New York City Police Department to initiate a study evaluating the quality of the police services provided by the Housing Bureau to public housing residents.
**Public Safety**

### Int 581

By Council Members Liu, Addabbo, Gallagher, Jackson, James, Lappin, Mealy, Palma, Reyna and Seabrook:
A Local Law to amend the administrative code of the city of New York, in relation to the replacement of priority regulatory signs.
**Transportation**

### Int 582

By Council Member McMahon:
A Local Law to amend the administrative code of the city of New York, in relation to interfering with employees of the department of sanitation.
**Sanitation and Solid Waste Management**

### Int 583

By Council Member McMahon:
A Local Law to amend the administrative code of the city of New York, in relation to the frequency of Staten Island ferry service.
**Transportation**

### Res 866

By Council Member Monserrate:
Resolution denouncing the exorbitant increases in fees for immigration and naturalization benefit applications and petitions proposed by the United States Citizenship and Immigration Service.
**Immigration**

### Int 584

By Council Member Nelson:
A Local Law to amend the administrative code of the city of New York, in relation to civil penalties for violations of the littering law.
**Sanitation and Solid Waste Management**

### Res 867

By Council Member Nelson:
Resolution calling upon the United States Congress to support the appropriation of $5 million in the National Park Services FY 08 Construction Budget for the remediation of hazardous materials at Governors Island National Monument.
**Parks and Recreation**

D 0108

**Res 868**

By Council Member Nelson:
Resolution calling upon the State of New York to set forth specific provisions for the timely construction of cellular phone towers along Interstate Highway 87 in order to eliminate any areas where cell phone service is not available.
**State and Federal Legislation**

**Res 869**

By Council Members Stewart and Addabbo:
Resolution calling upon the New York State Legislature to pass Assembly Bill 6119 and Senate Bill 1551, collectively known as the "Safe Staffing for Quality Care Act," to ensure adequate nursing care at acute care facilities.
**Health**

**Int 585**

By Council Member Weprin (by request of the Mayor):
A Local Law to amend the administrative code of the city of New York, in relation to the establishment of the Sunnyside business improvement district.
**Finance**

**Res 870**

By Council Member Weprin:
Resolution calling upon the New York State Legislature to amend the New York State Penal Law, so that assault on Auxiliary Police officers is classified as a felony.
**Public Safety**

**Preconsidered L.U. 456**

By Council Member Weprin:
500 West 42nd Street, 502-506 West 42nd Street, Manhattan, Community District No. 4, Council District No. 3.
**Finance**

**Preconsidered L.U. 457**

By Council Member Weprin:
The Plaza (Noble Drew Ali Plaza), 37 New Lots Avenue, 230-232, 240-242, 250-252 Lott Avenue, 11-21, 23-25, New Lots Avenue, Brooklyn, Community District No. 16, Council District No. 42.
**Finance**

**Preconsidered L.U. 458**

By Council Member Weprin:
Section 202 Supportive Housing Program for the Elderly, Antlers Apartments, 2079 Frederick Douglass Boulevard, Manhattan, Community District No. 10, Council District No. 9
**Finance**

D 0109

### Preconsidered L.U. 459

By Council Member Katz:

Application no. **20075210 SCQ**, a proposed site for a 650 seat primary/intermediate facility located at 65th Drive, Juniper Valley Road, 69th Place and 70th Street in Council District no. 30, Borough of Queens. This matter is subject to Council review and action pursuant Section 1732 of the New York State Public Authorities Law.

**Landmarks, Public Siting and Maritime Uses**

### L.U. 460

By Council Member Katz:

Application no. **20075406 TCX**, pursuant to §20-226 of the Administrative Code of the City of New York, concerning the petition of T.P. Restaurant d.b.a. Shrimp Box Restaurant, to establish, maintain and operate an unenclosed sidewalk café located at 64 City Island Avenue, Borough of the Bronx, Council District no. 13.

**Zoning and Franchises**

### L.U. 461

By Council Member Katz:

Application no. **20075520 HAQ**, an Urban Development Action Area Project located at 37-60 98th Street, Council District no. 21, Borough of Queens. This matter is subject to Council review and action pursuant to Article 16 of the New York General Municipal Law, at the request of the New York City Department of Housing Preservation and Development.

**Planning, Dispositions and Concessions**

D 0110

# Exhibit O