UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

VIOLA PLUMMER,

                              Plaintiff,

   - against -

CHRISTINE QUINN, Speaker of the City Council,
CITY OF NEW YORK

                              Defendants.

------------------------------------------------------------ x

**ORDER**

CV-07-6154 (WHP)

WILLIAM H. PAULEY III, District Judge:

        Counsel for the defendants having requested leave to manually file defendants' Declaration of Eric Eichenholtz, dated October 30, 2007 in support of defendants' motion for summary judgment and the exhibits annexed thereto (the "Eichenholtz Declaration") so that defendants may file material that cannot be filed through the ECF system, it is hereby ORDERED that:

        1. The Clerk shall accept the original copy of the Eichenholtz Declaration for filing manually.

        2. The Eichenholtz Declaration shall be deemed timely filed so long as it is filed within five days of the date of this order.

Dated: New York, New York
       October 31, 2007

                                                            WILLIAM H. PAULEY III
                                                            United States District Judge