UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

ECF CASE

VIOLA PLUMMER,

        Plaintiff,

07 Civ. 6154 (WHP)

-against-

DECLARATION OF ROGER WAREHAM IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

CHRISTINE QUINN, Speaker of the Council of the City of New York,

        Defendant.
----------------------------------------------------------------x

ROGER S. WAREHAM declares, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, that the following is true and correct:

1. I am one of the attorneys for Plaintiff Viola Plummer in the above-captioned action. I submit this declaration in support of Plaintiff's opposition to defendant's motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2. Annexed hereto as Exhibits "1" through "2" are documents taken in this action that are relied upon and cited in Plaintiff's Local Rule 56.1 Statement and memorandum of law, submitted herewith in support of Plaintiff's opposition to Defendants' motion for summary judgment. These documents are as follows:

    1. An excerpt of the New York City Charter which addresses the City Council of New York City.

    2. A copy of the "New York City Council Policy against Employment Discrimination and Unlawful Harassment" of June 13, 2006.

WHEREFORE, plaintiff respectfully requests that this Court deny defendants' motion for

summary judgment in its entirety.

Dated:     Brooklyn, New York
           November 13, 2008

                                        _____
                                        ROGER S. WAREHAM (RW4751)
                                        394 Putnam Avenue
                                        Brooklyn, NY 11216
                                        (718) 230-5270