```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

VIOLA PLUMMER,  :

           Plaintiff, : 07 Civ. 6154 (WHP)

    -against- : ORDER

CHRISTINE QUINN, Speaker of the City :
Council
                           :
          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        By undated letter received by this Court on November 16, 2006, Joan P. Gibbs, Esq. of the Center for Law and Social Justice requests permission to file a brief as amicus curiae in this action. A copy of the brief offered for filing is annexed to Ms. Gibbs' letter. By separate letter dated November 9, 2007 but not received by this Court until November 14, 2007, Anthony S. Chilliest of Donaldson, Chilliest & McDaniel, LLP requests permission to file a brief as amicus curiae on behalf of "several [unidentified] members of the New York State Legislature." Unlike Ms. Gibbs, Mr. Chillest does not attach a copy of his proposed brief, but rather seeks an indefinite extension of time in which to prepare one.

        At Plaintiff's request, the Court has endeavored to place this action on an expedited schedule. A trial is scheduled to begin on February 25, 2007. The time to consider briefing on the Defendant's pending motion for summary judgment is limited. In these circumstances, Mr. Chilliest's request for an indefinite extension of time is denied. Ms. Gibbs' brief is accepted by the Court and her application to appear as amicus curiae is granted. Defendant is directed to file a supplemental opposition to Ms. Gibbs' submission by December

18, 2007. No reply on the <u>amicus</u> submission will be permitted. Oral argument on Defendant's motion for summary judgment is adjourned to January 3, 2008 at 11:00 a.m.

Dated: November 19, 2007
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Counsel of Record:*

Roger S. Wareham, Esq.
394 Putnam Avenue
Brooklyn, NY 11216
*Counsel for Plaintiff*

James M. Lemonedes, Esq.
Assistant Corporation Counsel
City of New York Law Department
100 Church Street
Room 2-172
New York, NY 10007
*Counsel for Defendant*