# ROGER S. WAREHAM
ATTORNEY-AT-LAW

394 Putnam Avenue
Brooklyn, NY 11216
Tel. (718) 230-5270 • Fax (718) 230-5273

rwarehamlaw@aol.com

January 11, 2008

**BY HAND DELIVERY**

Hon.. William H. Pauley III
Judge
United States Disrict Court
SDNY
500 Pearl Street
New York, NY 10007

    re: <u>Plummer v. Quinn</u> 07 cv 6154 (WHP)

Dear Judge Pauley

    I am writing to request a one week extension of time from January 18th to January 25th to submit the Joint Pre–trial Order in the above-cited case. From January 13th to January 20th I will be in Geneva, Switzerland attending a United Nations meeting. The demands of this meeting will limit my ability to complete the Pre-Trial Order in relation to the original time table set by the Court.
    This is the first request for an extension made in relation to the Joint Pre-Trial Order. Mr. Eichenholtz of the Corporation Counsel has graciously consented to the request for an extension.

Yours,

Roger S. Wareham,
Attorney for Plaintiff

cc:    E. Eichenholtz, Esq.
        N. Kinigstein, Esq.

Application Granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.