UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

VIOLA PLUMMER

                               Plaintiffs,

                                                   Docket No.: 07 Civ. 6154 (WHP)

                     -against-                     NOTICE OF APPEARANCE

CHRISTINE QUINN, Speaker of the City Council,
CITY OF NEW YORK
                             Defendants.

------------------------------------------------------------------------x

    To: Michael A. Cardozo
        Corporation Counsel
        City of New York
        100 Church Street
        New York, NY 10007

    Notice is hereby given that the undersigned will appear as co-counsel for Ms. Viola Plummer, in the above entitled action.


Dated: New York, New York
       November 1, 2007

                                                                /s/
                                       -------------------------------------------
                                       Noah A. Kinigstein, Esq.
                                       315 Broadway, Suite 200
                                       New York, NY 10007
                                       Tel: (212) 285-9300
                                       Fax: (212) 385-2608
                                           (3326)