UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

VIOLA PLUMMER,

                                        Plaintiff,

           - against -

CHRISTINE QUINN, Speaker of the City Council;
and the CITY OF NEW YORK,

                                       Defendants.

------------------------------------------------------------x

**NOTICE OF APPEAL**

07 Civ. 6154 (WHP)

        **PLEASE TAKE NOTICE** that defendants hereby appeal to the United States Court of Appeals for the Second Circuit, from the memorandum and order (one paper) of the Honorable William H. Pauley III, herein dated January 24, 2008, and entered in the docket on or about the same date. This appeal is taken from each and every part of said memorandum and order (one paper) as well as from the whole thereof.

Dated:        New York, New York
                 January 24, 2008

                                                MICHAEL A. CARDOZO
                                                Corporation Counsel of the
                                                  City of New York
                                                Attorney for Defendants
                                                100 Church Street
                                                New York, New York 10007
                                                (212) 788-1010

                              By:      _____
                                                LEONARD KOERNER
                                                Chief, Appeals Division

TO:     ROGER S. WAREHAM, ESQ.
          Attorney for Plaintiff
          394 Putnam Avenue
          Brooklyn, New York 11215
          (718) 230-5270

          CLERK
          Southern District

ORIGINAL-WHITE     DUPLICATE-YELLOW     TRIPLICATE-PINK

**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
SOUTHERN DISTRICT OF NEW YORK

E 639717

RECEIVED FROM    City of New York
07cv6154
NOA

| Fund | | |
|---|---|---|
| 6855XX | Deposit Funds | |
| 604700 | Registry Funds | |
| | General and Special Funds | |
| 508800 | Immigration Fees | |
| 085000 | Attorney Admission Fees | |
| 086900 | Filing Fees | INVOICE #21119 |
| 322340 | Sale of Publications | |
| 322350 | Copy Fees | DATE\TIME: 1/25/2008 9:51:10 AM |
| 322360 | Miscellaneous Fees | CASHIER: Marc #10 |
| 143500 | Interest | STATION: 01 |
| 322380 | Recoveries of Court Costs | |
| 322386 | Restitution to U.S. Government | |
| 121000 | Conscience Fund | APPEAL 4/06   $455.00 |
| 129900 | Gifts | 086900   $105. |
| 504100 | Crime Victims Fund | 510000   $150. |
| 613300 | Unclaimed Monies | 086400   $200 |
| 510000 | Civil Filing Fee | |
| 510100 | Registry Fee | PAID TOTAL   $455.00 |

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.    $455.00

DEPUTY CLERK: MQ

DATE: _____ 20 ___ | Cash | Check | M.O. | Credit |