Case 1:07-cv-06154-WHP   Document 43   Filed 01/30/2008   Page 1 of 1

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FI
DOC #:_____
DATE FILED: 1/30/08
```

JAN 2 5 2008



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

ERIC EICHENHOLTZ
*Senior Counsel*
Phone: (212) 788-0885
Fax: (212) 788-8877
E-mail: eeichenh@law.nyc.gov

January 24, 2007

Hon. William H. Pauley III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, New York 10007

Re: <u>Plummer v. Quinn, et ano.</u>, 07 Civ. 6154 (WHP)

Dear Judge Pauley:

    I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in this matter. I write today on behalf of all parties to respectfully request a one-week extension of time for the parties to complete the joint pre-trial order, from January 25, 2008 to February 1, 2008. This is the parties' second request for such an extension.

    The parties had been in the process of preparing the joint pre-trial order covering all of plaintiff's claims at the time this Court issued its order granting in part and denying in part defendants' motion for summary judgment. The parties agree that it would be best to review the Courts decision and submit a focused pre-trial order addressing the remaining claims rather then to submit the pre-trial addressing claims and issues no longer applicable in light of the Court's decision. The requested extension will therefore allow the parties to necessary time review the Court's decision and revise the pre-trial order in accordance therewith.

    <u>For the foregoing reasons, the parties respectfully request a one-week extension of time for the parties to complete the joint pre-trial order, from January 25, 2008 to February 1, 2008.</u> Thank you for your consideration herein.

Respectfully submitted,

Eric Eichenholtz
Assistant Corporation Counsel

Application Granted.
SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.

cc: Roger Wareham