NOAH A. KINIGSTEIN
ATTORNEY AT LAW
315 BROADWAY, SUITE 200
NEW YORK, NEW YORK 10007

(212) 285-9300
FAX (212) 385-2608

January 29, 2008

**BY HAND DELIVERY**

Hon. William H. Pauley, III
United States District Judge
Southern District of New York
500 Pearl Street, Room 2210
New York, NY 10007

        Re: Plummer v. Quinn et. al
         Docket No.: 07 Civ. 6145 (WHP).

Dear Judge Pauley:

  I am co-counsel representing the plaintiff, Ms. Viola Plummer. At the close of business yesterday afternoon, Mr. Wareham and I were sent an e-mail from counsel for the Defendants requesting a stay of the trial in this case, which is now scheduled for February 25, 2008. As stated in Mr. Eichenholtz's letter, the plaintiff objects to the stay. Plaintiff is committed to and preparing for a February 25th commencement of trial.
  Defense counsel filed their Notice of Appeal at nearly 5 p.m on Friday and their letter requesting a stay at about the same time yesterday. As we have just received this letter counsel for Ms. Plummer are respectfully requesting until Thursday, January 30, 2008 to respond to the Defendant's application. Thank you for your consideration of this matter.

            Respectfully,

            Noah A. Kinigstein

cc: Eric Eichenholtz, Esq.- by facsimile

Application granted. The Court will hold a conference on February 5, 2008 at 12:00 p.m.

SO ORDERED:

WILLIAM H. PAULEY III U.S.D.J.